

# Invoice

| DATE | INVOICE REF |
|---|---|
| 31-Aug-2005 | IN 9470 |

| CUSTOMER NO |
|---|
| 5285 |

| TERMS |
|---|
| Net 30 |

| BILL TO |
|---|
| Wrestlereunion LLC<br>P.O. Box 1259<br>Attn: Sal Corrente<br>Boynton Beach    FL 33425 |

| REMIT TO |
|---|
| Clear Channel Entertainment/TV<br>220 W. 42nd Street, 9th Floor<br>New York       NY 10036 |

Telephone: (917) 421-5324
Federal ID: 13-4092432

| DESCRIPTION | AMOUNT |
|---|---|
| Wrestlereunion DVDS.<br>240 Units - Kevin Nash @ $9.95/Unit - $2,388.00.<br>240 Units - Wendi Richter @ $9.95/Unit - $2,388.00.<br>240 Units - Bruno Sammartino @ $9.95/Unit - $2,388.00.<br>240 Units - Diamond Dallas Page @ $9.95/Unit - $2,388.00. | $9,552.00 |

**EXHIBIT**

22

| Invoice Total: | $9,552.00 |
|---|---|

Page: 1 of 1

ClearChannel Entertainment
220 West 42nd Street • 9th Floor • New York, NY 10036

917 | 421•4000 tel<br>421•5237 fax



Tel. (323) 769-4600 Fax

# Positive Receivable Confirmation Request Balance

February 6, 2008

Wrestle Reunion LLC
Contact Name: Sal Corrente
SalBGCHRATPAT@aol.com
**(310)466-0123**
**(561)364-4913**

Dear Sir or Madam:

Our auditors, Ernst & Young LLP, are auditing our financial statements and wish to obtain direct confirmation of amounts owed to us as of February 6, 2008. Compare the information below with your records on that date and confirm that this information agrees with your records on that date or note the details of any discrepancies in the space provided below. Then please sign this request and return it in the enclosed reply envelope directly to our auditors.

Our records on February 6, 2008 showed $9,552.00 as receivable from you. This is not a request for payment and remittances should not be sent to Ernst & Young LLP.

Your prompt attention to this request will be appreciated.

Sincerely,

Live Nation

---

(Please do not detach)

## CONFIRMATION

The information as stipulated above by Live Nation is correct except as noted below.

_____

_____

Signed: _____     Date: _____

Title: _____     Customer #: _____

Company: _____

> **EXHIBIT**
> 23

6255 Sunset Blvd., 16th Fl.
Hollywood, CA 90028

EY Form U401A (12/11/06)

LIVENATION.com



## Personal Appearance Agreement

Agreement made this 10th day of January 2004 by and between **Timothy Scott Hudson** (hereinafter referred to as "Athlete") and *WrestleReunion* (hereinafter referred to as "Promoter").

It is mutually agreed between the parties hereto as follows:

The Promoter hereby engages the Athlete and the Athlete hereby agrees to perform the engagement hereinafter provided, upon all terms and conditions herein set forth, including those hereof entitled "Additional Terms and Conditions".

1. Name of Engagement – *WrestleReunion*
2. Address of Engagement – DoubleTree Hotel Tampa, Fl
3. Date of Engagement – January 28th,29th,30th
4. Full price for appearance - $ 00.00
5. Deposit – n/a
6. Athlete commits to each of the following checked items:
   ___ Three hour autograph signing photo taking session(s) Sat, Aug 27, 2005
   ___ Three hour autograph signing photo taking session(s) Sun., Aug 28, 2005
   X Shoot Interviews
   ___ Live wrestling evening (including all rights to video tape same) Sat., Aug 27

All payments shall be made via cash, cashiers check or money order made payable to the Athlete.

7. Special Provisions: Athlete grants Promoter full rights to Athlete's name, likeness and image to promote this event. It is further understood and agreed that the event will be video taped for television production for televised replay and to made into a DVD for distribution to and sale to the general public. Athlete hereby grants all rights to his/her name, likeness and image in association with this event for purposes of said television and DVD purposes.
8. Athlete agrees to sign all official photos and souvenir programs presented to them by fans at the event as well as any personal items the fans may bring with them with the understanding that there will be a maximum of two signed items per Elite and VIP identified fans and one signature per regular admission fan. Athlete also agrees to pose for a maximum of one photo per fan.

EXHIBIT

24



Personal Appearance
Agreement, Page 2

> 9. Athlete agrees and understands that he/she cannot sell personal merchandise at this event. Anyone wishing to sell personal items must do so through Promoter's auspices and pay Promoter 20% of all gross revenues.

10. Athlete agrees to make himself/herself available for any and all interviews and other promotional considerations including putting a link on their website to the WrestleReunion site and mentioning WrestleReunion in all interviews they do between now and the event date.

11. Athlete agrees to send an 8 x 10 color photo to be used as their official photo for WrestleReunion. Photo will be given to all those who purchase VIP tickets and promoter retains the right to sell copies of same to those who buy 1-day or 2-day tickets.

The contracted Athlete is an independent contractor and assumes all responsibility for all taxes including withholding tax, social security, state and federal tax, etc, and shall assume all responsibility for public liability, workmen's compensation insurance and accident or injury to themselves.

Promoter shall have the sole and exclusive control over the production, presentation and performance of the engagement hereunder. Promoter shall have the sole right, as Promoter may see fit, to designate and change, at any time, the performing personnel and schedule.

Promoter shall have the right to broadcast or televise, photograph or otherwise reproduce the performance hereunder, or any part thereof. Promoter shall have the right to assign this agreement, or any provision hereof. Nothing herein contained shall ever be construed as to constitute the parties hereto as a partnership, or joint venture, or that Athlete shall be liable in whole or in part for any obligation that may be incurred by Promoter in Promoter's carrying out of any of the provisions hereof, other than those specifically designated and committed to by Athlete hereunder.

Athlete shall not have the right to sell or distribute personal souvenir items including photographs, posters, videos, DVDs or any other similar items at this event.
This constitutes the sole, complete and binding agreement between the parties hereto.

Any and all disputes arising out of this Agreement shall be resolved in the courts of Sarasota County, Sarasota, Florida.

Athlete Name:                                        Promoter Name: *WrestleReunion*

_____
(Athlete Signature)

Social Security # 255 - 31 - 3041

Sign and mail returned agreement to:
WrestleReunion - P O Box 1259,
Boynton Beach, FL 33425
or fax signed contract to: 561-423-8418



## Personal Appearance Agreement

Agreement made this 14th day of January, 2004 by and between Dennis Condrey (hereinafter referred to as "Athlete") and *WrestleReunion* (hereinafter referred to as "Promoter").

It is mutually agreed between the parties hereto as follows:

The Promoter hereby engages the Athlete and the Athlete hereby agrees to perform the engagement hereinafter provided, upon all terms and conditions herein set forth, including those hereof entitled "Additional Terms and Conditions".

1. Name of Engagement ~ *WrestleReunion*
2. Address of Engagement - Double Tree Hotel, 4500 W Cypress St, Tampa, FL
3. Date of Engagement ~ Saturday, Jan. 29 and 30th,
4. Full price for appearance ~ $ 1,250.00
5. Deposit - n/a
6. Athlete commits to each of the following checked items:
    __1__ Three hour autograph signing photo taking session(s) Sat, Jan 29, 2005
    __1__ Three hour autograph signing photo taking session(s) Sun., Jan 30, 2005
    __1__ Question and answer session with Bill Apter on Sun., Jan 30 12:30pm-2:30pm
    __X__ Live wrestling evening (including all rights to video tape same) Sat., Jan. 29
    ____ Additional photo session
    ____ In ring interview with Bill Apter Saturday night 1/29/05

All payments shall be made via cash, cashiers check or money order made payable to the Athlete prior to his/her first scheduled work function.

7. Special Provisions: Athlete grants Promoter full rights to Athlete's name, likeness and image to promote this event. It is further understood and agreed that the event will be video taped for television production for televised replay and to made into a DVD for distribution to VIP and Elite ticket buyers as part of their special fan package as well as sale to the general public. Athlete hereby grants all rights to his/her name, likeness and image in association with this event for purposes of said television and DVD purposes.

8. Athlete agrees to sign all official photos and souvenir programs presented to them by fans at the event as well as any personal items the fans may bring with them with the understanding that there will be a maximum of two signed items per Elite and VIP identified fans and one signature per regular admission fan. Athlete also agrees to pose for a maximum of one photo per fan.

**EXHIBIT**

**25**



Personal Appearance
Agreement, Page 2

10. Athlete agrees to make himself/herself available for any and all interviews and other promotional considerations including putting a link on their website to the WrestleReunion site and mentioning WrestleReunion in all interviews the do between now and the event date.

11. Athlete agrees to send an 8 x 10 color photo to be used as their official photo for WrestleReunion. Photo will be given to *all* those who purchase VIP tickets and promoter retains the right to sell copies of same to those who buy 1-day or 2-day tickets.

The contracted Athlete is an independent contractor and assumes all responsibility for all taxes including withholding tax, social security, state and federal tax, etc. and shall assume all responsibility for public liability, workmen's compensation insurance and accident or injury to themselves.

Promoter shall have the sole and exclusive control over the production, presentation and performance of the engagement hereunder. Promoter shall have the sole right, as Promoter may *see fit, to designate and change, at any time, the performing personnel and schedule.*

Promoter shall have the right to broadcast or televise, photograph or otherwise reproduce the performance hereunder, or any part thereof. Promoter shall have the right to assign this agreement, or any provision hereof. Nothing herein contained shall ever be construed as to constitute the parties hereto as a partnership, or joint venture, or that Athlete shall be liable in whole or in part for any obligation that may be incurred by Promoter in Promoter's carrying out of any of the provisions hereof, other than those specifically designated and committed to by Athlete hereunder.

Athlete shall not have the right to sell or distribute personal souvenir items including photographs, posters, videos, DVDs or any other similar items at this event.
This constitutes the sole, complete and binding agreement between the parties hereto.

Any and all disputes arising out of this Agreement shall be resolved in the courts of Sarasota County, Sarasota, Florida.

Athlete Name:                                    Promoter Name: *WrestleReunion*

_Dennis N. Condrey_
(Athlete Signature)

_423-70-795D_                                    January 14, 2004
Social Security #                                (Date)

P O Box 594, Tallevast, FL 34270

# Fisheye Estimate

## Fisheye Video Productions

1203 Orchid Drive
Safety Harbor, FL. 34695
Toll-Free: 866-FISHEYE

| Date |
|------|
| 9/14/2004 |

| Project |
|---------|
| Wrestle Reunion |

| Description | Qty | Rate | Total |
|-------------|-----|------|-------|
| Preliminary Budget for Television Production of "Wrestle Reunion" | | | |
| Truck cut of event Saturday night.<br>Includes: Live event truck<br>    Personell<br>    Lighting/Crew | 1 | 36,000.00 | 36,000.00 |
| ENG Crews for various projects--Friday, Saturday, Sunday<br>Includes: Camera/Operator<br>    Audio<br>    PA | 1 | 6,000.00 | 6,000.00 |
| Post Production<br>Includes: Editing of show<br>    Graphics | 1 | 15,000.00 | 15,000.00 |
| | | **Total** | **$57,000.00** |

EXHIBIT

26



EXHIBIT
27

**Subj:** Our Task Is To Be Better Than These Guys and We Will Be
**Date:** 8/7/2004 4:22:39 PM Eastern Standard Time
**From:** BGCHRATPAT
**To:** Dontvell1, RobLRussen, dallaspage@dallaspage.com

**Who says 'old school' can't draw?** The weekend of August 14th-15th will see organizer Greg Price run an "NWA Legends" convention in Fayetteville, North Carolina, following up the hugely successful Mid-Atlantic Legends convention in Charlotte from last January. As sales of the Ric Flair DVD have shown, there is an audience out there that wants to reminisce about the past, and these conventions have tapped into that vein. Wrestling conventions have become very popular over the last year or two, but I can honestly say that none have received the stellar reviews that the Mid-Atlantic Legends convention did, and it appears that the NWA Legends is on it's way to topping it. The two day event includes Q&A sessions with the Tully Blanchard and The Rock N' Roll Express, and opportunities to meet Mick Foley, Sting, Ricky Steamboat, Magnum T.A., Baby Doll, and others. If you are going to be in the area next weekend, I recommend checking it out. For more information, visit www.NWALegends.com.

## Rules and Regulations For
## NWA WRESTLING LEGENDS FANFEST

**1. THE PROMOTERS**
NWALegends.com and Greg Price, referred to hereafter as "Show Management" or "Show Promoter", Post Office Box 2351, Monroe, NC, 28111-2351. Telephone (704) 226-9966.

**2. SHOW QUALIFICATION**
The Show is open to makers, dealers and suppliers of products and services related to wrestling and the sports collectible industry.

**3. BOOTH FEES**
A deposit equaling 50% of total booth payment due with signed reservation. Balance due by July 31, 2004. Exhibitor will not be allowed to occupy any booth not fully paid for. In such case any show exhibit space money shall be considered a non-refundable deposit.

**4. DISPLAY REGULATIONS/EXHIBIT SPACE**
No exhibit may block or interfere with a neighboring exhibit. Exhibitors shall confine all exhibit activities within the limits of their own booths/tables. All materials and activities in a booth shall be relevant to the exhibitor's products and/or services. The level of sound production devices shall be kept low enough so as not to be objectionable to other exhibitors. Absolutely no exhibits are permitted outside the contracted booth/table space in public areas of the hotel without express written permission from Show Management. Nothing may be tacked, nailed, screwed, or otherwise attached to the columns, walls, floors or furniture in the Event area. Decals or other stick-on display materials cannot be affixed to floors or walls. Violators will be responsible for removal of any stick-on materials and charged for cleaning. Any expense incurred in affixing items in a manner necessary or proper for the protection of the equipment or furniture will be borne by the Exhibitor.

**5. DELIVERIES**
The Show Management and the Show Site do not accept responsibility, nor is a bailment created, for merchandise or equipment delivered by or to exhibitors at any time. The Show Management and the Show Site are not responsible for any loss or theft of Exhibitors' merchandise or equipment during any period of the Show, or during setup/dismantling.

**6. EXHIBITOR ATTENDEE**
All exhibitor personnel are required to register. Contract includes two Exhibitor registrations for each 8' x 10' exhibit space. Additional registrations are available upon request. Wristbands will be issued and must be worn by registered attendees at all Show functions. Exhibitors are not allowed to issue unauthorized, complimentary or discounted wristbands to anyone. If Show Management determines wristbands have been issued improperly, a registration fee of $100 per person per day will be assessed and/or the attendee asked to immediately leave the Show, forfeiting all monies previously paid.

**7. EXHIBIT SETUP**
Setup begins on Friday, August 13, 2004 at 7 p.m. and ending at 11 p.m. that evening. Setup continues Saturday, August 14, 2004 at 7 a.m. All exhibits must be fully set-up by show opening at 9 a.m. In the event the Exhibitor does not set-up and occupy reserved space, the Management is authorized to occupy or cause said space to be occupied in such a manner as it may deem best for the interest of the Management, free and clear of any claims by Exhibitor. All exhibits must be open for business during all show hours. No dismantling or packing may be started before the show closing on Sunday, August 15, 2004 at 5 p.m. Cooperation on this point from all exhibitors is required. Failure to comply with this request will result in loss of future exhibition privileges. All exhibits must be removed (or all materials packed and ready for shipping) from the exhibit hall by 7 p.m. Sunday, August 15. If no progress has been made on exhibit tear down or no arrangements were made with Show Management prior to end of show, the exhibit will be removed by the Show Management at the exhibitor's expense. Show Management will not assume any liability for any injury that may occur to Show visitors, exhibitors or their agents and employees or others, or their property, during Show setup and dismantling periods.

**8. BOOTH FURNISHINGS**
Each 8' x 10" display includes 2 tables, 2 chairs and signage. Additional booth furnishings and other service – i.e., tables, accessories, drapes, labor, special signs, electrical power, or phone – may be obtained in advance from Show Management.

**9. LIABILITIES**
Exhibitor hereby agrees to indemnify and save harmless the Show and all their managers, officers, sponsors, employees, agents, guests, successors and assigns from any damages, expenses, losses or liabilities, including but not limited to any suit or claim for personal injury, product liability, for property damage or for loss or use of property by whosoever sustained on or about Exhibitor's participation in Show.

**10. UNAUTHORIZED ITEMS**
No unauthorized and/or unlicensed merchandise or collectibles may be displayed, bought, sold or transferred. This includes any item portraying or promoting nudity. No gambling devices, grab bags or dice games will be allowed. Violation may result in immediate expulsion from the Show at the sole discretion of Show Management. Show Management reserves the right to request that an Exhibitor remove unauthorized products from the display area. If the Exhibitor refuses this request, this contract will be terminated immediately and the Exhibitor will be required to remove itself and its products, equipment and furniture without any liability or refund obligation whatsoever on the part of Show Management.

**11. AUTOGRAPH PROMOTION**
Absolutely under no circumstances may an Exhibitor have anyone signing autographs at his/her exhibit location without the prior written consent of Show Management. Violation may subject Exhibitor to immediate expulsion from the show.

**12. SUBLEASE**
Subleasing tables is forbidden. Sharing a booth or table with another Company is expressly prohibited. The distribution of samples, literature, or other materials for non-exhibiting Company without a Show Contract is expressly prohibited.

**13. CANCELLATION CLAUSE**
Any Exhibitor wishing to cancel Show space reservation for reasons of their own may do so in writing. A 50% refund on Show space will be granted up to and including July 31, 2004. Any cancellation on or after July 31, 2004 will be accepted, but no refund of Show exhibit space money will be made.

**14. FORCE MAJEURE**
In the event any part of the exhibit area or any portion thereof is unavailable whether for the entire event, or a portion of the event as a result of fire, flood, tempest or any other such cause or as a result of war, strike, lock-out, labor dispute, riot or any other cause or agency over which the Show has no control, or should the Show decide that because of any such cause it is necessary to cancel, postpone or re-site the Show, or reduce the installation time, Show time or move-out time, the Show shall not be liable to indemnify or reimburse the Exhibitor in respect of any damage or loss, direct or indirect as a result thereof.

**15. AMENDMENTS**
Show Management shall have the full power in the interpretation and enforcement of all contract regulations constrained herein, and the power to make such amendments thereto, and such further rules and regulations as shall be considered necessary for proper conduct of the exhibition. All Exhibitors will be promptly notified of any changes to these rules.

**16. NO SMOKING IN SHOW HALL.**

EXHIBIT

28

# APPLICATION/CONTRACT FOR EXHIBIT SPACE



*Saturday and Sunday*

*August 14-15, 2004*

**Clarion Hotel
Fayetteville, NC**

**Set-Up:** Friday, Aug. 13  7-11 p.m.
          Saturday, Aug. 14  6-9 a.m.

**Show Open To Public:**
    Saturday and Sunday, Aug. 14-15

**Move-Out:** Sunday, Aug. 15  5-7 p.m.

- Exhibitor agrees to abide by all show rules, policies and procedures printed on the reverse side of this application/contract. Signature of this contract indicates that the person signing has full authority to sign for the below referenced company and accepts personal liability for his/her company.
- Show Management will provide the services of a protective agency during show hours and the periods the show is closed. Exhibitor agrees that with the provisions of such services the Show Management will not be liable for damage or loss to exhibitor property through theft, fire, accident or other cause. Exhibitors are encouraged to individually insure their property.
- Exhibit Setup times must be adhered to. Exhibitor must comply with these arrangements.
- Exhibitor must remain set up until the show closes Sunday, August 15, 2004 at 5 p.m. Failure to comply will result in loss of exhibition privileges at future Fanfests.

Exhibit space: Each 8'x10' booth includes two 6' tables, 2 chairs, 2 Exhibitor badges and signage.
Electricity and Telephone lines are also available, if requested in advance.

**NUMBER OF BOOTHS REQUESTED**
_____ 1 @ $200.00     _____ 2 @ $300.00     _____ 3 @ $400.00

*Specify Additional Services Requested:*

_____ Electricity @ $25.00
_____ Telephone @ $50.00 plus Phone Charges
_____ Additional Exhibitor Badges @ $100.00 Each

## METHOD OF PAYMENT   ☐ Check   ☐ Paypal to *HardcoreHeroes@aol.com*

*A 50% deposit is due with application. Balance due by July 31, 2004. Make checks payable to: Greg Price.*

Date Received/Approved: _____

Deposit: _____  Balance Due: _____

Submitted by: (please print or type)

Name _____

Company _____

Address _____

City _____ State _____ Zip _____

Phone _____ Fax _____

Email _____

Signature _____ Title _____ Date _____

**Please sign and return two copies of this contract. When countersigned by Show Management, one copy will be returned for your records. A signed copy of this contract must be in possession of Show Management before set-up at the Show is allowed.**

Return this form to: NWA Legends, P.O. Box 2351, Monroe, NC 28111-2351 ~ Phone 704-226-9966

Subj: **Revised-But Not Ready To Post Yet**
Date: 8/24/2004 2:45:12 PM Eastern Standard Time
From: BGCHRATPAT
To: RobLRussen
CC: Dontyell1

*Revised*

CONTACT:  Wrestle Reunion
1-800-285-5701

**FOR IMMEDIATE RELEASE**

**DATE:  Aug 24, 2004**

*The Warrior, Mick Foley, Ricky "The Dragon" Steamboat
to  Headline  Wrestle Reunion Fan Convention Set for Tampa, FL
Jan. 28-29-30*

**Bill Apter, the dean of pro wrestling scribes,  and three time WCW
world heavyweight champion Diamond Dallas Page have brought
together what promises to be the biggest and best pro wrestling
fan convention ever scheduled for Jan. 28-29-30, 2005 at the
Doubletree Hotel, 2500 W Cypress St, Tampa, FL.**

**The spectacular event starts out Friday night with a special
autograph/ question and answer session, open only to those who
buy the  VIP Elite  package,  hosted by Bill Apter and featuring  Jim
Helwig formerly the Ultimate Warrior.**

**Showcasing  pro wrestling legends from the past as well as stars of
the future,  *Wrestle Reunion* has commitments from legends:  Mick
Foley,  Ricky "The Dragon" Steamboat,  Diamond Dallas Page,
Kevin Von Erich, Bruno Sammartino,  Sweet Stan Lane, The
Fantastics, Jimmy Garvin & Precious,  the original Midnight
Express, Jim Cornette, the Wild Samoans, the Masked Superstar,
Malia Hosaka, Gary Royal, Kamala the Ugandan Giant, Sir Oliver
Humperdink, Bobby "The Brain" Heenan, J J Dillon, Col. DeBeers,
Baron Von Raschke, The Missing Link, Luna Vachon, B Brian Blair,**

EXHIBIT
29

Mike Graham, Playboy Buddy Rose, Lanny Poffo, Rocky Johnson, Bob Orton, Jr., Dory Funk, Gene Ligon and the Vampire Warrior (Gangrel) as well as two of the hottest stars working today A J Styles and Christopher Daniels.

The stars of the show will be available in scheduled 3-hour autograph and photo sessions on Saturday and Sunday from 9am to 5pm. Private photo sessions for Elite and VIP ticket buyers will also be scheduled with Mick Foley and Ricky "The Dragon" Steamboat.

A live wrestling card will be held Saturday night but open only to those with Elite VIP anVIP tickets. There will be a minimum of two championship bouts on the card. Already scheduled to appear are A J Styles vs Christopher Daniels with special guest referee Ricky "The Dragon" Steamboat, The Original Midnight Express with Jim Cornette vs The Fantastics, plus a special six-Man tag team match with Rocky Johnson (father of the Rock), Jimmy "The Boogie Woogie Man" Valiant and Kamala the Ugandan Giant vs Bob Orton, Jr. (father of current WWE star Randy Orton), Col. DeBeers and Playboy Buddy Rose. Additional matches to be announced.

Included in the weekend festivities will be a special tribute to Florida Championship Wrestling with a commemorative plaque honoring the contributions of legendary wrestling star and promoter Eddie Graham to be accepted by his son Mike Graham and another honoring legendary commentator Gordon Solie to be accepted by his daughter Pam.

As an extra added attraction a special Saturday and Sunday appearance of Playboy Playmates is also scheduled.

A special drawing will be held for those staying in the hotel to have dinner Sunday night with two of the top wrestling stars from the show.

Only 400 Elite VIP tickets will be sold for the for the 3-day *Wrestle Reunion* at $299.00 and include exclusive admission to Friday nights autograph/Q&A session with Jim Helwig, formerly the

Ultimate Warrior; reserved seating for Saturday's live wrestling card; admission to Sunday morning Q&A with Jim Cornette and the original Midnight Express (Beautiful Bobby Eaton and Loverboy Dennis Condrey); free color 8x10 photo of every wrestling superstar; an 8x10 photo taken together with Mick Foley and Ricky "The Dragon" Steamboat in the same photo; early admission to all autograph sessions; two items signed per star during each pass through the line at the autograph sessions; 20% discount on all 8x10's taken with the wrestlers; entrance into a drawing for a trip for two to Wrestlemania in Los Angeles; entrance into a raffle for a private VIP dinner for four with two legedary superstars and Bill Apter on Sunday night; hourly door prizes; free commemorative program book.

Only 800 VIP tickets will be sold at $199.00 and these include: admission to Saturday night's live wrestling card; admission to Sunday morning Q&A with Jim Cornette and the original Midnight Express; entrance into a drawing for a trip for two to Wrestlemania in Los Angeles; hourly door prizes; free commerative program book.

Other ticket prices for this incredible weekend are just $59 for 1-day; $79 for 2-day.

Tickets are available by going to the www.wrestlereunion.com website via credit card or PayPal account. A special room rate of $89 will be available at the Doubletree Hotel for all buying tickets for *Wrestle Reunion.* To receive this special rate you must call the hotel at 813-879-4800 and ask for AllaboutWrestling convention rate.

09/01/04

**For Immediate Release**                    CONTACT:  1-800-285-5701

**DATE: Aug 29, 2004**

**HEADLINE:**

### KEVIN NASH, MICK FOLEY, DIAMOND DALLAS PAGE, BRUNO SAMMARTINO AND RICKY "THE DRAGON" STEAMBOAT TO HEADLINE WRESTLE REUNION
### TAMPA, FL. JAN. 28-29-30

Bill Apter, the dean of pro wrestling scribes, and three time former WCW heavyweight champion and WWE superstar Diamond Dallas Page have brought together what promises to be the biggest and best pro wrestling fan convention ever scheduled for Jan. 28-29-30, 2005 at the DoubleTree Hotel, 2500 W. Cypress St., Tampa, FL.

Spotlighting the past legends of Florida Championship Wrestling as well as superstars who made national impact and superstars of the future *WrestleReunion* already has commitments more than forty stars including:

| | |
|---|---|
| Kevin Nash | Mick Foley |
| Diamond  Dallas Page | Bruno Sammartino |
| Ricky "The Dragon" Steamboat | Kevin Von Erich |
| The Fantastics | The Original Midnight Express with Jim Cornette |
| Ted Dibiase the "Million Dollar Man" | Thunderfoots |
| Jimmy Garvin and Precious | The Masked Superstar |
| Malia Hosaka | Harley Race |
| *Gary Royal* | *Kamala the Ugandan Giant* |
| Sir Oliver Humperdink | Bobby "The Brain" Heenan |
| James J Dillon | Tully Blanchard |
| Jeff Jarrett | The Missing Link |
| Paul Jones | Mike Graham |
| Mike Rotundo | Rocky Johnson |
| Bob Orton, Jr. | Jack Brisco |
| Abdullah the Butcher | The Big Cheese |
| Dory Funk, Jr. | The Vampire Warrior |
| Luna Vachon | Magnum TA |
| Demolition Axe | Handsome Jimmy "The Boogie Woogie Man" |

Valiant

A J Styles                                      Christopher Daniels

more superstars to be added !!!

A special Question & Answer session will be hosted by Bill Apter on Friday night from 8 to 11 pm featuring Mick Foley, Diamond Dallas Page and Kevin Von Erich.

The stars of the show will be available in scheduled three hour autograph/photo sessions on Saturday and Sunday from 10am to 5pm.  See website for schedule of events.

A live IWA wrestling card will be held Saturday night but open <u>only</u> to those who purchase the Elite VIP package. Acting commissioner for the evening will be hardcore legend Mick Foley.  There will be a minimum of three championship matches on the card.  Already signed to appear are an NWA World Heavyweight Championship Match with champion Jeff Jarrett defending his title vs. former US Heavyweight Champion and Four Horseman Tully Blanchard with James J. Dillon in his corner and special guest referee Ricky "The Dragon" Steamboat;  a future legends match with A J Styles vs. Christopher Daniels; and a special tag team challenge match with the Original

**EXHIBIT**

30

09/01/04

Midnight Express ("Beautiful" Bobby Eaton and "Loverboy" Dennis Condrey) with Jim Cornette vs. the Fantastics (Bobby Fulton and Tommy Rogers). Promoter Rob Russen guarantees no less than five more matches will be added to the card.

Included during the Saturday night live event will be special tributes to Florida Championship Wrestling legends Eddie Graham and Gordon Solie with presentations by Diamond Dallas Page and Bill Apter.

Only 1200 Elite VIP tickets will be sold for the 3-day weekend at $249 until Dec. 1st when the price will increase to $299. The Elite VIP package includes:

Reserved seating for Friday night Q&A with Mick Foley, Diamond Dallas Page,
Ricky "The Dragon" Steamboat and Ted Dibiase "The Million Dollar Man"
Reserved seating for Sunday morning Q&A with The Louisville Slugger Jim Cornette
and the Original Midnight Express
Free 8x10 Color Photo of every Superstar ($135 value)
Early admission to all autograph sessions
Commemorative Elite VIP neck lanyard
Entrance into a raffle for a Private VIP dinner for four (4) with
two legendary superstars and Bill Apter on Saturday night
20% discount on all 8 x 10 photos taken with wrestlers of your choice
Two items signed per star in main autograph room each time you go through the line
Admission to the live wrestling event Saturday night
Entrance into a drawing for a trip for two to Wrestlemania in Los Angeles
Entrance into a raffle for a Private VIP dinner for four with Diamond Dallas Page
and two other legendary Superstars Saturday night
(Alcoholic beverages not included at dinners)

The Elite VIP package is all inclusive with the exception of 8 x 10 photos taken individually with the superstars which are extra.

Single day admission tickets are available for $59. Two day admission tickets are available for $89.

For tickets and additional information visit our website at www.wrestlereunion.com . Tickets may be purchased using your credit card or PayPal account.

A special room rate of $89 will be available at the DoubleTree Hotel for all those buying tickets for *WrestleReunion*. To receive this special rate you must call the hotel at 813-879-4800 and ask for the *WrestleReunion* rate.



PRESS RELEASE
FOR IMMEDIATE RELEASE

# KEVIN NASH, MICK FOLEY, DIAMOND DALLAS PAGE, BRUNO SAMMARTINO & RICKY "THE DRAGON" STEAMBOAT TO HEADLINE *WRESTLEREUNION* TAMPA, FL. JAN. 28-29-30

Bill Apter, the dean of pro wrestling scribes, and three time former WCW heavyweight champion and WWE superstar Diamond Dallas Page have brought together what promises to be the biggest and best pro wrestling fan convention ever scheduled for Jan. 28-29-30, 2005 at the DoubleTree Hotel, 2500 W. Cypress St., Tampa, FL.

Spotlighting the past legends of Florida Championship Wrestling as well as superstars who made national impact and superstars of the future *WrestleReunion* already has commitments from:

Kevin Nash
Diamond Dallas Page
Bruno Sammartino
Fantastics
 Kimberly Page of the Nitro Girls
*Jimmy Garvin and Prescious*
Malia Hosaka
Gary Royal
Sir Oliver Humperdink
J J Dillon
Paul Jones
Luna Vachon
Mike Rotundo
Bob Orton, Jr.
Abdullah the Butcher
The Vampire Warrior

Mick Foley
Kevin Von Erich
Jim Cornette and the Original The Midnight Express,
Ted Dibiase
*The Masked Superstar,*
Harley Race
Kamala the Ugandan Giant
Bobby "The Brain" Heenan
Tully Blanchard
The Missing Link
Mike Graham
Rocky Johnson
The Big Cheese
Dory Funk, Jr.
Demolition Ax

as well as two of the hottest stars working today A J Styles and Christopher Daniels. More superstars to be added .

EXHIBIT
31

A special question and answer session will be hosted by Bill Apter Friday night from 8 to 11pm featuring Mick Foley, Diamond Dallas Page and Kevin Von Erich.

The stars of the show will be available in scheduled three-hour autograph/photo sessions on Saturday and Sunday from 10am to 5pm.

A live IWA wrestling card will be held Saturday night but open only to those who have purchased the Elite VIP package. There will be a minimum of three championship matches on the card. Already signed to appear are an NWA World Heavyweight Championship Match with champion Jeff Jarrett defending his title vs former US Heavyweight Champion Tully Blanchard with James J Dillon and special guest referee Ricky "The Dragon" Steamboat; a future legends match with A J Styles vs Christopher Daniels; and a special tag team challenge match with The Original Midnight Express ("Beautiful" Bobby Eaton and "Loverboy" Dennis Condrey) with Jim Cornette vs the Fantastics (Bobby Fulton and Tommy Rogers). Acting commissioner for the evening will be hardcord legend Mick Foley. Promoter Rob Russen guarantees no less than five more matches will be added to the card.

Included during the live event will be a special tribute to Florida Championship Wrestling with Diamond Dallas Page presenting a commemorative plaque honoring the contributions of legendary wrestling star and promoter Eddie to be accepted by Mike Graham. Bill Apter will present a plague honoring legendary commentator Gordon Solie to be accepted by his daughter Pam.

*Only 1200 Elite VIP tickets will be sold for the 3-day weekend at $249.00* until Dec. 1 when the price will increase to $299.00. The Elite VIP package includes:

Reserved Seating for Friday Night QA
with The Million Dollar Man Ted Dibiase, Mick Foley,
Ricky 'The Dragon" Steamboat and Diamond Dallas Page
Admission to Sunday morning Q&A featuring The Louisville Slugger Jim Cornette, and the
Original Midnight Express ... "Beautiful" Bobby Eaton & "Lover Boy" Dennis Condrey
## Free Color 8x10 of every Superstar ($135 value)
Early Admission to all Autograph Sessions
Commemorative Elite VIP pass with neck lanyard
Entrance into a raffle for a Private VIP Dinner for four with
Two Legendary Superstars and Bill Apter on Saturday Night
20% Discount on all 8 x 10's photo's taken with wrestlers of your choice
Two items signed per star in Main Autograph Room each time you go through the line
Admission to the Live Wrestling Event
Entrance into a drawing for a trip for two to Wrestlemania in Los Angeles
Entrance into a raffle for a Private VIP Dinner for four with
Two Legendary Superstars and Bill Apter on Saturday Night
Entrance into a raffle for a Private VIP Dinner for four with Diamond Dallas Page,
two other legendary Superstars and on Saturday Night
(Alcoholic beverages not included)

*City of Tampa*
*Police Extra Duty*
*Billing*

| | | | | |
|---|---|---|---|---|
| Customer Name | WRESTLE REUNION LLC. | Account | 2979 | ODPP |
| Service address: | 4500 W.CYPRESS | Contact: | ANTHONY CORRENE | |
| Billing address: | P.O.BOX 1259 | Phone | (561) 364-4913 | |

*Statement Number*   033591
*Statement Date*   February 01, 2005

BOYNTON BEAC   FL   33435

| Effective Date | Description | Trans-type | Rate | Quantity | Amount DB (CR) |
|---|---|---|---|---|---|
| | | | *Previous Statement Balance Fwd* | | $0.00 |
| **Current Charges** | | | | | |
| 01/28/2005 | ADMINISTRATIVE FEE | C | 4 \ hr. | 12 | 48.00 |
| 01/28/2005 | CRUISER | C | 10 ea. | 1 | 10.00 |
| 01/28/2005 | JORDEN, CRAIG | C | 22 \ hr. | 12 | 264.00 |
| 01/29/2005 | ADMINISTRATIVE FEE | C | 4 \ hr. | 9.5 | 38.00 |
| 01/29/2005 | CRUISER | C | 10 ea. | 1 | 10.00 |
| 01/29/2005 | DISTEFANO, MICHAEL | C | 22 \ hr. | 9.5 | 209.00 |
| | | Current Charge Total | | | $579.00 |

*Statement Date:* February 01, 2005   *Number:* 033591            *Total Due*        $579.00

Payment for Current Charges is due by: 2/28/2005

THANK YOU FOR YOUR PROMPT PAYMENT

Remit Payment To:   City Of Tampa           Account Inquiries:   City of Tampa
Police - Extra Duty                                              Accounting Division
315 E. Kennedy Blvd 050C2                                        (813) 274 - 8637
Tampa, FL  33602

EXHIBIT
-57

Tuesday, March 15, 2005

Page 1

BGCHRATPAT [1:52 P.M.]: got ya

ERock7 [1:52 P.M.]: Anything that you and Rob and I talked about on the Internet is not admissible in court.

ERock7 [1:52 P.M.]: I have not spoken to your attorney or no one else.

ERock7 [1:54 P.M.]: And give me warning before one contacts me please.

ERock7 [1:55 P.M.]: And by the way, the only one who was a coward in this was Rob for having you contact me, instead of doing it directly.

ERock7 [1:55 P.M.]: You let this fester way too long...and now I'm gonna get fucked.

BGCHRATPAT [2:03 P.M.]: Eric, I hope you read this back to yourself and than go look into a mirror

BGCHRATPAT [2:03 P.M.]: I wont be contacting you again, Rob was attempting to do you a favor. I will let my attorney speak to you from here on out.

ERock7 [2:03 P.M.]: Oh please Sal...you should ashamed of the way you treated me about 80% of the time.

ERock7 [2:04 P.M.]: Late for meetings...never watched the rough cuts, if you cared, you should have diligent.

BGCHRATPAT [2:04 P.M.]: Eric, I have people who did that stuff for me. I was busy running a company

ERock7 [2:05 P.M.]: You were supposed to be at a meeting in Florida-what people did you have who were supposed to be there...we sat there for over an hour.

ERock7 [2:05 P.M.]: Do what you want Sal, and honestly I hope you win...but this does nothing but bad for me.

ERock7 [2:05 P.M.]: Nothing.

BGCHRATPAT [2:06 P.M.]: Eric, my people were there Rob and Jimmy, I was making sure talent that had been detained in the airport was either going to be at the show or replaced by a legit star.

ERock7 [2:06 P.M.]: I have no vested financial interest...no furthering of my career, no nothing.

BGCHRATPAT [2:07 P.M.]: It was you who didnt like Jimmy and didnt want to meet with my staff. I can't be everywhere at once. I had faith in my people for the production end of the project to work with you. As each event went on production continued to get better. Eric this is about doing the right thing

ERock7 [2:08 P.M.]: Jimmy? I loved Jimmy.

ERock7 [2:08 P.M.]: You are making shit up.

ERock7 [2:08 P.M.]: If it wasn't for Jimmy, we would not have had a show.

ERock7 [2:08 P.M.]: I sat in the heat with Dawn and Kim and Darrin for over an hour waiting for you.

ERock7 [2:08 P.M.]: You could've called.

ERock7 [2:09 P.M.]: Take this up with Sterling, not me.

ERock7 [2:09 P.M.]: Doing the right thing? For who?

BGCHRATPAT [2:09 P.M.]: Eric just the right thing

ERock7 [2:09 P.M.]: You once spent an hour yelling at me for talking to Bruno's attorney.

ERock7 [2:09 P.M.]: Like I was a fucking child-that's how you spoke to me.

ERock7 [2:10 P.M.]: You think I'm gonna come in and be your star witness, but I know nothing.

ERock7 [2:10 P.M.]: I was told when to do assignments and then did them.

ERock7 [2:10 P.M.]: Then I went on to other things.

BGCHRATPAT [2:10 P.M.]: Eric, listen this is getting no one anywhere. You were speaking to someone you werent authorized to speak to. Eric your a witness I dont see stars around your name or anyone elses, you think your the only witness ? Are you kidding

ERock7 [2:11 P.M.]: I need to be authorized to have a conversation with someone who talks to me.

ERock7 [2:11 P.M.]: Are you kidding

ERock7 [2:11 P.M.]: Seriously?

BGCHRATPAT [2:12 P.M.]: Eric have a good day

BGCHRATPAT [2:12 P.M.]: I will see you at deposition

------

Check out AOL Money & Finance's list of the hottest products and top money wasters of 2007.

6/2/2008


EXHIBIT
33

WrestleReunion000311

# Spartanburg Memorial Auditorium

385 North Church Street • P.O. Box 1410
Spartanburg, S.C. 29304

**(864) 582-8107 • Fax (864) 278-2003**
info@crowdpleaser.com



*This contract will be declared null and void if not executed and
returned ten (10) days upon receipt by LESSEE.*

## LEASE AGREEMENT                           NO: 4957

This agreement, made and entered into this 17th day of **JANUARY 2006** by and between the Spartanburg Memorial Auditorium hereinafter referred to as the LESSOR, and **WRESTLEREUNION C/O SAL CORRENTE** hereinafter referred to as the LESSEE, whose address is P.O. BOX 1259, BOYTON BEACH, FL 33425, whose phone number is 310.466.0123 Fax number is _____

Witnesseth: that in consideration of the covenants and conditions herein expressed and of the faithful performance by the LESSEE of all such covenants and conditions, the LESSOR hereby leases unto the LESSEE and the LESSEE hereby rents and takes as LESSEE, the ARENA capacity 1200.

**(2) LEASE TERM:** Said facilities are to be used for the purpose of and for no other purpose whatsoever without the written consent of the LESSOR for the time, dates and purpose specified hereafter:

| LEASED TIME PERIOD | DATE | PURPOSE |
|---|---|---|
| 9:00 a.m. ~ 12:00 a.m. | Saturday, May 27, 2006 | Wrestling 7:30PM |

Occupancy of the leased facilities by the LESSEE or LESSEE's agent or employee of LESSEE's property after the expiration of the leased time period shall be considered overtime. The fee for overtime shall be $200.00 per hour, time and charges to be calculated to the nearest quarter hour.

**(3) FEE TERMS:** The LESSEE agrees to pay the LESSOR a guarantee of $1,500.00 or 40% of net ticket receipts, whichever is greatest. Net ticket receipts shall consist of gross ticket sales exclusive of 5% South Carolina Admissions Tax and ticket Seat Tax (paragraph 14). The LESSEE additionally agrees to pay $NA for move-in, move-out, rehearsal as specified in paragraph 2 above. LESSEE agrees to pay as deposit against total rental fee $1,500.00, such payment to be made upon execution of this Lease. The LESSEE further agrees that the balance of the fee together with expenses incurred by the LESSOR on LESSEE's behalf shall be paid in cash or certified check no later than 27th day of MAY 2006. **IF NOT PAID BY THIS DATE A 10% LATE CHARGE WILL BE ADDED PER MONTH.**

**(4) ADMISSION TAX:** The State Tax Commission found that a seat tax charged by a service district to acquire capital improvements or to pay bonds are part of the price paid for admissions according to code section 12-21-2420, and are therefore subject to admissions tax. The commission further determined that even though the seat tax is used to retire tax exempt bonds, the charges themselves are not exempt from tax.

**(5) REFUNDS:** Should the LESSEE cancel the event covered by this Lease or fail to use the premises, no deposit refund shall be made and the full rent called for in paragraph 3 shall be payable by the LESSEE as liquidated damages. Along with any other expenses such as ticket printing, advertising and staffing the LESSOR has paid in advance of event.

**(6) PAYMENT OF EXPENSES:** The LESSOR may require advance payment of expenses incurred or to be incurred by LESSEE's behalf for the event herein named. The LESSOR shall provide the LESSEE with written notice of expenses due. Failure on LESSEE's part to satisfy the terms of the notice of expenses due shall cause cancellation of this Lease. In the event of cancellation, all monies due for the terms of this Lease, together with actual expenses incurred on LESSEE's behalf shall be due and payable no later than the date aforementioned in paragraph 3.

**(7) UNPAID FEES:** The LESSOR shall have first lien against ticket office receipts and all property of LESSEE's upon the premises for all unpaid fees, expenses and taxes due for the event covered by this Lease. The LESSOR is empowered to withhold from ticket sales, all such amounts and if such funds are not available at the conclusion of the event to impound LESSEE's property or property under control of LESSEE. Should such unpaid amounts remain unpaid ten days after termination of this Lease, the LESSOR shall have the right to sell such property at public auction and to apply cash proceeds from such auction to the retirement of these unpaid fees. LESSEE agrees to indemnify the LESSOR against all losses and damages, including court costs and attorney fees incurred by the LESSOR for any failure on LESSEE's part to promptly pay all unpaid fees.

**(8) ADDITIONAL EXPENSES:** The rental fee does not include stagehands, ticket sellers, ticket takers, doorguards, ushers or police. The number and identity of persons to be used in these capacities shall be as approved by mutual agreement of the LESSOR and the LESSEE. The LESSOR will provide lights and water for ordinary use only, accidents and unavoidable

delays excepted, air conditioning or heat when temperature and conditions permit, normal public seating arrangements, dressing rooms and janitorial service. All other services or conditions shall be at the expense of the LESSEE. LESSEE hereby waives any and all claims for loss or damage sustained by reason of failure or impairment of the water supply, drainage system, heating and cooling system or electric system.

(9) **TAXES AND LICENSES:** The LESSOR shall not be responsible for payment of any Federal, State or Local taxes associated with the use of these premises by the LESSEE. Exception: The LESSOR shall be responsible, as agent for the LESSEE, for the payment of Admissions Tax to the State of South Carolina. The LESSOR shall not be responsible for payment of any royalties or copyrights in connection with the use of these premises by the LESSEE. LESSEE hereby indemnifies the LESSOR against all losses and damages including court costs and attorney fees incurred by the LESSOR for *any alleged failure on LESSEE's part to comply with the laws of copyright.*

(10) **CARE FOR PROPERTY:** The LESSEE shall not by action or causation, injure, mar or in any manner deface said premises or any equipment contained herein and will not drive or permit to be driven, nails, hooks, tacks or screws into any part of the building or equipment contained therein. The LESSEE will pay to the LESSOR on demand; such sum as shall be necessary to restore said premises or equipment to their present condition.

(11) **PROPERTY:** In the receipt, handling, care and custody of property of any kind shipped or otherwise delivered to the Auditorium, either prior to, during or subsequent to the use of the demised premises by the LESSEE, the LESSOR and its officers, agents and employees shall act solely for the accommodation of the LESSEE and neither the LESSOR nor its officers, agents or employees shall be liable for any loss, damage or injury to such property.

(12) **ACCORDANCE:** The LESSEE agrees that it will faithfully use and occupy said premises in accordance with all applicable Federal, State and Local laws, ordinances, rules, regulations and policies of the LESSOR.

(13) *CONCESSIONS: The rights to all concessions are reserved by the LESSOR. The LESSEE or LESSEE's agent will not* be permitted to sell any programs, souvenirs, novelties, food, drinks or any other personal property without the written consent of the LESSOR. No free samples of food or beverages may be given away or otherwise distributed without the written approval of the LESSOR. The LESSOR reserves all rights and privileges for outgoing radio broadcasts and television broadcasts for or from the premises during the term of this Lease.

(13a) **NOVELTIES:** Spartanburg Memorial Auditorium is a house-selling venue. LESSOR will verify and sell all merchandise during concerts, special events, etc. LESSOR will receive 30% from the sale of all novelties, souvenirs, programs, records, tapes, or other items sold at the event. Also LESSOR will collect 5% state sales tax. A complete audit of novelties sold will be done at the end of the event.

(14) **SAFETY:** The LESSEE agrees that at all times activities will be conducted with full regard for public safety, and will observe and abide by all applicable regulations and requests by duly authorized agencies responsible for public safety. All portions of the sidewalks, entries, passageways, stairways, and all ways of access to public utilities of the premises shall be kept unobstructed by the LESSEE and shall not be used by any purpose other than ingress or egress to and from the premises. The LESSEE agrees not to bring onto the premises any material, substance, equipment, or object which is likely to constitute a hazard to property thereon without the prior approval of the LESSOR. The LESSOR shall have the right to refuse to allow any such material, substance, equipment or object to be brought onto the premises and the further right to require its immediate removal there from. The LESSOR, SMA, has control over how many police can be hired and for how long.

IT IS THE RESPONSIBILITY OF THE LESSEE TO ABIDE BY THE LAW CONCERNING THE DRINKING AGE OF 21 AND THE AUDITORIUM WILL NOT BE HELD LIABLE FOR ANY PERSONAL INJURES OR PROPERTY DAMAGES RESULTING FROM NEGLECT OF THE LAW BY THE LESSEE. LESSEE AGREES TO INDEMNIFY THE LESSOR AGAINST ALL LOSSES AND DAMAGES, INCLUDING COURT COSTS AND ATTORNEY FEES INCURRED BY THE LESSOR FOR ANY FAILURE ON LESSEE'S PART TO ABIDE BY THE LAW CONCERNING THE DRINKING AGE OF 21. A BROWN BAG OR TEMPORARY LICENSE WILL BE REQUIRED IF ALCOHOL IS SERVED. NO CANDLES OR OPEN FLAMES ARE PERMITTED. FLAME SPREAD ON ALL COMBUSTIBLE MATERIALS SUCH AS TABLE COVERS, DECORATING CLOTH IS REQUIRED. NO SMOKING EXCEPT IN DESIGNATED AREAS.
NO PYROTECHNICS PERMITTED

(15) **SEAT/USE TAX:** All tickets printed in connection with this Lease Agreement shall include $2.00 Seat Tax that shall be retained by the LESSOR. Ticket prices including Seat Tax for the event herein named shall be $_____.
If admission tickets are not sold to the general public, a Use Tax amounting to $NA shall be payable to the LESSEE for Major Maintenance.

(16) **TICKETS:** The LESSOR shall maintain audit control of all ticket sales. Tickets shall be printed in a manner as approved by the LESSOR. The stipulation covers all aspects of ticket makeup; copy, stock, color, size, and quantity. The LESSOR will, at the direction of LESSEE, order the printing of tickets. THE SALE OF TICKETS BY TELEPHONE SOLICITATION WILL NOT BE PERMITTED. Violation of this stipulation shall immediately nullify this Lease. The LESSOR reserves the right to make determination of ticket refunds for cause in keeping with LESSOR's policy of retaining public faith. This shall include, but not be limited to, seats blocked by equipment when exchange for comparable location is not possible, and failure of projection equipment, failure of act to show or to go on state within reasonable time schedule provided by LESSEE. In the event of a canceled show and subsequent total refund, all nonrefunded monies shall remain the property of the LESSOR. Upon completion of show, the LESSOR shall provide a complete accounting of all ticket sales. CUSTOMER CHECKS: Checks will be accepted only if full responsibility is assumed by LESSEE. TICKET PRICE MUST INCLUDE SEAT TAX AND CREDIT CARD BANK FEE. THE LESSOR (SPARTANBURG MEMORIAL AUDITORIUM) HAS A LICENSED USER AGREEMENT WITH TICKETMASTER SOUTHEAST. Ticketmaster shall assess and be entitled to receive from gross ticket proceeds collected by it as an agent of Lessors an inside charge on all tickets sold through the TM System at all outlets and

by telephone sales for attractions scheduled to be held at the facility. Ticketmaster shall also be entitled to receive from event an inside charge on all tickets printed or sold through the TM system at the facility box office and on all complimentary tickets pulled from the TM system. Such inside charges shall be $0.20 per ticket for each ticket sold at an outlet, 3.8% on all credit card phone orders and $0.20 on all tickets sold at the Auditorium box office. The LESSEE agrees to limit the number of complimentary or trade-out tickets issued for this event to 200, to include 30 tickets to be delivered to the LESSOR for its discretionary use. LESSEE further agrees to reimburse the LESSOR $5.00 per ticket issued in excess of the aforementioned limit. All costs connected with tickets and ticket sales shall be borne by the LESSEE. Advance ticket sales shall be provided by the LESSOR at the rate of 3% of advance ticket sales or $NA per show, whichever is greater calculated up to 2 hours before show time.

The LESSOR, Spartanburg Memorial Auditorium, reserves the right to retain all proceeds of ticket sales until completion of event and performers have performed and public faith has been retained. No monies will be released until completion of event listed in agreement (Paragraph #2). LESSOR, shall at all times maintain total control and direction of the Box Office, Box Office personnel and all Box Office receipts from sales of tickets until completion of event. Ticketmaster with respect to cancelled attractions shall be entitled to retain the inside charges and customer convenience charges. All TM sales will be paid to Lessor (Auditorium) the Friday, following the scheduled event.

**(17) PERSONNEL:** Personnel required for each show shall be determined by the LESSOR and contracted through Show Pros Entertainment Services, Inc. Personnel shall be paid at the following rates with minimum hours of **(4) FOUR** applicable to each category. Holiday rates are billed at 1.5X per hour. Ticket Sellers are **$13.00** each per hour, Ushers, Ticket Takers, Door Guards are **$12.49** each per hour, Police **$27.68** each per hour, EMT **$24.00** per hour, Event Manager **$15.96** per hour, Event Staff Supervisor **$14.98** per hour, Maintenance on Duty **$12.00** each per hour, Labor Set-Up/Clean-up **$14.00** each per hour. All personnel include Workman's Comp, Social Security, Payroll Expense, and Service Charge. Service Charge includes all payroll taxes and fees, etc.

**(18) PERFORMANCE CONTRACT:** LESSEE hereby certifies that a valid performance contract has been entered into with the performers or show as listed in paragraph 2 of this Lease. The LESSEE shall submit upon demand a copy of said performance contract to the LESSOR.

**(19) DOOR OPENING:** The LESSEE agrees to open doors to admit the public for this event a minimum of one hour prior to advertised show time. LESSEE further agrees to open the doors earlier than one hour prior to show time on direction of the LESSOR in whose opinion such action is necessary, such as weather conditions or for crowd control.

**(20) CANCELLATION OPTION:** The LESSOR, Spartanburg Memorial Auditorium, has the right to cancel this Lease with **(30)** THIRTY days prior written notice to the LESSEE, for the purpose of scheduling a major income producing event or multiple day event. The LESSEE may reserve an alternate date for this event and if moved to the alternate date by LESSOR, the rental rate as herein stated shall be reduced to_____ Furthermore, the alternate date shall be non-cancelable by the LESSOR. All other terms and conditions shall remain unchanged.

**(21) INSURANCE:** The LESSEE shall indemnify and hold harmless the LESSOR from any and all loss, cost and expense arising out of any suits, liability, or claim of liability, for injury or damages to persons or property sustained or claimed to have been sustained by anyone whosoever by reason of the use or occupation of the facilities herein described, whether such use is authorized or not.

LESSEE further agrees to provide to the LESSOR at the time of acceptance and execution of this rental agreement a certificate of insurance of a comprehensive liability insurance policy. This policy must cover the premises, operation hereunder and productions therein in the amounts of $1 million for injuries, including death, sustained by one person, $1 million or injuries, including death, to two or more persons and $1 million for property damage for the event covered under this agreement. A certificate of insurance should include the Spartanburg Memorial Auditorium Commission, staff and management as additional insured.

LESSEE hereby expressly waives any and all claims for compensation for any and all losses or damage sustained by reason of any defect, deficiency, failure or impairment of the water supply system, drainage system or electrical system leading to or on the leased facilities. In the event the facilities are damaged or destroyed by fire or other unforeseen occurrence, including strikes, failures of utilities or any act of God, which render the fulfillment of this agreement by the LESSOR impossible, the LESSEE releases and will hold harmless the LESSOR from all demands, claims or causes of action of any of the causes. Statutory Workmen's compensation including $100,000.00 employer's liability shall be provided for all employees and/or independent contractors employed or retained by the LESSEE on a permanent basis or in connection with the performance of this Lease Agreement. The vendor, before opening a booth, will be required to show evidence of insurance to cover potential damages and injury if asked for by LESSOR.

**PLEASE RETURN A CERTIFICATE OF INSURANCE WITH THE SIGNING OF THIS CONTRACT AND YOUR DEPOSIT (PER PARAGRAPH 3). NO EVENT WILL BE ADMITTED ON SMA PROPERTY WITHOUT INSURANCE UNLESS APPROVED BY SMA COMMISSION IN WRITING.**

**(22) ASSIGNMENT:** The LESSEE shall not assign this Lease without the written consent of the LESSOR nor suffer any use of said premises other than herein specified, nor shall LESSEE sublease the premises in whole or in part.

**(23) CONSTRUCTION OF LANGUAGE:** The terms "Lease", "Lease Agreement", or "Agreement", shall be inclusive to each other, also to include renewals, extensions or modifications of the Lease Agreement. Words of any gender used in this Lease shall be held to include the plural and the plural to include the singular when the sense requires. The paragraph headings and titles are not a part of this Lease and shall have no effect upon the construction or interpretation of any part hereof.

**(24) PRINCIPAL PARTY:** Unless otherwise recited herein, it is understood and agreed that the LESSEE named herein is the real party in interest as such LESSEE and is not acting for or on behalf of any undisclosed principal, that if it shall hereafter appear that the names LESSEE is not the real party in interest or is acting for a previously undisclosed principal, the fact shall be ground for the immediate cancellation of this Lease or any remaining portion thereof without liability on the part of the LESSOR.

**(25) CATERING, USE OF KITCHEN:** If a Caterer is used, the LESSEE will be responsible for providing the LESSOR a copy of the Caterer's general liability insurance certificate and business license. The LESSEE will also be responsible for full payment (which includes the Caterer's bill plus 15%) to be paid to the Auditorium, not the Caterer. The Auditorium will pay the Caterer after kitchen inspection. The Caterer is responsible for all clean up of kitchen area and dumping of trash. The LESSEE will be responsible for insuring proper clean up by the Caterer or the Auditorium will bill the LESSEE for the clean up @ 14.00 per man-hour. All grease that is used during the event will be poured into containers that the Auditorium provides. Grease is not allowed to be poured down the drains. A fine will be levied, if drains are clogged because of improper disposal of grease.

**(26) ADVERTISING:** All advertising bills will be paid by Promoter (Lessee). If the LESSEE requests for the Auditorium to handle the advertising, all monies will be paid up front. If the Auditorium handles advertising, 15% service charge will be added to expense. $50 for travels and expense will be charged for hanging posters, signs, and any other advertising display material.

**(27) PARKING LOT USE:** Lanier Parking Systems of the Carolinas manages the parking property contract for the parking facility located at the Spartanburg Memorial Auditorium for all scheduled Auditorium ticketed events. Lanier Parking Systems has all rights pertaining to valet parking for all scheduled Auditorium events. A flat fee, determined by the equation: (attendance / 2.9 per car) x $2.00, can also be paid for the parking facility for non-ticketed events. If a theater, ticketed event and an arena event occur on the same date & time, the theater event will take precedence and Lanier Parking Systems will charge all vehicles $3.00 to park on a "first-come, first-serve" basis.

The Lessee agrees to hold harmless the Lessor for any damage caused to any vehicle resulting from the ownership, use, or maintenance of any vehicle by the Lessee's use of private valet parking service.

| EQUIPMENT AND SERVICES | RENTAL RATES |
| --- | --- |
| Arena Rental: | $1,500.00 or 10% per day |
| Arena Utility Fee: | $250.00 per day |
| Advance Box Office Fee: | 3% of advance sales |
| TicketMaster Fees: | .20/ticket printed (paid & comp) |
| Arena Sound System: | $250.00 |
| Arena Lighting System: | $160.00 |
| Super Trooper Spotlight Rent: | $175.00 each |
| Tables: | $8.00 each |
| Event Manager: | $15.96 per hour |
| Event Supervisor: | $14.98 per hour |
| Event Staff (ushers, ticket takers, door guards etc.): | $12.49 per hour |
| Box Office Staff: | $13.00 per hour |
| Police Officers: | $27.68 per hour |
| Emergency Medical Technician: | $24.00 per hour |
| All Other Rates for Services and Equipment Rentals | See Attached Rate Sheet |

**(29) ENTIRE AGREEMENT:** This Agreement constitutes the entire agreement between the parties and shall be binding upon the parties hereto, their heirs, legal representatives, successors and assigns and no alterations, variations or additions in or to the terms of this Agreement shall be valid unless such alterations, variations or additions are in writing and signed by both parties or their heirs, successors or assigns.

### Please refer to attached rate sheet, which is part of the Contract Agreement.

In Witness Thereof the parties have duly executed this instrument and are signed by their officials authorized to execute such instruments, the day and year first above written.

ATTEST: LESSEE WrestlingReunion, Sal Corrente

BY: Sal Corrente

TITLE: President

DATE: 1-26-06

DAYTIME PHONE: 310-466-0123

FAX: _____

EMAIL: BGCHRATPAT@AOL.com

LESSOR: SPARTANBURG MEMORIAL AUDITORIUM

BY: Stephen Jawls

GENERAL MANAGER

DATE: 2/2/06

Hi Sam,

In preparation for our call today, I want to make sure that you have had an opportunity to review the information we've sent to you as well as refresh your memory about the project based on the videos we have sent.

As we've discussed, my suggestion is intended to be a simple one which would allow Sal and his partners for gor forward with the property while giving us an opportunity to recoup our investment.

Therefore, I am interested in exploring if there is a deal construct within which we could possibly agree that the Live Nation (formerly Clear Channel Ent Television Holdings) media rights to this property could come back to Sal's entity for WrestleReunion with the provision that Live Nation is to be recouped from gross sales. We would be looking to get a return on our investment and I suggest that we either look at a 10% return above our actual out-of-pocket expenses after which a total reversion of our rights occurs to WrestleReunion or, alternatively, perhaps a 3% ongoing participation in perpetuity.

As you and I have discussed, there is an opportunity here for Sal and his group and I am confident that you and I can find a way to work something out to the mutual benefit of everyone.

Looking forward to our call today.

Thanks so much Sam.

Best regards, Steve

steve sterling | svp programming & production

LIVE NATION

☎:: 917 421 5207
🖷:: 917 421 5239
✉:: stevesterling@livenation.com
✉:: 220 west 42nd st, 22nd floor | new york, ny | 10036
www.livenation.com



**EXHIBIT**

35