Page 1

                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

WRESTLEREUNION, LLC, a
Florida Limited Liability
Corporation
                                    CIVIL ACTION
            Plaintiff,
                                    FILE NO.
            vs.                     8:07-CV-2093-T27-MSS

LIVE NATION TELEVISION
HOLDINGS, INC., a foreign
corporation,

            Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~


                   DEPOSITION OF

                WILLIAM B. BEHRENS


                   July 30, 2009

                    10:00 a.m.


            1230 Peachtree Street, Northeast
                Promenade II, 19th Floor
                    Atlanta, Georgia


            Yolanda R. Narcisse, CCR-B-2445

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 2

```
 1                  APPEARANCES OF COUNSEL
 2
 3    On behalf of the Plaintiff:
 4         RYAN C. RODEMS, Esq.
           Barker, Rodems & Cook, PA
 5         400 North Ashley Drive
           Suite 2100
 6         Tampa, Florida 33602
           (813) 489-1001
 7         (813) 489-1008 (Facsimile)
           rodems@barkerrodemsandcook.com
 8
 9    On behalf of the Defendant:
10         GREGORY HERBERT, Esq.
           Greenberg Traurig, PA
11         450 South Orange Avenue
           Suite 650
12         Orlando, Florida 32801
           (407) 418-2431
13         (407) 841-1295 (Facsimile)
           herbertg@gtlaw.com
14
15    Also Present:
16         Mr. Robert Russen
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              (Reporter disclosure made pursuant to

 2         Article 8.B. of the Rules and Regulations of the

 3         Board of Court Reporting of the Judicial Council

 4         of Georgia.)

 5                    WILLIAM B. BEHRENS,

 6    having been first duly sworn, was examined and

 7    testified as follows:

 8                    CROSS-EXAMINATION

 9    BY MR. RODEMS:

10         Q.    Good morning, sir.  Would you tell me your

11    full legal name, please.

12         A.    William Blade Behrens, B-e-h-r-e-n-s.

13         Q.    What is your current business address?

14         A.    3238 Henderson Mill Road, Suite 7,

15    Atlanta, Georgia 30341.

16         Q.    And what is the business telephone?

17         A.    (770) 621-9533.

18         Q.    And who are you employed by at this 3238

19    Henderson Mill Road address?

20         A.    For the last several decades, I've always

21    been employed for myself and have always

22    subcontracted myself out to third parties as a

23    consultant or whatever role that was.  So I'm the

24    president of a company I call Show Business,

25    Incorporated, which was incorporated, give or take,
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 4

1    1989.  I forget which month.

2         Q.    And what state was it incorporated in?

3         A.    The State of Georgia; Sub-S corporation.

4         Q.    And is it spelled Show, S-h-o-w --

5         A.    Just like there's no business like show

6    business.

7         Q.    Okay.

8         A.    Which is how I got it.  Eddie Murphy was

9    saying on a Gumby skit that he was show business.

10   And I said, Well, heck, if he can be, why can't I.

11        Q.    Well, you and he bear a strong

12   resemblance.

13        A.    Thank you.  I've been tanning.

14        Q.    Now, in the event that I might need to

15   reach you and was unable through this --

16        A.    Cell phone number.

17        Q.    Well, what I want to find out, and I don't

18   want you to tell me, but in the event that I need to

19   reach you and can't, one of the ways we would be able

20   to track a witness is through date of birth and

21   Social Security number, but we don't put that in

22   depositions anymore.

23             So if you would agree to provide that

24   information to Mr. Herbert and Mr. Herbert will

25   provide that to me only in the event that I had some

Page 5

```
1   trouble locating you for some reason, so, you know, I
2   could search you by address.
3              I don't suspect that's going to be a
4   problem since you're fairly well known in the
5   industry and all that stuff, but would you be
6   agreeable to that?
7       A.    No problem at all.  They have a legal
8   document that, at least, has my Federal ID number.
9       Q.    All right.  Very good.  Let me show you --
10      A.    With a mother's maiden name, you could set
11  up bank accounts and everything with only that.
12      Q.    It's unbelievable.
13      A.    There's actually been a scam by a guy
14  named John Collins in wrestling, which attempted to
15  do that.  David Penzer actually gave that information
16  to him.
17      Q.    That wouldn't be John Collins from
18  Mulberry, Florida, would it?
19      A.    Actually, I don't know if he ended up down
20  in Florida, but he was in the Midwest when he ran
21  this particular scam.
22              (Plaintiff's Exhibit 1 was marked for
23          identification.)
24      Q.    (Mr. Rodems)  Okay.  Well, I don't know
25  him, then.  Let me show you the Second Amended
```

Page 6

 1    Subpoena that was issued in this case, which we'll

 2    mark as Exhibit 1.

 3         A.    Okay.

 4         Q.    Have you ever seen that document before or

 5    one like it?

 6         A.    Yes.

 7         Q.    Okay.  That document, among other things,

 8    requires you to bring materials to the deposition

 9    with you.  There's a Schedule A, which identifies the

10    documents.

11         A.    Yes.

12         Q.    Let me just ask you a simple question and

13    then we'll come back to it later, but did you bring

14    all the documents that were requested that you were

15    able to find?

16         A.    Yes.

17               (Plaintiff's Exhibit 2 was marked for

18               identification.)

19         Q.    (Mr. Rodems)  So we've marked the Second

20    Amended Subpoena as Exhibit 1.  Let me show you now

21    what we're marking as Exhibit 2, and ask you if this

22    is a copy of the report that you submitted in this

23    case.

24         A.    Yes.  Absent going line by line through

25    the document I have with me, it looks the same.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                          July 30, 2009

Page 7

```
 1              MR. HERBERT:  Check the signature.  Make
 2       sure it's yours.
 3              THE WITNESS:  Yeah, it's mine.
 4       Q.    (Mr. Rodems)  Okay.
 5       A.    Very few people can do that.  I don't sign
 6  more than a couple of letters.
 7       Q.    And I will represent to you that I took
 8  the copy that was sent to me, and I made the
 9  photocopy, and I did verify that all the pages were
10  there.  So in the event that later you discover that
11  I was incorrect, I'm not holding you to the fact that
12  my photocopying skills are not sufficient.
13       A.    It appeared to be right.
14       Q.    What I'd like to do now, because as we
15  talked about in the record, the pages are not
16  numbered.  Do you have a pen?
17       A.    Yes.
18       Q.    What I'd like you to do, not at the first
19  page or the second page, because those are the
20  notice, but where your actual text begins, if you
21  could, number that page one and then continue on.  I
22  think we should end up with a total of 15 being the
23  page that has the conclusion on it.
24       A.    You are correct, sir.
25       Q.    Okay.  Great.  That would allow us to
```

Page 8

```
 1    refer to the page numbers now --

 2         A.    Do you want me to number these

 3    supplemental pages?

 4         Q.    No, that won't be necessary.  But if we

 5    find we need to, we can do that at that point.

 6         A.    Thank you.

 7               (Plaintiff's Exhibit 3 was marked for

 8               identification.)

 9         Q.    (Mr. Rodems)  And then I'll next show you

10    what we'll mark as Exhibit 3, which is the report of

11    Colin Bowman pursuant to Federal Rules of Civil

12    Procedure 26(a)(2)(B).

13         A.    This is all of the various reports?

14         Q.    This is the report that was dated

15    February 13th, 2009.

16         A.    I never printed it out.  I think this one

17    I just have in the computer.

18         Q.    Well, once again, I will represent to you

19    that I made a copy of that or my office, I should

20    say, and that, to the best of my knowledge, it's a

21    complete and accurate copy of the report.

22         A.    It looks familiar, yeah.

23         Q.    Well, you did at some point receive

24    Mr. Bowman's report?

25         A.    Yes.
```

Page 9

```
 1        Q.    All right.  And then we'll mark as
 2   Exhibit 4 --
 3        A.    Do you need to have that?
 4             (Plaintiff's Exhibit 4 was marked for
 5             identification.)
 6        Q.    (Mr. Rodems)  The court reporter is the
 7   custodian of the exhibits and she, I'm sure, will
 8   verify at the end of the day she has everything.  But
 9   just so we're all clear, we don't want to run off
10   with it in our suitcase.
11             Okay.  Let me show you what I'm marking as
12   Exhibit 4.  This is the Supplemental Report of Colin
13   Bowman pursuant to Federal Rules of Civil Procedure
14   26(a)(2)(B)  that was dated July 2nd, 2009.
15        A.    Yeah, I just saw that several days ago.
16        Q.    Did you have a chance to read that?
17        A.    Yes, I did.
18        Q.    Does that change your opinions that you
19   had in your report?
20        A.    No.
21        Q.    You mentioned that you're currently
22   operating as the president of Show Business, Inc.?
23        A.    Yes.
24        Q.    And that's located here in Atlanta?
25        A.    (Witness nods head in the affirmative.)
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

**Page 10**

```
 1        Q.    At the present time, does Show Business,
 2   Inc. have business relationships with other
 3   individuals or entities or business organizations?
 4        A.    Yes.
 5        Q.    And are there any other employees at Show
 6   Business, Inc. other than you?
 7        A.    At this time, no.
 8        Q.    So currently, since I understand that you
 9   bill for your services through Show Business, Inc.,
10   if I interchangeably refer to you -- I think I
11   understand, and tell me if I'm correct, that all of
12   your work for income is through Show Business, Inc.?
13        A.    There have been occasional incomes that
14   were paid usually accidentally to me directly.  I
15   always request by invoice the payment be made to Show
16   Business.  I can provide the Federal numbers.  So it
17   would only be by accident.
18        Q.    Okay.
19        A.    Jury duty or something like that would
20   have been paid to me directly, and I've had that
21   within the last decade at least once.
22        Q.    Today, before we started, I provided you
23   with a check for $600, which I had intended to cover
24   for four hours.  But as we discussed, your actual
25   rate is $250 per hour for testifying.
```

**Page 11**

```
 1        A.    Yes.
 2        Q.    So obviously, we'll need to square up at
 3   some point, but would you like me to reissue the
 4   check in the name of Show Business, Inc.?
 5        A.    I'll just endorse it into my bank into
 6   that account and account for it that way.
 7        Q.    Okay.  That's fine.
 8        A.    I'll just endorse it over.  As long as
 9   it's straight accounting, it's fine.  As long as I
10   don't move it through my personal accounts, I'm
11   usually okay.
12        Q.    Then why don't we run through what your
13   current tasks or duties or jobs or opportunities for
14   revenue or income that you're currently involved in.
15        A.    Other than right now?
16        Q.    Yes.
17        A.    Okay.  I write for a very small amount of
18   money, $600 a month.  I write news and editorials on
19   the Internet for a website called wrestlezone.com.
20        Q.    Okay.
21        A.    Re-enforcing that, but not receiving any
22   revenues, I record a weekly piece at
23   whosslammingwho@podomatic.com.  That could be more
24   considered to be a promotion for the other things I
25   do.
```

**Page 12**

```
 1        Q.     Whos --

 2        A.     Whos, with an S, slamming, another S, who,

 3   dot, podomatic, dot com.

 4        Q.     All right.

 5        A.     It's those pod casts things you hear so

 6   much about.

 7        Q.     Okay.

 8        A.     And I'm only learning about it as I do

 9   them.

10        Q.     I know nothing about that stuff.

11        A.     And I'm in my 50s, so modern technology

12   just scares me.

13        Q.     Whos is w-h-o-s or w-h-o-s-e?

14        A.     W-h-o-s, as in who is without the

15   apostrophe.

16        Q.     Right.  By the way, have you given a

17   deposition before?

18        A.     No.

19        Q.     Well, let me offer some suggestions that

20   will make the process easier for both of us.

21        A.     Yes, sir.

22        Q.     Obviously, you understand that you're

23   under oath, and you're giving truthful testimony

24   today.  A couple of other points.  If you're

25   answering a question, if you could, answer with a yes
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                        July 30, 2009

**Page 13**

 1    or no.  I don't know if sometimes you might use

 2    uh-huh or uh-uh in your common language, but the

 3    court reporter is taking down what we say word for

 4    word.  If you say uh-huh, she will record it as

 5    uh-huh, which uh-huh and uh-uh sometimes sound the

 6    same.

 7         A.    Yes.

 8         Q.    And even when she typed that just now, I

 9    don't know how it's going to come out.  But in any

10    event, if you could, just answer the question yes or

11    no.  If at any time I ask a question that doesn't

12    make sense, which I'm prone to do, feel free to tell

13    me that you don't understand it or that it didn't

14    make sense or you may wish for me to rephrase it.

15         A.    Okay.

16         Q.    If I use any terms that you think you may

17    understand what they are, but are not absolutely

18    certain, feel free to ask me to identify any terms

19    I'm using, because I want to make sure that the

20    question I'm asking you understood, so that the

21    answer you gave me is responsive to that question.

22         A.    Okay.

23         Q.    And another thing is I have a tendency

24    sometimes to be looking down at my notes, think that

25    the witness is done with an answer, and inadvertently

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

**Page 14**

 1   interrupt.  What ends up happening is that two people

 2   are talking at the same time, which can make it

 3   extremely difficult for the court reporter to get an

 4   accurate record.

 5            So I will do my best to try to verify that

 6   you're finished with your answer, but at the same

 7   time, could you also wait for me to finish my

 8   questions before you begin to answer?

 9        A.    Yes.

10        Q.    And another thing that I do, which I'll

11   just let you know, sometimes I will start asking a

12   question and really not have the whole thought

13   composed at that moment.  So it may sound like I'm

14   done with the questions when there's more words

15   coming out.  So if you just indulge me with that, I

16   will try to do the best I can.

17        A.    As I will.

18        Q.    Okay.  If at any time you need a break for

19   whatever reason -- comfort, make a telephone call, or

20   whatever -- just let me know, and I will do that.

21        A.    Okay.

22        Q.    I anticipate that we will be here several

23   hours.  I don't anticipate that we'll be here all

24   day.  But if there reaches a point where we need to

25   take a break to have lunch or whatever, we can do

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 15

1    that.  That's not a problem.

2          A.    Okay.

3          Q.    I think that really covers it.

4          A.    Okay.

5          Q.    Great.  You were mentioning

6    whosslammingwho@podomatic.com.  Let me ask you, is it

7    p-o-d-o-m-a-t-i-c?

8          A.    Yes.

9          Q.    And if I went to the Internet and typed

10   that site in, I would arrive at that site?

11         A.    Yes.

12         Q.    And what would I find on that site?

13         A.    A series of displays that would direct you

14   to various recorded pieces by various folk, myself

15   included.

16         Q.    And could I access that site for free or

17   do I have to pay?

18         A.    For free; it is a promotional vehicle.

19         Q.    And is whosslammingwho@podomatic.com

20   devoted to the professional wrestling industry?

21         A.    Yes.

22         Q.    And is wrestlezone.com devoted to the

23   professional wrestling industry?

24         A.    Yes.

25         Q.    What other business or tasks are you

1    involved in?

2        A.    I represent, as a booking agent, various

3    professional wrestlers and receive on average ten

4    percent of the fee they get for those bookings.

5    Normally, I take that deposit by -- I take my money

6    by getting a deposit for them, taking my percentage

7    out, but not exclusively.

8            I also work as a real agent for various

9    professional wrestlers in terms of contract

10   negotiations, business planning, and their careers in

11   general.  An example of that would be a young man

12   named Allen Jones who wrestles as AJ Styles.  Another

13   would be Shawn Hernandez who wrestles as Hernandez.

14   There would be Shannon Moore who wrestles as Shannon

15   Moore.

16       Q.    Okay.

17       A.    And it goes on.  There are five or so of

18   those people; Daniel Cavell that wrestles as Chris

19   Daniels or Daniels.  All of these are people that

20   either are or have been employed at the elite level

21   in professional wrestling.  In most case for WWE, TNA

22   WCW, as the primary employers.

23       Q.    And the tasks that you perform for these

24   individuals, you mentioned contract negotiation.

25   What were the other ones?

**Page 17**

```
 1        A.    Basically, managing their careers.  If

 2   they have a merchandising deal that comes in that's

 3   separate from what they would be doing for an

 4   individual employer, when it comes down -- AJ Styles

 5   had a staph infection, and I was the contact to

 6   talent relations to have them address the issue, and

 7   he was taken off the road a week ago.  That would be

 8   an example.  So basically, babysitting, for want of a

 9   better word.

10        Q.    Do you do any financial planning for any

11   of these individuals?

12        A.    Very small.  More just, in that case,

13   fatherly advice rather than specifics.  I'm not an

14   accountant, and I'm not good personally as an

15   investor, and I'm very conservative.  So I direct

16   them to people who are more experienced in that than

17   I.

18        Q.    All right.  Any other ventures that you're

19   involved in?

20        A.    I help out, I guess is the best way to do

21   it, at two different wrestling promotions.  One is

22   called Alternative Pro Wrestling that promotes every

23   Friday in Royston, Georgia.  Then I produce a

24   television show that remains in minimal domestic

25   television distribution and Internet distribution for
```

Page 18

```
 1    a company called NWA Anarchy.

 2              That is a company that followed my NWAN

 3    Wildside and that is out of Cornelia, Georgia.  We

 4    perform there on average twice a month on the first

 5    and third Saturdays taping two hours of television

 6    per date, most months.  Occasionally, it's three

 7    hours of television.  Out of that building, we have

 8    produced in excess of 500 consecutive hours of

 9    one-hour weekly television, story-line driven.

10              In addition, because I operated in NWA

11    Wildside up and until I closed the company at the

12    request of Vincent McMahon to want to enter into a

13    contract with WWE as part of its deep South

14    development territory in McDonough, Georgia, I own a

15    library of product, which continues to generate

16    revenues and is continuing to be marketed and has

17    been marketed domestically and internationally both

18    on television and home video, and that's an ongoing

19    process.

20        Q.    The library of product you're referring to

21    is videotape or electronic media of wrestling

22    matches?

23        A.    Correct.  Well, the wrestling matches

24    would be the facile way of looking at it.  Wrestling

25    television is best defined as an aggressive soap
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                               July 30, 2009

Page 19

1    opera.

2        Q.    Okay.

3        A.    So the matches are the stage play that you

4    set up with a variety of the story lines that create

5    the progressive interest in the product.  Without

6    that, what you simply have are wrestling matches.

7        Q.    So the library of product that you're

8    referring to includes wrestling matches, but also

9    those things that are necessary to give it a story

10   line?

11       A.    Yes.  Wrestling is an aggressive soap

12   opera.  It's a stage play when done correctly.

13       Q.    Now, let me ask you this:  Who is the

14   biggest star that you have on the library of product

15   that you own?

16       A.    Well, I function -- that we've created is

17   probably AJ Styles, who is one of the major stars of

18   the wrestling business and a top-ten talent

19   identified as such by nearly everyone, so he'd

20   probably be the biggest star we've developed

21   directly.

22            However, because my company served as the

23   training facility and development promotion for World

24   Championship Wrestling, quite a number of their stars

25   worked with me and for me during that time under my

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                               July 30, 2009

Page 20

```
 1   agreement with them to help them get additional
 2   experience for their talent.  So I can't claim credit
 3   for those people, but they've all worked within that.
 4   There's been a lot of big stars.  You know, Dusty
 5   Rhodes who's referred to in our documentation here
 6   appeared twice for me to repay me for a favor I had
 7   done for him, for example; so new stars, older stars.
 8           But my primary role with these companies
 9   was not to showcase talent that had already made
10   their reputation.  Rather, we've always functioned as
11   a development form of territory dealing from the
12   younger up, rather than the older down.
13           When a lot of independent promoting
14   focuses out the old guy that never got out of his own
15   backyard as the star and the young guys are just sort
16   of graving, we do it in the other direction.  We
17   really don't focus on the older guys, because there's
18   really no potential those people are going to make
19   it, at least in the way the industry is at its most
20   successful.
21       Q.    Dusty Rhodes was obviously an established
22   star.
23       A.    Very much so.
24       Q.    And what was the favor that he was
25   repaying by appearing two times?
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

**Page 21**

```
 1        A.     I helped co-promote an event and supplied

 2   him insurance for that event at no cost, because I

 3   maintain a $1 million liability insurance policy as

 4   most respectful promotors would.

 5        Q.     Is there an annual premium for that?

 6        A.     Actually, at the time, yes, because I was

 7   buying it myself.  Now we have a company policy that

 8   we utilize through the National Wrestling Alliance

 9   where I am a director/past vice president/past

10   president of the National Wrestling Alliance.  Which

11   would have gotten another one of my obligations,

12   albeit, non-pay, as I'm a director of the National

13   Wrestling Alliance, which is more a brand than

14   anything else.

15             It's historically relevant.  It's 61 years

16   old.  It goes back to the beginnings of professional

17   wrestling.  At one time, the National Wrestling

18   Alliance was one of the three largest entities in

19   professional wrestling along with the WWWF.  That's

20   McMahon, Sr. and his partners and the AWA, Verne

21   Gagne and his partners.

22             The NWA at one time was probably the

23   largest of those.  As an example of that, there was

24   actually federal litigation in terms of them

25   controlling the marketplace.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                               July 30, 2009

**Page 22**

1      Q.    Okay.  Well, I grew up in Florida, so I'm

2   familiar with the NWA.

3      A.    And Gordon Solie and Eddy Grahams.

4      Q.    Of course, yes.

5      A.    Tremendous.  I grew up in Florida, too.  I

6   grew up in Miami.

7      Q.    Oh, okay.  So you've identified the NWA as

8   being something that you're involved in, albeit,

9   unpaid, correct?

10     A.    Yes.  Well, as members of the NWA, we all

11  invested when we went in.  There was a fee that goes

12  in.  As a result of that, we are owners of the

13  company and vested in the company's capital accounts.

14          Were the company to generate real

15  revenues, and right now real revenues would be

16  relative, there are thousands in the bank, but not

17  hundred of thousands, we would have the ability to

18  give out that money to the individual ownership.  And

19  each of us has a certain percentage of ownership

20  based on our tenure.  Mine is somewhere between seven

21  and eight percent.

22          So if we paid out $5,000 at some point, I

23  would get a percent, but there's no immediate plan to

24  do that.  It would be something voted.  But that is

25  if, you know, what we're doing grows, and if our

**Page 23**

1    brand achieves greater value.  For example, up until

2    several years ago, Total Nonstop Action Wrestling, a

3    Limited Liability Company, owned by Panda Energy now,

4    a Delaware Corporation, they had licensed exclusively

5    the NWA brand that did so until I believe 2007, when

6    we got divorced, and paid an annual fee for that and

7    controlled several of the organizations' titles,

8    including the NWA World Heavyweight title, World Tag

9    Team titles.  We've given them the right to create an

10   NWA X Division title, a brand they created.

11           They had the exclusive right to that

12   brand.  Under that license, in terms of certain -- we

13   had certain exclusive rights retained under that.

14   Now all rights have reverted back to what's

15   considered a trademark brand.

16      Q.    This NWA, is there a formal company name

17   or corporate name?

18      A.    Pro Wrestling Organization, LLC.  It's a

19   Charlotte-based corporation.  The trademarks include

20   National Wrestling Alliance, NWA, the logo.  Which

21   you'll remember from years back, the wrestlers

22   grappling with the NWA in the background.

23      Q.    I do remember.

24      A.    Greco-Roman style.

25      Q.    That's right.  Do you know who the other

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

**Page 24**

```
 1    current owners of Pro Wrestling Organization, LLC

 2    are?

 3         A.    Yeah, and I could probably name all of

 4    them, if you'd like me to.  Our executive director

 5    and the attorney for the organization is Robert

 6    Trobich.  He would be the primary contact for the

 7    organization.

 8         Q.    How do you spell the last name?

 9         A.    T-r-o-b-i-c-h.

10         Q.    Okay.

11         A.    And he is a Charlotte-based attorney.

12         Q.    Is Howard Brody still affiliated with

13    the --

14         A.    Howard Brody resigned from the company for

15    silly reasons.

16         Q.    Okay.

17         A.    Howard just got upset about something and

18    resigned even though I told him not to.

19         Q.    What were the silly reasons?

20         A.    I don't even remember, because with

21    Howard, it could be anything.

22         Q.    Why do you say that?

23         A.    He's an emotional man and sometimes to his

24    detriment.  He'll throw the baby out with the bath

25    water, for want of a better analogy.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 25

```
 1        Q.    What was his role before he resigned?
 2        A.    At one time he served as the president.
 3   He came into the organization when there were very
 4   few members.  In fact, there had been, and it was
 5   engineered by the late Dennis Carluzzo and Bob
 6   Trobich, there had been sort of a standoff legally
 7   with World Championship Wrestling, who at the time
 8   were monopolizing the NWA brand.
 9             Jim Crockett, the prior owner of the
10   company, and I don't think at the time he was the
11   current owner, I believe by then he had sold out to
12   Ted Turner.  Yeah, I'm pretty sure he had.  They
13   weren't allowing their champion, who I believe at the
14   time was Rick Rude, Billy Rick Rude, they weren't
15   allowing him to appear in other events.
16             So basically there was a suit that either
17   we get to use the champion or, you know, something
18   has to happen.  It led to a divorce, and WCW ended up
19   branding their champions under their World
20   Championship Wrestling brand, and the NWA went off
21   and created their own champion in a tournament that
22   was held in New Jersey.
23        Q.    When you said "they" a moment ago, who
24   were you referring to?
25        A.    Which they?  I'm sorry.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 26

```
1        Q.    Right.  I didn't want to interrupt you,

2   because you were in the middle of your answer, but I

3   think you said, they wouldn't let somebody use --

4        A.    WCW executives, at the time.

5        Q.    I see.  All right.  Now, does the NWA, and

6   I'm using that for shorthand for the company you've

7   identified, but does that company today derive

8   revenue from any sources?

9        A.    A combination of them.  As I said, we were

10  paid a fee and then were paid a settlement fee to get

11  out of our agreement with TNA, so there was revenue.

12  We promoted live events as a group, which generated

13  revenue.  We sell merchandise and are attempting to

14  build that area, which has revenue.

15            For example, we have replicas of our World

16  Championship belt that are going to be released very

17  soon; high-end replicas.  We already have advance

18  orders for at least a thousand or so of those, which

19  will generate some reasonable revenue.  Then we have

20  annual dues.

21       Q.    The NWA title as it stood in the

22  professional and TNA licensing, did it have, in your

23  opinion, a recognized value to it?

24       A.    Yes.

25       Q.    Okay.
```

REPORTED BY: Yolanda R. Narcisse, CCR-B-2445          www.huseby.com
HUSEBY, INC. - 555 North Point Center, E., #403, Alpharetta, GA 30022  (404) 875-0400

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

**Page 27**

```
 1        A.    Which is the reason they licensed it, both

 2   Jerry and Jeff Jarrett.

 3        Q.    Okay.

 4        A.    Jerry is a former NWA member back in the

 5   day and recognized the historical value of it and

 6   used it as a way to some recognition.  They perceived

 7   greater recognition for their new product, Total

 8   Nonstop Wrestling, in the weekly Pay-Per-View

 9   business plan that they had come up with.

10        Q.    Is there a headquarters for the NWA?

11        A.    Technically, it would be our lawyer's

12   office in Charlotte.

13        Q.    That also is his regular law practice?

14        A.    Yes.

15        Q.    Are there any other ventures or business

16   engagements that you're in today deriving revenue or

17   income?

18        A.    I can't think of anything right now.

19        Q.    So just to summarize then what you've told

20   me about was:  Wrestlezone.com,

21   whosslammingwho@podomatic.com, representing certain

22   wrestlers as booking agents taking a ten percent fee,

23   working as an actual agent for various professional

24   wrestlers, and then you have alternative Pro

25   Wrestling out of Royston, Georgia?
```

Page 28

 1        A.      That's just a live wrestling event.

 2        Q.      A live wrestling event?

 3        A.      Yeah.

 4        Q.      And then you have NWA Anarchy.  Is that

 5    still in existence?

 6        A.      Let me correct myself.  I'm not the owner

 7    of that.  The promoter for that is a gentleman named

 8    Jerry Palmer.  My involvement is the creation of the

 9    television product, which means booking the product,

10    creating the story lines, and working with the

11    talent.

12            It's his responsibility to draw the house,

13    and that's the revenue he retains.  He pays the rent

14    of the building.  Back when I had Wildside, I did all

15    those things.

16        Q.      I see.  And that was closed at a time when

17    you took an opportunity to work with the WWE?

18        A.      For some reason, Vince McMahon believed my

19    small promotion was competitive.

20        Q.      You additionally own a library of product,

21    which you derive revenue from, and then you have the

22    affiliation with the NWA?

23        A.      Yes.  And that's as of -- until a little

24    bit ago, I was also working for Total Nonstop Action

25    Wrestling and had off and on except for the brief

Page 29

```
 1    period when I was with WWE working with their

 2    development area.  I worked with them since their

 3    start.

 4         Q.    Are you currently affiliated with WWE?

 5         A.    No.

 6         Q.    All right.

 7         A.    No, other than more of consulting, but

 8    nothing paid at this time.  My last contract with

 9    them would have been in 2005.

10         Q.    Of course, at any time they could call you

11    and --

12         A.    Well, I'm working with a local area

13    attorney, John Taylor.  But our function there has to

14    do with wrestling regulations in the State of Georgia

15    and interacting with the Senators in the House and

16    the Georgia Athletic Commission and basically trying

17    to minimize, if not eliminate, any form of wrestling

18    regulations since it's an entertainment form and not

19    a sport.

20         Q.    Are you paid for that?

21         A.    No.

22         Q.    Do you consider those lobbying efforts?

23         A.    Yes.

24         Q.    What years did you have an affiliation

25    with TNA?
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                      July 30, 2009

**Page 30**

```
 1        A.     I began with TNA when it began, which was
 2   in the middle of 2002.  I believe the first event was
 3   June 19th.  I had been hired before that, but I was
 4   with them all the way through straight until I joined
 5   WWE, which would have been -- oh, golly, gosh -- I
 6   want to say May, but I may be off a little bit, of
 7   2005.  I know I put my company out of business prior
 8   to going, and that was at the end of April in 2005.
 9   So I believe it was May.
10             I know the reason I have problem dating it
11   is that we couldn't go to the building and start
12   doing anything until it got up to spec, and that took
13   longer than it was anticipated.  So I benefited from
14   being paid to sit on my butt for a while.
15        Q.     When you say, we couldn't do --
16        A.     None of us that were involved in the
17   promotion could do anything until the building was
18   built out.
19        Q.     For which promotion?
20        A.     This would have be Deep South Wrestling,
21   which was put into business by World Wrestling
22   Entertainment to develop talent.  I was hired by them
23   coming out of TNA.  I guess I'll go backwards to what
24   I did at TNA, but I was hired as a talent, you know,
25   consultant on talent, to evaluate talent, to produce
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 31

1    their television show, distribute it, book it, write

2    it and --

3          Q.     At TNA?

4          A.     No.  This would have been at Deep South

5    Wrestling for WWE for that period in 2005.

6          Q.     Okay.

7          A.     From 2002 to 2005, I functioned -- well,

8    not officially de facto as a talent relations

9    executive, because I was involved with the talent on

10   contracts.  Also, I was what was called the

11   third-party booker in the talent under the early

12   contracts with TNA, and still to an extent to this

13   day am able to take third-party bookings, independent

14   wrestling bookings, while being under contract at TNA

15   with revenues years back going directly to the

16   talent.  And now, in most cases, going to TNA and

17   then through TNA to the talent.

18         Q.     Okay.

19         A.     An example of that would be the first

20   WrestleReunion event.  TNA contracted stars Jeff

21   Jarrett, America's Most Wanted, Chris Daniels, and AJ

22   Styles were all booked.  AJ Styles was not able to

23   get to the event because of an ice storm here in

24   Atlanta, and his fee was refunded.

25              The others competed.  In two cases,

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 32

 1   America's Most Wanted and Jeff Jarrett, they defended
 2   the NWA heavyweight titles that they carried at the
 3   time under TNA's license for those.  So I was
 4   executing that, also.  At the live events, I
 5   functioned as -- well, the only thing is, I was in
 6   charge of the gorilla position.
 7              The gorilla position in professional
 8   wrestling is the position that sends the wrestlers to
 9   the ring.  It was named after Gorilla Monsoon a
10   wrestler now deceased who worked for years with World
11   Wrestling Entertainment and was an owner.
12       Q.    What is involved in sending the wrestlers
13   to the ring?
14       A.    Interacting with the director on headset,
15   making sure that wrestlers hit their marks, take
16   their cues and get to the ring in a timely fashion.
17   Which works most of the time, but not all of the time
18   particularly with a live event, which is what TNA was
19   from the beginning and for its 111 Pay-Per-Views.
20              It's very important to hit your cues when
21   you're live for two hours.  It's very important
22   because everything is happening in realtime.  There
23   is no going back and edit.  If you're late getting to
24   the ring, you've got a bunch of people waiting around
25   for you.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                               July 30, 2009

1        Q.     Okay.

2        A.     So it becomes a very crucial spot.  I also

3    performed in TNA under the role of an NWA executive

4    and later as a comedy character after being hit by a

5    chair in the head by Jeff Jarrett.  It knocked me

6    goofy, and I returned as Cowboy Billy, the new

7    sheriff in town.  It was soon after that that I told

8    Jerry to please stop writing me in and to entertain

9    everyone other than me.  I took various bumps at 47

10   years old I'm regretting to this day.

11            After WWE, I went back to TNA officially

12   as the director of third-party bookings under a newly

13   created position under newly created contracts that I

14   helped write.  We created a business for TNA of

15   subsidizing weekly guarantees by booking our talent

16   out to third-party promotors internationally, getting

17   those revenues in, and using those as part of the

18   payout to the talent.

19            It allows TNA to guarantee weekly amounts

20   without having to actually flip the entire bill.  In

21   the several years that I did that until they brought

22   the job inhouse in 2007 and decided to multitask

23   somebody with what was left of the job at that time,

24   because with house shows starting they weren't doing

25   as many third-party bookings, so they didn't need a

**Page 34**

1    full-time person; they felt.  We generated, I

2    believe, it was $1.7 million booking people out on

3    the third-party bookings.  As I mentioned, some of

4    that in some small way was the first WrestleReunion

5    event.

6            Q.    And for all the times that you performed

7    services for TNA, were you issued a 1099?

8            A.    Yes.

9            Q.    And for all the times that you performed

10   services for WWE, were you issued a 1099?

11           A.    Yes.  My actual relationship with WWE goes

12   back to 1993, which is my first contract with them.

13   Then I had a contract after that with WCW.  Then

14   after that again with WWE.  Then after that with WCW,

15   and then TNA went into business.

16                For that nine-year period, I was brought

17   more aggressively into wrestling by Jerry Jarrett,

18   who called me after reading an article or a letter I

19   had written.  It wasn't an article.  It was a letter

20   I had written to a publication called Pro Wrestling

21   Torch that criticized a television taping that was

22   done by Jim Crockett in Texas back in 1993 and shot

23   in high-definition television.

24                Even as a consumer, you're probably aware

25   that high-definition television is only now limping

**Page 35**

 1    into our realty after being mandated.  But back in

 2    1993, other than the Japanese, nobody was really

 3    doing anything with it.  So it was just sort of

 4    silly.  It was a waste of money, and it was sort of

 5    an ego trip.  A lot of wrestlers got paid a

 6    reasonable amount of money, so everybody ran there

 7    and made the money they could.  And, of course,

 8    Crockett lost a lot of money because that's what

 9    people do when they produce television.

10            There's always this theory all we have to

11    do is produce something, and it will get on

12    television like you wave a wand and it happens.  It

13    just doesn't happen that way, and he learned that.

14    But I had written about that, and Jerry got in touch

15    with me and said, You seem to be the only guy that I,

16    you know, read something from that seems to know the

17    wrestling business and understands TV.  So he hired

18    me initially to set up promotion cities for his son

19    Jeff Jarrett, who is part owner of TNA, as was Jerry

20    Jarrett at one time.

21            I did that, and we had a contract where he

22    was supposed to pay me a percentage of -- or a

23    certain amount of money based on the percentage of

24    the country and the city was.  And the United States,

25    every city represents -- and the way AC deals and

Page 36

```
 1    breaks it down, is it's a hundred percent of the
 2    country and every little niche represents some
 3    percentage.  Like Atlanta is, give or take, 1.5
 4    percent of the country.  Let's say, I'm getting paid,
 5    and I don't remember right now, but let's say it was
 6    1250, the point, so if I closed the deal in Atlanta,
 7    I would get 1250 times 1.5, and that would be my
 8    payout for delivering that market to him.
 9            The idea was that the more markets he got,
10    he could then, because he had an existing television
11    show that was being paid for by the NBC affiliate in
12    Memphis, WMC, he could take that show, put it through
13    local market promos, put it on in these cities, and
14    this was back -- at least for him, it was still
15    working.  It was not working well for other people.
16    Vince had gone into business.  Vince McMahon and Ed
17    bought out an awful lot of the local TVs.  Memphis
18    was one of the few territories still working when I
19    got involved and still running regular shows.
20            They saw the regular -- Memphis on
21    Mondays; Tuesdays going to Louisville; Wednesdays,
22    Evansville; Nashville on Fridays; spot towns
23    occasionally on Thursdays.  And then Jonesboro and
24    other areas on the weekend.  Then they do their live
25    TV on Saturday.  So it was a functioning, what we
```

**Page 37**

1  would call, wrestling territory, still.

2          He wanted his son to be involved in that.

3  But the long and short of it was by the time I

4  closed, I think it was three or four cities, I called

5  Jerry and told him.  He said, Great.  Call Jeff and

6  tell him, and we can get going and everything is

7  wonderful.  I called Jeff.  It was my first time ever

8  meeting Jeff.  And I said, I've done all this.  Your

9  dad wants you to be a promoter.  And he said, Good.

10  I don't want to be a promoter.

11          So I had to go back to Jerry and go, Your

12  son doesn't want to be a promoter.  And he goes,

13  Crap.  At that point, I said, Well, we can keep on

14  this contract, and I can keep closing cities, which

15  I'll do for your TV show because it's on a bartered

16  basis.

17          We're basically giving it to the station

18  at the time.  We're making our money in theory down

19  the line promoting in the market.  But now here's the

20  Catch 22, if we're not promoting in the market, we'll

21  spend more money getting the darn show there.  You

22  know, back then it was either a 3/4-inch tape or a

23  two-inch tape or a one-inch tape.  So the tapes were

24  gigantic.

25          Just the shipping alone, even if you were

Page 38

 1   bicycling them, which is having one station send it

 2   to another station, send it to another station, even

 3   doing that, the cost could become prohibitive.  Just

 4   to supply the stations, even if it was only $50 a

 5   week, you do that times five or six stations, and if

 6   there's no revenue coming in based on the deal,

 7   you're sort of screwed.

 8              It's very difficult to get revenue in

 9   unless you have somebody out targeting every single

10   market to sell that revenue and/or you just decide to

11   punt, which is what we ended up doing, and putting it

12   in what are call PIs, per inquiry response, where

13   you're paid basically per order on the spot a certain

14   amount of money.  It could be $5.  It could be

15   whatever.  We did that for years.

16              But anyway, he said, Well, if Jeff doesn't

17   want to do that, then this deal is not going to work.

18   And I said, Well, I'm not going to hold you to it.  I

19   said, It just doesn't seem to be fair.  And he said,

20   Well, if you do that, you're going to be running

21   around anyway.

22              Because from 1980 until for two decades, I

23   was simultaneously, and prior to being in wrestling,

24   I was a television programming syndicator.  So we

25   have go back to that.  But I said, Well, I'm going to

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

**Page 39**

```
 1   be going to all of these places representing other

 2   programs.  And he said, Well, can't you carry this

 3   tape, and if somebody is interested in the wrestling

 4   show, you can offer that, too.  And I said sure.

 5             So we developed a distribution.  That

 6   distribution then, we went to WWE initially when

 7   Jerry was working as a consultant for them at the

 8   time.  They entered into an agreement with me where

 9   they basically sublet my distribution, ran their

10   commercials in our show, but didn't pay Jerry, didn't

11   pay USWA, but rather paid me as the syndicator.  So

12   Jerry's promise to me was we'll figure out a way to

13   get you paid, and that was the way he figured out to

14   get me paid.

15             He eventually went, at the request of

16   Erick Bischoff, to consult to WCW.  We moved over

17   there, him briefly, me a little over a year, maybe

18   two.  I did the same thing there.  They distributed

19   the program.  The deal was different.  I was paid in

20   addition as a syndicator for the WCW programming,

21   which I did at the time for their TV shows.

22             Also, when I was with WWE, I was

23   syndicating their programming as part of the deal --

24   Velocity, Heat -- the various shows they had at the

25   time that they had in syndication, which added to the
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

**Page 40**

```
 1    overall size of their audience.

 2              Back then, and to this day, although less

 3    because there's fewer examples, both WCW and WWE had

 4    numerous programs, but they were all sold

 5    collectively.  They were sold on what's called a cume

 6    [phonetic].  So what would end up happening is there

 7    would be chosen syndications station to station

 8    marketed.  There would be shows on cable.  Raw would

 9    be an example.  There would be various other shows in

10    various places.  The facile way of looking at it is

11    they would add all the ratings together, and that's

12    what would be sold to advertising.

13              I say facile, because it doesn't work that

14    way.  AC Nielson's statistical breakdown is rather

15    the cumulative total unique audience of all of the

16    shows put together and not the duplicated audience.

17    So they would sell the cume.  So part of my job was

18    to --

19         Q.    Sell the what?

20         A.    Cume, cumulative rating.

21         Q.    Gotcha.

22         A.    My use of a vernacular, sorry.  So they

23    would sell that.  It was done -- WCW was sold under a

24    banner called The Wrestling Network at the time.  The

25    stuff that was sold by WWE is always sold by WWE
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

**Page 41**

 1    under their title and sports banner.

 2         Q.    Why didn't they sell by the individual

 3    ratings and the individual markets instead of by the

 4    cumulative?

 5         A.    Can't make the money.  They can't make the

 6    money.  To be a national syndication in an attempt to

 7    make revenue, you serve a variety of masters.  The

 8    first is you have to get to a certain percentage of

 9    the country to even get Madison Avenue to pay

10    attention to you, and that is at minimum.

11             You've got to be at least above 70 percent

12    of the country to even get into the game.  You have

13    to have New York, Los Angeles, Chicago, Philadelphia.

14    You have to have the top markets.  If you don't have

15    those, they don't care.  They're not going to get

16    into the game.

17         Q.    You're talking about for national

18    advertising?

19         A.    Yes.

20         Q.    But let me ask you this:  When you were

21    getting 1250 for Atlanta, and we're using your

22    example and I'm not holding you to it, but of

23    1.5 percent, you were referring to the percent of

24    the --

25         A.    The individual city.

**Page 42**

1          Q.     Of households with TVs?

2          A.     Yes.

3          Q.     Why didn't you get paid based on the

4     percentage of houses in that market that were

5     actually watching the show?

6          A.     On the rating?

7          Q.     Yes.

8          A.     Because until the show goes on the air,

9     there is no rating, and that's part of the Catch 22

10    of the marketing.  Advertisers want you to guarantee

11    a rating.  They want you to tell them what their show

12    is going to do and guarantee that rating, and then

13    they pay a cost per thousand based on that.

14              So again, going back to why do you cume

15    it, it was better for WWE to have a 12 rating and to

16    be identified as frequently the number two/number

17    three program in all of syndication.  WCW was back at

18    number eight or nine at the same time.  But that

19    still made them impressive, and they also were

20    suffering.  Again, it's 70 percent minimum, but

21    realistically, 90 percent or more is what you had to

22    do.  That's step one.

23              The other master you get to is the total

24    number of stations you're on is a secondary interest.

25    It's percentage of the country, total number of

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 43

```
 1   stations.  At the time there were 220-some markets,
 2   and you ideally wanted to have stations in every one
 3   of those markets, which would get you closer to a
 4   hundred percent.
 5           Then it would be what audiences are
 6   actually watching the actual rating, which becomes
 7   the third master you serve.  Then you suffer the
 8   Catch 22 that wrestling is not a targeted buy except
 9   for a very limited number of advertisers, and
10   particularly back then an extremely limited number of
11   advertisers.  In fact, at one time Vince McMahon's
12   distribution, he was primary selling to himself.
13       Q.    What do you mean when you say, wrestling
14   is not a targeted buy?
15       A.    It's a very narrow demographic.  Wrestling
16   is a love/hate.  Either you love it or you hate it.
17   There's no gray area.  Even when wrestling was at
18   it's top peak, which was during the Monday night wars
19   where Nitro went against Raw, even the sensational
20   aspects of it, it only got its mainstream as it did,
21   you'd find as many people that hated it as loved it.
22           That continues to this today with a
23   smaller audience, a dramatically smaller audience
24   available for it.  Also, the demos had a tendency to
25   skew young and male.  Primarily, at least in terms of
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 44

1    the national product.

2        Q.    The demographics of who is watching it, in

3    other words?

4        A.    Yes.

5        Q.    Young and male?

6        A.    Yes.  That narrowed the category of people

7    interested.  And you'll have to remember that, you

8    know, if we're going back to this time, you know, the

9    earliest time or the run where they became more

10   successful, which was from the mid-'90s to early

11   2000s, that period of time, things like video games,

12   which are now a much larger business and, therefore,

13   targeting the right demographic, it really wasn't

14   there.

15            The Internet, which now can buy energy

16   drinks, which are not a big part of it, didn't exist.

17   So there was a very narrow category of people who

18   would buy into wrestling.  On a local basis --

19       Q.    Let me stop you there just so we're clear.

20       A.    Yeah.

21       Q.    When you say, there's a narrow base of who

22   would buy into wrestling, you're talking about

23   advertisers?

24       A.    Yes.

25       Q.    But let me take you back to this point:

Page 45

1    Once you basically acquired the Atlanta market -- to

2    use your example earlier -- going forward, why

3    couldn't they pay you based on the ratings then?

4         A.    Who?  Who pay me?

5         Q.    Well, that's what I'm asking you.  I

6    thought you earned revenue of 1250?

7         A.    That was under the contract with Jerry

8    Jarrett.  Jerry Jarrett was paying me to acquire

9    cities for his son to promote.  The money would have

10   come from the promotion, not the television.  The

11   television would have been a promotional vehicle.

12   Television would have been given to the television

13   station.

14        Q.    Okay.

15        A.    Not a revenue source.

16        Q.    So you're going to Atlanta.  I want to

17   understand your example of 1.5 percent and 1250.

18   First off, you're talking about $12.50?

19        A.    No; $1,250.  The example, let's say, Jerry

20   Jarrett said to me, Bill, I think Jeff, who's in

21   Nashville, could promote Atlanta.  He could get spot

22   shows around the city if only we had television,

23   because we've identified various buildings where we

24   think we could get a reasonable rent where we could

25   draw a house and make some money.  So can you get the

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

**Page 46**

 1    show on TV such that we have a promotional vehicle

 2    with our story lines developing our talents so that

 3    people could get into what we're doing so that those

 4    live events could draw it.

 5                (Off the record.)

 6        Q.    (Mr. Rodems)  Okay.  Now I understand, so

 7    let me ask some specific questions about this and see

 8    if you're capable of answering them yes/no.  It will

 9    help me get through the understanding part.

10                Jerry Jarrett, for example, says I think

11    Jeff could promote Atlanta if we could get wrestling

12    on television.  So I want you, Bill Behrens, to go

13    and see if you can get our wrestling on a television

14    station in Atlanta, correct?

15        A.    Yes.

16        Q.    Okay.  Would you approach local stations

17    in Atlanta?

18        A.    That would be the only entity I would

19    approach.  And particularly, at the time, cable would

20    have never been an issue at the time.

21        Q.    And in the example that we were using and

22    it may be different, but we were saying, well,

23    Atlanta represents 1.5 per cent of the country, of

24    the households in the country?

25        A.    Yes.

**Page 47**

```
 1        Q.     And I realize it could be more, but this

 2   is just for example purposes.  If you were able to

 3   achieve Atlanta, you would get wrestling programming

 4   on an Atlanta station, you would get paid $1250?

 5        A.     If he approved the clearance, the time

 6   period, and the station, and believed it --

 7        Q.     Who?

 8        A.     Jerry Jarrett -- and believed it would be

 9   sufficient for his son to have a promotional base.

10   Something that would be watched by people and,

11   therefore, would lead to a live attendance.

12        Q.     And then the next thing would be Jerry

13   Jarrett would have to produce something in a format

14   that the television station you convince to broadcast

15   it, Jerry Jarrett would have to produce something

16   that you could then take to the station and they

17   could put on the air, right?

18        A.     An existing television program that was

19   already in production and had been for 25 years at

20   the time.

21        Q.     And if you could get it on the station in

22   Atlanta, then the idea was live events would be more

23   feasible in Atlanta, because people would have

24   exposure to it through watching the weekly television

25   show?
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                       July 30, 2009

**Page 48**

 1      A.    Yes.  It's the way wrestling worked until

 2    the late '90s.

 3      Q.    Okay.  Now, in that scenario, if you

 4    convinced an Atlanta television station to broadcast

 5    this, for example, one-hour program on a weekly

 6    basis --

 7      A.    Which I did.

 8      Q.    Okay.

 9      A.    But it had nothing to do with the Jeff

10    Jarrett side of it, but the show was aired in

11    Atlanta.

12      Q.    -- would you have to pay the station to

13    broadcast it?

14      A.    No.  It depends on your definition of

15    barter, however.  The easiest analogy of barter and

16    the way we did it is, at the time, we had a 12-minute

17    commercial cut with six internal commercial pods each

18    two minutes.  Actually, 2:02, because you always have

19    to bleed on them.

20           We would retain the first minute for our

21    sale or promotional use.  They would get the second

22    minute, and we would provide the program for no

23    charge to them.  They would give us -- in essence,

24    they're giving us half of the time they would have

25    had had they purchased the program and had the

**Page 49**

1    ability to sell all of the time.

2              Barter came into vogue in the syndication

3    business, quite honestly, with the Mike Douglas Show

4    years back as a way to minimize license fees to

5    television stations who were having difficulty

6    selling out their inventory.  So giving a little bit

7    back to somebody who could get a large enough

8    percentage of the country to go to Madison Avenue to

9    sell them a national spot became a way for the

10   stations to minimize their costs.  And given the fact

11   that at the time -- this is vernacular -- but

12   stations were printing money back in these days, but

13   as they are today, were notoriously lazy in terms of

14   their sales.  It was easier.

15             They still generated revenue and had

16   something in that time period that they needed that

17   would drive the flow for that particular station from

18   one show to another hopefully to a target audience.

19             Wrestling was a piece of what I was doing.

20   Please remember I had served and, you know, continue

21   to be in the syndication business now.  But from 1980

22   on, I served as an officer for numerous syndication

23   companies.  The last being Universal Television where

24   I was representing their product in addition to other

25   things I was doing independently.

**WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS**
**William B. Behrens**                                                    **July 30, 2009**

Page 50

```
 1        Q.     Okay.

 2        A.     In fact, I left Universal because of the

 3   diversity of the things I was doing versus

 4   exclusivity.

 5        Q.     Now, I'm going to ask you this question,

 6   and I'm going to come back to the barter that you

 7   talked about in connection with wrestling.  For the

 8   syndication of non-wrestling shows, was the process

 9   the same with the barter system?

10        A.     Yes.

11        Q.     Okay.

12        A.     Yes; if there was a way a show could get

13   on the air.  Shows could be put on either as a barter

14   basis or was sold for cash.

15        Q.     Okay.  Now --

16        A.     Or later, the stations were paid.

17   Sinclair Broadcasting made that more popular.  But

18   that was when there were more shows than there were

19   time periods.  Which was always the case, but got

20   dramatically the case particularly with the

21   consolidation of the business; fewer people buying

22   leads to more leverage.

23        Q.     Now, on the barter basis with the

24   wrestling program and the example we were using, you

25   said that there would be 12 minutes of six internal
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 51

1    commercial pods.  Are you talking about in an hour's

2    broadcast 12 minutes would be reserved for

3    advertising?

4         A.    And/or promotion, yes.

5         Q.    Or promotion.  Okay.  The station got the

6    first minute of the two-minute pod --

7         A.    Usually the second minute, because it was

8    easier to flow that way.

9         Q.    Okay.  So with the first minute that you

10   -- and when I mean you, the wrestling organization --

11   retained, you could promote your live events coming

12   up, correct?

13        A.    And did.

14        Q.    And could you also, if you wished, use

15   that minute to sell to advertisers that might want to

16   sell a product locally?  To a car dealer or something

17   like that?

18        A.    This is an answer that a guy I worked with

19   used to hate; yes and no.  The answer is:  Could you

20   have the ability to do that, yes.  Is it a walk in

21   the park to do it and easy?  No.  It approaches brain

22   surgery, and that goes back to the various masters

23   you serve.

24             Until a distribution of a program gets to

25   a national level, you can't do business on Madison

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

**Page 52**

1    Avenue.  The concept of selling regionally has only

2    had minimal success and only with a very few

3    advertisers.  Coca-Cola would have, for example, a

4    regional budget.  So you could go to some people and

5    you might be able to find money.  Beer companies have

6    had regional budgets, but, of course, there was a

7    stigma where they couldn't advertise on television.

8    So you'd have that problem.

9             So it was very difficult unless you had a

10   really wide distribution.  Again, that goes back to

11   WCW/WWE consolidating and cuming [phonetic] their

12   numbers to get the largest possible number to sell on

13   Madison Avenue.

14            To get to a smaller group, USWA, which was

15   the Jarrett promotion, for example.  Their problem

16   was in Memphis they didn't have to sell commercials,

17   because they were paid $1500 a week by WMC, who

18   controlled all the commercial time, paid for the

19   production and paid the fee; guaranteed income.

20            They then got to utilize that.  They then

21   got a master of that program and had the rights

22   exclusive from WMC to syndicate that in other cities,

23   which initially, and under the oldest formula in

24   professional wrestling, was done only to promote live

25   events.

**Page 53**

```
 1        Q.    Right.

 2        A.    So the show went to Evansville.  The show

 3   went to Louisville.  The show went to Nashville under

 4   various deals.  Nashville, for example, at the end of

 5   USWA and the last two years, they were paying $500 a

 6   week to put the show on the air.  That's the only way

 7   they could get it up.  So there was always various

 8   formulas.

 9             When I came into play, the idea Jerry had,

10   well, more doesn't hurt us and maybe we'll figure out

11   a way to make money out of it.  Initially, that was

12   PIs, because there was no way to sell and nationally

13   advertise that was realistic.  And every effort to do

14   so, failed.

15        Q.    PI, again, means per inquiry?

16        A.    Per inquiry response.

17        Q.    And give me an example of a per inquiry

18   advertisement?

19        A.    Soloflex.

20        Q.    Gotcha.  Okay.

21        A.    Richard Simmons Deal-A-Meal.  Do you

22   remember those?

23        Q.    Yes.

24        A.    The Survival Knife.  The best knife of its

25   type ever sold by our company.  One of the greatest
```

1   ad lines ever, and it said nothing.

2        Q.    The Pocket Fisherman.

3        A.    The Pocket Fisherman.  Excellent example.

4   Although, there are long-form versions and then there

5   were the shorter versions, which usually ran either

6   one minutes or two minutes.  Normally, we utilized

7   the one-minute spots.  Some of them, like Soloflex,

8   were just green spots, because with Soloflex you get

9   paid if people called and ordered a free video that

10  showed you the Soloflex machine.

11            So that one could be what the business

12  would call worked.  An infamous promoter/creative

13  genius, Paul E., Paul Heyman, who at the time was

14  running a company called the ECW --

15       Q.    Also known as Paul Dangerously?

16       A.    Paul E. Dangerously, yes, or Paul

17  Dangerly, which is his first Memphis name.  He ended

18  up finding out about Soloflex, because we were

19  running it under another show, which was Jim

20  Cornette's Smokey Mountain Wrestling at the time.

21  The old famous story was he then got his entire

22  office staff to pull out basically a phonebook and

23  call up and go line by line and, Yes, this is Susie

24  Smith, and I want to order that, and give an address

25  out.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

**Page 55**

```
 1              We were finding through a grapevine that
 2      they were making thousands of dollars a month.  We
 3      were doing pretty good.  We were making, you know, a
 4      little over a thousand legit.  And as Jim Cornette
 5      tells the story, he then asked a wonderful kid named
 6      Bryan Hilderbrand to make phone calls.  Bryan called
 7      the first one, and he got away with it.  He was proud
 8      of himself.  He called the second one, and the guy
 9      said, Didn't you just call?
10          Q.   So he wasn't using the alternative voice?
11          A.   Unfortunately, neither Jimmy or
12      particularly Bryan Hilderbrand were crooked enough to
13      make the gimmick work.  But that's the most
14      outlandish example of the PI.  Normally, it was if
15      somebody bought the Pocket Fisherman, you would get a
16      certain amount of money for that buy.  It added up,
17      on a monthly basis back then, we'd make a couple
18      $3,000.  I'd get 15 percent of that as the agent for
19      it.
20              That continued, at least in the case of
21      USWA and also in the case of Smoky Mountain
22      Wrestling, that continued until, in both cases, under
23      contract WWE became the distributor for the program
24      and took over the commercial time and paid me.
25          Q.   But aren't there a variety of local
```

**Page 56**

 1    advertisers in any market?  For example, car dealers?

 2    Attorneys?  Medical facilities?

 3         A.    Yes.

 4         Q.    Were some of those minutes reserved for

 5    the wrestling company capable of being marketed to

 6    those types of entities?

 7         A.    Was it possible to go city to city and

 8    attempt to sell it if you could find somebody with

 9    patience and the ability to do it in an account that

10    would actual buy?  Yes.  If you were promoting the

11    area, was that more possible?  Yes.

12              And the shows that were back then on in

13    markets where there were live events on a weekly

14    basis, there were local advertisers and national

15    advertisers and Evansville local advertisers and

16    Louisville.  It was not applicable in Memphis because

17    the station was doing that, so there were plenty of

18    local advertisers.

19              And obviously, when it comes to a

20    syndicator or a third-party entity coming into a

21    marketplace to market their show to local

22    advertisers, they're in a competitive disadvantage,

23    because there are other people that are there all the

24    time in media who have the advantage.

25              So if I'm going into a market -- let's

 1    say, I've traded my program with you as a TV station

 2    and I've given you half the commercial time, what am

 3    I if I come in and start marketing my commercial time

 4    in your city?  I'm a competitor.  I'm now not in a

 5    partnership.  I've now become a competitor.  So you

 6    have to be very careful how you do that or you end up

 7    ruining the relationship you've established with your

 8    barter arrangement, which allowed you to get the show

 9    on the air to begin with.  You have to figure out

10    what business you're in.

11        Q.    Okay.  But you would agree with me that

12    historically television exposure has been an

13    important, if not the most important, factor in

14    driving the local promotions?

15        A.    Historically, television was very

16    important up and until the late '90s, yes.

17        Q.    All right.  Now, let me ask you:  What was

18    the year that you first became involved in the

19    entertainment profession in any form?

20        A.    That would be 1962.

21        Q.    Okay.

22        A.    I was an actor in my father's series, Kids

23    Stuff.  My dad was a television programming

24    syndicator back in the day with the legends of the

25    business including the father of the King Brothers,

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

**Page 58**

1    who ended up forming King World that syndicates

2    Oprah; one of the larger companies that was recently

3    bought out.

4              Then my dad decided to quit his job and go

5    into production in children's programming, and my

6    sister and myself and our friends were the stars of

7    his first show.  So that would be my first

8    experience.  Then later, I hosted one of his shows.

9    Then eventually I went out on the road and crewed on

10    his shows.

11        Q.    Meaning?

12        A.    Carried tripods, set them up, taped light

13    readings, work the Nagra tape recording.  We were on

14    film back then.  This was back in the day.  There was

15    no videotape.

16        Q.    Niagara?

17        A.    Nagra.  It's a form of tape recording.

18        Q.    N-a-g-r-a?

19        A.    Your guess would be as good as mine.  I

20    got C-'s in spelling in school.

21        Q.    All right.

22        A.    So that was the early experience.  And

23    then I wasn't -- you know, I went to school, went to

24    college.  You know, go to college.  You're doing that

25    and had, you know, various jobs at different times.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 59

1    And then I decided I wanted to be an attorney,

2    because I thought Perry Mason was cool, which is what

3    I said when I wrote my composition.

4         Q.    My generation was LA Law, and it was just

5    as strong with LA Law as it was with Perry Mason.

6         A.    I discovered that I went to Wake Forest

7    and enjoyed one year of law school where I was

8    threatened that they would give me the legal mind,

9    which scared the hell out of me.  So I gave up after

10   that.  But while there, I took a part-time job,

11   because I always worked while going to school.

12             I took a part-time job at WXII at

13   Winston-Salem's NBC affiliate initially as their

14   lovely receptionist.  And then eventually as a

15   temporary vacation operator technician, which was a

16   union title that allowed me not to have to join the

17   union or pay union dues in a union shop.  I began

18   working in engineering and worked various shifts in

19   charge of film and tape and on live programming

20   including local shows like gospel songs with JD

21   Sumner & The Stamps.

22             So I was doing that.  I decided after a

23   year or so of doing that to move back to Atlanta

24   where I took a lucrative job as the manager of a

25   U-Haul dealership.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 60

```
 1        Q.    What year are we up to now?

 2        A.    1980.

 3        Q.    Okay.

 4        A.    And at that point, my dad was coming into

 5   town with my mom for a convention called NATPE,

 6   National Association for Television Programming

 7   Executives, that back in the day were always held in

 8   hotels.  Now they're held in big convention floors,

 9   but back then it was in hotels.  They had one data

10   room downtown and needed help.  You know, somebody to

11   offer somebody a lovely beverage.  I went in there,

12   and my dad asked me to basically handle

13   presentations, because basically he and mom would get

14   tired.

15           So, you know, I did what my dad needed.

16   He gave me some money for that time, and I went back

17   to working my lucrative job as a manager at the

18   U-Haul dealership, because I said I would never be in

19   the television business, because my dad was.  Then he

20   called, and he offered me a gigantic amount of weekly

21   money and an expense account.  He offered me $250 to

22   go out on the road as his executive salesman.

23        Q.    This is your father's offer to you?

24        A.    Because some of the old guys I had called

25   on -- yeah.  Some of the old guys I had given a
```

**Page 61**

 1    presentation to called him up and said, Hey, Bob,

 2    this kid is good.  And my dad said, Well, I'm not

 3    sure I believe you, but we'll try it, anyway.

 4              So my dad took me on the road in

 5    Louisiana, actually.  In Baton Rouge, on the third

 6    day of the trip, he got up in the middle of a meeting

 7    and left and went home.  From then on, I was on the

 8    road, and I stayed with him until 1987 as his vice

 9    president of syndication.

10         Q.    And what exactly did you do?

11         A.    I sold a show at that time called Kids

12    World, which was sold for cash.  The hardest way of

13    selling in the business.  My one accomplishment there

14    is that we were able to invoice in excess of a

15    million dollars in at least one of the years, which

16    was pretty darn good for a little weekly half-hour

17    kid show.

18         Q.    This is the same one that you were at one

19    time --

20         A.    No, that's a different version.  Kids

21    World was a television news program for children.  It

22    was innovative.  At the time it involved kids

23    reporting news for kids, but not hard news.  It was

24    news that would be interesting to kids, what are kids

25    doing.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 62

```
 1              I then resigned from my family company,
 2    and I picked Christmas Day to do that, which is
 3    always the best time, by the way, to leave your
 4    family company when the family is collected to
 5    celebrate Christmas.  So that was a really tense
 6    Christmas, but then I had no job.
 7              I had met a gentleman named Rich Colbert
 8    when he and I were both profiled by a magazine at the
 9    time called Television Radio Rage as, you know,
10    second-generation nepotistic guys.  Although they
11    didn't quite brand it that way, that was the gist of
12    it.  Our dads had been in the business, and now we
13    were.  You know, lucky us.
14              I had promised my dad I would do one more
15    convention with him before I totally gave the ship.
16    I went up to Richard and I said, Hey, I'm resigning
17    from my family company.  He said okay.  I heard from
18    him a few weeks later, and he hired me as director of
19    Southeast Sales for a company called Access
20    Syndication, which was owned by a gentleman named
21    Dennis Miller, not the comedian.
22         Q.    The director of Southeast Sales for?
23         A.    Access Syndication.
24         Q.    A-c-c-e-s-s?
25         A.    Yes.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                          July 30, 2009

Page 63

1      Q.    Now, before you leave the resignation from

2   your family, why did you resign without having a --

3      A.    I was not accomplishing anything more than

4   I had been on accomplishing anything new or markets I

5   had been unable to close was becoming impossible.  I

6   was the same guy doing the same pitch for the same

7   programming.  There was no way I could come up to

8   that I could rationalize it, and it was starting to

9   drive me crazy, to put a new sizzle on the steak.

10              MR. HERBERT:  Let's take a break.

11              MR. RODEMS:  Sure.

12              (Recess from 11:18 a.m. to 11:34 a.m.)

13      Q.    (Mr. Rodems)  I believe you left off at

14   Access.

15      A.    I was their director of Southeast Sales,

16   which was my first non-family syndication or

17   television job.  Well, not counting WXII, which was

18   non-family.  Then I continued with them, and we were

19   actually doing well.

20              I won't go through everything we

21   syndicated, but, for example, the Michael Jackson

22   special where he did the moonwalk, Motown 25, we did

23   the first distribution station to station on that,

24   which was in many markets like this one simulcasted

25   on a radio station.  It was a pretty big deal.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

**Page 64**

```
 1        Q.    Let me stop you there and ask you a couple

 2   of questions.  As a director of Southeast Sales with

 3   Access Syndication, what you're doing is basically

 4   taking a product and going around to stations and

 5   trying to get them to put that on the air?

 6        A.    Most of what we were selling at that --

 7   for this company was barter.  And that ended, by the

 8   way, putting the company out of business.  We would

 9   take the station, and I would have a designated area.

10   The South is the generalization, but it would be as

11   far west as they felt I could handle, as far north as

12   they felt I could handle, and obviously all the way

13   through Florida.  Then it would just be how many

14   states.

15             I would be responsible for the markets,

16   large and small.  The primary job at the time, and to

17   an extent now, although it is theoretically a

18   different job now, was you travel to each of the

19   markets.  You called on the television stations.  You

20   shopped what you had, and you try to get everything

21   cleared everywhere so that, at least in your area,

22   you were at or above 90 percent of your area, because

23   then you knew that if everybody else did their job,

24   the project would be declared a go and you're making

25   money.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

**Page 65**

 1      Q.    Let me ask you about that.  Let's use the

 2    Michael Jackson Motown 25 as the example.  If you

 3    convince a station in Atlanta to put it on the air,

 4    how is Access Syndication going to derive revenue

 5    from that?

 6      A.    The cumulative list of television stations

 7    and their market reach added together would create an

 8    opportunity for a third-party ad agency or rep to

 9    then market the inventory either individually or

10    collectively across the program or programs you

11    distributed.  Sometimes not quite like my analogy for

12    the wrestling where things were cumed under the

13    banner of one name, but there were frequently buys

14    that could be done based on we have three specials,

15    they're not the same, but we're marketing them as a

16    package.

17            In fact, we had two in this case, which

18    Motown Returns to the Apollo was one of the specials

19    and the Motown 25, which was the other one.  We sold

20    those together as a package.  Then the company that

21    was marketing them -- and I've been scrambling to

22    remember its name, and I can't right now,

23    unfortunately -- but it was a New York agency run by

24    Len Koch, and it went bankrupt.

25      Q.    Okay.

1      A.    And as a result of its bankruptcy, they

2   couldn't pay out any ad revenues they collected.    The

3   effect was Access Syndication had to go out of

4   business owing all of our salespeople money.

5      Q.    Okay.  Let me ask a few more questions

6   just to get an understanding.  Would you typically

7   take this two-program package to a station for a

8   one-time broadcast or multiple broadcasts?

9      A.    It depends on the rights that we were

10  granted by the owner of the property, if it's not

11  ourselves.  In many cases, a line I used when I was

12  selling is:  The only thing better than my show once

13  is my show every hour of the day, 24 hours of the

14  day, seven days a week.  Because the more time

15  periods I controlled on the station, the more it's me

16  doing it rather than other people.

17          We're all shopping for shelf space just

18  like at the store.  You know, when you've got all

19  these products up there, you just can't come out with

20  new and improved whatever and walk into the store and

21  go, Okay.  Put my stuff up there.

22          They'll go, But we don't have any shelf

23  space.  You know, there's stuff there.  There's Tide.

24  There's Downy.  We don't have any room for yours.

25          Well, if you just shove this over and

Page 67

1    shove this over here, there'll be a line.

2              No, we're not going to do that.

3              So it's the same process on television.

4    Nobody goes, you know, starts their broadcast day

5    with dead air.  You know, there used to be a period

6    of time when all the stations went off the air, which

7    nobody does now.

8         Q.    Right.

9         A.    You know, we'd do the National Anthem and

10   then in the morning, you'd open with religion.  It

11   used to be a different world.  We were off the air

12   from -- in my case under the NBC affiliate, the one I

13   was working at, the Tomorrow Show would end, and I'd

14   string up my last commercial, and I would be home

15   before the Tomorrow Show finished.  Then we would

16   open up the next morning with Sunrise Semester or

17   something like that, which would be the first show of

18   the day.

19             Now, of course, everything is 24 hours and

20   is driven through cable and it's a different --

21   there's a different reality.

22        Q.    You've just given me a moment of

23   nostalgia, because I remember as a little kid

24   watching TV during the summer, and just like you

25   said, This concludes our broadcast for the day, and

Page 68

1    then it would go to that noise.

2         A.    That was one of the reasons --

3         Q.    The ride, as I call it.

4         A.    This is a tangent, I apologize.  This

5    isn't testimony, but it's one of the reasons why Ted

6    Turner became rich and famous.  Ted Turner's channel

7    ran 24 hours a day and was a Super Station and he was

8    the first to envision, you know, with aggression, the

9    idea of putting his signal up on satellite and

10   beaming it everywhere.

11        Q.    All day; all night.

12        A.    And what I got at home from my TV station

13   in Winston-Salem, the only channel that was on at

14   that time was TBS showing an old movie or that --

15   Bill Tush used to have this really weird show

16   overnight --

17        Q.    I remember that.

18        A.    -- where they do news and comedy.

19        Q.    Yes.

20        A.    Bill Tush once went out.  He went home --

21   you're talking about having a new baby -- Bill Tush

22   goes out and he's been home because he had a new

23   baby.  This isn't even testimony.  He goes out, and

24   he's been home because they had a new baby.  And they

25   had a female, I forget his co-host's name, but they

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

**Page 69**

 1    did a combination comedy and the news.  Because that

 2    was the only way that Ted would do news at the time.

 3    You know, the guy that created the Cable News Network

 4    wouldn't do news.

 5          Finally, he decided, okay, I'm going to do

 6    it, but I'm going to do it with Bill Tush the

 7    comedian.  So they put him out there.  So Bill had

 8    been gone for a while because his wife had just given

 9    birth.  So he comes back, and he's carrying -- and

10    you can hear the cooing.  You could hear the baby.

11    And she goes, Oh, you know, we've all been so honored

12    to have you back, Bill.  It's great that you brought

13    your son, Bill, Jr. in with you.  I know it must be

14    hard on you, but, you know, we really have to get

15    into our program for the day.

16          Bill looked at her and said, You know,

17    you're right (indicating) and now the news.  That was

18    Ted Turner back in the day.

19          Q.   Well, the record is not going to show you

20    throwing the baby over your shoulder or imitating him

21    throwing the baby over the shoulder, but --

22          A.   But that was what happened then, and I

23    popped huge for it.

24          Q.   Okay.  So --

25          A.   But Access went out of business because

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 70

 1    the company that was selling the commercial time went

 2    out of business, which, by the way, happened later.

 3    You know, as an example, for a wrestling company,

 4    because USWA, the one that Jerry Jarrett owned at one

 5    time, it had a national product that they were

 6    selling in professional wrestling.  It was sold by a

 7    company called Action Media, and Action Media went

 8    bankrupt.  That caused Jerry Jarrett to end the

 9    partnership and go back to Memphis and promote

10    locally again where the revenues were easier for him

11    to understand.

12             In fact, when they were doing that, they

13    had so much limited success selling programs to

14    advertisers, the only commercial time they sold were

15    actually carrying what were called make goods.

16        Q.    Okay.

17        A.    And make goods are basically when a show

18    is promising a certain rating and doesn't deliver it,

19    and then the packager of that programming has to find

20    the way to make up for what they didn't deliver; the

21    shortfall.  So what Jerry's show would do at the time

22    and Action Media would do is they guaranteed it to

23    somebody else and didn't deliver it, and they were

24    missing two rating points of both.

25             Those two rating points would end up

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

**Page 71**

 1    running over in Jerry's show, and then Jerry would

 2    get a piece of that action rather than his show being

 3    sold as a single entity where they were having

 4    difficulty getting anybody interested.  So he took

 5    the path of least resistance.  Similar to what we had

 6    discussed about the barter and the PIs.  It may not

 7    have led to as much money, but you weren't beating

 8    your head against the wall on a regular basis.

 9             So Access went out of business.  At that

10    point that's when I realized -- because that was the

11    first time non-family that I worked for a single

12    entity.  And the first time I do it, they go out of

13    business, and I'm owed money.  And I went, Well, now

14    I'm unemployed.  That's sort of not good.

15        Q.    What year are we talking about now?

16        A.    1989.  It could be '90 is my memory.

17    1989.  In fact, I know it is, because at that point I

18    said, Okay, I'm going to incorporate.  That led to my

19    Show Business, Inc.  And from now on, I'll never be

20    unemployed because the worst thing that happens is

21    I'll be employed by me, and I can at least pretend

22    I'm employed.

23        Q.    Okay.  Well --

24        A.    So at that point I began subcontracting

25    myself out to various companies.  The first of which

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 72

1    was the Great Entertainment Company, which syndicated

2    specials, and I came onboard as their sales manager

3    and set up their office in New York.  Then Dennis

4    Miller, who had owned Access, called me up and he

5    said, I owe you money.  And I said, yes.

6              And he says, And I can't pay you, but

7    here's what I'm going to do.  We go take a meeting

8    downtown in Atlanta with Ken Squire from CBS and Fred

9    Reinstein from NBC.  Ken Squire, if you're a NASCAR

10   fan, is a known name.

11        Q.    Yes.

12        A.    And they were setting up a company called

13   World Sports.  World Sports was going to be unique in

14   that it was the only company that was going to try to

15   syndicate on a regional basis live NASCAR racing.

16   And a sales executive who had been with the company

17   and had been selling an ABC event call the Winston,

18   which was a single-lap shootout race, she had billed

19   over a million dollars in that and was very, very

20   good.

21              They had the idea that if we target just

22   race markets that because race advertisers are

23   predisposed now to buy in those markets, there's a

24   predisposed advertiser base.  So maybe we can

25   capitalize on that.  And since we can supply the cars

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                       July 30, 2009

**Page 73**

```
 1    and the in-car cameras and the site signage, we can

 2    provide a value-added package that might actually

 3    yield regional revenues, which is very, very

 4    difficult to do.

 5              Well, we were successful doing it until,

 6    and I was the director of syndication for that

 7    company during the couple of years I ran it, in that

 8    time, sports cable started coming into play fairly

 9    aggressively and particularly competitors to ESPN.

10    The first of which was called the Prime Networks,

11    which actually became Fox Sports.

12              And the Prime Networks, where I initially

13    placed professional wrestling also, were the entity

14    that got financially involved with us on these racing

15    events until at one point in their growth, they went,

16    Well, why don't we just buy these rather than you

17    doing this other distribution, which is fragmenting

18    the impact of us running them.

19              So my last deal for World Sports right as

20    we were moving to nicer offices in downtown Atlanta

21    here, the only time I ever had an office outside of

22    my home office, they said, We want to buy them.  I

23    went to the ownership and I said, Good news, bad

24    news.  The good news is here's what they'll pay us

25    for the events and it's guaranteed money.  The bad
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                      July 30, 2009

Page 74

1    news is I'm effectively eliminating my job; which is

2    what I did.  So that ended.  At that point, I was

3    approached by --

4          Q.    What year now?

5          A.    This is running into the early '90s.

6          Q.    Okay.

7          A.    I was approached at or around the same

8    time, honestly, by a young man named David Morgan who

9    was setting up a company.  He had been a former sales

10   executive in Baltimore selling commercial time for

11   television stations.  He was setting up a syndication

12   company called Litton Syndications and brought me on

13   as his director of syndication.

14          By the way, the early part of this was at

15   the latter part of the World Sports.  So

16   simultaneously, I was running the divisions of two

17   companies.  This was a Baltimore-based company, so

18   that logistics weren't a lot, but it still worked,

19   and we started with specials and translated to

20   series.

21          If you've ever seen Jack Hanna's Animal

22   Adventures, which has been on for years now, I

23   launched that series.  I'm fairly proud of that.  It

24   was innovative at the time, and it was launched under

25   a mandate of television stations to start airing some

**Page 75**

```
 1    instructional children's programming under some

 2    effort at the time to get more quality shows on for

 3    the kids.  Other than, at the time, the standard of

 4    education, which was like the shows Shazam that was

 5    on Saturday morning where at the end of it the Shazam

 6    character would go, What did we learn today?  That's

 7    right.  Be good to your friends.  Drive safely now.

 8    That was the whole educational message of the show.

 9              There was a focus that too many shows were

10    being sold simply for the benefit of toys as opposed

11    to any kind of positive redemption for young people.

12    We capitalized on that, and it was an offshoot of

13    what I had done before with my dad, because he had

14    been doing a news show for kids.  So I had a

15    reputation as the kids' guy, but not cartoony.

16         Q.    Right.

17         A.    So I did that, and I stayed with them as

18    director of syndication for three, four years.  Then

19    I left that company because I was offered an

20    opportunity to come onboard as an executive with what

21    at the time was called ITC, which eventually became

22    Polygram, which then was bought by Universal

23    Television.

24              And a friend of mine who I had gone to

25    college with and had gotten started in the
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 76

 1    syndication business.  He had, unlike me, focused on

 2    being in Los Angeles and being upwardly mobile in the

 3    business whereas I had always been independent and

 4    multi-employed, which is hard to get advanced if

 5    you're not exclusive, but he had.

 6              He was now a sales manager.  His

 7    salesperson in the Southeast, a young lady, she was

 8    having some difficulties clearing things and had a

 9    substance problem.  So he asked me to take her place,

10    and I came onboard there as his director of Southeast

11    Sales.  And because I was nonexclusive, I retained

12    the director position, which was the most they could

13    give me in the corporation without bringing me on

14    full time, which they tried to do and I said no,

15    because I make bad decisions sometimes.

16              And in and around that, I was syndicating

17    for various other third parties a lot of individual

18    little shows, different sporting events, outdoors

19    shows.  I once settled an account by telling a

20    fishing show guy that owed me several thousand

21    dollars to send me the biggest freaking box of lures

22    he could, and I would settle the account.  So I

23    handled everything from prime time television series

24    down to a really bad fishing show.

25         Q.    And with the box of lures, I guess you

Page 77

1    went into the business of selling lures or you're

2    just an avid fisherman?

3         A.    I enjoy the bass fishing.

4         Q.    Gotcha.  When did you have your first

5    foray, if you will, under the professional wrestling

6    business?

7         A.    I stumbled into it.  I was going to --

8    with all of these companies and going back for years

9    and at the very beginning, I was going to the NATPE

10   convention every year and eventually to overseas

11   conventions like MIP and MIPCOM.  It was there that

12   periodically wrestling people would show up and some

13   I had become friendly with.  At first, you really

14   only saw Vince show up, Vince McMahon and WWE.

15             And at the beginning, when they were going

16   in the early days of the company, they used to bring

17   a wrestling ring.  In the middle of the convention,

18   they would actually stage live wrestling, which would

19   piss off everybody that had the displeasure of having

20   their booth around them because you're in the middle

21   of a presentation.  Well, this is why our show --

22   BAM.  So eventually they were asked not to do that.

23   You might imagine that would be reasonable, but Vince

24   always -- anything for attention.

25        Q.    I imagine it created quite the spectacle?

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens    July 30, 2009

Page 78

```
 1        A.     Oh, it was awesome.  And eventually people

 2   began to realize, Okay, if I'm going to try to start

 3   my little wrestling company, no matter how big or

 4   small, it probably makes sense for us to be there,

 5   too.  And being a wrestling fan and I always had

 6   been, I would take walks during the day to clear my

 7   head.  Then I would stumble over, and all of a sudden

 8   I'd be seeing an infamous promoter like Herb Abrams

 9   walking the aisleway with Dr. Death Steve Williams

10   with him.  Herb eventually passed away and --

11        Q.     This is at NATPE?

12        A.     Yeah.

13        Q.     Okay.

14        A.     And so I'd have a conversation, and Herb

15   did, as an example, go, Hey, you're the TV guy.  You

16   know, I became known as the TV guy.  You're the TV

17   guy.  Do you think you can help me.

18             Helping Herb was impossible without a lot

19   of detail.  Herb had a series of demons that lead to

20   his death could be the easiest way to analogize it,

21   and dealing with him was a nightmare.  But I got a

22   free T-shirt and a lot of promo materials, but never

23   really got to work.  But I also met Jerry Jarrett

24   there when we had a booth with a big monster truck in

25   front of it with Max Andrews who was also doing a
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

**Page 79**

1    monster truck show back when the USWA that I had

2    referred to had gone national.

3            Joe Pedicino had a short-lived company

4    called Global Wrestling that was aired I believe on

5    ESPN, if I remember correctly, before AWA got a spot.

6    He was always there with his wrestlers.  So

7    eventually I got known as the guy that could help.  I

8    started -- one of the first guys I helped was an

9    infamous promoter named Eddie Mansfield made famous

10   in wrestling by being the guy who on the 20/20 news

11   program showed America how wrestlers cut their

12   foreheads.

13        Q.    Which at that time probably --

14        A.    Was a huge, boy,-you-dumb-butt moment for

15   him.

16        Q.    Yes.

17        A.    Because at that time everything was

18   kayfabe to a great extent.  Bad guys didn't ride with

19   good guys.  Everything we were doing was real or we

20   wanted you to believe it was real.

21        Q.    Okay.

22        A.    Willing suspension of disbelief at its

23   maximum level.

24        Q.    When, in your recollection, did that

25   change?

**Page 80**

1       A.    Vince McMahon changed it by testifying in

2    various places that it was staged sports

3    entertainment and changing the definition of his

4    company from pro wrestling to sports entertainment.

5       Q.    Well, his hand was forced in that regard,

6    wasn't it?

7       A.    Because they were trying to regulate so

8    much and he was trying to fight regulation, yes.

9       Q.    Right.  So, in other words, at a certain

10   point you're picking the better of the two bad

11   situations?

12      A.    Yes.

13      Q.    Okay.

14      A.    Although there are many of us who had been

15   in the business for a while, and I can only speak for

16   me, we have a tendency to believe in the willing

17   suspension of disbelief and believe it can happen.

18   And when we do realize it, which I do on a fairly

19   regular basis within smaller promotions and I've seen

20   happen in even larger promotions, it is still the

21   Holy Grail of what we do.  It's much like a good

22   movie.  If you could go into the movie and by the end

23   of it, you're crying, you believed.

24      Q.    Right.  Right.  And I think the point

25   you've hit on is that for the longest period of time,

**Page 81**

1   there was an effort to keep in the fraternity, if you

2   will, the true nature of the business, but at a

3   certain point facing a dilemma of either more

4   regulation or being able to operate the business in a

5   more reasonable manner, Vince McMahon had to

6   basically tell the truth?

7        A.    Yeah.  But then you couldn't abandon the

8   things that brought you the party.  You still had to

9   work heels over with heat.  The bad guys that people

10  disliked for a reason.  You had to have your baby

11  faces that they liked for a reason.

12       Q.    Right.

13       A.    And you could blur the line, because

14  societies blurred the lines between what's good and

15  what's bad.  And you had to, you know, parallel

16  society at some level.

17       Q.    Are you in the camp that says that the

18  current state of wrestling has blurred the lines

19  between the baby faces and the heels or do you

20  believe that?

21       A.    I think there were mistakes made by

22  certain people scripting wrestling on that, but

23  that's more opinion than fact, unfortunately.

24  There's no way of proving -- you know, those of us

25  who do the back-in-the-day thing and say it was

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 82

 1    better, we have no way of proving if what worked then

 2    will work now the way it worked then.  And if we

 3    think it through, we know it really can't be the same

 4    way.

 5                We know that, you know, if we tore into

 6    Louisiana, the odds of wrestlers having to fight

 7    their way back from the ring to the locker room is

 8    less likely today for a variety of reasons.  Not the

 9    least of which would be increased security and the

10    different way buildings are run.  It was just a

11    different time.

12                It's true, also, with the impact of

13    television and what it can deliver.  We also have to

14    remember that back when wrestling companies were on

15    television, in many markets you're looking at three,

16    maybe four stations and minimal cable at best.  Very

17    small percentages were actually on cable.  So the

18    impact of cable was in many markets, you know,

19    infinitesimal, even.  So you had that reality.

20                Now, everything is a multi-channel

21    200-plus universe in which broadcast stations have

22    still a bigger piece of the pie, but a diminishing

23    pie at this point on terms of what they can control

24    on their impact.  It's why so few things broadcasters

25    could put a stamp on now that allowed them to

**Page 83**

1   establish identity.

2        Q.    What year?  Can you put a year on it when

3   you first became involved in professional wrestling?

4        A.    Late '80s; '89, '90.  That's when I was

5   doing IWF, which was the show that was produced at

6   Universal Studios.  It was Buddy Mansfield, and I put

7   it on television, and he paid me a hundred dollars.

8   It was the first time I made money in wrestling.

9        Q.    By that time, the industry was in the

10  midst of the change from the old way of doing

11  business to Pay-Per-Views cable programming that --

12       A.    It started in 1982/'83 --

13       Q.    Okay.

14       A.    -- that transition.  Very quickly, by the

15  time I got in, because one of the first things I did

16  right around that same time was I was associated with

17  that program, a gentleman that owned the TV station

18  in Montgomery, Alabama, David Woods, had bought from

19  the Fuller family a wrestling company.  What he

20  learned soon after buying that is that there really

21  isn't much in a wrestling company.

22            You buy a ring.  You buy a library, if

23  there is one.  You buy some belts.  Then you've got

24  wrestlers, but wrestlers aren't an asset.  They're a

25  liability, because they all want to be paid.  So

**Page 84**

```
 1   there are very few assets in a wrestling company.

 2            The Fullers were well renown for running

 3   promotions until they had burnt out an area and they

 4   couldn't draw house as much, and then selling it to

 5   somebody who thought they could do better.  In almost

 6   all cases, those people were wrong, but by then, the

 7   Fullers had left with the money.  They were one of

 8   many people that did that.

 9       Q.    But isn't what you've just described what

10   happens in every industry in America?

11       A.    Yeah.  Yeah.  But we're doing it in

12   wrestling frequently without getting into great

13   detail.  David had bought a company called

14   Continental Wrestling that was doing weekly

15   television and had a little surrogate.  So there was

16   that show.  There was this show in Florida.

17            Just prior to that, there was also the

18   tail end of a Florida championship wrestling that was

19   the last hurrah for that where Dusty came down and

20   booked with Mike Graham the last hurrah for that with

21   Tom Stein, who is a local car dealer as the

22   financier.

23            I was being introduced to various little

24   promotions, so I set up a Monday through Friday

25   checkerboard, which is where a different show runs in
```

**Page 85**

1    the same time period, Monday through Friday.

2    Different titles, but similar genres, usually.  So

3    the checkerboard in this case was wrestling.  So I

4    set up a checkerboard.

5              All of the promoters that were viable

6    doing television -- Don Owens, for example, was one

7    of the last holdouts out in Portland.  Bless his

8    heart, Don didn't see any merit to the expansion.  I

9    said, I could put your show on for free.  All you

10   have to do is send me a master tape.  It's one-stop

11   shopping.  You don't have to send multiple tapes.

12       Q.    How do you get that?  How do you get a

13   master tape and get the local stations to put it on

14   the air?  What are the steps that you followed when

15   you were successful in syndication?

16       A.    Well, step one is find somebody that will

17   produce the show.  Ideally, somebody who is already

18   producing the show, because the show that already

19   exists is always going to be easier to distribute

20   than the show that may exist.

21       Q.    Right.

22       A.    It's easier to sell something rather than

23   the potential of something.

24       Q.    Well, I'm assuming for purposes of asking

25   you this question that you've got a product to go and

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                          July 30, 2009

**Page 86**

1    get somebody to buy?

2        A.    Yeah.  I mean, in television, you know,

3    there's a variation.  Sometimes you can go in with

4    what the industry likes to call a demo tape, or some

5    like to say sizzle reel, and you can show a whole lot

6    of nothing and be able to sell it.  That speaks to

7    good salespeople or a very good presentation.  Then

8    there's the here's-the-show, and I've done both of

9    those.

10            The here's-the-show is always the easier

11   one, but it's also the more finite in terms of the

12   response you're going to get, because there's no room

13   for any wiggle.  If I'm selling you -- like back when

14   I was selling for ITT Polygram, one of the programs

15   was the off-CBS series Due South that had been

16   produced in Canada.  We had the rights to that; the

17   whole library.  So everything we could sell was

18   known.

19       Q.    You take the final product in to them and

20   say --

21       A.    Here it is.

22       Q.    -- this is what you're going to put on?

23       A.    We created the demo.  Do you remember the

24   show?

25            Yes, I do.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

**Page 87**

 1              Here's how we'll distribute it, and are
 2      you interested?  That's a very facile way of doing
 3      it.  You know, if we're smart, the idea of a good
 4      salesman is to know more about the station than the
 5      station does itself.  Understand the flow and suggest
 6      where it should run and why.  So, you know, there's
 7      research you always did before going in in terms of
 8      target marketing in terms of the jobs I always did.
 9          Q.    But are you doing these things face to
10      face?
11          A.    Back in the day, yes.
12          Q.    Okay.
13          A.    The industry in television changed much
14      like the industry in wrestling changed.  Television
15      went through an unfortunate -- and/or fortunate.  It
16      depends on your point of view -- consolidation.
17              There used to be rules that limited the
18      quantity of television stations that could be owned
19      by any single entity and the amount of percentage of
20      the country they could reach.  That existed for
21      years.
22          Q.    Right.
23          A.    There are also standards and other
24      practices.  There was an NAB code, the National
25      Association of Broadcasters code, that was actually

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

**Page 88**

1    ruled unconstitutional that actually forbid paid

2    programming and various other things that had become

3    the staples of our life now, because somebody decided

4    here restricting my ability to make stupid money; how

5    dare you.

6            But it was like it was a better time for

7    those of us who were in it very much.  Like in

8    wrestling, we look back on the good old days of

9    wrestling.  We look back on the good old days of

10   syndication.  In the good old days of syndication,

11   the way I did it was viable.

12           The idea was that you could go into the

13   individual stations, sit across from the program

14   director who actually had authority, or the general

15   management if he didn't, and you could present what

16   you had and get a decision and cut a deal and shake a

17   hand and leave.  That person would commit to that

18   show the exact way they did.  99.9 percent of the

19   time that worked.  You know, a couple of times you'd

20   meet with a guy that had a few beverages at lunch and

21   he might a forget few terms.  But otherwise, it was a

22   system that worked.

23           Then all of a sudden, the rules changed

24   and consolidation began.  And again, much like

25   wrestling, instead of a lot of little mom-and-pop

**Page 89**

```
 1   shops out there, all of a sudden you began
 2   diminishing the quantity of people that owned and
 3   operated groups of stations.  There weren't
 4   mom-and-pop shops.  They couldn't stay in business
 5   anymore.  They couldn't compete because the leverage
 6   of the other guys allowed them to go out.
 7            And in terms of key programming only --
 8   this would be prime time or what we call prime access
 9   programming or for independents what they want to run
10   in prime time, so the A products, or an afternoon
11   show like Oprah, stuff that was key to a station's
12   ratings -- the consolidation created a
13   decision-making process that eliminated a lot of the
14   control from local stations and put it in the hands
15   of other individuals.
16            And then there were other fragmentations
17   of the business that complicated it even more, which
18   eventually is what led to me transitioning into
19   wrestling as my way of making money.  Because my way
20   of being a syndicator wouldn't work unless I went
21   full time.  And when I was offered that by Universal,
22   I had been tested they said as their top salesperson.
23   I had their highest success level.  I said, Cool, and
24   I traveled two days a week.
25            They said, We want to renew you.  Here's a
```

**Page 90**

1    lot of money.  Money for this.  Money for an

2    assistant.  Money for an office.  Blah, blah, blah.

3    But you have to be on the road four to five days a

4    week.

5                And I said, You just told me you reviewed

6    me as your best salesman, and I'm on the road two

7    days a week.

8                Yes, but everybody else is on the road

9    four days a week, at least.

10                I know, but remember that part about me

11   being better?

12                Well, yes, but we need you out there.

13                Why?

14                Well, because you have to nurture

15   relationships.

16                I've been doing this for two decades,

17   guys.  You know, at this point they're tired of

18   seeing me.  They rather I not come in.  They're just

19   going to say yes to keep me out of the office.  You

20   know, it's more annoying when I'm there.

21                So eventually, my stupidity or the way I

22   wanted to do my job got changed, and I didn't want to

23   be exclusive.  I didn't want somebody telling me,

24   hey, you're moving to Dallas, because that's where we

25   need you.  I just wouldn't do that.  So that's what

Page 91

1   moved me functionally away from growth and

2   syndication, and without any real knowledge it would

3   end up that way, into the wrestling business.  It

4   just sort of happened.  People called me, and I was

5   lucky.

6        Q.    Who called?

7        A.    People.  First Jerry Jarrett and then Jim

8   Cornette were the first two, at least of substance.

9   Before that, it was playing.  I was putting shows on.

10  I really wasn't getting much, and I was playing

11  around in the wrestling business.

12       Q.    Okay.

13       A.    These people helped me make money in the

14  wrestling business, and that's not playing.  Anytime

15  you can make money in the wrestling business, you

16  should do a happy dance, because more people lose

17  money than make money by a large percentage.

18       Q.    Is there any industry you can think of

19  where more people make money --

20       A.    I'm not privy with a whole bunch of -- I'm

21  privy, though, with wrestling where the larger

22  percentage of people fail.  The way most of them fail

23  is assuming that television is the way to success.

24       Q.    There are more TV stations today than

25  there were five years ago, though, aren't there?

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                         July 30, 2009

Page 92

```
 1        A.    Yes.

 2        Q.    And unlike the old days where they clicked

 3   off the programming at 2:00 a.m. or whenever, it's

 4   now 24/7?

 5        A.    Yes.

 6        Q.    And, in fact, a lot of the local stations

 7   are selling time for infomercials like the NuWave

 8   Cooker and things like that?

 9        A.    Yes.  Or selling entire blocks of their

10   schedule to third-party home shopping networks, who

11   then end up -- PAX TV, for example, did that for

12   quite a while.  They sold their entire overnight.

13        Q.    I used to have DirecTV.  They had a show

14   that came on every night.  It was the Knife Show.

15   Have you ever seen that?

16        A.    Yes.

17        Q.    All they sell is knives.

18        A.    Well, Don West, who is now a personality

19   on TNA, got famous on one of those shows as the guy

20   who sold baseball cards.

21        Q.    Okay.  I couldn't believe it, though.  I

22   would tell my wife every night, I have to watch the

23   Knife Show.

24        A.    And they are weirdly entertaining.

25        Q.    Yes.
```

**WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS**
**William B. Behrens**                                                    **July 30, 2009**

**Page 93**

```
 1       A.    And that's scary.
 2       Q.    Well, they say you can get 75 single-blade
 3  pocket knives for $1.19 apiece.  And you're looking
 4  at them and going, I wouldn't pay 50 cents for them,
 5  but --
 6       A.    And there's been pluses and minuses in
 7  that it's created -- there's the same problem in
 8  syndication in that we used to always analogize, even
 9  back in the day and it retains truth, is particularly
10  in first-run programming, 90 percent of what's
11  produced for first-run programming fails immediately
12  or fails within its first year.  So it's a pretty
13  high attrition rate.
14            The difference nowadays with particularly,
15  you know, the turnover in DVD and particularly in all
16  the other stuff and the way things are getting bought
17  in niches, is libraries in certain areas are becoming
18  valuable.  Interestingly, wrestling hasn't been one
19  of those except to the extent that Vince McMahon
20  created a channel out of it.  But otherwise, there's
21  nobody else that has been able to figure out how to
22  do it yet.
23            The last block of wrestling that worked
24  was on WGTW in Philadelphia, which I helped put
25  together.  It was what we referred to as a work,
```

Page 94

1    which means there was an element of fiction in it.  I

2    gave them my show on a bartered basis for years.

3    Other people would assume -- I was on and the station

4    was charging for the time period that I was paying,

5    so as I analogized to the program director and the

6    owner, my program is the chum for the sharks.  It

7    drew ECW, CCW, and various shows in the area, each of

8    which paid 500-plus to be on the air.

9              That's the last time I can remember any

10   station successfully blocking wrestling and making

11   money off of it.  They were eventually sold to a

12   religious entity.  And obviously -- well, not

13   obviously, because were sent to do aggressive

14   wrestling before, including the Von Erich promotion,

15   but they decided they didn't want to and they phased

16   that out.  That was about fix, six years ago.

17        Q.    Tell me how many total years you've earned

18   revenue in the professional wrestling business.

19        A.    Since 1993.

20        Q.    Prior to 1993, did you have any

21   significant involvement in the professional wrestling

22   business where you didn't derive income?

23        A.    (Witness shakes head in the negative.)

24        Q.    Okay.

25        A.    I mean, I was around it, but I wasn't

**Page 95**

1    doing anything.  I was more of a fan than ...

2        Q.    Is there anything that you can point to

3    that is unique about syndicating wrestling than

4    syndicating non-wrestling?

5        A.    Yes.  Well, the love/hate aspect of it.

6    Other genres, I used to always say that I didn't have

7    to like the show to know that it was marketable.  For

8    example, I won't watch reality programming, which is

9    not reality programming.  Reality programming is

10   obviously much like wrestling.  It's staged.  But I

11   won't watch it.  I've never seen an episode of

12   Survivor.  I wouldn't watch the Millionaire show.

13   All of it just irritates me.

14           I'm not a consumer for that, but I'd be an

15   idiot as a syndicator.  If I were marketing now, I

16   could go into a station and I could give a very good

17   presentation as to why that programming is good.  I

18   could understand why from a supplier side it's good,

19   because you're not paying actors.  It's not as

20   scripted.  Therefore, the overhead is low.

21           I mean, I can go through all the reasons

22   why it would be good programming, yet I wouldn't be

23   the consumer for it.  That's different, though, than

24   wrestling, because the love/hate aspect of it is

25   difficult even for managers and other executives to

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

**Page 96**

 1   get over.  Whereas like minds to mind can agree we

 2   can't stand Survivor, but we're not stupid enough to

 3   think it's not a valid show.

 4              We can look at -- if I'm going and blowing

 5   smoke up their -- you know, up them and say, you

 6   know, wrestling is great and it does tremendous

 7   numbers, and all I'm doing is like looking at the WWE

 8   numbers and assuming that's what the world gets and

 9   I'm making it all up as if that's what's going to

10   happen for them or I'm using a unique market

11   somewhere that happens to get a good number, because

12   it's history in wrestling whereas most markets would

13   get a tenth of that, I could try to blow smoke, but

14   I'm going to be cut off by a lot of people with the I

15   don't like wrestling.

16              And then you go to the sales department --

17   again, go back to what I said earlier, inherently

18   lazy -- and their priorities at most stations are, if

19   you're an independent station, their priorities are

20   the shows they bought for cash that they have to run

21   and that are in their computer and they're paying on

22   it on a year-to-year basis to sell that commercial

23   time.

24              If it's an affiliate, they're going to be

25   selling their news as their priority and that is the

Page 97

1    identity program for them.  Then after that, their

2    prime access, which is 7:00/7:30 eastern time, and

3    then the avails that they're given by the network

4    during prime time.  Then there's the stuff like

5    wrestling they throw on a weekend.

6             You can go into almost any sales

7    department in the United States and ask them do they

8    target-market those weekend show, and the answer

9    would be no.

10        Q.    Okay.

11        A.    And that's the problem with selling any

12   show that's a niche.  But something that is as narrow

13   as wrestling, you're faced with that love/hate aspect

14   as part of your rejection process.  Sometimes it's a

15   hurdle you just can't get over.

16        Q.    Setting aside the love/hate relationship,

17   the format of selling syndication, is it any

18   different for non-wrestling versus wrestling?

19        A.    What I do?

20        Q.    Yes.

21        A.    Not really, no.

22        Q.    Okay.  The way the deals are structured,

23   are they any different between non-wrestling and

24   wrestling in syndication?

25        A.    In general, no.  Although, if we go back

**Page 98**

 1    to the very beginning of my discussion of wrestling

 2    in the Jeff Jarrett example, if we had gone forward

 3    with the original idea, the presentation to the

 4    station would have been slightly different, because

 5    we would have had the ability to say to that entity,

 6    Oh, and by the way, we plan to support the program in

 7    the marketplace with live performance, which means

 8    that you'll have a value-added site to showcase your

 9    station's involvement with our promotion.

10            So you have that value-added opportunity

11    that was not necessarily present in other syndicated

12    products or at least most.  There's some times that's

13    been utilized in syndication.  But wrestling was

14    certainly that when you were going market to market

15    for promotion reasons, that was it.

16            When you were going market to market as

17    part of a larger syndication, the only thing you had,

18    and the WWE used to take advantage of, were promotion

19    budgets, because they would spend money in the

20    marketplace promoting their Pay-Per-View.  They could

21    say to station WXYZ, I'll give you 60 percent of our

22    promotion budget when we spend in the market as part

23    of the deal.

24            So if you're the 500-pound gorilla, you

25    could use that leverage.  If you're the new kid on

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                         July 30, 2009

**Page 99**

1    the block, you're committing money that doesn't exist

2    in many cases, because you haven't built the business

3    yet.  So you don't have that ability as much.

4         Q.    Tell me, if you could, in list fashion,

5    all of the different roles that you have performed in

6    professional wrestling.  And by that I mean, you

7    know, have you been involved in staging a live event,

8    promoting a live event, handling the videotape.  If

9    you could, walk me through.

10        A.    In no particular order?

11        Q.    In no particular order.

12        A.    I've wrestled.

13        Q.    Okay.

14        A.    I have refereed.  I have managed.

15        Q.    Let me stop you there, because --

16        A.    Those are all performance.

17        Q.    Gotcha.  So in wrestling we have managers.

18   Jimmy Hart, of course?

19        A.    Yes.

20        Q.    He is a talent when he's out there at the

21   ringside with his bullhorn?

22        A.    He's a manager.

23        Q.    And when you're using the manager, that's

24   what you're referring to?

25        A.    Yes.

Page 100

1      Q.     Okay.  Gotcha.

2      A.     Adding to that, I've always done ring

3  announcing, and I've also functioned as a lead

4  commentator and color commentator.  With my favorite

5  moment being the final live show with USWA history

6  where I got to interview Lance Russell while he was

7  recovering from heart surgery, which for a wrestling

8  fan was just huge.

9           So those are the performance pieces.

10  Playing various roles and taking bumps being a

11  semi-wrestler.  And at best, that's all I ever could

12  be.

13      Q.    I need to come back to a point before I

14  forget it.  I want to make sure I ask it.  When you

15  were at the job and they wanted you to go on the road

16  four days instead of two and you said, no, I'm not

17  going to do that, was part of your concern -- did you

18  have family issues?

19      A.    No.  I'm stupidly independent.  I'm

20  stupidly independent, and when I'm doing something

21  well, I have a tendency to reject the management that

22  suggests that I'll do something well better.  And in

23  this particular case, I just couldn't get my head

24  around how can I be your top-rated sales guy and be

25  screwing up.  We already had run-ins on something.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

                                                                    **Page 101**

1    They got mad at me because I wasn't spending enough

2    money on my expense account.

3         Q.    Okay.

4         A.    And so I, you know --

5         Q.    That's counter-intuitive.

6         A.    Yes, but I was upsetting the other

7    salespeople, because most of my meals ended with the

8    phrase, Please drive forward.  So it just wasn't a

9    priority.  I don't need to go sit down in a nice

10   steakhouse when I can have room service once a night

11   and drive through McDonald's during the day and get

12   to all my meetings and get my job done and move on.

13   I'd rather be home.

14        Q.    You would have never made it as a

15   government employee, then.

16        A.    Exactly.

17        Q.    Yes.

18        A.    Yes, because I never worked it well.  My

19   dad used to always tell me I was going to get into

20   trouble, and then finally I did.  So I finally, to

21   show them, I flew to Tampa for one meeting, stayed at

22   a hotel that had a Shula's Steakhouse in it in Tampa,

23   ordered the really nice expensive steak, the lobster

24   cocktail, a really bad cream spinach dish -- by the

25   way, don't order the cream spinach at Shula's.

**WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS**
**William B. Behrens**                                          **July 30, 2009**

Page 102

1       Q.    I will not.

2       A.    Very, very bad.  The bill came for myself

3    alone to $150 room service.  Then I was called on the

4    carpet for spending too much money.  And I told them,

5    Pick a spot.  You know, if you want me to go spend

6    money stupidly, I'm going to do exactly what you say.

7              Well, we want you to spend as much as the

8    other guys.

9              Stupid.  Those kinds of things I have very

10   little patience for, and it's been part of my

11   problem.  It's also been my problem sometimes dealing

12   in professional wrestling.  Frequently, and TNA in

13   particular, when Jerry Jarrett and Jeff were trying

14   to convince Dixie -- Dixie Carter -- something was a

15   good idea that I knew was a real risk, I'd go, Well,

16   you know, and they'd go, Shut up.

17             I have a tendency to lean toward reality

18   rather than it could.  There's an awful lot of it

19   could in the world rather than it will.  And while

20   there could be a gray area between the two, if you

21   lean too much toward the it could, then, yes,

22   anything is possible, but some things really aren't.

23   We need to have a firm grasp of reality or we're just

24   pissing money away.  Excuse my language.

25       Q.    I've heard worse.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 103

```
 1        A.     Yeah.  Again, my roles in wrestling --
 2        Q.     You just gave the performance roles?
 3        A.     Yeah.  So the next step would be, in
 4    wrestling, a wrestling television syndicator.
 5        Q.     Okay.
 6        A.     And that was for various entities, various
 7    programs, and continues to this day.
 8        Q.     All right.
 9        A.     A wrestling television producer.
10        Q.     And describe what you do there.
11        A.     Set up everything.  Technically, the
12    producer was always the guy that puts money up.  Then
13    to a great extent with what I've done myself, that's
14    true, because I've not had ever what the industry
15    likes to refer to as a money market, which is doing
16    the job with somebody else's money rather than yours,
17    because you're stupid if you risk your own money.
18           So, you know, find somebody else's money
19    to lose.  And if you're lucky enough to make some
20    money, yay, you.  But I've never had the ability to
21    do that, because I've never been able to promise
22    anyone a tangible return.  Rather, as part of my
23    bigger picture in wrestling, because I was in the
24    business to develop wrestling talent, which led to me
25    managing talent, which leads to me getting a
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 104

1    percentage of AJ Styles' multi-million contract now,

2    eventually you build a business.  But you do it step

3    by step, piece by piece, block by block, not let's

4    jump off the cliff and hope the parachute works that

5    we haven't tested yet.

6              So I've always leaned toward the reality

7    side.  So I've always produced things very, very

8    cheaply, which is the only way I could afford them.

9    So I'm a nickel-and-dime producer of wrestling.

10   That's why I've been able to do ten years of

11   consecutive weekly television, which is the third

12   most in the history of television.  At least, modern

13   history.

14             WWE is number one.  Ohio Valley is number

15   two.  I get to be number three.  But it doesn't mean

16   that my stuff is aired everywhere and it doesn't mean

17   that it's achieved the highest rating and the

18   greatest audience.  It's simply been there for a long

19   time and people have watched it.

20        Q.    So are you currently a producer of

21   television today?

22        A.    Yes.

23        Q.    What is the --

24        A.    NWA Anarchy is the primary program I

25   produce now.  A theatre for it, as you can see, the

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 105

1    episodes we pose on the Internet, which are at

2    NWAAnarchy.net where they libraried.  But we also

3    have a distribution on several small networks, the

4    AMG network, which is -- back in the day, there used

5    to be a lot of these small networks that serviced

6    smaller stations.  Now, again, with digital and

7    consolidation, that's all changing.  It's tougher to

8    be small in anything anymore.

9              But back when we first were doing this and

10   when I was doing distribution in the '90s, there were

11   America One.  There were sports channels.  There was

12   all these various entities that were filling the

13   niche that wasn't being provided by the networks and

14   the individual stations at the time and supplying

15   schedules that they allowed stations to cherry pick

16   from.  Wrestling was at the time popular on Family

17   Net, Channel America -- golly, I forgot.  There's

18   like ten of them at various times.

19        Q.   Okay.  So if I go to NWAAnarchy.net and I

20   want to watch a program, do I pay for that?

21        A.   No.  I've tried that and that didn't work

22   out so well.

23        Q.   And what television stations is NWA

24   Anarchy on currently?

25        A.   Well, for example, here in Atlanta, it's

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 106

1    on DeKalb cable channel 25 Saturday nights at 10:00.
2    It's on WBEK TV 16 in Augusta, Georgia in prime time.
3    I think it's on Thursdays now.
4        Q.    And do you drive any revenue from that?
5        A.    No.  Part of a bigger picture by having
6    the show, my talent is learning skills they don't
7    have the ability to learn elsewhere.  We don't pay
8    them very much because we're in essence training
9    them.  And if we do our job right, as I have told
10   them for years and it's proven to be the case,
11   eventually somebody else pays them.
12       Q.    Do you also operate a wrestler training
13   center?
14       A.    I don't.  I did for a brief period of time
15   and it delivered miniscule moneys.  Primarily because
16   we didn't focus on the business as aggressively as we
17   potentially could have, but there are a number of
18   minor reasons for that.
19            We used to primarily develop our own
20   talent rather than one of those -- for, again, want
21   of a better word -- gimmicks that are done in
22   wrestling.  Particularly, ex-wrestlers who are able
23   to do well.  Some of them, for example, the Samoans
24   now have a school down in Florida, WXW, and they're
25   training.  There's a fee of anywhere from 1500 to

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 107

1    $3,000 that people pay, but there really isn't sort

2    of a tryout.

3              If you're stupid enough to come up with

4    the money, they'll tell you they'll take it.  Then

5    depending on the school and the trainer, you may not

6    be trained to be a wrestler and may never become a

7    wrestler, but they certainly will take the money.

8              Again, I was never good at that aspect of

9    the business.  I never wanted to train people that

10   weren't going to get something.

11        Q.    Okay.  So television syndicator, producer

12   of television, but what do you consider the tasks of

13   being a producer for television and use your NWA

14   Anarchy?

15        A.    Scripting; scripting to an extent.

16   Scripting is an analogy.  Scripting is an overused

17   word, but you have to come up with characters and

18   direction and story line.  And if you're doing your

19   job well, within weekly television in particular,

20   your story line is from the top to the bottom of the

21   card.  Whether it's your opening match or your main

22   event, the people watching, if they've been watching

23   you for a period of time, they know why those two

24   people are in the ring.  They have an idea of where

25   you're going, and you've established a payoff point

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 108

1   in the larger picture.  It would be the television

2   leading the Pay-Per-View analogy.

3           In my case it would be weekly television

4   leading to what we call our big show where we would

5   in many cases finalize a story or transition to a new

6   story.  So that's the setup.  It's also the odd job

7   of producer, and it's why I was hired by WWE for Deep

8   South is to set up the reality of the shooting.

9           Anybody could put a ring up.  Nowadays

10  anybody, and gosh knows, everybody puts their garbage

11  in these shows on DVD.  You know, it's like the old

12  -- I don't know if you ever saw the Saturday Night

13  live skit called the Change Store.  Did you ever see

14  that one?

15          I think the analogy is there's a guy

16  going, We're the Change Store.  You got a dollar?  We

17  can give you ten dimes.

18      Q.    I did see that, yes.

19      A.    We can give you 20 nickels.  We can give

20  you four quarters.

21      Q.    Right.

22      A.    We could give you 100 pennies.  How do we

23  make our money?  Volume.

24          And it's very much the analogy that's

25  occurred in professional wrestling.  Everybody in the

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                                    July 30, 2009

Page 109

 1    wrestling business now sets up at least one camera

 2    and shoots their wrestling show.  Then they all put

 3    out a variety of range of DVDs, and that led to

 4    almost every promotion overpaying their talent.  And

 5    then when they bounce a check or they can't pay the

 6    talent, the excuse becomes I'm waiting for my

 7    smart-mark money where they pay a retailer a

 8    wrestling product.  Or, I'm waiting from my money

 9    from our video.  Or, I'm waiting for our money from

10    high spots so that I can actually pay you what I

11    promised to pay you for product I've always produced

12    with you on it, but I didn't really figure the math

13    out right and figured there'd be a back end, but

14    there isn't.

15              So how do I make that up?  Well, I do more

16    DVDs, of course, because more will yield to more

17    money.  Well, of course, more yields to more

18    fragmentation.  You could go to a Best Buy and you

19    could look at WWE products, and three-disk sets are

20    being sold out for six bucks.  So there's a finite

21    ability to make money.  So you've got to realize the

22    realities of the economics, which is again -- the

23    only reason I've stated this is in television, I've

24    spent hundreds and not thousands.

25              I learned to set up a building and shoot

Page 110

 1    efficiently.  It's wired full time.  You do it one
 2    time.  You stay in the same building.  You rent it
 3    full time.  You find your best shots.  You set your
 4    entranceway.  You establish your lighting.  You don't
 5    blow anything up.  You don't do a bunch of fireworks.
 6             Because unless you can literally compete
 7    at the level of the big guys -- that's what TNA
 8    learned.  Until you start blowing stuff up the way
 9    they did and find a way to do it within your
10    economics, which they didn't do at the beginning,
11    they tried to do it at the big level and almost blew
12    all their money on the very first taping they did,
13    WWE is standard.
14             So if you're trying to keep up and you
15    want to impress people with the stuff you're blowing
16    up -- well, it's like when I was at my house for the
17    4th of July.  I had my family up, my former
18    assistant, his family were up.  They're all out
19    there.  They bought these fireworks, and they're
20    shooting them up (inaudible sound.)
21             Across the lake, (inaudible sound).  At
22    that point, it was like, Well, crap.  You know, boy,
23    did they spend on that fireworks display.  You're
24    feeling impotent.  You know, it's, Well, here's a
25    sparkler.  Yay.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 111

1              There's a great reality of that in

2      wrestling.  It may still be fun for the kids to light

3      the fireworks and watch it go up.  But then if you

4      look across the lake and somebody's got that gigantic

5      display, you begin to wonder why did I bother when I

6      could have watched that.  And that becomes some of

7      the reality in the wrestling business.

8          Q.    So your business model --

9          A.    Keep it cheap.

10         Q.    And that includes the talent?

11         A.    From top to bottom.

12         Q.    So you're not going out and getting the

13     Kevin Nashes and the --

14         A.    Not unless they're going to do me a favor.

15     I booked Kevin.  Kevin gets $5,000.  You know, if I

16     cut him a deal, it's 3500.  I love booking Kevin.  I

17     get 10 percent of $5,000 every time I book him.

18         Q.    No.  I mean, I'm only talking about --

19         A.    But I'm just saying, I wouldn't do that

20     because, (a), I'm also operating out of a small

21     building.  The capacity is about two, 250.  I'd be an

22     idiot to spend more than a few dollars on anybody,

23     because the economics can't work.

24              If you've got a small room and you book

25     too many people and you go in going, well, I can seat

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 112

1    200 people at $10, you know, if you haven't figured

2    the math out at that point and gone, gee, that's

3    2,000.  Kevin is 5,000.  Boy, will he draw a house.

4    How do we make our money?  Volume.  You know, you're

5    losing 3,000 bringing him into the building.  So why

6    would you be that stupid.  Find another formula.

7              And almost, without exception, the

8    promoters in this business -- there was a guy up in

9    Charlotte that just did it, he was drawing houses and

10   drew as many as 6, 700 people, but he spent more than

11   he made.

12        Q.    Who is this?

13        A.    JD Costello is his work name.  I don't

14   know his real name.

15        Q.    All right.  Have we covered all the roles

16   that --

17        A.    Well, then there were the jobs I've done

18   for various wrestling companies.

19        Q.    That was one of those moments where I

20   wasn't done.

21        A.    My bad.

22        Q.    Have we covered all the roles that you

23   considered involved in the producer of television?

24              COURT REPORTER:  Please hold.

25              MR. RODEMS:  Oh, look at the time.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                          July 30, 2009

Page 113

```
 1              MR. HERBERT:  I know.  Time is flying.  Do
 2       you want to get lunch?
 3              THE WITNESS:  We can finish this category
 4       if you want to.  It shouldn't take long.
 5              MR. RODEMS:  No.  I think we ought to take
 6       a break.
 7              (Lunch recess from 12:28 p.m. to 1:41 p.m.)
 8              (The record was read by the reporter.)
 9              THE WITNESS:  Sort of.
10       Q.    (Mr. Rodems)  Okay.
11       A.    So, sort of.  Because I was hired by WWE
12  in theory, when Deep South wrestling was put into
13  business to develop their television to set up the
14  building, and to, in essence, be the producer while
15  they were executive producer and owner of the
16  copyright.
17              However, prior to the time where I could
18  actually make that happen, the other gentleman who
19  had been hired, Jody Hamilton, the Masked Assassin,
20  decided that the job I was hired for was not the job
21  he really wanted me to do.  And while he was not my
22  superior, he made it impossible for me to do the job
23  that I had been hired to do, so I never really got to
24  be the producer I was supposed to be.
25       Q.    Not in title or not in function?
```

Page 114

```
 1       A.    Not in reality.  The specifics of my

 2  contract were impossible for me to execute, which is

 3  to create a program that I wrote, edited, and, you

 4  know, was responsible for.  He wanted to be the

 5  person that did that.  Even though that was not what

 6  we had agreed to, it was what he would allow.  It led

 7  to me asking to be let out of my contract, because if

 8  I can't do the job I'm hired for, coming in just to

 9  work a camera and make a lot of money may sound like

10  a great idea, but it's, again, I'm stupid enough that

11  I prefer not to do that.

12       Q.    I think you mentioned in your report, and

13  I think you mentioned today, that you have had 550

14  consecutive hours of television?

15       A.    Give or take.  It depends on how you count

16  a hundred episodes I co-produced in Nashville with a

17  promoter named Bert Prentice, which followed the

18  demise of USWA, in 2007.

19       Q.    But for the last year, what television

20  show have you been producing?

21       A.    NWA Anarchy.

22       Q.    How much are you earning from that net?

23       A.    Nearly nothing.

24       Q.    Okay.

25       A.    It's part of a bigger picture.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 115

1        Q.      Gotcha.

2        A.      My version of a bigger picture.

3        Q.      Right.  And you have a particular business

4    model that you're comfortable working within?

5        A.      Yes.  The ability to stay in business and

6    not lose money I don't know I can make back.

7        Q.      And your business model involves taking

8    basically talent with no name recognition and helping

9    them get to the next level?

10       A.      In terms of my position in the wrestling

11   business, yes, that's the position I've taken at

12   least in the companies I've financed.

13       Q.      And is one of your hopes with that process

14   that eventually the talent will reach a level and

15   you'll be in a position to earn revenue from either

16   being an agent and setting them up for bookings and

17   things like that?

18       A.      It's become that.

19       Q.      I see.

20       A.      It wasn't necessarily envisioned as that.

21   As dumb as this may sound, the original idea was most

22   wrestling promotions go out of business very quickly.

23   Nearly all do.  Very few survive more than a couple

24   of years.  Three years is extraordinary for a

25   promotion.  Over that, it's, you know, you're running

Page 116

 1   down to just a few promotions that have survived that

 2   are really viable.

 3              And when I say that, I'm talking about

 4   somebody who is promoting regularly.  You know, there

 5   can be a promotion that promotes once or twice a

 6   year, and they can go on forever.  But to promote on

 7   a weekly or regular basis, and in the case of

 8   Wildside, at one point we were doing as many as four

 9   shows a week.

10        Q.    Live events?

11        A.    Yeah.  So it just depended.  But what got

12   me into the wrestling business was the love of the

13   wrestling business and a love of the product.  One of

14   the things you learn very quick is that the business

15   has changed, and one of the changes is sort of the

16   Catch 22 of the major expansion of WWE and the

17   inability of other people to stay in business around

18   that for any length of time.

19              And that is, there's no place to --

20   there's no farm system.  There's no place to have the

21   people ready for the next step.  And WWE isn't even

22   that, because their development system in general

23   hires people that have already been wrestling on

24   independent shows.  So you've got to have a starting

25   point.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 117

1              And as more of these companies found the

2      financial realities that were changes on them in

3      terms of live gate, the potential of a local

4      television station paying them money, which went away

5      and now they have to pay for production, and they

6      have to pay for this and pay for that, it ended up

7      very difficult for people to make money.

8              Well, as the companies go out of business,

9      and not all are good, but as all of them relatively

10     go out of business, there are very few places for

11     wrestlers to get started, to get developed, and

12     hopefully get to the show, which is what WWE is

13     called.  Now the TNA exists, and there's at least a

14     backup show, and everything in between has failed.

15     Q.    Okay.  Now, the topic we're on is the

16     different functions in the professional wrestling

17     industry that you have actually performed.  And you

18     mentioned the actual performance ones, and then we

19     talked about the actual business side of things.  You

20     told me television syndicator and producer of

21     television.  What other things have you done?

22     A.    For TNA, in particular, various backstage

23     roles.  I was the person that booked all of the extra

24     talent for a show they did called Explosion, which

25     was primarily produced as an international show, but

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                            July 30, 2009

Page 118

1    had minor US syndication, and I did some of that for

2    them.  I ran, as I mentioned, the gorilla position.

3    We did the go area.

4        Q.    Right.

5        A.    I ended up then working as, you know, the

6    de facto talent director until they changed and hired

7    for that position when they hired Terry Taylor.

8        Q.    When you say, talent director, tell us

9    what that means.

10        A.    Well, Raven, Scotty Raven, used to always

11   say that, you know, You're basically our talent guy.

12   Which basically meant that I was the conduit between

13   the talent and the office.  It wasn't an official

14   thing, but it was real.  So we did that until they

15   had to make the position real, because of their

16   growth.

17            They had to get Terry Taylor who had done

18   the job.  WWE had done the job at WCW and was hired

19   to do the job a TNA and does a very good job.  Then I

20   also ended up being what I had done independently,

21   which was book the talent out.  It became a job.  As

22   a result of that, I also had to basically create or

23   help create the contracts with the legal department.

24            So I did an awful lot of that busy work

25   just because I was more privy to the language that

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 119

1    would be necessary for the contracts from my

2    experience than were the attorneys who worked with

3    Panda Energy who didn't have that experience.

4          Q.    Now, did you believe that you're qualified

5    by knowledge, skill, experience, education, or

6    training to give legal opinions about the meaning of

7    contractual terms?

8          A.    No.

9          Q.    Okay.  Booking talent became a job, you

10   mean with TNA?

11         A.    Yes.  It was a job I was doing

12   independently with their permission, and then it was

13   made my job.

14         Q.    Okay.

15         A.    And they paid me a weekly amount to do

16   that job and a back-end amount based on my

17   performance.

18         Q.    Gotcha.  So there was a guaranteed amount.

19   And then based on how many got booked out and the

20   revenue that was derived, you would --

21         A.    It was a percentage of the -- it's a

22   little complicated, but remember I mentioned that the

23   contracts would draw contracts?

24         Q.    Right.

25         A.    So the talent received a certain amount of

Page 120

1    money as a draw, and TNA would agree to we'll pay you

2    this much for Pay-Per-View, this much for TV, this

3    much for a house show.  Then other moneys that you

4    make from third-party bookings, whether they're

5    appearances or wrestling for third-party companies,

6    all of that money comes into the big hat that is that

7    particular wrestler.

8            Until that hat is full, the draw is a

9    deficit for TNA.  They're trying to make that draw

10   up.  Once the hat is full and the amount of money

11   coming in is equivalent to the amount of money paying

12   out, then anything that comes over that, the overage,

13   was what I was bonused on.

14       Q.    Was that the format for the talent of the

15   wrestlers, as well?

16       A.    Yes.  At that point TNA, under the

17   original contract, would take 25 percent of that

18   extra money.  The talent would receive 75 percent of

19   it.  Then I would get 20 percent or a total of five

20   percent of the total-total 20 percent of TNA's total.

21       Q.    And you mentioned Jim Cornette earlier.

22   You know Mr. Cornette?

23       A.    Very well; a good friend.

24       Q.    How long have you known him?

25       A.    '94.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 121

 1        Q.     And I assume you've read his book?

 2        A.     Yes.  Well, I have his book.  His book is

 3     more of a scrapbook than a book.  I have it.  It's

 4     autographed, and it's cool.

 5        Q.     Yes.  I have it, too.  It's very

 6     interesting and very enjoyable.

 7        A.     First one like it.

 8        Q.     But the reason I'm bringing that up is I

 9     recall he talked in his book about when, and I may be

10     wrong on the entity, but I thought it was with

11     Crockett, that there came a point where Mr. Cornette

12     and his -- I don't know what you call it.

13        A.     Midnight Express.

14        Q.     -- Midnight Express were able to get

15     guaranteed minimum of X amount per year and then they

16     would get paid out as they normally would.  Then at

17     the end of the year if the normal payouts didn't meet

18     their guaranteed minimum, they would get a true-up,

19     if you will.

20        A.     Similar.  Although, the economics then are

21     slightly different than now and the form of the

22     contracts is getting modified on a regular basis.

23     WWE is still a down-size minimum, for example, on

24     what they pay.  A starting contract is usually

25     somewhere between 50 and $75,000, which is what you

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 122

1    could call sit-at-home money.

2              Then as they pay, and if there's a formula

3    that -- gosh only knows.  I don't know.  I've even

4    asked the talent people, and they don't really know

5    it.  But somewhere deep in the dark recesses of WWE,

6    there's a formula.  They determine based on card

7    position, gate, and various other factors -- gosh

8    only knows what they are -- minimum and maximum pays

9    for talent and from our shows, Pay-Per-View, and from

10   other events.

11             Then those are credited against the

12   minimum down side.  At the point, they exceed it.

13   Then the minimum sort of goes away and the rest is

14   just your extra money.  TNA is evolving into that,

15   but had to grow into it.  At first they were trying

16   desperately to pay out as little as they possibly

17   could, because of the huge losses they incurred.

18        Q.    Now, are you familiar with whether or not

19   WCW, when it was in existence, had a different model

20   for paying its talent?

21        A.    They had a tendency to just guarantee

22   money.

23        Q.    And do you have an opinion, one way or

24   another, as to whether that is a good thing or a bad

25   thing?

Page 123

```
 1        A.      From my impression of a business, it is
 2   and was a bad thing, because it puts so much overhead
 3   on the talent side.   The way the contract is written,
 4   it created problems in terms of getting the talent to
 5   do what you wanted them to do.   But interestingly, it
 6   was what the ownership of the company required, which
 7   was sort of silly, but it is what they required.
 8                There's lots of stories.   If you read
 9   Ollie Anderson's book, he tells a great story about
10   negotiating with Leon White, Big Van Vader, who he
11   had offered, and I may be off on my numbers slightly,
12   he offered something like $75,000 and Leon looked at
13   that as really good money.   And when he went to I
14   believe it was Jim Herd at the time who had come from
15   a totally unrelated division to head the company, Jim
16   said, Oh, well, we can't pay him that.   That would
17   just be the wrong number.
18                And then it ended up being hundreds of
19   thousands they paid Leon for the same job.   So, you
20   know, wrestling people were sort of shaking their
21   heads, because, you know, if the talent is happy and
22   the price point works and you're under budget, why
23   wouldn't you do that.
24                But for whatever reason, the executives
25   that were brought in, usually non-wrestling people,
```

Page 124

1    were then told it.  And frequently, after a while, it

2    got to a point that even the wrestling there, they

3    were told here's your budget and you're supposed to

4    spend it.  So all of a sudden they would hire

5    somebody, and for no reason at all, they were getting

6    $750,000 in first-class airplane tickets, and it

7    would never -- Tank Abbott would be an example.

8            Tank Abbott came to me under development

9    for WCW and never wrestled.  Eventually, all he did

10   was dance in the ring with Three Count.  Three guys

11   that actually got hired because of a video we did in

12   Nashville that was like a boy band video.  Jimmy Hart

13   saw it, and it led to that group.  That's two out of

14   the four that were in ours that ended up in that

15   thing.

16        Q.   Didn't they actually run on the show that

17   Jimmy was producing on Saturday nights, the 6:05

18   show?

19        A.   I don't know if Three Count was -- I don't

20   remember what Three Count.  You mean the 6:05 show?

21        Q.   The Saturday show.

22        A.   Yeah, I never thought of it as that.  That

23   was just when the wrestling was on.  It was on the

24   6:05, date 05.

25        Q.   Right.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 125

1      A.     It was a type of block.  That was his

2   World Championship Wrestling.

3      Q.     Right.

4      A.     I never knew it as the 6:05.  I didn't

5   even think of it that way.  Everything was on the 05

6   with Turner, because they created Turner Time.  The

7   idea of Turner Time was tied to AC Nielson ratings.

8   The idea was that if as people changed channels, they

9   see programming rather than commercials, they would

10  have a greater tendency to stay with something or

11  find something.  More importantly, if they're

12  watching Turner, to stick with the show and get done

13  would take them five minutes into a show that they

14  might want to change to.

15           So it was a way to, under the way Nielson

16  works, take a show they're watching and transition

17  the rating to the next show, in essence.  So it was a

18  trick.  That's the only reason the 05 thing came into

19  being.  It was a ratings-related trick.

20     Q.     Right.

21     A.     But, no, the payment at WCW, and it didn't

22  matter who ran the company, they were given a budget

23  and told to spend it.  Whether that was smart or not,

24  I wouldn't have done it.  But then again, if I was

25  offered the job and I was told to do it and that was

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 126

1    what the job designated and I got paid well to do it,

2    I don't know that I could have argued the point.

3         Q.    How often do you and Mr. Cornette stay in

4    contact?

5         A.    Fairly regularly.  He's not like somebody

6    I call every week, but I've spoken to him in the last

7    month.

8         Q.    About this case?

9         A.    No.

10        Q.    Have you ever spoken to him about this

11   case?

12        A.    Not with specifics.  I told him I was

13   involved with the wrestling case, but that was it.

14        Q.    Did he ever send you any documents?

15        A.    No.

16        Q.    Did you ever ask him for any documents?

17        A.    No.  I've seen a document, because there

18   was one in the paperwork I was given from some sort

19   of discovery.  It was a letter I guess he had written

20   to Sal.

21        Q.    Well, we'll come back to that.  Booking

22   talents was the last thing that we touched on.  Let

23   me ask you this:  With any of your jobs, have you

24   been involved in the process of selling to a

25   Pay-Per-View provider?

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 127

```
 1        A.      I have not sold directly to a Pay-Per-View
 2    provider.  I've approached Pay-Per-View providers and
 3    asked questions, but I've never sold to them.
 4        Q.      Do you have any knowledge or understanding
 5    of how the process works?
 6        A.      General knowledge, yes.
 7        Q.      Knowledge or understanding of how the
 8    economics of the process works?
 9        A.      Yes.
10        Q.      What's your understanding of how the
11    Pay-Per-View generally works?
12        A.      Well, obviously, (a), the Pay-Per-View has
13    to agree to take it.  There are certain standards
14    that have to be met by the product that are agreed to
15    in advance and those fluctuate, because various
16    different quality of related products have gotten on
17    so that there's a bit of a subjective nature to that
18    going back over the years.
19            Then there's, depending on whether you use
20    an agent, there's a division of revenues.  Generally,
21    the Pay-Per-View provider, being the channel,
22    iN DEMAND, those guys, they'll hang onto 50 percent.
23    In generalization, the producer gets 50 percent, if
24    there's an agent.  There may be a division that will
25    take away from the producer's money, because the
```

Page 128

1   agent would get that much.  Like in a commercial

2   advertising sales situation, it would be the same

3   idea.

4          At then that point, it's based on what the

5   buys are and waiting for the buys.  It used to be

6   more complicated.  It's now getting a little bit

7   easier, because there's more of an electronic system

8   set up now.  And increasingly, more now that we've

9   gone digital and most of everything is coming through

10  cable or satellite.  But back in some of the early --

11  and even at the beginning of TNA, it would take

12  forever to find out where you were under the

13  Pay-Per-View.  It would be months after the

14  Pay-Per-View ran before you would find out what the

15  buys were.

16         Also, for most of the providers, it would

17  fluctuate.  So I've never been able to get a handle

18  on it, whether it's a formula or whether it's a

19  specific number, because I've heard both in

20  discussion.  But there's usually a certain amount of

21  money off the top prior to the division.  Like if

22  you're going to sell in our store, we're going to

23  take a certain amount of money before we decide these

24  are profits.

25         Q.    It sounds like lawyers.

Page 129

```
 1        A.     Yeah.  You know, so --
 2        Q.     Okay.  So --
 3        A.     I've always thought it was around 50,000,
 4   but it may be as much as 75, 80,000.
 5        Q.     It was a --
 6        A.     Don't know.  I've not had an example of
 7   that in my discussions.  Most of the discussions
 8   generalize around 50,000.
 9        Q.     All right.  Do you believe that you have
10   the training, education, experience, skill, or
11   involvement in anyway in Pay-Per-View to render
12   opinions about Pay-Per-View prospects?
13        A.     I have the experience of what I've seen
14   work and not work such that I can provide judgment on
15   that like I would television, in essence.  You know,
16   what's been on, how long has it been on, and did it
17   continue.  And almost without exception, if it didn't
18   continue, it was because it wasn't making money.
19             And then I have some experience simply
20   because I paid attention to reports or have visited
21   them on the performance of certain properties to the
22   extent that information is available and/or accurate.
23   You know, for example, none of TNA's numbers have
24   ever been officially released.  So that's all
25   anecdotal.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                        July 30, 2009

Page 130

```
 1      Q.    Have you ever had access to the TNA
 2  numbers?
 3      A.    Directly, no.  Anecdotally because I've
 4  worked with office personnel who told me what
 5  something had done, yes.  Whether that was accurate,
 6  I only know based on their position in the company,
 7  and assuming that they have no reason to tell me a
 8  number.  Particularly, when the numbers were never
 9  good.
10      Q.    So do you have a time period in mind when
11  you have data from somebody at TNA about Pay-Per-View
12  sales?
13      A.    We always talked about Pay-Per-Views for
14  the first 111 shows, because that was business, and
15  it wasn't working.
16      Q.    What was the most Pay-Per-Views that TNA
17  was able to sell in the first 111 shows?
18      A.    Twice.  The first, which anecdotally did
19  20 to 25,000, and the first time Sting appeared on
20  the anniversary show.  I think it was the first
21  anniversary show.  It had to be the first anniversary
22  show.  How could it not be, because we didn't get to
23  enough -- well, it could have been the second, but it
24  was whenever Sting appeared the first time.  That one
25  did 20.
```

Page 131

1                 Everything other than that was relatively

2       between 5 and 10.  Leaning more toward five than ten

3       basis.  I think a couple of times, I was told it went

4       up over ten, but not enough times anybody was dancing

5       a happy dance.

6            Q.    And the TNA shows were on Pay-Per-View on

7       a weekly basis?

8            A.    Yes; at 9.95.

9            Q.    And what, if any, marketing assistance did

10      TNA have from outside the TNA company?

11           A.    How did they promote the Pay-Per-Views?

12           Q.    Correct.

13           A.    Well, at least, initially they did have

14      the existing Explosion show, which had minimal

15      distribution.  So they used that.  They did the

16      standard ads and the DirecTV, you know, flyer

17      give-away thing.  They provided posters and other

18      materials to all of the cable markets.  Supplements

19      to be included in mailings.

20           Q.    We hear about Pay-Per-View quite often in

21      this case, but who are the Pay-Per-View broadcasters?

22           A.    DirecTV and Viewer's Choice.

23           Q.    DirecTV --

24           A.    Which have presence on the various DBS

25      systems and on cable.  Then there's sort of a fight

Page 132

1    between satellite and cable.  So neither can refer to

2    the other or they get grumpy.

3        Q.    And where does iN DEMAND fit into this?

4        A.    No, I'm sorry, iN DEMAND not DirecTV.

5    DirecTV is the supplier of the iN DEMAND

6    Pay-Per-View.  My bad.

7        Q.    All right.

8        A.    Thank you.  I knew I had something wrong.

9        Q.    That's okay.

10       A.    DISH Network would have been the other

11    satellite provider.

12       Q.    Okay.  Would DISH Network carry the iN

13    DEMAND?

14       A.    I believe they do.  I don't carry DISH, so

15    I don't remember.  I don't have DISH myself.  I've

16    got iN DEMAND -- i mean, I've got DirecTV.

17       Q.    Do you consider yourself to have any

18    education, training, experience, skill in the field

19    of accounting?

20       A.    Accounting?

21       Q.    Yes.

22       A.    Other than what I've done in my own

23    business life, you know, no.  No specific training as

24    a professional, no.  By no stretch of the

25    imagination, no.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 133

1      Q.    For your company, Show Business, Inc., do

2   you have a CPA?

3      A.    I had an accountant for the early years of

4   the company, but for the last decade or so, I've done

5   all my own stuff.

6      Q.    No disrespect, but has this been a one-man

7   operation for the most part?

8      A.    I've been the principal of my company.  I

9   had a paid employee for a goodly bit of the company,

10   a hired assistant.  One person for ten years, another

11   one for two years.

12      Q.    And without getting too much into the

13   personal side, I'm trying to find out what your

14   exposure to accounting was.  Did you handle all the

15   necessary things for your employee for paying payroll

16   taxes and whatnot?

17      A.    Yeah.

18      Q.    Beyond handling the accounting for your

19   own business, do you have any other accounting

20   experience?

21      A.    Not really.

22      Q.    Okay.

23      A.    I mean, I've seen projections and

24   spreadsheets and stuff like that as part of my daily

25   business as a salesperson.  I've been exposed to it.

Page 134

 1        Q.    Right.  Have you ever --

 2        A.    And I'y, you know, been able to generate

 3   judgments based on that.  But, you know, that just

 4   comes with if you see enough of those, you get used

 5   to it.

 6        Q.    Have you ever done a business plan?

 7        A.    Yes.  And I've done it, I guess the

 8   easiest way to say it is, my way, which is fairly

 9   simple.  I'm not a real fan of making up things.  So

10   I have a tendency to go with what is rather than what

11   might be.

12             So, for example, when I consulted to a

13   startup football league at one point, rather than

14   presenting to them blue sky, what I did was try to

15   present the potential pitfalls and tie that into my

16   analysis.  So it's different.  Most spreadsheets just

17   make numbers up has been my experience when they're

18   trying to launch a business, and the numbers will end

19   up being what they are once the business starts.  At

20   least within my experience, having looked at

21   spreadsheets that anticipated a business and what

22   actually happened, they're rarely the same.

23        Q.    All right.  Are you familiar in any way

24   with how net loss profits are measured as Florida law

25   requires for calculating damages in a breach of

Page 135

1    contract dispute?

2         A.    I'm not familiar with Florida law on that

3    issue.

4         Q.    The startup football league you were

5    talking about, are you able to reveal the name or is

6    that something considered confidential?

7         A.    There was a confidentiality into it, and

8    all I can say is it was with principals that had been

9    part of a fleeting league that existed 15 years ago

10   that tried to get together that owned stadiums in

11   various places.

12        Q.    Did you do a business plan for that or did

13   you observe a business plan that someone else had

14   done and --

15        A.    Both.  I was given their projections and

16   their estimate as they were given by another, I'll

17   call him, consultant and then asked to, for want of a

18   better phrase, be the devil's advocate on those and

19   to do a reality check.

20        Q.    What did you do to do that reality check

21   in terms of the projections and estimates that were

22   done by the consultants?

23        A.    Look at the marketplace that they were

24   trying to reach, which obviously -- well, not

25   obviously, but at least for a sporting event, there

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 136

```
 1   were obviously various facets of it that they

 2   anticipated and were prepared to go forward.  One,

 3   they were prepared to do live events and had the

 4   stadiums to do it.

 5             Two, they had connections and believed

 6   they could place a television program, but had been

 7   given a specific amount of money that they would have

 8   to spend versus -- and they had already crunched

 9   their numbers on what their expenses were going to be

10   to shoot it the way they needed to supply it.

11             And then the deal that they were being

12   offered by the network that at the time didn't have

13   football but was willing to consider having

14   football -- it was in an all-season play.  It was not

15   going to be competitive with NFL.  Rather, it was

16   going to be in the season they weren't running.  The

17   idea being a counter-sport option to go for

18   disenfranchised fans after the season where they were

19   already involved.

20             The realities were that where they were

21   going and given the competition, and I did a ratings

22   track by looking through what was -- and fortunately,

23   at the time I was receiving the meter market

24   overnight numbers from most of the major markets as

25   part of my other jobs in the television business.  So
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 137

1    I was seeing regular Nielson numbers on a regular

2    basis.

3            So I was able to look at the time periods

4    over a period of time and tell them the realistic

5    expectation and also what they could anticipate as

6    the competition, and, therefore, the potential of

7    where they could start and where they could get to.

8    Obviously, there's an amount of supposition that goes

9    into that.

10            I always skew to conservative versus

11    instead of liberal in those kinds of estimates.  I

12    rather be wrong on that end than on that end, because

13    that end is where the money is being spent.  This end

14    is where the money is not being lost.  (Indicating.)

15        Q.    See, when you say things like that, she

16    will type down what you say, but we'll have no idea

17    what you --

18        A.    High end versus low end.  I have a

19    tendency when it comes to the expense side, I'm

20    always going to push for spending money that you have

21    a realistic option to get a return on with the

22    understanding that the analogy of you have to spend

23    money to make money is accurate.  But there's a

24    difference between spending money to make money and

25    throwing good money after bad.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 138

```
 1        Q.    Okay.  When you were looking at the
 2   projections and estimates for this startup football
 3   league, was this every projected revenue and every
 4   projected expense including, for instance, all of the
 5   things that would be necessary to, more or less, hire
 6   the football players?
 7        A.    Yeah.  Well, it had to be, because it had
 8   to include -- because the league also was going to
 9   establish a cap to Craig Perry.  They were going to
10   limit the number of high-priced people, how they
11   would do their version of a draft, whether they would
12   go after people that during one season were in the
13   NFL, but would technically then be available.
14             As I'm sure you're aware, there are people
15   in professional sports in the United States that find
16   off-season work historically in other places.
17   Football less than other sports just because of the
18   impact factor.
19        Q.    Right.
20        A.    People get hurt easily with basketball; in
21   particular, baseball.  In particular, they go into a
22   different league.  You go over to Europe or go to
23   Japan and make some side money.  So the idea was,
24   okay, who are we going after, what are we doing, and
25   how do you start off.  Because you had a competitive
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 139

 1    sport, they wanted to have as much parity as they

 2    possibly could, but they also had to have a little

 3    bit of sizzle.  So you try to figure out how to

 4    balance the two of those things.

 5              So they had come up with what they thought

 6    was going to work as a group that had sat down of

 7    rich people, and it decided what they could afford.

 8    Then I became the voice of reason at some minor

 9    level.

10         Q.    So let's refer to what was going to be

11    accorded as an expense for the players' salaries.

12    Let's refer to that as the labor costs, if we could,

13    for just a moment.  Now, I realize that normally when

14    we talk about labor costs, we're talking about

15    everything including, you know, the janitor all the

16    way up to the CEO.

17              But just from the player's standpoint,

18    when you look at the projections, was there an

19    understanding that we're going to have a cap?  So,

20    for example, we're not going to go over this much per

21    player, so don't worry about going out and finding

22    data on what we actually have to pay.  Just assume

23    that we're not going to pay any more than this

24    or we're --

25         A.    It was an area they didn't need my input.

Page 140

 1   They had already made decisions on what they thought

 2   they could do in economies, and it was tied very much

 3   to what the perceptive was on the live events,

 4   because they had a greater control over that.

 5              My input was what's a reality check on the

 6   impact of television, the potential of us

 7   piggy-backing off of the television to a greater

 8   gate, to ratings that are saleable, to national

 9   sponsorships.  Because without that mechanism, one

10   thing they had all agreed to was that they would have

11   a difficult time moving forward.  And even with that,

12   you know, as Vince McMahon found when he launched the

13   football league, it's very difficult to establish

14   something that isn't the one everybody is used to.

15              You know, it's much like you never

16   replicate the specific success of the WWE.

17   Similarly, the success that led to the American

18   Football League merging with the National Football

19   League will never really happen again nor can happen

20   again.  Anybody else is going to be the upstart and

21   is starting totally separate.

22              They just had a unique situation that came

23   into play, and it all worked.  It managed the two

24   leagues to become one stronger league, and it all

25   could move forward.  Everything else is fighting the

Page 141

 1   more uphill fight against the establishment and still

 2   having to spend aggressive dollars to try to get the

 3   eyeballs and the fan recognition that the other guy

 4   already has.  The fact that you're in the same genre,

 5   doesn't mean people will care.

 6       Q.    When you were looking at this report and

 7   doing what you call the reality check, were you

 8   looking for sources of data to support your

 9   positions?

10       A.    Yes.  Well, my positions, no, that would

11   be the wrong way of looking at it.

12       Q.    Well, that was poorly phrased, too.  So

13   let me rephrase that.  Not sources of data to support

14   your position, but did you look for sources of data

15   to identify your position?

16       A.    What I did was I analyzed the markets in

17   which they plan to launch, the moneys they plan to

18   spend, where they believe they could generate

19   television, what day, what time periods, with what

20   regularities, what are the obstacles, what are the

21   realistic potential of conflict on a local level with

22   television preemption and other programming getting

23   in the way, would the network be able to control that

24   block, is it a time of block they're already

25   controlling, and on and on and on.  It was all really

Page 142

1    tied to will television make this a business.

2         Q.    And were you considering the revenue that

3    could be derived from advertising?

4         A.    In terms of as a tangential form, yes,

5    because it depends on how the deal was structured.

6    Because in their perfect deal, they would have paid

7    for their product and that would have probably led to

8    them not controlling much commercial time.

9         Q.    Gotcha.

10        A.    Whether that was going to be realistic was

11   part of the evaluation.

12        Q.    Are you able to tell me what your ultimate

13   conclusion was about whether that was realistic or

14   not?

15        A.    I told them the league could probably go

16   forward, but would have difficulty growing for at

17   least the first years, if not more, and they would

18   probably incur huge losses within the first few years

19   getting fan recognition.  And that, you know, if it

20   were my money, I wouldn't do it.  Were it somebody

21   else's money, it depends on how much money you're

22   willing to lose before you potentially make money.

23             I saw a potential for growth based on the

24   market at that time and the other sports options that

25   were available.  This is before we had football,

Page 143

1   before a variety of things that have staggered into

2   being, back when hockey was actually viewed.  So it

3   was a different time, but still going to be a

4   struggle.

5           And it didn't launch -- Vince's league

6   launched after that.  I don't know if that proved the

7   point that it was going to be difficult, because he

8   had a promotional mechanism in theory to drive fans

9   to it and then what he thought was an interesting way

10  to do it.  He found out over time that he just didn't

11  have the pockets to be patient enough to keep it

12  going.

13      Q.    What do you think the one thing that

14  people most commonly remember about the -- what did

15  he call it?  He called it the XFL?

16      A.    I think you're right.

17      Q.    Was it that guy that had on the back of

18  his jersey He Hate Me?  Do you remember that?

19      A.    I barely watched it.  The only time I

20  watched was one time because I wanted to hear Jerry

21  the King Lawler just do color.  Jerry and JR do a

22  different sport, which I thought was very

23  entertaining.  Because, JR, you know, is a true ball

24  fan.

25      Q.    That guy, He Hate Me, I can't remember his

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 144

1    name now, but he actually had a semi-successful

2    career in the NFL.

3        A.    Yeah.  These guys had a real potential of

4    getting it launched.  I didn't veto the project in

5    what I said in terms of, you know, I'm not

6    necessarily the agent of death on a lot of things,

7    but I always look at the downside before I try to

8    look at the upside.

9        Q.    Okay.

10       A.    And I saw an upside.  I saw a potential.

11   They actually had thought this thing fairly well

12   through before it got to me.

13       Q.    Can you think of any other areas that you

14   feel qualified in rendering an opinion in as it

15   relates to this case based on your knowledge,

16   education, experience, training, or skill?

17            You've obviously talked about syndicating

18   television shows, and you've talked about your

19   philosophy on producing a wrestling show for

20   television.  You've talked about that.  Can you think

21   of any other areas by knowledge, skill, training, and

22   education?

23       A.    I'm not sure there's a narrow answer to

24   that.  I think the answer is I've got fairly good

25   experience and, if not, very good experience in the

Page 145

 1    business of professional wrestling and the quantity

 2    of failure and what has almost, without exception,

 3    led to that failure.  It's usually very basic stuff,

 4    but surprisingly things that are mistakes are

 5    replicated; redundancy repeated repeatedly.

 6         Q.    Do you consider TNA to be a failure?

 7         A.    None of us assumed it would be around this

 8    long based on how it started would be the best answer

 9    to that question.  We always hoped, because without

10    it, I wouldn't have been paid fairly well for a

11    number of years.  The kids I managed wouldn't have

12    multi-million dollar contracts, and they wouldn't be

13    at a point now where they finally have started

14    building the branches of their vertical and

15    horizontal business tree.

16              When they started, they had a very good

17    idea that was logical and it underscored the

18    fickleness of audiences and the strangeness of

19    professional wrestling.  The specific idea was that

20    when WCW went out of business -- it was relatively

21    abrupt.  You know, Jamie Kellner came in.  He looked

22    at it and said, I don't want it.

23              So then two groups were attempting to buy

24    it.  One headed by Eric Bischoff, the other headed by

25    Jerry Jarrett to whom I consulted.  When television

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 146

```
 1    was pulled off the table, they said, We're not going
 2    to run wrestling on the Time Warner Network and on
 3    the station.  At that point there wasn't enough to
 4    buy, at least at a price, because the wrestler
 5    contracts were liabilities.  It goes back to the
 6    Fuller example, just in a bigger sense.
 7              It ended up there was only one company
 8    that could spend the money and realize the benefit of
 9    it.  That was World Wrestling Entertainment, because
10    they had envisioned and were already planning, and I
11    had approached them for my library, a channel based
12    on their wrestling library, which eventually was
13    called 24/7.  I think it launched in early November
14    of 2004, if I remember that.
15              But before that, they had been acquiring
16    product going back for quite a while.  They had
17    acquired the Smokey Mountain library.  They were
18    going to acquire mine, and they didn't.  They were
19    going after Bill Watts' library, and his family
20    wouldn't sell.  So they were trying to grab as many
21    things as they could prior to launch to supplement
22    what they owned from the WWWF, the WWF, and then WWE
23    after that.  So that ended up being the easiest sale.
24              As a result of that, they also ended up
25    deciding as a company to continue to promote the
```

Page 147

1    brand, at least, short term, and they ended up doing

2    a WCW group.  Then they had bought up the ECW, and

3    they bought its library and they had an ACW group.

4            Then they had a WWE group.  They did sort

5    of a mediocre feud of those groups until they

6    realized they were fragmenting their primary brand

7    too much, and they reverted back to the basic brand

8    that consolidated everything.

9            And while they would still maximize the

10   assets of the library for future use of the 24/7,

11   which was later renamed, and also on DVD sales, most

12   of which are happening over the last year or so,

13   honestly, they backed off taking advantage of the

14   brands in terms of progressive weekly television,

15   because it was muddying the water and not helping.

16   Like anything else, it's easier to devote on one

17   brand and maximize its benefits than it is to try to

18   devote yourself to two or three.

19       Q.    You were beginning to tell me what the

20   good idea that was logical was, and I don't think we

21   ever got to that.

22       A.    Yes.  The logical idea was that when back

23   in the day of the Monday night wars, and even at the

24   end when ratings started going downhill for WCW,

25   there were still, oh, golly, double-digit combined

Page 148

1    ratings for the two companies on their primary cable

2    shows.  And then adding in all this syndication there

3    was, for generalization, well over twice the audience

4    that's watching wrestling now between TNA and WWE

5    that were watching wrestling then.

6              Then all of a sudden, WCW's programming

7    went off TV, and it wasn't replaced by anything.  So

8    the idea -- although there were some pits and starts

9    of companies that did TV tapings and usually only one

10   and tried to get their show on TV, but never

11   succeeded.  They would try to do house shows and

12   people wouldn't even show up to them and the show

13   would never happen, which happened for a run of house

14   shows for Jimmy Hart's company in Texas.  For

15   example, the first time they went, it never really

16   sort of happened.  So it was very difficult.

17             And a lot of them were fly-by-night and

18   some were not well thought out and on you go.  But

19   TNA's idea was different in that their idea was,

20   well, if we can give them the stars that they know

21   they're not seeing and we can do it relatively

22   exclusively, put them under contract, control the

23   merchandise, you know, have a certain control over it

24   all and create a branded product, do it on a

25   Wednesday, do it for 9.95, do these every week, we

Page 149

 1   will supply within a four-week period eight hours of

 2   programming at a similar cost to what WWE is

 3   supplying for 3-1/2 hours of Pay-Per-View once a

 4   month.

 5          So from a value standpoint, greater value

 6   and all first run.  All story driven show to show.

 7   You knew what everybody was doing.  The characters

 8   were, in theory, going to be developed.  And if that

 9   audience, when WCW went away, didn't follow WWE, it's

10   because they were missing that something different.

11          So logically, particularly if they

12   recognized some of the stars -- if they see Jeff

13   Jarrett, if they see Ken Shamrock, if they see Scott

14   Hall, if they see blah, blah, blah -- people they

15   remember seeing maybe on the other show, people will

16   be drawn to this entity.  And that mystery audience

17   that had vanished, that 50 percent of the audience

18   that simply went away that never went over to WWE,

19   they just went away, gave up on wrestling, maybe

20   that's what they're missing is the alternative.

21          And the theory, the way it was presented

22   to me, which was on an Australia tour I went on for

23   Andrew McManis when Jeff Jarrett and Jerry were just

24   beginning to start it and they were just starting to

25   sign people -- the first two were two of my guys,

Page 150

 1   David Young and AJ Styles, and they explained it to

 2   me.  I was going, I can't give you an argument as to

 3   why the logic is not there.  As long as you guys

 4   aren't going to spend too much before you know how

 5   it's going to work out, you should be fine.

 6   Everybody seemed to be, no, we've got good financiers

 7   that are willing to be patient.

 8            Well, then, the very first show they did

 9   in Huntsville, they barely sold tickets.  They had to

10   pay for most of the building.  It was done with

11   bells, gongs, whistles, big explosions, huge

12   building.  It was packed out.  It looked wonderful,

13   but a ton of money was blown.  Then here comes the

14   Pay-Per-View numbers at 9.95, and it's $25,000.  And

15   it's like, whoa, that's not the economics we thought

16   they were going to get.

17       Q.   What did they think they were going to

18   get?

19       A.   They were hoping for, you know, up to

20   around 100,000.  If they were in bad shape, 70 to

21   90,000 was the low-end expectation.

22       Q.   Do you have any impression on why that

23   first Pay-Per-View buy wasn't better?

24       A.   No.  I really don't.  I have no idea,

25   because the theory was different.  It wasn't I'm

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 151

```
1    going to put my TV show on.  It's going to be great.
2    People will watch it and I'm going to make a million
3    dollars.  It wasn't the usual facile get-rich-quick
4    scheme in either TV or wrestling TV.  There's a logic
5    to it, and the people involved in it were not stupid.
6              I mean, I hadn't met the money people
7    other than the fact that Jeff and Jerry put money in
8    it.  And Jerry, in particular, I've always had great
9    respect for.  So Jerry going, This makes sense, I
10   don't know.
11             Okay.  Well, let's see.
12             Then immediately, BOOM after the first
13   show.  Okay, now we have to pay her down.  So the
14   next step was go to Municipal Auditorium in Nashville
15   and reduce the size of the building dramatically.  It
16   wasn't long before we're at the Nashville Fairgrounds
17   where I had promoted for years before with Bert
18   Prentice both on Friday and Saturday nights.
19             We're having trouble filling that building
20   up, and we're still kicking the product, but, you
21   know, you're hearing it's not getting bought the way
22   we need it to.  Then one of the two financiers fell
23   out of pocket totally.  There was an indictment.
24   There were lawsuits.  All of a sudden there was no
25   money.  Jeff Jarrett is in a panic when they have to
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 152

1    close up.  Jerry, you know, Dad you've got all these

2    millions of dollars.  His dad has to explain to him

3    that the money is not liquid.  It's in property.  He

4    can't just go out and throw it at the problem.  I'm

5    there watching them, you know, having the discussion

6    of how will we handle the panic.

7              Well, one of the minority investors was

8    Trifecta, which was an ad agency or a rep agency for

9    country music performers that was run by Dixie

10   Carter.  Her dad, Bob Carter, thank goodness, was a

11   wrestling fan.  He had grown up watching Dusty Rhodes

12   and all of the other ones, and he came in as the

13   saver, and did.  They picked up the debt, went

14   forward, financed, and took on more and more debt.

15             But they had the patience, fortunately,

16   because they were running the largest independent

17   energy concern in the United States,

18   independently-owned energy concern, having a division

19   that was losing bucket loads of money.  And at least

20   initially, they were able to write off against the

21   more profitable energy division.

22        Q.    Do you have any way to quantify the bucket

23   loads of money?

24        A.    The bucket loads?  Again, discussion with

25   everybody up to and including the owners of the

Page 153

1    company and the attorneys that were representing the

2    company.  I did not see the spreadsheet that showed

3    me the amount.  But when the attorney I'm dealing

4    with on the phone is telling me, Yes, we've lost

5    $20-something million and we're still paying it back,

6    when I ask four years in are we starting to make

7    money, and I'm told, Well, we just had a meeting on

8    that here at the office and we have been paying back

9    on interest and now we're actually paying back some

10   principal, and there's a formula set up, and we're

11   actually being taken -- you know, we have a very

12   specific accounting process now that we've been put

13   under by the Panda office in terms of money out/money

14   in.  They got to the point where Panda wasn't really

15   willing to throw much more out without seeing a

16   tangible growth.

17           And there was a point -- again, and this

18   was after Impact was created, but it was still on Fox

19   Sports Net, so it hadn't reached the large mainstream

20   audience and where still to this time none of us were

21   really sure if the Pay-Per-Views were performing

22   well.  Just anecdotally is the best we ever had and

23   we never really knew.  We knew we weren't spending a

24   ton of money yet on talent.  That was the one area,

25   because I was very privy to what talent was making.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 154

1            The reality was, well, what else is

2      happening.  Well, with Impact came a little bit of

3      source of money and that began to help.  Then slowly

4      but surely, merchandise started being put into play

5      and that began to help.  They started envisioning

6      house shows, but we set up the contract, as I told

7      you about earlier, where we began to get third-party

8      money funneling through the company, which was

9      subsidizing what they were paying out.

10            So rather than them having to pay their

11      money to sew up talent, they were able to borrow in

12      essence money from the third-party promoters who

13      wanted to book that talent because of the exposure

14      they were getting on the television.

15      Q.    Well, this is as good a time as any to

16      bring this topic up then.  With the first

17      WrestleReunion in January of 2005, WrestleReunion

18      came to TNA and asked to book some of the TNA talent?

19      A.    Right.  That's me.

20      Q.    You were directly involved in that?

21      A.    Yes.

22      Q.    Who did you work with on that from the

23      WrestleReunion side?

24      A.    Sal.

25      Q.    How long have you known Sal Corrente?

Page 155

1        A.      Anecdotally only.

2        Q.      Okay.

3        A.      I've known him as the Big Cheese and a

4   manager.

5        Q.      Okay.  Obviously, this wasn't the first

6   time that some promotor had come to TNA to book

7   talent?

8        A.      No.

9        Q.      When people did come to TNA to book

10  talent, could they tell you who they wanted?

11       A.      Yes.  Sometimes they were very -- I mean,

12  most of the time they were very specific.  It's

13  really, you know, as I used to explain to the talent,

14  because they would go, Why am I not getting booked as

15  much as the other guys, I would say, I'm like a

16  waiter.  I've got a menu.

17              There's the thick big juicy steak and

18  there's liver.  My mom might order the liver, but not

19  everybody will, but a lot of people want the big

20  thick juicy steak.  The good news, once we run out of

21  steak, the liver starts looking more attractive.  So

22  it's very much that kind of thing.  We had 40 to 50

23  people we could offer.  Certain people were more

24  popular than others.  So I was used to booking --

25  like AJ Styles was very popular.  He was the face of

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                           July 30, 2009

Page 156

1   the company.  You know, TNA's Man of the Year for I

2   think the first five years of the company, if not

3   more.  So he was sort of the face of the company.

4           Jeff Jarrett, his rate was fairly high, so

5   he didn't get booked that often.  But when he did, it

6   was for a reasonable fee.  And then, oh, you know, a

7   number of the other guys were, you know, low end, but

8   it had enough face value that people liked them based

9   on reputation.  So it was just a mix-match of what

10  people wanted.  Sal was fairly specific on what he

11  wanted.

12      Q.    And at the time, TNA had affiliation with

13  the National Wrestling Alliance?

14      A.    TNA had a contract to utilize the National

15  Wrestling Alliance brand, yes.

16      Q.    And, in fact, TNA had the NWA World

17  heavyweight champion, the NWA tag team champions?

18      A.    And an exhibit title that they created.

19      Q.    Okay.  And Mr. Corrente told you that he

20  wanted the NWA tag team champions?

21      A.    Yes.  Which at the time I believe were the

22  Three Live Crew.

23      Q.    Okay.

24      A.    When we first did the booking, which was a

25  three-person team, and I forget which two we had

Page 157

1    booked, but it was Conan, Ronnie Killings, BG James.

2    We had booked two out of three of them.  Then the

3    title moved, and at the last minute we had to change

4    the booking over to America's Most Wanted who ended

5    up doing the spot.

6        Q.    With or without the title?

7        A.    With the title, because he wanted the

8    title.

9        Q.    Okay.  Was there some tense issues over

10   that?

11       A.    He was grumpy that the guys he wanted to

12   be in the ring with the Funk Brothers weren't the

13   champions anymore.

14       Q.    Did he eventually go to Jeff Jarrett

15   about this?

16       A.    I don't know.

17       Q.    No?

18       A.    I'm not aware.  If he did, I don't know.

19   My memory was that he came to one Impact taping, but

20   it's a vague memory.  Because once I was there, I was

21   always busy.

22       Q.    Did some issues arise with Jeff Jarrett's

23   travel?

24       A.    Probably.  I don't remember.  I honestly

25   -- there was an issue with AJ Styles getting there,

Page 158

 1    because of an ice storm here in Atlanta.

 2         Q.    And, in fact, AJ Styles never made the

 3    WrestleReunion --

 4         A.    That's correct; he couldn't get to the

 5    airport.

 6         Q.    Was there a dispute after the fact about

 7    getting back the advance that Mr. Corrente --

 8         A.    Mr. Corrente did not believe he got it

 9    back quickly enough.

10         Q.    Was there tense discussions over that?

11         A.    He wrote me some e-mails complaining that

12    he hadn't gotten it yet and that he had called AJ.

13    And then AJ's wife wrote me that they didn't want to

14    hear from him again because he was a jerk on the

15    phone.  Yes, you know, it was that kind of thing.

16              I never had a problem with it.  I'm used

17    to promotors wanting what they want now and taking

18    time on other things, so it wasn't a big deal.  I

19    knew he was going to get paid back, and he did.

20         Q.    I'm curious.  Since you had that level of

21    connection with WrestleReunion, why was that not

22    mentioned in your report at all?

23         A.    It was.

24         Q.    It was?  Where was it mentioned at?

25              MR. RODEMS:  Let's take a break while you

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 159

1          look at that.  It's time for a break.

2                (Recess from 2:34 p.m. to 2:34 p.m.)

3          Q.    (Mr. Rodems)  We took a break.  And,

4    Mr. Behrens, you were kind enough to point out to me

5    that you did, in fact, acknowledge in your report

6    your connection with WrestleReunion.  I apologize for

7    the oversight on my part.  I simply forgot it was

8    there.  To be honest, I stopped at the conclusion and

9    did not review, again, recently the last few pages.

10   And remember we talked earlier about numbering those

11   last two pages, let's go ahead and number those so

12   that we're complete.

13         A.    (Witness complies.)

14         Q.    And again, I apologize for that oversight.

15   So 16 will be the Profit and Loss Statement page.

16         A.    Yes.  17, Citations; 18, continuing; 19,

17   would be the Page of Record leading into 20, which

18   continues.

19         Q.    Okay.  Very good.

20               MR. HERBERT:  The last page is 20?

21               THE WITNESS:  Yes, 20.

22         Q.    (Mr. Rodems)  Do you know Jimmy Hart?

23         A.    Yes.

24         Q.    How long have you known Jimmy Hart?

25         A.    Oh, golly, off and on.  I'm trying to

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 160

1    remember when I first met him.  He was in TNA from

2    the very beginning off and on.  He used to help

3    Universal Studios and he used to sit in the go area

4    with me for most of the shows.

5              So I knew him at least starting in 2002.

6    I met him at various USWA events, like the Louisville

7    legends event that I went to, which I believe was in

8    '80 -- no.  I want to say, no, not '80.  '87, that

9    sounds right.  '85 was Memphis; '84/'85, Memphis.

10   '86 or '87, when we did the Louisville legend show.

11   I'm pretty sure I met him there before that.  Then I

12   had one meeting with him with Howard Brody at the XWF

13   offices in Tampa.

14        Q.    Okay.

15        A.    Where he was asking me my opinion of their

16   prospects to get the show on television.

17        Q.    You mentioned something about Jimmy Hart's

18   company in Texas not putting on a show?

19        A.    That was the XWF.  The XWF did one TV

20   taping.  I actually booked a couple of people on that

21   including AJ Styles.  Jimmy was aware of me, and then

22   asked that I come down.  I was in town for another

23   meeting, anyway.  He asked me to come over and talk

24   through what they were doing in his office.  After

25   the taping, they attempted to, at least they told me,

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 161

```
 1   they attempted to market the television show and
 2   weren't able to place it, but they still envisioned a
 3   tour of taking the XWF talent on the road.  The first
 4   of those tours, to the best of my memory, was
 5   supposed to be in Texas.  Basically a goodly bit of
 6   the talent showed up at the buildings, and the shows
 7   were canceled.
 8        Q.    Okay.
 9        A.    So they never really --
10        Q.    Were you there at that show?
11        A.    No.
12        Q.    So this is going by what you learned from
13   other people?
14        A.    Yes.
15        Q.    Okay.
16        A.    Unfortunately, I think the only asset
17   value they've been able to find has been recently.  I
18   think Jimmy ended up with the library of the
19   television.  He's been able to do some DVD business
20   and is looking at trying to maximize some other
21   business based on that library, but they were never
22   able to make it move forward.
23             All I remember is when I told Jimmy my
24   concerns about it, he, like usually, like it happened
25   at TNA when I was going to say the same thing to
```

Page 162

```
 1   Dixie Carter at one point, Jimmy suggested that

 2   probably the other partners weren't going to be

 3   interested in hearing that opinion.  And right

 4   enough, he wasn't interested in hearing it when I was

 5   trying to voice it, so he was right.

 6       Q.    Yeah, he's a scary individual.

 7       A.    Well, he's the one that, to the best of my

 8   knowledge, from what Jimmy had told me, he was the

 9   one that brought, I don't know the gentleman's name

10   that was spending the money, but there was, as

11   always, as somebody else's money.  He brought that

12   guy to the table.

13           Jimmy was there more for creativity is

14   what he always articulated to me.  On his wall, he

15   had all of these drawings on how he envisioned

16   characters were going to be.  They were going to

17   create characters as they got -- that was much more

18   how his brain was working.  Similar to what he did to

19   WCW when he -- you know, he was always a musician.

20   He was always an artist kind of guy.  So he was doing

21   the same thing there.

22           When Three Count came up, he's watching my

23   TV show and he sees a boy band video of good looking

24   guys walking across with music in the background with

25   their shirts off looking good, and he went, Oh, a boy
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 163

1    band and Shannon Moore, Shane Helms.  We have them

2    under development, hmm.

3            So that was more of what he did.  Like he

4    brought Lo-Ki in, and the name of that kid had

5    popularized and he was going to call him Kwik Kick

6    and that's what he used him as on the air.  He had

7    different names.  Then there was one big guy, Hale.

8    Hale was his last name, Elton Hale or something like

9    that that he was really high on.  That guy I believe

10   passed away based on some steroid related-issues.

11       Q.    Well, there's a lot of that in this

12   business.

13       A.    It can be.

14       Q.    Yes.

15       A.    For those that think big is better, yes.

16       Q.    Now, do you have any understanding of what

17   Jimmy Hart's role was with WrestleReunion?

18       A.    What little I remember of our

19   conversations about it at the time was he and DDP,

20   Diamond Dallas Paige, were the faces and voices and

21   the cheerleaders for it, which is what Jimmy does

22   very, very well.  It's what he does for everybody.

23            Jimmy is the guy that comes out in the

24   blue with his fog horn yelling and screaming and gets

25   everybody excited, and that's what he was doing

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 164

1    there.  So he was doing the interviews and stuff.

2    That's the only role I was aware of.  I never had any

3    interaction with him in any way relating to the

4    events themselves or booking, and he never spoke

5    about it as if he was in any way involved as a

6    principal.

7        Q.    By the way, in your report you talk about

8    Mr. Corrente and you note that -- well, let me just

9    go directly to the report.  You say:  Most of that

10   experience prior to the WrestleReunion event was as a

11   gofer and then referee and then wrestling, quote,

12   manager on independent wrestling shows where he used

13   the name Big Cheese.  Where did you get this

14   information?

15       A.    Just from paying attention to results and

16   seeing him on cards as the Big Cheese.  I've never

17   known him as a booker or a promoter.

18       Q.    Okay.  All right.

19       A.    If he was, you know, it's just something I

20   did not know.

21       Q.    And you also put in there about his blog,

22   quote, When I first started out helping in the WWF, I

23   would get the coffee and soda's (sic) for the guys,

24   close quote.

25       A.    Uh-huh.

Page 165

```
 1        Q.     And that's yes?

 2        A.     That's something, yeah, that I put down

 3   that I read.

 4        Q.     No, you said uh-huh.

 5        A.     Yes.  My bad.

 6        Q.     And your next sentence is, quote, He also

 7   writes about picking wrestlers up at the airport and

 8   getting their luggage; period, close quote.

 9               I'm just curious.  Why did you put those

10   comments in there about him being a gofer?

11        A.     My only reference for him was not as

12   someone that had done that much in business that I

13   was aware.  My reference was a little Indy manager, a

14   guy that had been around.  You know, nobody really

15   talked him up that I ever interacted with, and I

16   interacted with a goodly number of the stars in the

17   business.

18               So all I was aware of was that he had had

19   lesser roles and had been in and around in the

20   business, but I didn't have knowledge of him doing

21   anything substantial.

22        Q.     Okay.  You weren't intending to disparage

23   him, because when he was starting out in the

24   business, he went and got somebody coffees or sodas,

25   were you?
```

Page 166

1        A.    No.  I was quoting him.

2        Q.    Okay.  But, I mean, I'm the kind of person

3    that believes that for every action by someone or

4    even an inaction, there's a motive.  So what was your

5    motive putting something like that in the report?

6        A.    Reinforce my understanding that I wasn't

7    aware of him having done anything, and I couldn't

8    find any examples in his own words of what he had

9    done.

10        Q.    I see.  Okay.  Have you ever spoken to

11    Mr. Corrente directly about, hey, Sal, what's your

12    experience in the wrestling profession?

13        A.    No.  Really, again, and based on what I've

14    read of the declarations he has done -- he doesn't

15    remember the time I believe I met him in person, so

16    it may not have happened.  I thought that I had met

17    him at one of the TNA shows briefly at least enough

18    to shake hands and say there's Jeff Jarrett or

19    whoever he wanted to talk to at the time, but he's

20    suggesting not.  Otherwise, my interaction with him

21    was nearly exclusively e-mail.

22        Q.    I just want to make sure, because, you

23    know, when I started out my career as a lawyer, if my

24    senior partner needed me to pick him up at the

25    airport, I picked him up at the airport.  But I did

Page 167

 1    that out of respect, not because I was gofer.

 2         A.    Oh, I totally understand.

 3         Q.    I mean, if you ever had to --

 4         A.    I used to go pick up, when at TNA, I would

 5    go because nobody else was free.  I would go pick up

 6    the water for the guys over at the Sam's Club.

 7         Q.    All right.  There's nothing wrong with

 8    that?

 9         A.    No.

10         Q.    It's a hands-on business for the most part

11    when you're --

12         A.    Everybody chips in at some level, but I

13    just didn't have knowledge of any experience going

14    into this particular kind of promoting.  And based on

15    the way things had been occurring in terms of our

16    interactions, in terms of the quantity of people

17    being booked, in terms of some of the price points

18    that people were telling me they were getting paid,

19    some joking about that, it didn't seem as though he

20    was going into it intelligently from my outside view

21    point at the time.

22         Q.    Okay.

23         A.    But my job was to make as much money as

24    possible for the talent that was going and not care.

25         Q.    And at the same time, you didn't at that

Page 168

1    time have a specific discussion about what

2    Mr. Corrente's vision was or how he planned to get

3    there in terms of wrestling?

4         A.    The only vision he expressed to me was

5    that he was booking another one of these wrestling

6    convention things that was going to have a show.  It

7    wasn't the first time I booked people for these kinds

8    of things, because they had been going on for quite a

9    while.  So it was, okay, fine, who do you want.

10              Well, I really want to do this match.

11              You know there was a lot of that back and

12   forth.  Then I'm getting calls from Dory Funk that he

13   wants out of Windsor book if he's going to go.  So

14   I'm hearing about it anecdotally from a variety of

15   people.

16              Dusty is telling me he's getting paid

17   stupid money to go, because he's never performed live

18   in Tampa since he was there, and so he's going to

19   make sure that the first time he does it, by God, he

20   gets paid.  So there's all of that going on, and I'm

21   really more focused on, you know, what's the rate,

22   what am I getting for these guys, is it a good deal,

23   is it a great deal, am I happy.  You know, quite

24   honestly, I feel like I may have failed my charges

25   because looking at the fees that some of the other

Page 169

```
 1    guys were paid, I should have asked for more money.

 2          Q.     Okay.

 3          A.     I actually was too fair.

 4          Q.     All right.  I know from reading your

 5    report that you believe that Mr. Corrente paid more

 6    for talent for WrestleReunion than he should have.

 7          A.     Dramatically so, yes.

 8          Q.     What do you base that on?

 9          A.     My experience booking talent.

10          Q.     Can you give me the names of those you

11    felt were paid more than they should have been?

12          A.     I can pull out the list of paying and go

13    name by name if you want me to.

14          Q.     Sure.  Let's do that.

15          A.     Okay.  All I have is the first show.

16    That's the only one I booked talent on.

17          Q.     Okay.

18          A.     It's the very first show.  Is that okay?

19          Q.     Sure.  What you're referring to, are those

20    your notes?

21          A.     No, no.  This is what was part of

22    discovery.

23          Q.     Okay.  Fair enough.  What I'd like for you

24    to do --

25          A.     Does this need to be marked in any
```

Page 170

1   fashion?

2       Q.    Well, why don't we do this, yes, I think

3   that's probably a good idea if we could mark that as

4   Exhibit 5.  Now, is that your only copy?

5       A.    It's the only one I have with me.  There

6   should be one, I'm assuming, also in here, because I

7   tried to duplicate everything.  Exactly where it is

8   in here, I'm not a hundred percent sure.

9       Q.    Actually, I think I saw that, but I

10  wouldn't try to look for it now.

11      A.    What I tried to do was anything that I

12  thought I might need, I knew I had it where I knew it

13  was.

14          (Plaintiff's Exhibit 5 was marked for

15          identification.)

16      Q.    (Mr. Rodems)  Well, let's do this:  We'll

17  go ahead and mark that as 5.  What is that titled at

18  that top?  Plaintiff's Talent/Payment List is going

19  to be Exhibit No. 5.

20      A.    It is four pages with a reference date at

21  the bottom of June 3rd, 2008, and I don't know where

22  that came from.

23          MR. RODEMS:  Off the record.

24      Q.    (Mr. Rodems)  All right.  We're back on

25  the record.  Just so that it's clear, we've marked as

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                          July 30, 2009

Page 171

1    Exhibit 5 the document called Plaintiff's

2    Talent/Payment List, and you gave a date of June 3rd,

3    2008.  Do you know who generated this document?

4         A.    No.

5         Q.    Okay.

6         A.    I'm assuming it came from Sal.

7         Q.    Fair enough.  Now, what I want to ask you

8    about is:  Who do you believe was overpaid?  And what

9    I would like for you to do is go through the list and

10   identify the name.  Does that document also show how

11   much they were paid?

12        A.    Yes.  Each person is numbered, so that

13   would be another cross reference, if you'd like.

14        Q.    No, let's not do that.  Let's just go with

15   the name and the payment.  So I'll ask you that

16   question, and you'll go through and give me the name

17   and the payment.  Then I'll ask you, you know, what

18   is your basis for feeling that it was an overpayment

19   and how much do you think should have been paid.

20        A.    Okay.

21        Q.    And what you base that on.

22        A.    Okay.  Most of the bad pays were at the

23   high rather than the low end, as you would imagine.

24        Q.    Okay.

25        A.    As an example, both Mark Lomacano, who was

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                           July 30, 2009

Page 172

 1    Bubba Ray Dudley or Brother Ray now, as he's referred
 2    to, and his partner in Team 3D -- where did he go --
 3    Devon Hughes a/k/a Devon Dudley, were each paid
 4    $5,000 and a room if needed.  I think at the time
 5    Bubba lived up North and he now lives in Orlando, and
 6    they both own some businesses together.
 7            Their normal rate, and I was their booker
 8    relatively soon after this period, was a high of
 9    $2500, but Mark, bless his heart, Bubba always tries
10    to get as much money as he possibly can, and he did.
11        Q.    Who handled the negotiations for how much
12    they would have been paid?
13        A.    Bubba would have handled that.  Without
14    even knowing, I can tell you Bubba would have handled
15    it.  Devon doesn't negotiate anything.
16        Q.    And do you know why they were paid $5,000
17    each instead of what you considered their normal rate
18    to be 2500 each?
19        A.    Can't imagine.  In fact, I can't think of
20    anything in the context of what they did there that
21    would have yielded that.
22        Q.    And who would be next?
23        A.    Domenico Denucci is an example.  I'm
24    assuming 1500 plus room plus trans was primarily
25    because he's a legend in the Northeast, but he didn't

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 173

 1    mean squat to that convention.  So bringing him down

 2    was a waste of money because, you know, while he's

 3    generally a legend, he would have been much more

 4    impactful where people knew him better, and he was a

 5    Northeast star.  So it was a fee that didn't make

 6    sense as I looked at it just based on reality.  Wendy

 7    Richter, Victoria Richter --

 8         Q.    Hold on a second because I may have some

 9    follow ups after this.

10         A.    Yeah.

11         Q.    Was that the name he wrestled under,

12    Domenico Denucci?

13         A.    Yes.

14         Q.    Do you have an opinion of how much

15    Mr. Denucci should have been paid?

16         A.    I wouldn't have considered more than 500

17    myself.

18         Q.    Okay.  Do you know how much Mr. Denucci

19    was charging other promoters at that time?

20         A.    Mr. Denucci didn't appear that often at

21    the time.

22         Q.    All right.  Let's go to the next name that

23    you feel is overpaid.

24         A.    Oreal Peres a/k/a Ivan Koloff is down here

25    for 1500.  Ivan was at the time and continues to work

Page 174

1    around the Carolinas for 3 to $500.

2         Q.    At the time we're talking, again, January

3    of 2005?

4         A.    And prior.

5         Q.    And he worked for how much?

6         A.    Anywhere from 3 to 500 depending on the

7    show and proximity.

8         Q.    What was Mr. Koloff's most famous match?

9         A.    He became World Wrestling Federation

10   champion.

11        Q.    Beating?

12        A.    Bob Backlund, I think.  Am I right?

13        Q.    I think it was Bruno, wasn't it?

14        A.    He beat Bruno.  Sheik beat Backlund.

15        Q.    I used to watch Bob Backlund in Tampa.

16        A.    Bret Hart's rate is high.  That's more of

17   his international rate at $8,000, but Bret was very

18   reluctant to do things.  So I can imagine that he

19   wouldn't have come for less than that or at least

20   would have suggested it, but it's a very high price.

21             Same thing for DDP.  DDP is more of a

22   $5,000 person, and he always wants first class air.

23   That's Page J. Falkenberg.

24        Q.    What was he paid?

25        A.    7,000.  Larry Zbyszko, I book currently.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 175

1    And Larry, if we could get a thousand dollars, we're

2    happy, and that was pretty much what it was back

3    then, too.  At the most, he was making a thousand to

4    1500.

5           MR. HERBERT:  Off the record a minute.

6           THE WITNESS:  The highest price guy I was

7       working with on a regular basis at TNA was Kurt

8       Angle, and domestically we were getting 6,000 to

9       7500.  The only guy that anybody ever offered

10      more money for was Sting for 10,000.

11          In general, the high, Sting.  But in

12      general the top price for most independent

13      wrestlers caps out at about $5,000.  And if you

14      can find somebody that's willing to pay that for

15      one guy, it's the proverbial Holy Grail as a

16      talent booker.

17      Q.    (Mr. Rodems)  All right.  Now, how much

18   was Mr. Zbyszko paid?  I don't think we established

19   that.

20      A.    2500.

21      Q.    All right.  Who is the next person that

22   you considered overpaid?

23      A.    Let's see.  Andrew Martin, Test.

24      Q.    Who is deceased?

25      A.    Yes.  He has passed away.  Bless his

Page 176

1  heart.  I booked him for a while.  He never was able

2  really to get booked much on the Indys.  So the rate

3  was simply a good rate that he was able to get

4  somebody to pay here.  The only times I was able to

5  get him booked, it was for 750 to a thousand and that

6  was after his longer WWE run.  This was prior to

7  that.

8      Q.    What did he get paid at WrestleReunion?

9      A.    2,000.

10      Q.    Okay.

11      A.    And I think Dusty is down here twice,

12  because I see him here for 55, but I know he got

13  20,000.  Yeah, I'll have to find the other one.  I

14  can only find 55, but 55 would have been a decent

15  price.

16      Q.    Well, let's assume for purposes of

17  discussion that he did get 20,000.

18      A.    Yeah.

19      Q.    What do you think would have been

20  appropriate for him?

21      A.    More like the 5,000.

22      Q.    Okay.

23      A.    Although, you know, Dusty is smart enough

24  to ask for the most he can possibly get.  And if he

25  perceives he's essential to it or he's been able to

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 177

1    convince them, he'll hold out for it.  So I can't
2    fault him for it.  He was smiling about it when we
3    spoke of it, but he had said if he was going to do
4    this thing in Tampa, by gosh, the first guy that used
5    him in Tampa was going to pay through the teeth for
6    it.  So that was the thought process on that.
7            And that was part of the reason why Terry
8    Funk on the first tape was grumpy about the 4500 that
9    he got, even though that was a good price for Terry.
10   Terry normally was getting 2500 and maybe a little
11   bit more sometimes.  But when he found out that Dusty
12   had made big money, boy, did he got pissed off.  Dory
13   and Terry were also having a fight because Terry
14   wouldn't come in unless he made more money than Dory.
15           That was part of the negotiation between
16   those two because Dory called up pissed because his
17   brother had committed, and then backed out.  He said
18   he wouldn't do it because he had found out that they
19   were going to get the same money.
20       Q.    What you're referring to there's actually
21   footage from the WrestleReunion events where Terry
22   Funk --
23       A.    That's a shoot.
24       Q.    -- is in the ring, and he is yelling and
25   screaming about how he was underpaid?

Page 178

```
 1        A.    Oh, yeah.  Oh, believe me, if anybody
 2  found that Dusty was making 20 that was at that show,
 3  even if they had gotten paid well, there would have
 4  been a lot of grumpy folk.
 5        Q.    Now, when you say, that was a shoot, I
 6  just want to make sure the record is clear.  What
 7  does that word shoot mean?
 8        A.    He meant every single word he said.
 9        Q.    Okay.
10        A.    It wasn't a work, which is, I'm
11  pretending.
12        Q.    Okay.
13        A.    Now, he went back into work as soon as the
14  announcer got his bearings together.  As soon as
15  Nolty got his bearings together, he was able to
16  announce him as the, you know, the legendary Funk
17  Brothers.  He did put himself over like a wrestler,
18  but then he went out of the ring and grabbed a chair,
19  and at that point the announcer started cussing.
20              They all, you know, he's going crazy
21  again.  And then Joey Styles told the story about him
22  basically choking him out at an ECW show and then
23  making him go to the hotel room while Terry drank an
24  entire bottle of Wild Turkey explaining to him how to
25  be an announcer.  Terry dances to a different
```

**Page 179**

1    drummer.

2            So I looked at that in terms of it depends

3    what was envisioned when they were brought in.  The

4    12,500 for Mick is a very high number, Mick Foley.

5    But at the time Mick was bouncing all over the place

6    on his rate.  Mick would work a show for a thousand

7    dollars if he wanted to.  If he thought he could get

8    paid, he'd get paid.  The same for Rowdy Piper.

9        Q.    Well, let me ask you this before you go on

10   to Rowdy Piper.  What do you think Mick Foley should

11   have been paid?

12       A.    5,000 at the most, but the economics,

13   still I would have had trouble with looking at given

14   the realities of the size of the building and what

15   their advance was.  As it was coming in, it was

16   becoming obvious from the outside looking in that

17   names continued to be added on this overwhelming

18   basis.  And like the contracts I did for the TNA guys

19   were in early November, and it just never stopped.

20            And then another guy -- and then like all

21   of a sudden Virgil is announced, the former bodyguard

22   of the Million Dollar Man.  Bless his heart, Virgil

23   can't get a show.  I mean, Virgil shows up at other

24   people's shows and offers to sell gimmicks to make

25   money, his merchandise.  He'll go set a table up.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 180

```
 1    There's actually a great picture on the Internet of a
 2    typical Virgil signing.  It's sort of a comedy piece,
 3    but it's true, too.  Virgil with his sign, Former WWE
 4    Star Virgil Vincent in WCW, and he's there and
 5    there's nobody.  There's just nobody around.
 6            And then somewhere on here is Virgil --
 7    yeah, there's Mike Jones, Virgil, getting like $1500.
 8    I looked at that one and just went, oh, my golly.
 9        Q.    What do you think Virgil Mike Jones should
10    have --
11        A.    Virgil should have paid to be there.
12        Q.    Okay.
13        A.    And I hate to be disrespectful to him, but
14    bless his heart.  It appears for some reason this
15    chart has numerous numberings on it that repeats
16    people several times.  I don't know what that means,
17    so I can't interpret it for you.  I see the Dudleys
18    listed twice for $5,000 plus air and hotel.  I'm
19    hopeful that that mistake was only made once, rather
20    than them being paid twice.
21            I don't know why, in a progressively
22    numbered document, both of those are on there, but
23    they are.  There's several examples like that.  So
24    I'm assuming that the redundancy was an accident
25    rather than two separate fees unless, you know,
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                         July 30, 2009

Page 181

 1  there's other information, because I can't interpret

 2  it, quite honestly.  But it appears regularly because

 3  Bill Apter is listed twice on here.

 4       Q.    All right.  But just to be clear, am I

 5  correct that you're looking at that document, you

 6  believe it to be what people were paid at

 7  WrestleReunion 1, but you haven't specifically spoken

 8  to anyone who has knowledge about the creation of

 9  that document --

10       A.    Oh, not at all.  I just know that it was

11  part of discovery and it was part of the packet that,

12  in theory, came from Mr. Corrente.  So I have to

13  assume it's a document that he is at least aware of

14  or created.

15       Q.    You had mentioned Rowdy Piper, and I think

16  that before you got to him, I had cut you off and

17  brought you back to something else.  So I apologize.

18  Let me ask you again, do you believe Rowdy Piper was

19  overpaid?

20       A.    Yes.

21       Q.    What was he paid?

22       A.    $10,000 plus 2,000 for video rights -- so

23  he must have been on an interview -- plus trans, plus

24  a room.  And again, he's a bigger star and might have

25  gotten as much as 7500, but the value would have only

Page 182

 1    been there if he had been unique to the event.  More

 2    does not deliver more.

 3             After a certain period of time, you just

 4    have a lot of guys and nobody becomes special

 5    anymore.  So particularly when you're paying more

 6    money than normal and adding more people, more

 7    becomes less, not more.  You know, if you've got a

 8    room full of all of these people that you would be

 9    interested in seeing, you have difficulty focusing on

10    who you really want to see.  Whereas if Hulk Hogan is

11    in the middle of the room, to pick a name, and

12    there's five other guys, that star jumps out.

13         Q.    I see.

14         A.    Similarly to the way most good shows are

15    booked.  I try to educate promotors to this day

16    you're not going to draw a bigger crowd booking five

17    stars and your local guys.  You'll draw the same

18    crowd booking one star and promoting well.

19         Q.    Okay.

20         A.    And you'll save money.

21         Q.    That has been your experience and that is

22    your opinion?

23         A.    That has been my experience.  That is my

24    opinion.

25         Q.    Very good.  All right.  Is there anybody

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 183

 1    else on that list?

 2         A.    The Grappler, Len Denton, who certainly

 3    was a legend in the Pacific Northwest, cut a great

 4    promo and appeared briefly also in the Memphis

 5    territory, but was never on a big stage and never had

 6    made it to the big leagues being paid $2,000.  We

 7    would say in the business, he wouldn't have drawn a

 8    dime.

 9         Q.    So he shouldn't have been paid at all?

10         A.    I don't see any reason why he was booked.

11    He meant absolutely nothing in Florida.

12         Q.    Okay.

13         A.    Bobby Eaton and Dennis Condrey, the

14    Midnight Express, both got 1250.  Cornie would get

15    him as much as he possibly could.  That would be Jim

16    Cornette who got -- holy crap -- who got $4,000.

17    Everybody was very happy that night between those

18    three people.

19         Q.    So Mr. Cornette got $4,000?

20         A.    And it says, and room.  The reason for

21    that is Jimmy doesn't fly.

22         Q.    Gotcha.  And Mr. Eaton and Mr. Condrey

23    each got 1250?

24         A.    Yeah.  And although Bobby wasn't doing as

25    many spots at that point, he's now been doing stuff

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 184

1    fairly regularly.  They regularly work for 500 to

2    750.  And if they got a thousand dollars, they're

3    dancing.  But I don't know.  I'm not aware of that

4    happening anytime recently.

5            MR. HERBERT:  Who is that you're talking

6        about?

7            THE WITNESS:  Bobby Eaton and Dennis

8        Condrey here right next to Jimmy.  Stan Lane got

9        a proverbial bucket load of money, also.  We had

10       booked him in Charlotte in 1999 or 2000 for our

11       anniversary show for the NWA.  If memory serves

12       for that, he was a thousand bucks there.

13       Q.    (Mr. Rodems)  And how much did Mr. Lane

14   get?

15       A.    2500, airfare, and a hotel room.

16       Q.    So you think a thousand would have been

17   fair for him?

18       A.    Yeah.

19       Q.    How much do you think Mr. Cornette was

20   overpaid at 4,000?

21       A.    By a couple of thousand minimum, but I'm

22   assuming Jimmy was involved in some of the Q&A stuff,

23   because he's a great talker.  So he may have had a

24   more active position.  And, you know, Billy Apter is

25   down here as in a similar role only getting 1500,

Page 185

1    which given the amount of spots he was in, was

2    probably a fair price.  It appears Cornie also was

3    providing input to the show at one point, because I

4    saw a document from him.  So it may well be that he

5    was paid a little bit more to help.

6         Q.    Okay.  Let me stop you there.  Do you have

7    an opinion based on everything that you know about

8    Mr. Cornette's involvement with WrestleReunion that

9    he was overpaid at $4,000?

10        A.    Based on everything he may have done, I

11   can't say for sure.  It's a very high price for

12   Jimmy, but certainly not one he would reject.

13        Q.    Now, Mr. Cornette ran Smokey Mountain

14   Wrestling?

15        A.    Yes.

16        Q.    By the way, I was going to ask you that

17   earlier.  One of the things that I notice in reading

18   his book is he talked about some of the routines.  I

19   don't know if that's the proper term or not, but the

20   things that they did in the ring that really stirred

21   the fans up.

22        A.    Yes.  The cover the ears, the home or

23   erotic hug outside the ring after they had bailed.

24        Q.    The stuff where they inadvertently injure

25   their own teammate?

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 186

```
 1        A.    Yes.

 2        Q.    I don't see any of that stuff on WWE

 3   anymore?

 4        A.    There's not as much personality for the

 5   teams.  The WWE also does not really embrace the tag

 6   team division and they don't like managers.

 7        Q.    Okay.

 8        A.    So you'll not see that there.  TNA is not

 9   really using managers either, so the art of being a

10   manager has sort of fallen off.  I use managers.  I

11   happen to believe in them.  I believe that a manager

12   that knows how to get heat properly and knows how to

13   talk and get their team over, can particularly help

14   young talent develop the courage to do it themselves.

15        Q.    What about the idea of having a story or a

16   theme, if you will, inside the match?

17        A.    Story telling in the match is essential.

18        Q.    Do you see that today?

19        A.    Yes; but not as often as you'd like.

20        Q.    Okay.

21        A.    All matches should have a story and the

22   conclusion of the story is called the finish.

23        Q.    Right.

24        A.    What happened is that over time, more in

25   TNA than in WWE, but a little bit in both, the
```

Page 187

 1   finishes are not being protected as they used to be.

 2   Vince is a whole lot better than TNA is.  The key is

 3   you have to identify a series of, you know -- backing

 4   up, wrestling is not a sport.  However, it mimics

 5   one.

 6            So for it to be perceived as a sport,

 7   there must be roles and there must be consequences.

 8   That means the referees have to have authority, and

 9   the referees have to be part of and considered in any

10   finish that you do.  There's really only -- I think

11   Dutchman likes to say five finishes.  And that's if

12   you go count-out, disqualification, pin fall,

13   submission, and no contest.  But then there's

14   variations on the theme.

15            And the problem that's become over time is

16   there used to be guys that were great on

17   complex-layered finishes.  Eddie Graham was one of

18   the masters of it.  Pat Patterson in the WWE is a

19   master of it.  I've been, you know, blessed to learn

20   a little bit from their style.

21            But the simplistic thing that's done now

22   is we have to protect the wrestler, which means we

23   don't want to beat him.  Therefore, we have to find a

24   way not to have a finish.  So now it's what I refer

25   to as lions, tiger s, and bears.  You have three guys

Page 188

 1    running towards the ring -- ding, ding, ding -- the
 2    cue, the referee has lost control, blah, blah.  Well,
 3    when that happens, it's like fireworks going off.
 4    The bright lights and pretty colors are shown.  You
 5    remember it when it's over, but you don't go home and
 6    replay the fireworks in your head.
 7              That part of it will never replay.  It
 8    doesn't work that way.  There's too much so that
 9    there's no memory.  There's no feeling.  There's no
10    payoff.  An awful lot of what's happened in wrestling
11    recently is that we are violating the basic rules
12    that brought us to the party, and that is the will
13    and suspension of disbelief.  To do that, there has
14    to be winners and losers.  It doesn't mean that your
15    eventual winner has to win at the beginning.
16              If you watch a movie, a movie can be
17    thought of in terms of a wrestling match.  You watch
18    a movie and usually your good guy, they take heat on,
19    which is they beat him down.  They get over on him
20    early in the show.  That guy now, we've got sympathy
21    on our baby face.  Now, what do we want?  We want the
22    baby face to make a comeback.
23              Well, a standard match is open and shine
24    for the baby face.  Cut off going into the heat for
25    the heel.  Comeback for the baby face going into the

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 189

```
 1   finish.  Simplistic, but that's a layout.  There's
 2   variations on that theme, too.
 3            But that's also, if you think about it,
 4   the way every action movie is laid out that's good.
 5   Because what's going to happen is your finish in the
 6   middle isn't the finish.  It's a spot.  Your finish
 7   is at the end.  The bad guy gets blown up, falls off
 8   the mountain.  You let him go.  He falls to his
 9   death, whatever.  Yay, baby face.
10            And that is where you get your cathartic
11   response out of professional wrestling as much as you
12   do out of a movie.  Some of the aspect of getting the
13   people to buy into the heat, the believability aspect
14   of it -- I'll give you a more immediate example.
15   This will be old-timey.
16            Back in the day, there was a wrestler
17   named Ox Baker.  Ox Baker's finishing move was the
18   heart punch.  And Ox Baker was a terrible wrestler.
19   Ox Baker had what we refer to as a two-left-foot
20   style of wrestling, but he was a tremendous
21   personality.
22      Q.    I watched him every Saturday.
23      A.    He was larger than life.  He was in Escape
24   from New York in the ring --
25      Q.    That's right.  That's right.
```

Page 190

```
 1        A.     That film; and did a wonderful job.  He
 2   wasn't a great wrestler, but he knew exactly what to
 3   do with what he had.  He had a punch.  He would grab
 4   the guy's arm, put it behind his head and punch him
 5   right above the heart, which caused, we believed, a
 6   heart attack.  The guy would fall to the ground and
 7   would be easily pinned and we feared for his life.
 8            Back in the day, there was a move called
 9   the Sleeper, which was a finish hold.  When somebody
10   went to sleep, part of the story line that Gordon
11   Solie got it over eloquently you'll remember, was the
12   bad guy had to come back to the ring and wake the guy
13   up before he suffered severe brain damage.
14            Well, nowadays, Sleepers are grabbed as
15   what we call transition moves in matches.  It's what
16   wrestlers now refer to as rest holds, which as
17   Cornette said, if you told an old-time wrestler like
18   Dick Murdock, hey, you're in rest hold, he would show
19   you how he would kill you with that rest hold,
20   because that rest hold was real if he wanted it to
21   be.
22        Q.     Right.
23        A.     But that's what's happened is a lot of our
24   wrestlers are going through the motions rather than
25   engaging in the story telling.  And those that
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 191

1   overcome that, are the ones that break out the best.

2   The ones that you actually believe in.  And,

3   unfortunately, there's fewer of those today than

4   there were yesterday, but it still happens.

5           Shawn Michaels has an amazing ability, in

6   WWE, to make you believe what he's doing and making

7   it real.  The late Chris Benoit, bless his heart, had

8   that ability.  But, you know, it's not everybody.

9           In TNA, AG Styles has that ability.  He

10  has the ability to make you believe that this is a

11  sport for him and he's taking it very seriously, and

12  it shows on his face.  So if you can look at the guy

13  that's in there and you believe that they're into it,

14  you can.  But if you've got a bad actor going through

15  the motions, you're not going to buy -- then you've

16  got a really bad action thriller starring Dolph

17  Lundgren.

18      Q.   I think you have pretty much articulated

19  exactly how I felt, but was unable to articulate

20  about some of what I see on TV today.

21      A.   For example, in my promotion we have a big

22  monster guy we call Michael Judas.  We've launched a

23  Korean guy that we emulate a little bit off of the

24  Great Kabuki with the Gary Hart reference for the

25  Great Kabuki, my manager, Jeff T. Bailey.  We got

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 192

```
 1   over Kimo, as we called him, the Asian Assassin.
 2   Supposedly he is a bodyguard for the premiere of
 3   North Korea.
 4             So we've gotten over that aspect of it,
 5   which is true, there's no wrestling, and it's hokey
 6   as heck.  The character does very little, but does it
 7   very, very well.  We came up with, and this was one
 8   of my favorite bad Marshal Arts films, which is
 9   great, a movie called Five Fingers of Death.  So we
10   came up with the Seven-Finger Punch.
11             And what ends up happening is that he will
12   go in and pah, pah, pah, pah, pah [phonetic].  Six
13   times, he takes a man out.  The seventh could kill
14   him.  Hokey as heck, but we brought sympathetic baby
15   faces.  You know, wrestlers that look like little
16   boys at times that are just, you know, the crowds
17   could relate to them.  And kids, in particular, that
18   could be me.  It caused them to bleed internally.
19   Red stuff came out of their mouth; staged.  Nobody
20   bled in that context.
21             He did that to a couple of kids.  All of a
22   sudden, this guy is believable.  We put him in with
23   the other monster, Michael Judas.  The way I scripted
24   it -- which I don't write a script, scripts are
25   stupid.  You write a format and you explain and get
```

Page 193

1    the people to believe what they're doing.  And I said

2    to Michael, who's gigantic, 6-foot-8, he's now on air

3    security for TNA, and I said, He's going to come in,

4    bing, bing, bing, bing, bing.  Sell it.  You're going

5    to see it coming.  BAM, final one.  Drop like a tree.

6    Don't move.

7              When he did the move, the entire audience,

8    200 people, dead silence.  Dead silent.  Jeffrey

9    Bailey, the manager, I said, When that happens, your

10   first response is, Yeah.  Your second response is,

11   Oh, crap.  Get your guy out of there.

12             It's just crossed the line.  It's now real

13   to you.  You're not going to sell it.  The announcers

14   start selling it.  We stop the show.  We have to get

15   him from the ring and he's not moving.  When we roll

16   him over, he's bleeding from the mouth.  Dead silent.

17   For that moment, we had done the will and suspension

18   of disbelief.  No matter the hokey the setup was, no

19   matter how unbelievable the characters were, for that

20   moment and for those people, it was real.

21             That's the magic of professional

22   wrestling.  When that can be captured, wrestling is a

23   perfect art form, and it is an art form.  That's my

24   firm belief.  I'm blessed to be involved in it at

25   times and sometimes cursed.  Anyway, going on with

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

**Page 194**

1    this stuff.

2          Q.    Back to the list.

3          A.    I'm assuming, Nickia Robert, is that Baby

4    Doll?

5          Q.    Nickia Roberts?  Is it?

6          A.    I'm not exactly sure, because, bless her

7    heart, Baby Doll takes bookings for a couple $300 in

8    the Carolinas.  She got $12,500.  So I'm not exactly

9    sure why, but that numbers just jumps out.  And

10   Tully, I'm not sure how Tully got 15,000, but that's

11   probably because Dusty got 20, and he probably found

12   out.

13         Q.    What should Tully Blanchard have been

14   paid?

15         A.    Again, the top price for anybody for me

16   would have been at the most 5,000, but I wouldn't

17   have booked more than one of those guys on this kind

18   of thing.  I don't know how you make money that way.

19   You know, it's sort of neat for Jeff Jarrett to have

20   that match.  He would enjoy that, but that was about

21   it.

22                I'm amazed Jimmy Hart only got 1500,

23   because it looked like he did more than the guys that

24   got big money here.  Dustin Rhodes getting 2500,

25   Dustin would have trouble getting a thousand.  I'm

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                            July 30, 2009

Page 195

1    not exactly sure why Mike Graham got 3200, because
2    even though Mike was a local area promoter and I
3    worked with worked when I had WCW and he's a Florida
4    star, that's probably the most money he had made in
5    wrestling in ages other than what he got when he and
6    Dusty were selling their old Florida shows as home
7    videos.
8        Q.    What do you think Mike Graham should have
9    gotten?
10       A.    If you were being nice to him because, you
11   know, he is who he is and it was his backyard, you
12   know, a thousand, 1500.  I'd be honest to say Jeff
13   Jarrett's normal price was 2500, and I thought I was
14   ripping everybody off when I quoted 3,000.  See, I
15   feel like a dumb ass.  I could have gotten 5,000 for
16   him.
17       Q.    So Jeff Jarrett got 3,000?
18       A.    And his normal high price was 25.  So I
19   actually jumped that up a little bit.  My bad.  But
20   Jeff had wanted more.  He had said, Can you get me a
21   little bit more money, because I hear everybody is
22   making a lot of money on this one.  So I said, Okay,
23   let me see if I could get you an extra 500.  Sal
24   agreed to it.  Oh, well.
25           The low-end guys are relatively fine.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 196

1    There were just too many high-end guys.  There's too

2    many guys that more wasn't better.  And, you know,

3    2,000 here, a thousand there, another 3200 here, it's

4    just overwhelming in terms of the amount of money

5    paid.

6         Q.    Anybody else that you see on there

7    specifically?

8         A.    I could go through and nickel and dime the

9    whole thing down to what I would have paid the

10   people, but those are the ones that jump out at me as

11   the most egregious.

12        Q.    Okay.

13        A.    This is my version of this or yours?

14        Q.    She put the sticker on yours and we'll get

15   a copy of that and make sure --

16        A.    I'm pretty sure I have this in my

17   computer, so, please.

18        Q.    Okay.  Thank you.  Have you ever staged a

19   band convention?

20        A.    I've not staged.  I've participated in and

21   booked tons of talent, too.  But, no, I have not done

22   one myself.

23        Q.    Let me get a little bit of information

24   about your background.  You're a high school

25   graduate?

Page 197

```
 1        A.     My total education; high school graduate,
 2   BA in psychology from Emory University, one year of
 3   law school at Wake Forest.
 4        Q.     Any jobs, training, experience, or
 5   education in the field of economics?
 6        A.     In the field of economics, no.
 7        Q.     Would you say that your knowledge of
 8   professional wrestling was acquired through
 9   on-the-job experience?
10        A.     I would say it came from a multiplicity of
11   sources; direct experience, indirect experience,
12   anecdotal experience, and then what I've read and
13   what I've researched.  It's a combo package.
14        Q.     It's not --
15        A.     I've known, good or bad, is knowing a lot
16   about what's going on in the wrestling business.
17   It's one of the reasons I'm paid by a wrestling news
18   site to provide news exclusively to them.
19        Q.     This may sound absurd, but there's
20   actually a school that you can attend.  There's a
21   school for golf.  You know, there's got to be an
22   instructor.  It has golf course economics.  All these
23   things.  I believe it's a four-year school.  Do you
24   know of any similar thing in professional wrestling?
25        A.     No.  Most of the places where wrestlers
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 198

1    are trained are not done well.  There are very few

2    that you would look at and go that's a business.

3    Most of them are just some guy making money on the

4    side.

5        Q.    Do you still keep up with the professional

6    wrestling industry today?

7        A.    Yes, very much so.

8        Q.    Who are the current stars of TNA?

9        A.    The top stars?

10       Q.    Yes, sir.

11       A.    There's two versions of that.  There are

12   the stars they're developing and the stars they've

13   acquired.  On the acquired side, the top people right

14   now, Mick Foley was recently added.  Bobby Lashley

15   who is more of an MMA fighter now, but who was

16   previously with WWE.  Jeff Jarrett who founded the

17   company as was and is a top star for the company,

18   although he's sitting home right now, because of some

19   minor difficulties.

20           Scotty Steiner, Booker T, Kurt Angle is

21   probably the single best acquisition the company made

22   and a real asset for the company.

23       Q.    Kevin Nash?

24       A.    Kevin, yes.  My bad.  I forgot Kev.  Yeah,

25   Kevin would kill me.  I'm his booking agent.  I can't

**Page 199**

1    do that.

2         Q.    Actually, he was on the tip of your tongue

3    and I interrupted you.

4         A.    Thank you.  I appreciate that.  I'll go

5    with that story.  Then on the other side, the top

6    star is literally AJ Styles.  After that, James Storm

7    and Bobby Rude who are together as a team called Beer

8    Money.  Before that, James Storm and Chris Harris.

9    Chris Harris ended up going to WWE, which failed

10   miserably for him, but they were originals.

11             The Monster Abyss, one of my former

12   champions.  Chris Park, who has been a long-term star

13   for them and has been well profiled.  Then there's a

14   fairly big drop off after that and everybody else

15   pretty much is proverbially entrenched in the middle.

16        Q.    When were you first contacted about the

17   possibility of being an expert in this case?

18        A.    Can I look?

19        Q.    Oh, absolutely.  If there's anything to

20   refresh your memory, that's fine.

21        A.    I wish I could remember.  I'm sitting here

22   trying to figure out exactly when.  I know I was

23   recommended by the WWE attorney, John Taylor, who is

24   local here.  It looks like February of 2009.

25        Q.    Okay.

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 200

```
 1        A.    Because I'm looking at the letter I was
 2  sent by this nice gentleman saying we'd like to
 3  retain you as we discussed.  So I'm assuming this was
 4  in the week of our first discussion.
 5        Q.    So who first contacted you about it?
 6        A.    I don't know if John had sent me a note
 7  saying that you may get contacted.  Whether I got
 8  that after I received the contact, I don't remember.
 9        Q.    All right.
10        A.    I know that John wrote me and said you may
11  be hearing -- I believe it was first, and then I got
12  an e-mail that said, We've already spoken.  Thank
13  you.  I believe that is the progression.
14        Q.    And did you sign an agreement?
15        A.    Yes.
16        Q.    Do you have that in front of you?  That's
17  part of documents here, if you have it handy --
18        A.    I believe I made a separate copy, yeah.
19        Q.    Let me just look at it.  I know it's part
20  of your production.
21        A.    There's a copy of it, also.  I have
22  multiple copies of certain things.
23        Q.    How did your rates for services come up?
24  Was that your suggestion?  Their suggestion?
25        A.    It was the offer.
```

**Page 201**

```
 1         Q.     Okay.  Did you --

 2         A.     Negotiate?  No.

 3         Q.     No?

 4         A.     No.

 5         Q.     Was there any reason you didn't?

 6         A.     I have no experience.  It sounded to me

 7    like a fair rate, and I was pleased to see if I could

 8    help.  I really didn't know much of the context other

 9    than the generalizations going in until we had more

10    in-depth discussions.

11              Then I started receiving documents, and at

12    that point I started studying.  I was familiar,

13    obviously, with the names that were mentioned to me,

14    and I had immediate recognition of the WrestleReunion

15    event in Tampa.

16         Q.     Was there any discussion of any other

17    experts that the defendant was using?

18         A.     At that time, I don't remember.  I know at

19    least in subsequent conversations, I was told that

20    Eric Bischoff had been contacted and was then going

21    to be involved.  I think it was in that order.  I

22    don't know if that happened in the earliest

23    discussions.

24         Q.     Did they tell you how much they were

25    paying him?
```

Page 202

```
 1        A.    No.

 2        Q.    Do you know how much they are paying him?

 3        A.    No.

 4        Q.    Would it surprise you if they were paying

 5   him 375 an hour?

 6        A.    It's none of my business.  I wouldn't pay

 7   him that much.  I'm just trying to stay consistent

 8   with my frugality in previous statements.  I wouldn't

 9   pay anybody that much.  And, no, honestly, to give

10   him his due, Eric Bischoff's experience at a high-end

11   level is unique in the business.  His time, given his

12   obligations with his company with Jason Herbie, are

13   different than mine.

14             So I can understand the necessity for him

15   to even be interested in doing it.  You know,

16   honestly, I was sort of surprised when his name came

17   up.  I would figure that he wouldn't have the time or

18   the desire.

19        Q.    You wrote this report.  We've marked it,

20   and it's in evidence.  Did you write it entirely

21   yourself?

22             MR. HERBERT:  Objection.  Doesn't support

23        facts in evidence.

24        Q.    (Mr. Rodems)  Let me rephrase it.  I

25   didn't mean to say that.  Your report has been
```

Page 203

1    attached to this deposition.  You wrote that report

2    on your own?

3         A.    Yes.

4         Q.    Did you get any help from anyone?

5         A.    I had versions of the report that were

6    read and structural changes were requested, moving

7    paragraphs from one place to the other.  The first

8    response was that, as I have in this deposition, I

9    had bounced around a little bit.  I had ended up

10   going back to things later in the document that I

11   started earlier rather than categorizing.

12          So one of the suggestions made was, you

13   know, try to come up with categories to discuss and

14   stick with them as much as you can.  And if you can,

15   try to find a way to consolidate what you put down

16   here that looks to be referencing what's over here in

17   the same area so that the thing flows better.

18          And as I read it, it became obvious that

19   that was true.  But the way I write is a puddle of

20   consciousness.  I just slap it out there.  And then,

21   as a matter of course, and it's true with any kind of

22   writing I've ever done, I do the first version, put

23   it down, and then come back and read it.  And as a

24   matter of necessity, I then go, wait a minute, that

25   makes no freaking sense at all.

Page 204

 1          So I don't know whether I would have

 2    gotten to the final form without that suggestion by

 3    Greg and his people, but that was the primary

 4    suggestion that was made.

 5          Q.    Okay.  Well, did you ever read Federal

 6    Rule of Civil Procedure 26(a)(2)(B)?

 7          A.    I'm sure at some point in my lofty legal

 8    education, I did read it.  Do I remember it?  Not

 9    really.  Was I told by Greg the aspects of it I

10    needed to conform to in the creation of the document?

11    Yes.

12          Q.    Okay.  That's what I was getting at.  And

13    obviously, I only meant in the context of this case

14    and how you prepared your report and what should be

15    contained in it.

16          A.    Yes.

17          Q.    And, of course, the assistance you just

18    described is perfectly appropriate.  The rule

19    contemplates that, you know, where necessary, the

20    lawyer will assist the expert, because the lawyer is

21    familiar with what the rule requires.  I don't take

22    any issue with that at all.

23          A.    And as much as you asked, you know, where

24    I could provide an expert opinion.  In contract law,

25    similarly, I wouldn't be the guy to try to interpret

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 205

1    the specifics of the rule.

2         Q.    Okay.

3         A.    I would much prefer the attorney do that.

4         Q.    And are all the opinions in the report

5    your opinions?

6         A.    Yes, sir.

7         Q.    And was there ever a suggestion that you

8    should not have this opinion?

9         A.    No.  By the way, many of these opinions,

10   not that you've asked and I apologize, but these are

11   opinions that existed in my first interaction with

12   the only event I had direct interaction and that was

13   the first WrestleReunion event.  There was an awful

14   lot of, boy, this just doesn't look good.

15        Q.    Federal Rule of Evidence 702 talks about

16   expert witnesses.  Do you know if you've either read

17   that rule or had a discussion about what that rule

18   contains?

19        A.    I do not recall having read it.  However,

20   again, in terms of what law I was supposed to conform

21   to and whether I was and what I was doing, I defer to

22   Greg.

23        Q.    Who are all the people that you spoke to

24   to acquire information in preparation of your report

25   or in reaching your conclusions?

Page 206

```
 1        A.     Spoke to?

 2        Q.     Yes, sir.

 3        A.     Honestly, almost -- I'm trying to think.

 4   Other than anecdotally back at the time, because

 5   obviously I had spoken to a number of people on the

 6   show and it was a topic of much discussion and

 7   bemusement, but I spoke with a lot of people at the

 8   time of it.  So I had that information already.

 9              In terms of just preparing this document,

10   I don't remember calling to speak to anyone.   In

11   fact, I was told specifically not to.

12        Q.     All right.

13        A.     I was told not to bring up what I was

14   doing, so I was in a Catch 22 of how do you ask a

15   question of anyone if you can't bring up what you're

16   doing.

17        Q.     So in preparing your opinions and in

18   preparing your report, you did not speak to anyone to

19   acquire information that you used in writing your

20   report; is that accurate?

21        A.     I primarily used resources that were

22   available to me that either existed in my office or

23   were available to me on the Internet or in a

24   diversity of other written sources.  Any of which I

25   would have noted in the body in the document.
```

Page 207

 1          I did make a call at one point, because of

 2   my curiosity on -- what was it -- the Legends of

 3   Wrestling Pay-Per-View.  Was that the name of it?

 4   The 6:05 Legends of Wrestling Pay-Per-View that

 5   happened after these events happened, but was similar

 6   in terms of having, you know, old-time stars in it

 7   and resurrecting the past on some level.  I was just

 8   curious.

 9          I remember that happening, but I don't

10   remember anybody saying, wow, that thing really --

11   you know, something good happened.  So I remember I

12   tried to call up the Pay-Per-View providers and got

13   in touch with the office and asked if they would give

14   me the information.  I told them why I was asking and

15   then they said no.

16          So eventually, then the information I

17   guess was acquired through the process of discovery

18   again.  So I'm now aware of that and what I assume

19   ended up being true.  And that is that it performed

20   poorly.

21      Q.    And have you disclosed in your report all

22   the sources of information you considered?

23      A.    To the best of my knowledge, yes.

24      Q.    Okay.

25      A.    I don't believe I omitted anything that I

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 208

```
 1    consulted.  I'm hoping that, from the general

 2    discussion here, that it's obvious I have some direct

 3    knowledge.  So an awful lot --

 4              MR. HERBERT:  Just one minute.

 5              MR. RODEMS:  Do you need to take a break?

 6              MR. HERBERT:  Just one minute.

 7              (Recess from 3:43 p.m. to 3:45 p.m.)

 8              (The record was read by the reporter.)

 9              THE WITNESS:  So when it came to this,

10         what I usually do is not necessarily trust my

11         memory.  Particularly, when it came to when did

12         this thing happen that I remember.  Like I

13         remember, you know, one of the suggestions could

14         be made that the WrestleReunion idea of legends

15         and matches and conventions was unique and

16         America was dying for it or something.

17              And, you know, there's an assumption of

18         uniqueness, but my memory tells me, well, not so

19         much.  This had been done for a long time that

20         I've been booking people to these things that

21         some work, some don't.  They're all basically

22         the same thing, and the wrestlers like them

23         because -- you know, in many cases, if it's just

24         a convention, they don't have to bump, so they

25         don't get hurt.  So it's like, Whee [phonetic].
```

Page 209

```
 1        We just sit there and sign autographs.  Yay us.
 2             So that's where I went in and I was going,
 3        okay, I could have sworn there was that really
 4        bad Pay-Per-View that everybody made fun of in
 5        the business where Jake the Snake Roberts
 6        performed a sexual act on a snake.  That was a
 7        legend show.  That was an embarrassment to
 8        everyone.
 9             I wondered how that did.  My memory is it
10        lost money; my memory.  So then I would start
11        researching to see if I could find any
12        reinforcement to my memory, as I did.  And then,
13        you know, more hard numbers to go with my
14        memory.  And where I could, I reflected those in
15        the document.
16        Q.    (Mr. Rodems)  Did you at any time, after
17    you were retained, speak to anyone about this
18    lawsuit?
19             MR. HERBERT:  Other than counsel?
20        Q.    (Mr. Rodems)  Other than counsel, yes, of
21    course.
22        A.    The lawsuit, no.  I did ask Jerry the King
23    Lawler if he would be willing to talk to an attorney
24    about Sal Corrente with no other reasoning.  I just
25    asked that question.
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                              July 30, 2009

Page 210

```
 1        Q.     And what did he say?

 2        A.     He would do anything to screw that SOB

 3   that he could possibly do.

 4        Q.     And Mr. Lawler has a grudge because

 5   Mr. Corrente sued him?

 6        A.     I don't think he ever sued him, but

 7   perhaps he did.  I believe that there was an effort

 8   for an assault charge that had been dropped.  I don't

 9   know that a lawsuit had ever been filed.

10             MR. HERBERT:  Let me go ahead and take a

11        break.

12             MR. RODEMS:  Yes.  Sure.

13             (Recess from 3:46 p.m. to 3:52 p.m.)

14             THE WITNESS:  Yes, and Greg is correct.

15        We have one other call when I was in Orlando for

16        the only meeting I had there.  I don't even

17        remember the lady's name, but somebody was

18        called with Clear Channel, because I had made a

19        supposition that we wanted to check out

20        basically.

21             The supposition was, from my experience,

22        that the various divisions of larger companies

23        using Clear Channel, as the example of a larger

24        company, there's an assumption by people on the

25        outside that it's one big happy family.  That,
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 211

```
 1        you know, what this side and this side does,
 2        they all come together in a big meeting, and
 3        it's all for one and one for all.  Where the
 4        realty is that in most of these companies, and
 5        particularly in the entertainment business,
 6        they're antagonists.
 7            The divisions don't cooperate.  The fact
 8        that there's a production division, doesn't
 9        necessarily mean that division is going to be
10        embraced by the management division at the
11        television stations.  In fact, they may be
12        looked at as I can't believe those 'bom-boms'
13        over in production are trying to force that
14        piece of blah-blah on us.  I'm not going to do
15        it by golly unless Joe Blow up top forces it.
16            So the only time the synergies work for
17        these companies is when you've got a company
18        that has a very single-focused top-down kind of
19        manager who says to the overall company, this is
20        how the various pieces of this company are going
21        to work.  We are going to produce shows.  You
22        will carry them.
23            Most of the companies don't have that
24        reality.  They have separate little islands, and
25        they don't even speak to each other.  Even
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 212

1          within the same markets where you think a Clear

2          Channel radio station would be the best friend

3          of a Clear Channel television station, that's

4          not the case.  In essence, they're competitors

5          for the same ad dollars rather than working

6          together to get added-value spots across all of

7          their opportunities.  So it's a very big

8          challenge.

9                So we had called -- and I don't remember

10         the lady's name.  Greg, if you do, I don't.  But

11         I remember asking did this have to do with the

12         product, and I guess at this time Live Nation,

13         had you all created anything that was marketed

14         to the Clear Channel stations that the Clear

15         Channel stations took, because I didn't believe

16         there was.  And the answer was, No, we've never

17         had any success doing that.

18         Q.    (Mr. Rodems)  Okay.

19         A.    So that was the reason for that call was

20    to reinforce a suggestion I made that it was within

21    my experience that you can't assume that one division

22    doing something is going to lead to the other

23    division cooperating.

24         Q.    Would that possibly have been Dawn Olejar?

25         A.    It could be Dawn Olejar.  I don't

Page 213

1    remember.

2        Q.    Okay.

3        A.    I remember I say hi.  I remember we were

4    on a speakerphone.  We were standing in a conference

5    room.  I asked the question.  She answered the

6    question, and I said, Great, thank you.  That's all

7    the conversation was.

8        Q.    All right.  You didn't need to take any

9    notes since it was that simple?

10       A.    I didn't take any notes.  It reinforced

11   what I believed to be true, so I already knew it.

12       Q.    Did you speak to anyone -- you know, we've

13   now established obviously, of course, you spoke to

14   Mr. Herbert and people in his office perhaps, and you

15   spoke to one person that was affiliated with the

16   defendant at one point or whenever to learn something

17   about --

18       A.    I've spoken to Jerry Jarrett.

19       Q.    When is the last time you spoke to Mr. --

20   about this lawsuit?

21       A.    Well, yes and no.  More jokingly I told

22   him that I had seen a document that he had created,

23   and I understand that Sal had come to visit with him.

24   And he said, Yeah, you know, I talked to him.  We

25   were talking about a thing with Jackie Fargo that's

Page 214

1  going on in North Carlina that he wants me to come

2  over for it.  I figured the wife and I will get over

3  in the car and we'll go over and see if we can do

4  something nice for Jackie.  He's getting up in years.

5          And at that point, we carried on a

6  discussion about his son, which was the rest of the

7  discussion.  It was more an acquaintance.  I knew

8  that I wasn't in a position where I should be

9  discussing it, and I knew what he had already

10  written, so there was no reason to discuss it with

11  him.  I know Jerry well.  His opinion is his opinion.

12      Q.    Is his opinion, based on what you read,

13  different than yours?

14      A.    Jerry's opinion isn't different than mine.

15  Jerry is an eternal optimist when it comes to the

16  potential of something.  Particularly, if it could

17  lead to him getting paid.  You know, for example, he

18  right now has a company in India that may be

19  financing a wrestling company if he can produce a

20  pilot that they find acceptable.  But the key of it

21  is that he's told them is that the only way he'll be

22  involved is if he makes a million dollars for

23  himself.

24          So right now he's, you know, in one story,

25  he's just telling me about the investors.  In the

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 215

1  second one, he was giving me the sales pitch on how,

2  you know, we're going to do this.  We'll bring it

3  together.  And then, Bill, this will be your job, and

4  you could be doing this.  And it's all wonderful.

5  Much the same as when TNA got started.

6            It was no matter what bad is happening, no

7  matter how much money is being lost, after -- and

8  they had put some of their own money in it.  So they

9  were still suffering on their own.  We need to find

10  more money.  We need to keep this going, and we need

11  to hope that we will be able to dig out at the end.

12            To that extent, and his ability to present

13  the positive and to minimize the negative, the risk,

14  he and I disagree on this tactic.  But to give him

15  his due, Panda finally supported TNA and not many

16  people could have or would have.

17       Q.    So you became aware that Mr. Jarrett had

18  written a document?

19       A.    Yeah; it got delivered through discovery.

20       Q.    About this case?

21       A.    Yes.

22       Q.    And you called him?

23       A.    He wrote me an e-mail first, and then I

24  called him afterward.

25       Q.    What was in the e-mail?

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 216

```
 1        A.    The e-mail was basically, again, that he
 2   had something coming up that he wanted to talk to me
 3   about.  It had to do with a talent that I represent
 4   named Sonjay Dutt.
 5        Q.    So you became aware that he had written a
 6   document and then what precipitated yours and his
 7   telephone call was his e-mail on another topic?
 8        A.    It was a tangent.  It actually gave me an
 9   excuse to call him.  He had written me the other
10   thing.  I figured I'd call and we talk about this
11   thing.  I want to say that before the conversation,
12   we had talked actually before that, and he had told
13   me about the money guy from India and he had
14   mentioned Sonjay.  Then he had followed up with an
15   e-mail.
16              Then we had a discussion about the fact I
17   knew he had written something, and he said, You know,
18   I don't know enough about the case to give an
19   opinion.  I just told them that anything is possible.
20   That's what he told me in a nutshell is what he had
21   written.
22        Q.    So you did discuss with him what he had
23   written in the document?
24        A.    He mentioned to me that.
25        Q.    But did you have any further discussion?
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 217

1        A.    No.

2        Q.    Did you ask him any questions about why --

3        A.    No.

4        Q.    -- he had gotten involved?

5        A.    He had told me Sal had come to see him

6    about the Jackie Fargo thing.

7        Q.    Okay.

8        A.    And that he had no intention of testifying

9    unless they brought the case to Nashville, I believe

10   is what he said.

11       Q.    Did you talk with Jim Cornette at any time

12   about this case?  I may have asked you that earlier.

13   I'm not trying to --

14       A.    A long time ago, yeah.  I don't remember

15   the context of this, because it happened at one

16   point.  It could have been at the time that the

17   WrestleReunion thing was happening.  Because, again,

18   I wasn't familiar with Sal, and Jimmy was there.

19            All I remember is Jimmy had said to me at

20   one time about Sal about when he was discussing the

21   WrestleReunion thing, he had been warning Sal about

22   various mistakes he was making.  And Sal had said --

23   he told him he was going to fail.  That was the word.

24   And Sal had said, Don't worry.  I'm going to fail my

25   way to success.  I just remember that, because it was

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                        July 30, 2009

Page 218

 1   odd.

 2        Q.    I have a list of probably 124 people --

 3        A.    Wow.

 4        Q.    -- that I would normally ask you about one

 5   by one, but I'm going to ask you, do you recall

 6   speaking to anyone else that you understood to be

 7   affiliated or working for the defendant or for Clear

 8   Channel or for Clear Channel Entertainment television

 9   in connection with your retention as an expert?

10        A.    Clear Channel?

11        Q.    Yes.

12        A.    No, except for that one lady whose name

13   I'm trusting him to be accurate on.

14        Q.    And how about anyone from Live Nation?

15        A.    I don't think I've spoken to anybody from

16   Live Nation unless she was.  Was she from Live Nation

17   or Clear Channel?

18             MR. HERBERT:  I'm not supposed to be

19        answering questions on the record.

20             THE WITNESS:  Well, I don't know.

21             MR. RODEMS:  Yes, we'll go off the record

22        for a second.

23             (Off the record.)

24        Q.    (Mr. Rodems)  Can you think of anyone else

25   that you spoke to about this case?  Do you know Cory

Page 219

```
 1   McLand?

 2        A.    Yes.

 3        Q.    Do you speak to him?

 4        A.    No.

 5        Q.    Do you know Joe Townley?

 6        A.    That name is familiar, but I don't know

 7   why.

 8        Q.    Do you know Steve Sterling?

 9        A.    I'm aware of that name, too, but, no, I

10   haven't spoken to him.

11        Q.    Do you know what his role was?

12        A.    Yeah.  He's been on all the documents as

13   it relates to the production.

14        Q.    How about Eric Paulen?

15        A.    No, I haven't spoken to him.

16        Q.    Kate McDonald?

17        A.    No.

18        Q.    John Gallarello?

19        A.    No.

20        Q.    By the way, you've met Rob Russen today.

21   Have you met --

22        A.    I thought so.  I could have sworn, and

23   maybe I'm wrong, Jimmy used to sit with me, and I

24   remember somebody showing up wearing a fairly loud

25   shirt and shorts backstage on the baby face side at
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.   8:07-CV-2093-T27-MSS
William B. Behrens                                    July 30, 2009

Page 220

1    TNA during a Pay-Per-View, coming through the back

2    curtain, standing there, and me being rude and going,

3    Get the 'umph' out of here during my freaking blah,

4    blah, blah, and then Jimmy getting up and going,

5    That's Rob.  It's okay.

6             And I believe Rob Russe said, I don't give

7    a (inaudible).

8             Get out of here.  It's the wrong place at

9    the wrong time.

10             MR. RUSSEN:  I never went to a

11    Pay-Per-View.

12             THE WITNESS:  Then I'm mistaken.

13             MR. RUSSEN:  I went to a TV taping, not a

14        Pay-Per-View.

15             THE WITNESS:  Oh, Impact.  It was an

16        Impact taping.

17             MR. RUSSEN:  Yeah.

18             THE WITNESS:  Same idea.  Okay.  You were

19        in by the baby face area, right?  Do you

20        remember some idiot yelling at you and telling

21        you to get the freak out of someplace?

22             MR. RUSSEN:  I was talking to Nash in the

23        hall.

24             MR. RODEMS:  Do you want to go get a cup

25        of coffee, Greg, while they continue the

Page 221

```
 1        deposition for us?
 2              MR. RUSSEN:  They set the appointment for
 3        me to come and sign the contract for this event.
 4              MR. RODEMS:  Fellas, if I may be so bold,
 5        thank you for clearing that up for us, and I
 6        don't know if it's been cleared up, but --
 7              THE WITNESS:  And the contracts I had for
 8        the event were signed by Sal, so I don't know.
 9        Q.    (Mr. Rodems)  Okay.  Other than the folks
10   that you helped -- is booked the proper term?
11        A.    It is the one I would use.
12        Q.    Other than the folks with TNA that you
13   helped book for this, did you speak to any of the
14   talent, the wrestlers that would have appeared at
15   WrestleReunion?
16        A.    At the time, yes.
17        Q.    Other than the TNA talent?
18        A.    Well, it depends.  Yeah, because I spoke
19   to Dory and he wasn't with TNA.
20        Q.    Okay.
21        A.    And he was trying to get to add a Windsor
22   on, and he was bitching to me that he was having
23   trouble doing that, and what a jerk -- you know, it
24   was all, you know, a lot of rhetoric.
25              You know, primary discussions were with
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                    July 30, 2009

Page 222

1   people like Dusty and were with some of the other

2   guys just based on the rates.  But the guys at the

3   time that were with TNA, Dusty at the time was

4   working with TNA, too.  So I was talking with him on

5   a regular basis.  We were in meetings together.

6        Q.    Did you take any steps in your work, as an

7   expert in this case, to try to verify the data or

8   sources that Colin Bowman relied upon?

9        A.    I went to some, but not all.  There was an

10  awful lot of stuff.  But, yeah, I mean, in terms of

11  validating, you have to be more specific about which

12  -- if I saw something that made no sense, I might

13  have tried to look at it.  And the numbers, most of

14  those, didn't make sense.

15       Q.    I know you don't agree with this

16  conclusion, you've made that clear in your report,

17  but let me ask you this:  If there was a source of

18  data that he used that you believed was not reliable,

19  would you have noted that in your report?

20       A.    The answer to the question would be is if

21  I've looked at something and I felt that it made a

22  point that was relevant and that I was addressing

23  specifically, then, yes, I would have probably

24  referenced it in terms of whatever my response was,

25  but I don't remember the sources being the problem.

Page 223

1            My generalization was that the sources

2     were usually broad sources of generalized information

3     from larger companies extrapolated to something that

4     didn't exist.

5            So I didn't doubt that the information was

6     accurate.  I didn't doubt that WWE was doing the big

7     things it was doing, so that was not an issue to me.

8     I just saw it as apples to oranges.

9          Q.    Gotcha.  Okay.  Are you in the process of

10    preparing any supplemental report?

11         A.    I've not been asked to at this time.

12         Q.    Do you know how many hours you have

13    expended through today's deposition on this matter?

14         A.    Let's see.  Somewhere between 40 and 50.

15         Q.    Does your report contain a complete

16    statement of all opinions you will express and the

17    bases and reasons for them?

18         A.    I believe so, yes.

19         Q.    Does your report contain the data or other

20    information considered by you in forming all opinions

21    expressed in the report?

22         A.    I believe so, yes.

23            MR. HERBERT:  I just have an objection to

24         the extent that there may be a supplemental

25         report in response to Mr. Bowman's supplemental

Page 224

```
 1        report.  I'm going to object to the form of the

 2        question excepting that.

 3        Q.    (Mr. Rodems)  Do you have any exhibits to

 4   your report that are going to be used to summarize

 5   data or anything?  Have you prepared anything beyond

 6   the report that we've marked into evidence?

 7        A.    You mean a spreadsheet kind of thing or --

 8        Q.    Yes.

 9        A.    No.

10        Q.    You have included either a description of

11   the publications authored in the previous ten years

12   or you've produced them in the two boxes that you

13   brought with you today?

14        A.    Yes.  Although there are, because I write

15   regularly, there's an endless stream of short

16   articles that I've gone over the last year, but, in

17   general, yes.  I mean, I can't tell you it's every

18   single thing I've written.

19        Q.    And, of course, that's the reality of

20   life.  Rule 26(a)(2)(B) says whatever it says.  And

21   one of the things it says is that the report should

22   include a list of all publications authored in the

23   previous ten years.  I don't think it's realistic for

24   every single thing that someone may have written and

25   could be considered a publication especially if
```

**WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS**
**William B. Behrens**                                      **July 30, 2009**

**Page 225**

 1    they're into as many diverse things as you are.  You

 2    know, I'm not holding you to you didn't write a blog

 3    somewhere five years ago that maybe isn't included.

 4    But generally speaking, did you look for and try to

 5    obtain anything you authored within the last ten

 6    years?

 7         A.    Yes.

 8         Q.    And you have not testified as an expert in

 9    any other cases?

10         A.    No.

11         Q.    And have you included in your report how

12    much you're being paid for the work you did and also

13    for the testimony?

14         A.    Yes.

15         Q.    All right.  Have you reviewed any

16    additional information since issuing your report that

17    is connected to this case other than Mr. Bowman's

18    supplemental report?  Have there been any additional

19    sources or documents sent to you such as depositions

20    or things along --

21         A.    Yes.

22         Q.    Have those been produced today, as well?

23         A.    Yes.

24         Q.    Would that be in the stack that we're

25    looking at on the table?

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                July 30, 2009

Page 226

    1        A.    Yes.

    2        Q.    I'm struggling right now, because I'm

    3   trying to figure out a way that I can make sure that

    4   there's an identification of exactly what is in that

    5   stack without going to the trouble of attaching that

    6   as an exhibit to the deposition.  Because, you see,

    7   if I intend to file this document in court -- your

    8   deposition transcript, for instance -- and I have to

    9   file a complete copy of all the exhibits, I would

   10   have to file all of that.

   11            Now, that would take up a lot of computer

   12   space, and it would take me probably six or eight

   13   volumes to file this, which is a process I don't even

   14   want to begin to describe to you, because it's just

   15   tedious and time consuming.

   16        A.    Okay.

   17            MR. RODEMS:  That's why I'm struggling at

   18        this moment.  Maybe we can go off the record and

   19        I can talk to Greg about this.

   20            MR. HERBERT:  Yes.  Off the record.

   21            (Off the record.)

   22            MR. RODEMS:  We're going to mark it as

   23        Exhibit 6, but by agreement, not attach it to

   24        the transcript, because it would be of no use

   25        practically speaking for most purposes.  It's an

Page 227

```
 1        extraordinary volume of paper.  I would estimate
 2        that it's probably four to five inches thick.
 3        Q.    (Mr. Rodems)  What we're going to mark as
 4   Exhibit 6, would those be all of the materials that
 5   you reviewed or relied upon or received in connection
 6   with the case?
 7        A.    Yes.
 8        Q.    And in rendering your expert opinion?
 9        A.    Yes.
10        Q.    And that's this stack here, the top half
11   of which is rubber-banded and the bottom half which
12   is not?
13        A.    Yes.
14             (Plaintiff's Exhibit 6 was marked for
15             identification.)
16        Q.    (Mr. Rodems)  Off the record we wanted to
17   make sure we were all under the same understanding of
18   what we marked as Exhibit 6, so let me make sure I
19   understand.  Exhibit 6 includes those documents and
20   items that were sent to you for your review and some
21   other items including communications back and forth
22   with Mr. Herbert or people in his office, correct?
23        A.    Yes.
24        Q.    And this, what we've marked as Exhibit 6,
25   represents the items that you reviewed and relied
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                           July 30, 2009

Page 228

 1    upon in your report, but your report also references

 2    some sources and other things that you relied upon

 3    for your opinions?

 4         A.    Yes.

 5         Q.    Between what is here in Exhibit 6 and the

 6    sources cited in your report, does that include the

 7    entire universe of information or sources that you

 8    relied upon for your opinions?

 9         A.    I believe so, yes.

10         Q.    Okay.

11              MR. RODEMS:  Greg, is the record

12         sufficiently clear for you?

13              THE WITNESS:  That is whatever firsthand

14         knowledge I had in the variety of areas.

15              MR. HERBERT:  I mean, are you talking

16         about sources meaning sources of documents or

17         information other than general experience or

18         things like that, right?

19              MR. RODEMS:  The bulk of --

20              THE WITNESS:  What I relied on is what I

21         know.

22         Q.    (Mr. Rodems)  Okay.

23         A.    And I supplemented what I didn't remember

24    by trying to jog my memory with facts from another

25    source.

REPORTED BY: Yolanda R. Narcisse, CCR-B-2445          www.huseby.com
HUSEBY, INC. - 555 North Point Center, E., #403, Alpharetta, GA 30022  (404) 875-0400

**Page 229**

```
 1        Q.     (Mr. Rodems)  And have any of the opinions
 2   in your report changed since you issued your report?
 3        A.     No.
 4               MR. RODEMS:  Why don't we do this, why
 5          don't we take a five-minute break, and me and
 6          Rob can have a chitchat and then maybe
 7          we'll see where we are.
 8               (Recess from 4:14 p.m. to 4:29 p.m.)
 9        Q.     (Mr. Rodems)  Okay.  Just a few more
10   questions, Mr. Behrens, and I appreciate your
11   patience.  I'm going to ask you about some of the
12   wrestlers that participated in WrestleReunion,
13   whether they were at the time or at some subsequent
14   time affiliated with TNA.  CM Punk?
15        A.     He had been affiliated with TNA.
16        Q.     And today --
17        A.     He was in WWE.  I don't know if he had
18   been hired by WWE at that time.  Now he's under
19   contract at WWE after spending time in Louisville
20   under development.  He was almost fired three times.
21   His job was saved by Tommy Dreamer.
22        Q.     Is he one of the champions today?
23        A.     Punky?  Yeah, he just got the belt.  It's
24   a work, though.  He didn't earn it.
25        Q.     Matt Hardy?
```

Page 230

```
 1        A.     Matt Hardy was never with TNA.

 2        Q.     Christopher Daniels?

 3        A.     Yes, Daniel Covell was one of the people I

 4   represented in their career.  And, yes, Daniel has

 5   been with TNA since 2002.  The end of 2002, first

 6   year.

 7        Q.     What about Hacksaw Jim Duggan, is he with

 8   TNA?

 9        A.     He came in early in TNA and did some spots

10   in Nashville.  I don't believe he's -- if he did

11   anything in Orlando, it was maybe one spot.  He had

12   signed a contract and went back to WWE.  Actually,

13   he's on camera talent.  He didn't even sign as a

14   legend, although he is that, but they are actually

15   using him as on-air wrestling talent.

16        Q.     Okay.  We talked about these three

17   earlier; Dusty Rhodes, Kevin Nash, and Mick Foley.

18   They've all had TNA affiliations?

19        A.     Off and on, yes.  Dusty actually booked

20   TNA for a period of time.

21        Q.     Okay.

22        A.     Kev is with them now and was with them.  I

23   think he came in some time in 2004 with Scott Hall.

24        Q.     Are you familiar with the WWE Hall of

25   Fame?
```

Page 231

```
 1      A.    Yes.

 2      Q.    Do you find that to be a viable form of

 3   marketing?

 4      A.    I'm not sure I understand the question.

 5   May I tell you what I believe it is?

 6      Q.    Okay.

 7      A.    Will that answer the question?

 8      Q.    Let me rephrase, then.  What is your

 9   opinion of the WWE Hall of Fame?  Is that a better

10   question?

11      A.    Yes.

12      Q.    Okay.

13      A.    The WWE Hall of Fame was started by Vince

14   McMahon as an add-on event to WrestleMania and as a

15   way that they were able to get additional programming

16   both for television and for DVD.  There is no actual

17   physical Hall of Fame.

18      Q.    Right.

19      A.    There's no exhibit Hall of Fame nor is

20   there any tremendous, you know, trophy that's taken

21   home by everybody.  Also, what it's become over time

22   is a way to placate particularly some older wrestlers

23   and/or promoters, which has led to additional

24   acquisition of libraries by Vince McMahon to service

25   his other businesses.
```

Page 232

```
 1            So, for example, Verne Gagne, who was
 2   never in the WWE, and, therefore, could in no way be
 3   a WWE legend is in WWE Hall of Fame inducted by his
 4   son, Greg Gagne, who was never in the WWE, because
 5   they wanted the AWA library and have subsequently put
 6   out an AWA DVD and are utilizing the content within
 7   their historical channel; their dedicated wrestling
 8   channel on cable.
 9            So they've taken advantage of it as a way
10   to grow the existing business whereby adding new
11   blood to it.  Like anything else, you've got to
12   freshen it up over time or you're just running the
13   same thing over and over.  And after a while, repeats
14   redundantly are just redundant repeats.  Only a few
15   shows last the test of time, and Gilligan's Island is
16   probably the show.
17            Another example would have been more
18   recently inducting the Von Erichs, the Von Erich
19   family.  That was to get the World Class library.
20   They actually floated a boat around, you know, in
21   their hope of getting Bill Watts inducted for the
22   same reason, but the Watts family doesn't want to
23   give up their library.  So they're using it as a
24   mechanism, also.  But it's more just an event.
25            I happen to enjoy them personally.  I
```

Page 233

```
 1   enjoy watching the DVDs that come out and the stories
 2   the guys tell when they're accepting the award.  It
 3   gives the older guys, almost across the board,
 4   accepted as an honor in terms of their accomplishment
 5   in the business.  To that extent, it's redeeming for
 6   them.  It's a nice thing.
 7              You know, it's for those of us in the
 8   business to see Ric Flair get up there and thank the
 9   people that helped him and cry and all that stuff.
10   You know, where if you were a Ric Flair fan, you
11   would enjoy that.  So for entertainment, it ends up
12   being an entertaining form and presented in a
13   tremendously glitzy context by WWE.  They do it big,
14   like they do everything.
15       Q.    Is it used as a marketing platform?
16       A.    For?  Help me out.
17       Q.    To sell DVDs or interest in the people
18   that are being inducted?
19       A.    To sell DVDs specifically, I've given you
20   examples of where it has led to that, because of
21   acquisition of libraries, but the honoring had very
22   little to do with the value of the library.
23       Q.    Okay.
24       A.    The library has its own intrinsic value.
25   Basically, what WWE does when they issue a library --
```

Page 234

```
 1   whether a it's WCW's library, ACW's library, or more
 2   recently, AWC's library -- is they focus on the
 3   specific history of that promotion.  They usually do
 4   a tremendous documentary.
 5           My favorite part of these are the
 6   documentaries they end up doing.  World Classes was
 7   awesome.  Although, there's an independent one done
 8   better.  But the other thing that they end up doing
 9   in these documentaries is they will focus on the
10   talent and ended up inevitably becoming their talent,
11   so that they bring it into the greater picture of
12   their overall business structure.  That then leads to
13   the other pieces of their business.
14           So the libraries are really never
15   stand-alone things.  They always have a, you know,
16   okay, if we do this, if we talk about AWA, we're
17   going to end up talking about the Rockers.  So we're
18   going to be talking about Shawn Michaels.  So we're
19   pushing Shawn Michaels, and we're in the Shawn
20   Michaels business, because he's one of our top stars.
21           So over here, this little teeny business
22   ends up creating an opportunity for them to do more
23   with this business.  It's simply part of the unique
24   structure that they built over the years that, you
25   know, no one else will ever build that way again the
```

Page 235

 1    vertical and horizontal structure of their business

 2    tree.  They've got more branches than anybody.

 3              Right.  I've suggested, you know, it's an

 4    area that's inevitably a long-term company can get

 5    into.

 6              MR. RODEMS:  I have no further questions.

 7              THE WITNESS:  I have fewer answers.

 8              MR. RODEMS:  Mr. Behrens, off of record

 9         you were explained your right to read or waive

10         reading the deposition.  Which is your

11         intention?

12              THE WITNESS:  I'll waive reading.

13              MR. HERBERT:  No questions.

14              (Deposition concluded at 4:40 p.m.)

15              (It was stipulated and agreed by and

16         between counsel and the witness that the

17         signature of the witness be waived.)

18

19

20

21

22

23

24

25

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009

Page 236

```
 1                    INDEX TO EXHIBITS
 2

    Plaintiff's
 3    Exhibit             Description                    Page
 4
         1        Second Amended Subpoena to Testify      5
 5                at a Deposition or to Produce
 6                Documents in a Civil Action
         2        Defendant's Notice of Compliance        6
 7                with Expert Disclosure Requirements
 8       3        Report of Colin Bowman Pursuant to      8
                  Federal Rule of Civil Procedure
 9                26(a)(2)(B)
10       4        Supplemental Report of Colin Bowman      9
                  Pursuant to Federal Rule of Civil
11                Procedure 26(a)(2)(B)
12       5        Plaintiff's Talent/Payment List        170
13       6        Composite Exhibit                      227
14
15
         (Original Exhibits 1 through 5 have been
16   attached to the original transcript.  Original
     Exhibit 6 has been retained by the court reporter and
17   will transfer custody via Federal Express to Ryan C.
     Rodems, Esq.)
18
19
20
21
22
23
24
25
```

Page 237

1                C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    COUNTY OF FULTON:

5

6            I hereby certify that the foregoing

7        transcript was taken down, as stated in the

8        caption, and the questions and answers thereto

9        were reduced to typewriting under my direction;

10       that the foregoing pages 1 through 235 represent

11       a true, complete, and correct transcript of the

12       evidence given upon said hearing, and I further

13       certify that I am not of kin or counsel to the

14       parties in the case; am not in the regular

15       employ of counsel for any of said parties; nor

16       am I in any way interested in the result of said

17       case.

18           This, the 30th day of July, 2009.

19

20

21               YOLANDA R. NARCISSE, CCR-B-2445

22

23

24

25

**WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS**
**William B. Behrens                                                July 30, 2009**

**Page 238**

```
 1                  COURT REPORTER DISCLOSURE
 2                    [ORIGINAL ON FILE]
 3
      Pursuant to Article 8.B. of the Rules and Regulations
 4    of the Board of Court Reporting of the Judicial
      Council of Georgia which states: "Each court reporter
 5    shall tender a disclosure form at the time of the
      taking of the deposition stating the arrangements
 6    made for the reporting services of the certified
      court reporter, by the certified court reporter, the
 7    court reporter's employer, or the referral source for
      the deposition, with any party to the litigation,
 8    counsel to the parties or other entity.  Such form
      shall be attached to the deposition transcript," I
 9    make the following disclosure:
10         I am a Georgia Certified Court Reporter.  I am
      here as a representative of Huseby, Inc.
11    Huseby, Inc. was contacted to provide court reporting
      services for the deposition.  Huseby, Inc. will not
12    be taking this deposition under any contract that is
13    prohibited by O.C.G.A. 15-14-37(a) and (b).
           Huseby, Inc. has no contract/agreement to
14    provide reporting services with any party to the
      case, any counsel in the case, or any reporter or
15    reporting agency from whom a referral might have been
      made to cover this deposition.  Huseby, Inc. will
16    charge its usual and customary rates to all parties
      in the case, and a financial discount will not be
17    given to any party to this litigation.
18
19
20              YOLANDA R. NARCISSE, CCR-B-2445
21
22
23
24
25
```

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 239

**A**

**abandon**
81:7
**Abbott**
124:7,8
**ABC**
72:17
**ability**
22:17 49:1 51:20
56:9 88:4 98:5
99:3 103:20 106:7
109:21 115:5
191:5,8,9,10
215:12
**able**
4:19 6:15 31:13,22
47:2 52:5 61:14
81:4 86:6 93:21
103:21 104:10
106:22 121:14
128:17 130:17
134:2 135:5 137:3
141:23 142:12
152:20 154:11
161:2,17,19,22
176:1,3,4,25
178:15 215:11
231:15
**Abrams**
78:8
**abrupt**
145:21
**Absent**
6:24
**absolutely**
13:17 183:11
199:19
**absurd**
197:19
**Abyss**
199:11
**AC**
35:25 40:14 125:7
**acceptable**

214:20
**accepted**
233:4
**accepting**
233:2
**access**
15:16 62:19,23
63:14 64:3 65:4
66:3 69:25 71:9
72:4 89:8 97:2
130:1
**accident**
10:17 180:24
**accidentally**
10:14
**accomplishing**
63:3,4
**accomplishment**
61:13 233:4
**accorded**
139:11
**account**
11:6,6 56:9 60:21
76:19,22 101:2
**accountant**
17:14 133:3
**accounting**
11:9 132:19,20
133:14,18,19
153:12
**accounts**
5:11 11:10 22:13
**accurate**
8:21 14:4 129:22
130:5 137:23
206:20 218:13
223:6
**achieve**
47:3
**achieved**
104:17
**achieves**
23:1
**acknowledge**

159:5
**acquaintance**
214:7
**acquire**
45:8 146:18 205:24
206:19
**acquired**
45:1 146:17 197:8
198:13,13 207:17
**acquiring**
146:15
**acquisition**
198:21 231:24
233:21
**act**
209:6
**action**
1:5 23:2 28:24 70:7
70:7,22 71:2
166:3 189:4
191:16 236:6
**active**
184:24
**actor**
57:22 191:14
**actors**
95:19
**actual**
7:20 10:24 27:23
34:11 43:6 56:10
117:18,19 231:16
**ACW**
147:3
**ACW's**
234:1
**ad**
54:1 65:8 66:2
152:8 212:5
**add**
40:11 221:21
**added**
39:25 55:16 65:7
179:17 198:14
**added-value**

212:6
**adding**
100:2 148:2 182:6
232:10
**addition**
18:10 39:20 49:24
**additional**
20:1 225:16,18
231:15,23
**additionally**
28:20
**address**
3:13,19 5:2 17:6
54:24
**addressing**
222:22
**add-on**
231:14
**ads**
131:16
**advance**
26:17 127:15 158:7
179:15
**advanced**
76:4
**advantage**
56:24 98:18 147:13
232:9
**Adventures**
74:22
**advertise**
52:7 53:13
**advertisement**
53:18
**advertiser**
72:24
**advertisers**
42:10 43:9,11
44:23 51:15 52:3
56:1,14,15,15,18
56:22 70:14 72:22
**advertising**
40:12 41:18 51:3
128:2 142:3

**advice**
17:13
**advocate**
135:18
**affiliate**
36:11 59:13 67:12
96:24
**affiliated**
24:12 29:4 213:15
218:7 229:14,15
**affiliation**
28:22 29:24 156:12
**affiliations**
230:18
**affirmative**
9:25
**afford**
104:8 139:7
**afternoon**
89:10
**afterward**
215:24
**AG**
191:9
**agency**
65:8,23 152:8,8
238:15
**agent**
16:2,8 27:23 55:18
115:16 127:20,24
128:1 144:6
198:25
**agents**
27:22
**ages**
195:5
**aggression**
68:8
**aggressive**
18:25 19:11 94:13
141:2
**aggressively**
34:17 73:9 106:16
**ago**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.     8:07-CV-2093-T27-MSS
William B. Behrens

July 30, 2009
Page 240

9:15 17:7 23:2
25:23 28:24 91:25
94:16 135:9
217:14 225:3
**agree**
4:23 57:11 96:1
120:1 127:13
222:15
**agreeable**
5:6
**agreed**
114:6 127:14
140:10 195:24
235:15
**agreement**
20:1 26:11 39:8
200:14 226:23
**ahead**
159:11 170:17
210:10
**air**
42:8 47:17 50:13
53:6 57:9 64:5
65:3 67:5,6,11
85:14 94:8 163:6
174:22 180:18
193:2
**aired**
48:10 79:4 104:16
**airfare**
184:15
**airing**
74:25
**airplane**
124:6
**airport**
158:5 165:7 166:25
166:25
**aisleway**
78:9
**AJ**
16:12 17:4 19:17
31:21,22 104:1
150:1 155:25

157:25 158:2,12
160:21 199:6
**AJ's**
158:13
**Alabama**
83:18
**albeit**
21:12 22:8
**Allen**
16:12
**Alliance**
21:8,10,13,18
23:20 156:13,15
**allow**
7:25 114:6
**allowed**
57:8 59:16 82:25
89:6 105:15
**allowing**
25:13,15
**allows**
33:19
**all-season**
136:14
**alternative**
17:22 27:24 55:10
149:20
**amazed**
194:22
**amazing**
191:5
**Amended**
5:25 6:20 236:4
**America**
79:11 84:10 105:11
105:17 208:16
**American**
140:17
**America's**
31:21 32:1 157:4
**AMG**
105:4
**amount**
11:17 35:6,23

38:14 55:16 60:20
87:19 119:15,16
119:18,25 120:10
120:11 121:15
128:20,23 136:7
137:8 153:3 185:1
196:4
**amounts**
33:19
**analogize**
78:20 93:8
**analogized**
94:5
**analogy**
24:25 48:15 65:11
107:16 108:2,15
108:24 137:22
**analysis**
134:16
**analyzed**
141:16
**Anarchy**
18:1 28:4 104:24
105:24 107:14
114:21
**Anderson's**
123:9
**Andrew**
149:23 175:23
**Andrews**
78:25
**and/or**
38:10 51:4 87:15
129:22 231:23
**anecdotal**
129:25 197:12
**anecdotally**
130:3,18 153:22
155:1 168:14
206:4
**Angeles**
41:13 76:2
**Angle**
175:8 198:20

**Animal**
74:21
**anniversary**
130:20,21,21
184:11
**announce**
178:16
**announced**
179:21
**announcer**
178:14,19,25
**announcers**
193:13
**announcing**
100:3
**annoying**
90:20
**annual**
21:5 23:6 26:20
**answer**
12:25 13:10,21,25
14:6,8 26:2 51:18
51:19 97:8 144:23
144:24 145:8
212:16 222:20
231:7
**answered**
213:5
**answering**
12:25 46:8 218:19
**answers**
235:7 237:8
**antagonists**
211:6
**Anthem**
67:9
**anticipate**
14:22,23 137:5
**anticipated**
30:13 134:21 136:2
**anybody**
71:4 108:9,10
111:22 131:4
140:20 175:9

178:1 182:25
194:15 196:6
202:9 207:10
218:15 235:2
**anymore**
4:22 89:5 105:8
157:13 182:5
186:3
**anytime**
91:14 184:4
**anyway**
38:16,21 61:3
129:11 160:23
193:25
**apiece**
93:3
**Apollo**
65:18
**apologize**
68:4 159:6,14
181:17 205:10
**apostrophe**
12:15
**appear**
25:15 173:20
**appearances**
2:1 120:5
**appeared**
7:13 20:6 130:19
130:24 183:4
221:14
**appearing**
20:25
**appears**
180:14 181:2 185:2
**apples**
223:8
**applicable**
56:16
**appointment**
221:2
**appreciate**
199:4 229:10
**approach**

46:16,19
**approached**
74:3,7 127:2
146:11
**approaches**
51:21
**appropriate**
176:20 204:18
**approved**
47:5
**April**
30:8
**Apter**
181:3 184:24
**area**
26:14 29:2,12
43:17 56:11 64:9
64:21,22 84:3
94:7 102:20 118:3
139:25 153:24
160:3 195:2
203:17 220:19
235:4
**areas**
36:24 93:17 144:13
144:21 228:14
**argued**
126:2
**argument**
150:2
**arm**
190:4
**arrangement**
57:8
**arrangements**
238:5
**arrive**
15:10
**art**
186:9 193:23,23
**article**
3:2 34:18,19 238:3
**articles**
224:16

**articulate**
191:19
**articulated**
162:14 191:18
**artist**
162:20
**Arts**
192:8
**Ashley**
2:5
**Asian**
192:1
**aside**
97:16
**asked**
55:5 60:12 76:9
77:22 122:4 127:3
135:17 154:18
160:22,23 169:1
204:23 205:10
207:13 209:25
213:5 217:12
223:11
**asking**
13:20 14:11 45:5
85:24 114:7
160:15 207:14
212:11
**aspect**
95:5,24 97:13
107:8 189:12,13
192:4
**aspects**
43:20 204:9
**ass**
195:15
**Assassin**
113:19 192:1
**assault**
210:8
**asset**
83:24 161:16
198:22
**assets**

84:1 147:10
**assist**
204:20
**assistance**
131:9 204:17
**assistant**
90:2 110:18 133:10
**associated**
83:16
**Association**
60:6 87:25
**assume**
94:3 121:1 139:22
176:16 181:13
207:18 212:21
**assumed**
145:7
**assuming**
85:24 91:23 96:8
130:7 170:6 171:6
172:24 180:24
184:22 194:3
200:3
**assumption**
208:17 210:24
**Athletic**
29:16
**Atlanta**
1:19 3:15 9:24
31:24 36:3,6
41:21 45:1,16,21
46:11,14,17,23
47:3,4,22,23 48:4
48:11 59:23 65:3
72:8 73:20 105:25
158:1
**attach**
226:23
**attached**
203:1 236:16 238:8
**attaching**
226:5
**attack**
190:6

**attempt**
41:6 56:8
**attempted**
5:14 160:25 161:1
**attempting**
26:13 145:23
**attend**
197:20
**attendance**
47:11
**attention**
41:10 77:24 129:20
164:15
**attorney**
24:5,11 29:13 59:1
153:3 199:23
205:3 209:23
**attorneys**
56:2 119:2 153:1
**attractive**
155:21
**attrition**
93:13
**audience**
40:1,15,16 43:23
43:23 49:18
104:18 148:3
149:9,16,17
153:20 193:7
**audiences**
43:5 145:18
**Auditorium**
151:14
**Augusta**
106:2
**Australia**
149:22
**authored**
224:11,22 225:5
**authority**
88:14 187:8
**autographed**
121:4
**autographs**

209:1
**available**
43:24 129:22
138:13 142:25
206:22,23
**avails**
97:3
**Avenue**
2:11 41:9 49:8 52:1
52:13
**average**
16:3 18:4
**avid**
77:2
**AWA**
21:20 79:5 232:5,6
234:16
**award**
233:2
**aware**
34:24 138:14
157:18 160:21
164:2 165:13,18
166:7 181:13
184:3 207:18
215:17 216:5
219:9
**AWC's**
234:2
**awesome**
78:1 234:7
**awful**
36:17 102:18
118:24 188:10
205:13 208:3
222:10
**A-c-c-e-s-s**
62:24
**a.m**
1:16 63:12,12 92:3
**a/k/a**
172:3 173:24

———————————
**B**
———————————

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 242

**b**
1:13 3:5 238:13
**BA**
197:2
**baby**
24:24 68:21,23,24
69:10,20,21 81:10
81:19 188:21,22
188:24,25 189:9
192:14 194:3,7
219:25 220:19
**babysitting**
17:8
**back**
6:13 21:16 23:14
23:21 27:4 28:14
31:15 32:23 33:11
34:12,22 35:1
36:14 37:11,22
38:25 40:2 42:14
42:17 43:10 44:8
44:25 49:4,7,12
50:6 51:22 52:10
55:17 56:12 57:24
58:14,14 59:23
60:7,9,16 69:9,12
69:18 70:9 77:8
79:1 82:7,14
86:13 87:11 88:8
88:9 93:9 96:17
97:25 100:13
105:4,9 109:13
115:6 126:21
127:18 128:10
143:2,17 146:5,16
147:7,22 153:5,8
153:9 158:7,9,19
168:11 170:24
175:2 178:13
181:17 189:16
190:8,12 194:2
203:10,23 206:4
220:1 227:21
230:12

**backed**
147:13 177:17
**background**
23:22 162:24
196:24
**backing**
187:3
**Backlund**
174:12,14,15
**backstage**
117:22 219:25
**backup**
117:14
**backwards**
30:23
**backyard**
20:15 195:11
**back-end**
119:16
**back-in-the-day**
81:25
**bad**
73:23,25 76:15,24
79:18 80:10 81:9
81:15 101:24
102:2 112:21
122:24 123:2
132:6 137:25
150:20 165:5
171:22 189:7
190:12 191:14,16
192:8 195:19
197:15 198:24
209:4 215:6
**bailed**
185:23
**Bailey**
191:25 193:9
**Baker**
189:17,18,19
**Baker's**
189:17
**balance**
139:4

**ball**
143:23
**Baltimore**
74:10
**Baltimore-based**
74:17
**BAM**
77:22 193:5
**band**
124:12 162:23
163:1 196:19
**bank**
5:11 11:5 22:16
**bankrupt**
65:24 70:8
**bankruptcy**
66:1
**banner**
40:24 41:1 65:13
**barely**
143:19 150:9
**Barker**
2:4
**barter**
48:15,15 49:2 50:6
50:9,13,23 57:8
64:7 71:6
**bartered**
37:15 94:2
**base**
44:21 47:9 72:24
169:8 171:21
**baseball**
92:20 138:21
**based**
22:20 35:23 38:6
42:3,13 45:3
65:14 119:16,19
122:6 128:4 130:6
134:3 142:23
144:15 145:8
146:11 156:8
161:21 163:10
166:13 167:14

173:6 185:7,10
214:12 222:2
**bases**
223:17
**basic**
145:3 147:7 188:11
**basically**
17:1,8 25:16 29:16
37:17 38:13 39:9
45:1 54:22 60:12
60:13 64:3 70:17
81:6 115:8 118:11
118:12,22 161:5
178:22 208:21
210:20 216:1
233:25
**basis**
37:16 44:18 48:6
50:14,23 55:17
56:14 71:8 72:15
80:19 94:2 96:22
116:7 121:22
131:3,7 137:2
171:18 175:7
179:18 222:5
**basketball**
138:20
**bass**
77:3
**bath**
24:24
**Baton**
61:5
**beaming**
68:10
**bear**
4:11
**bearings**
178:14,15
**bears**
187:25
**beat**
174:14,14 187:23
188:19

**beating**
71:7 174:11
**becoming**
63:5 93:17 179:16
234:10
**Beer**
52:5 199:7
**began**
30:1,1 59:17 71:24
78:2 88:24 89:1
154:3,5,7
**beginning**
32:19 77:9,15 98:1
110:10 128:11
147:19 149:24
160:2 188:15
**beginnings**
21:16
**begins**
7:20
**behalf**
2:3,9
**Behrens**
1:13 3:5,12 46:12
159:4 229:10
235:8
**belief**
193:24
**believability**
189:13
**believable**
192:22
**believe**
23:5 25:11,13 30:2
30:9 34:2 61:3
63:13 79:4,20
80:16,17 81:20
92:21 119:4
123:14 129:9
132:14 141:18
156:21 158:8
160:7 163:9
166:15 169:5
171:8 178:1 181:6

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 243

181:18 186:11,11 191:2,6,10,13 193:1 197:23 200:11,13,18 207:25 210:7 211:12 212:15 217:9 220:6 223:18,22 228:9 230:10 231:5
**believed** 28:18 47:6,8 80:23 136:5 190:5 213:11 222:18
**believes** 166:3
**bells** 150:11
**belt** 26:16 229:23
**belts** 83:23
**bemusement** 206:7
**benefit** 75:10 146:8
**benefited** 30:13
**benefits** 147:17
**Benoit** 191:7
**Bert** 114:17 151:17
**best** 8:20 14:5,16 17:20 18:25 53:24 62:3 82:16 90:6 100:11 109:18 110:3 145:8 153:22 161:4 162:7 191:1 198:21 207:23 212:2
**better** 17:9 24:25 42:15

66:12 80:10 82:1 84:5 88:6 90:11 100:22 106:21 135:18 150:23 163:15 173:4 187:2 196:2 203:17 231:9 234:8
**beverage** 60:11
**beverages** 88:20
**beyond** 133:18 224:5
**BG** 157:1
**bicycling** 38:1
**big** 20:4 44:16 60:8 63:25 78:3,24 108:4 110:7,11 120:6 123:10 150:11 155:3,17 155:19 158:18 163:7,15 164:13 164:16 177:12 183:5,6 191:21 194:24 199:14 210:25 211:2 212:7 223:6 233:13
**bigger** 82:22 103:23 106:5 114:25 115:2 146:6 181:24 182:16
**biggest** 19:14,20 76:21
**bill** 10:9 33:20 45:20 46:12 68:15,20,21 69:6,7,12,13,16 102:2 146:19

181:3 215:3 232:21
**billed** 72:18
**Billy** 25:14 33:6 184:24
**bing** 193:4,4,4,4,4
**birth** 4:20 69:9
**Bischoff** 39:16 145:24 201:20
**Bischoff's** 202:10
**bit** 28:24 30:6 49:6 127:17 128:6 133:9 139:3 154:2 161:5 177:11 185:5 186:25 187:20 191:23 195:19,21 196:23 203:9
**bitching** 221:22
**Blade** 3:12
**blah** 90:2,2,2 149:14,14 149:14 188:2,2 220:3,4,4
**blah-blah** 211:14
**Blanchard** 194:13
**bled** 192:20
**bleed** 48:19 192:18
**bleeding** 193:16
**bless** 85:7 172:9 175:25

179:22 180:14 191:7 194:6
**blessed** 187:19 193:24
**blew** 110:11
**block** 93:23 99:1 104:3,3 125:1 141:24,24
**blocking** 94:10
**blocks** 92:9
**blog** 164:21 225:2
**blood** 232:11
**blow** 96:13 110:5 211:15
**blowing** 96:4 110:8,15
**blown** 150:13 189:7
**blue** 134:14 163:24
**blur** 81:13
**blurred** 81:14,18
**board** 3:3 233:3 238:4
**boat** 232:20
**Bob** 25:5 61:1 152:10 174:12,15
**Bobby** 183:13,24 184:7 198:14 199:7
**body** 206:25
**bodyguard** 179:21 192:2
**bold**

221:4
**bom-boms** 211:12
**bonused** 120:13
**book** 31:1 111:17,24 118:21 121:1,2,2 121:3,9 123:9 154:13,18 155:6,9 168:13 174:25 185:18 221:13
**booked** 31:22 84:20 111:15 117:23 119:19 155:14 156:5 157:1,2 160:20 167:17 168:7 169:16 176:1,2,5 182:15 183:10 184:10 194:17 196:21 221:10 230:19
**booker** 31:11 164:17 172:7 175:16 198:20
**booking** 16:2 27:22 28:9 33:15 34:2 111:16 119:9 126:21 155:24 156:24 157:4 164:4 168:5 169:9 182:16,18 198:25 208:20
**bookings** 16:4 31:13,14 33:12,25 34:3 115:16 120:4 194:7
**BOOM** 151:12
**booth** 77:20 78:24
**borrow**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.     8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 244

154:11
**bother**
111:5
**bottle**
178:24
**bottom**
107:20 111:11
170:21 227:11
**bought**
36:17 55:15 58:3
75:22 83:18 84:13
93:16 96:20
110:19 147:2,3
151:21
**bounce**
109:5
**bounced**
203:9
**bouncing**
179:5
**Bowman**
8:11 9:13 222:8
236:8,10
**Bowman's**
8:24 223:25 225:17
**box**
76:21,25
**boxes**
224:12
**boy**
79:14 110:22 112:3
124:12 162:23,25
177:12 205:14
**boys**
192:16
**brain**
51:21 162:18
190:13
**branches**
145:14 235:2
**brand**
21:13 23:1,5,10,12
23:15 25:8,20
62:11 147:1,6,7

147:17 156:15
**branded**
148:24
**branding**
25:19
**brands**
147:14
**breach**
134:25
**break**
14:18,25 63:10
113:6 158:25
159:1,3 191:1
208:5 210:11
229:5
**breakdown**
40:14
**breaks**
36:1
**Bret**
174:16,17
**brief**
28:25 106:14
**briefly**
39:17 166:17 183:4
**bright**
188:4
**bring**
6:8,13 77:16
154:16 206:13,15
215:2 234:11
**bringing**
76:13 112:5 121:8
173:1
**broad**
223:2
**broadcast**
47:14 48:4,13 51:2
66:8 67:4,25
82:21
**broadcasters**
82:24 87:25 131:21
**Broadcasting**
50:17

**broadcasts**
66:8
**Brody**
24:12,14 160:12
**brother**
172:1 177:17
**Brothers**
57:25 157:12
178:17
**brought**
33:21 34:16 69:12
74:12 81:8 123:25
162:9,11 163:4
179:3 181:17
188:12 192:14
217:9 224:13
**Bruno**
174:13,14
**Bryan**
55:6,6,12
**Bubba**
172:1,5,9,13,14
**bucket**
152:19,22,24 184:9
**bucks**
109:20 184:12
**Buddy**
83:6
**budget**
52:4 98:22 123:22
124:3 125:22
**budgets**
52:6 98:19
**build**
26:14 104:2 234:25
**building**
18:7 28:14 30:11
30:17 109:25
110:2 111:21
112:5 113:14
145:14 150:10,12
151:15,19 179:14
**buildings**
45:23 82:10 161:6

**built**
30:18 99:2 234:24
**bulk**
228:19
**bullhorn**
99:21
**bump**
208:24
**bumps**
33:9 100:10
**bunch**
32:24 91:20 110:5
**burnt**
84:3
**business**
3:13,16,24 4:5,6,9
9:22 10:1,2,3,6,9
10:12,16 11:4
15:25 16:10 19:18
27:9,15 30:7,21
33:14 34:15 35:17
36:16 44:12 49:3
49:21 50:21 51:25
54:11 57:10,25
60:19 61:13 62:12
64:8 66:4 69:25
70:2 71:9,13,19
76:1,3 77:1,6
80:15 81:2,4
83:11 89:4,17
91:3,11,14,15
94:18,22 99:2
103:24 104:2
106:16 107:9
109:1 111:7,8
112:8 113:13
115:3,5,7,11,22
116:12,13,14,17
117:8,10,19 123:1
130:14 132:23
133:1,19,25 134:6
134:18,19,21
135:12,13 136:25
142:1 145:1,15,20

161:19,21 163:12
165:12,17,20,24
167:10 183:7
197:16 198:2
202:6,11 209:5
211:5 232:10
233:5,8 234:12,13
234:20,21,23
235:1
**businesses**
172:6 231:25
**busy**
118:24 157:21
**butt**
30:14
**buy**
43:8,14 44:15,18
44:22 55:16 56:10
72:23 73:16,22
83:22,22,23 86:1
109:18 145:23
146:4 150:23
189:13 191:15
**buying**
21:7 50:21 83:20
**buys**
65:13 128:5,5,15
**B-e-h-r-e-n-s**
3:12

---

**C**

**C**
2:4 58:20 236:17
237:1,1
**cable**
40:8 46:19 67:20
69:3 73:8 82:16
82:17,18 83:11
106:1 128:10
131:18,25 132:1
148:1 232:8
**calculating**
134:25
**call**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 245

3:24 14:19 29:10
37:1,5 38:12
54:12,23 55:9
68:3 72:17 86:4
89:8 108:4 121:12
122:1 126:6
135:17 141:7
143:15 163:5
190:15 191:22
207:1,12 210:15
212:19 216:7,9,10
**called**
11:19 17:22 18:1
31:10 34:18,20
37:4,7 40:5,24
54:9,14 55:6,8
60:5,20,24 61:1
61:11 62:9,19
64:19 70:7,15
72:4,12 73:10
74:12 75:21 79:4
84:13 91:4,6
102:3 108:13
117:13,24 143:15
146:13 158:12
171:1 177:16
186:22 190:8
192:1,9 199:7
210:18 212:9
215:22,24
**calling**
206:10
**calls**
55:6 168:12
**camera**
109:1 114:9 230:13
**cameras**
73:1
**camp**
81:17
**Canada**
86:16
**canceled**
161:7

**cap**
138:9 139:19
**capable**
46:8 56:5
**capacity**
111:21
**capital**
22:13
**capitalize**
72:25
**capitalized**
75:12
**caps**
175:13
**caption**
237:8
**captured**
193:22
**car**
51:16 56:1 84:21
214:3
**card**
107:21 122:6
**cards**
92:20 164:16
**care**
41:15 141:5 167:24
**career**
144:2 166:23 230:4
**careers**
16:10 17:1
**careful**
57:6
**Carlina**
214:1
**Carluzzo**
25:5
**Carolinas**
174:1 194:8
**carpet**
102:4
**carried**
32:2 58:12 214:5
**carry**

39:2 132:12,14
211:22
**carrying**
69:9 70:15
**cars**
72:25
**Carter**
102:14 152:10,10
162:1
**cartoony**
75:15
**case**
6:1,23 16:21 17:12
50:19,20 55:20,21
65:17 67:12 85:3
100:23 106:10
108:3 116:7 126:8
126:11,13 131:21
144:15 199:17
204:13 212:4
215:20 216:18
217:9,12 218:25
222:7 225:17
227:6 237:14,17
238:14,14,16
**cases**
31:16,25 55:22
66:11 84:6 99:2
108:5 208:23
225:9
**cash**
50:14 61:12 96:20
**casts**
12:5
**Catch**
37:20 42:9 43:8
116:16 206:14
**categories**
203:13
**categorizing**
203:11
**category**
44:6,17 113:3
**cathartic**

189:10
**caused**
70:8 190:5 192:18
**Cavell**
16:18
**CBS**
72:8
**CCR-B-2445**
1:21 237:21 238:20
**CCW**
94:7
**celebrate**
62:5
**Cell**
4:16
**cent**
46:23
**center**
106:13
**cents**
93:4
**CEO**
139:16
**certain**
13:18 22:19 23:12
23:13 27:21 35:23
38:13 41:8 55:16
70:18 80:9 81:3
81:22 93:17
119:25 127:13
128:20,23 129:21
148:23 155:23
182:3 200:22
**certainly**
98:14 107:7 183:2
185:12
**certified**
238:6,6,10
**certify**
237:6,13
**chair**
33:5 178:18
**challenge**
212:8

**champion**
25:13,17,21 156:17
174:10
**champions**
25:19 156:17,20
157:13 199:12
229:22
**championship**
19:24 25:7,20
26:16 84:18 125:2
**chance**
9:16
**change**
9:18 79:25 83:10
108:13,16 125:14
157:3
**changed**
80:1 87:13,14
88:23 90:22
116:15 118:6
125:8 229:2
**changes**
116:15 117:2 203:6
**changing**
80:3 105:7
**channel**
68:6,13 93:20
105:17 106:1
127:21 146:11
210:18,23 212:2,3
212:14,15 218:8,8
218:10,17 232:7,8
**channels**
105:11 125:8
**character**
33:4 75:6 192:6
**characters**
107:17 149:7
162:16,17 193:19
**charge**
32:6 48:23 59:19
210:8 238:16
**charges**
168:24

charging
94:4 173:19
Charlotte
27:12 112:9 184:10
Charlotte-based
23:19 24:11
chart
180:15
cheap
111:9
cheaply
104:8
check
7:1 10:23 11:4
109:5 135:19,20
140:5 141:7
210:19
checkerboard
84:25 85:3,4
cheerleaders
163:21
Cheese
155:3 164:13,16
cherry
105:15
Chicago
41:13
children
61:21
children's
58:5 75:1
chips
167:12
chitchat
229:6
Choice
131:22
choking
178:22
chosen
40:7
Chris
16:18 31:21 191:7
199:8,9,12

Christmas
62:2,5,6
Christopher
230:2
chum
94:6
Citations
159:16
cited
228:6
cities
35:18 36:13 37:4
37:14 45:9 52:22
city
35:24,25 41:25
45:22 56:7,7 57:4
Civil
1:5 8:11 9:13 204:6
236:6,8,10
claim
20:2
class
174:22 232:19
Classes
234:6
clear
9:9 44:19 78:6
170:25 178:6
181:4 210:18,23
212:1,3,14,14
218:7,8,10,17
222:16 228:12
clearance
47:5
cleared
64:21 221:6
clearing
76:8 221:5
clicked
92:2
cliff
104:4
close
63:5 152:1 164:24

165:8
closed
18:11 28:16 36:6
37:4
closer
43:3
closing
37:14
Club
167:6
CM
229:14
Coca-Cola
52:3
cocktail
101:24
code
87:24,25
coffee
164:23 220:25
coffees
165:24
Colbert
62:7
Colin
8:11 9:12 222:8
236:8,10
collected
62:4 66:2
collectively
40:5 65:10
college
58:24,24 75:25
Collins
5:14,17
color
100:4 143:21
colors
188:4
com
12:3
combination
26:9 69:1
combined

147:25
combo
197:13
come
6:13 13:9 27:9
45:10 50:6 57:3
63:7 66:19 75:20
90:18 100:13
107:3,17 123:14
126:21 139:5
155:6,9 160:22,23
174:19 177:14
190:12 193:3
200:23 203:13,23
211:2 213:23
214:1 217:5 221:3
233:1
comeback
188:22,25
comedian
62:21 69:7
comedy
33:4 68:18 69:1
180:2
comes
17:2,4 56:19 69:9
120:6,12 134:4
137:19 150:13
163:23 214:15
comfort
14:19
comfortable
115:4
coming
14:15 30:23 38:6
51:11 56:20 60:4
73:8 114:8 120:11
128:9 179:15
193:5 216:2 220:1
commentator
100:4,4
comments
165:10
commercial

48:17,17 51:1
52:18 55:24 57:2
57:3 67:14 70:1
70:14 74:10 96:22
128:1 142:8
commercials
39:10 52:16 125:9
Commission
29:16
commit
88:17
committed
177:17
committing
99:1
common
13:2
commonly
143:14
communications
227:21
companies
20:8 49:23 52:5
58:2 71:25 74:17
77:8 82:14 112:18
115:12 117:1,8
120:5 148:1,9
210:22 211:4,17
211:23 223:3
company
3:24 18:1,2,11
19:22 21:7 22:13
22:14 23:3,16
24:14 25:10 26:6
26:7 30:7 53:25
54:14 56:5 62:1,4
62:17,19 64:7,8
65:20 70:1,3,7
72:1,12,14,16
73:7 74:9,12,17
75:19 77:16 78:3
79:3 80:4 83:19
83:21 84:1,13
123:6,15 125:22

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens

July 30, 2009
Page 247

130:6 131:10
133:1,4,8,9 146:7
146:25 148:14
153:1,2 154:8
156:1,2,3 160:18
198:17,17,21,22
202:12 210:24
211:17,19,20
214:18,19 235:4
**company's**
22:13
**compete**
89:5 110:6
**competed**
31:25
**competition**
136:21 137:6
**competitive**
28:19 56:22 136:15
138:25
**competitor**
57:4,5
**competitors**
73:9 212:4
**complaining**
158:11
**complete**
8:21 159:12 223:15
226:9 237:11
**complex-layered**
187:17
**Compliance**
236:6
**complicated**
89:17 119:22 128:6
**complies**
159:13
**composed**
14:13
**Composite**
236:13
**composition**
59:3
**computer**

8:17 96:21 196:17
226:11
**Conan**
157:1
**concept**
52:1
**concern**
100:17 152:17,18
**concerns**
161:24
**concluded**
235:14
**concludes**
67:25
**conclusion**
7:23 142:13 159:8
186:22 222:16
**conclusions**
205:25
**Condrey**
183:13,22 184:8
**conduit**
118:12
**conference**
213:4
**confidential**
135:6
**confidentiality**
135:7
**conflict**
141:21
**conform**
204:10 205:20
**connected**
225:17
**connection**
50:7 158:21 159:6
218:9 227:5
**connections**
136:5
**consciousness**
203:20
**consecutive**
18:8 104:11 114:14

**consequences**
187:7
**conservative**
17:15 137:10
**consider**
29:22 107:12
132:17 136:13
145:6
**considered**
11:24 23:15 112:23
135:6 172:17
173:16 175:22
187:9 207:22
223:20 224:25
**considering**
142:2
**consistent**
202:7
**consolidate**
203:15
**consolidated**
147:8
**consolidating**
52:11
**consolidation**
50:21 87:16 88:24
89:12 105:7
**consult**
39:16
**consultant**
3:23 30:25 39:7
135:17
**consultants**
135:22
**consulted**
134:12 145:25
208:1
**consulting**
29:7
**consumer**
34:24 95:14,23
**consuming**
226:15
**contact**

17:5 24:6 126:4
200:8
**contacted**
199:16 200:5,7
201:20 238:11
**contain**
223:15,19
**contained**
204:15
**contains**
205:18
**contemplates**
204:19
**content**
232:6
**contest**
187:13
**context**
172:20 192:20
201:8 204:13
217:15 233:13
**Continental**
84:14
**continue**
7:21 49:20 129:1
129:18 146:25
220:25
**continued**
55:20,22 63:18
179:17
**continues**
18:15 43:22 103:7
159:18 173:25
**continuing**
18:16 159:16
**contract**
16:9,24 18:13 29:8
31:14 34:12,13
35:21 37:14 45:7
55:23 104:1 114:2
114:7 120:17
121:24 123:3
135:1 148:22
154:6 156:14

204:24 221:3
229:19 230:12
238:12
**contracted**
31:20
**contracts**
31:10,12 33:13
118:23 119:1,23
119:23 121:22
145:12 146:5
179:18 221:7
**contractual**
119:7
**contract/agreem...**
238:13
**control**
82:23 89:14 140:4
141:23 148:22,23
188:2
**controlled**
23:7 52:18 66:15
**controlling**
21:25 141:25 142:8
**convention**
60:5,8 62:15 77:10
77:17 168:6 173:1
196:19 208:24
**conventions**
77:11 208:15
**conversation**
78:14 213:7 216:11
**conversations**
163:19 201:19
**convince**
47:14 65:3 102:14
177:1
**convinced**
48:4
**cooing**
69:10
**Cook**
2:4
**Cooker**
92:8

cool
59:2 89:23 121:4
cooperate
211:7
cooperating
212:23
copies
200:22
copy
6:22 7:8 8:19,21
170:4 196:15
200:18,21 226:9
copyright
113:16
Cornelia
18:3
Cornette
55:4 91:8 120:21
120:22 121:11
126:3 183:16,19
184:19 185:13
190:17 217:11
Cornette's
54:20 185:8
Cornie
183:14 185:2
corporate
23:17
corporation
1:4,8 4:3 23:4,19
76:13
correct
7:24 10:11 18:23
22:9 28:6 46:14
51:12 131:12
158:4 181:5
210:14 227:22
237:11
correctly
19:12 79:5
Corrente
154:25 156:19
158:7,8 164:8
166:11 169:5

181:12 209:24
210:5
Corrente's
168:2
Cory
218:25
cost
21:2 38:3 42:13
149:2
Costello
112:13
costs
49:10 139:12,14
Council
3:3 238:4
counsel
2:1 209:19,20
235:16 237:13,15
238:8,14
count
114:15 124:10,19
124:20 162:22
counter-intuitive
101:5
counter-sport
136:17
counting
63:17
country
35:24 36:2,4 41:9
41:12 42:25 46:23
46:24 49:8 87:20
152:9
COUNTY
237:4
count-out
187:12
couple
7:6 12:24 55:17
64:1 73:7 88:19
115:23 131:3
160:20 184:21
192:21 194:7
courage

186:14
course
22:4 29:10 35:7
52:6 67:19 99:18
109:16,17 197:22
203:21 204:17
209:21 213:13
224:19
court
1:1 3:3 9:6 13:3
14:3 112:24 226:7
236:16 238:1,4,4
238:6,6,7,10,11
Covell
230:3
cover
10:23 185:22
238:15
covered
112:15,22
covers
15:3
Cowboy
33:6
co-host's
68:25
co-produced
114:16
co-promote
21:1
CPA
133:2
Craig
138:9
crap
37:13 110:22
183:16 193:11
crazy
63:9 178:20
cream
101:24,25
create
19:4 23:9 65:7
114:3 118:22,23

148:24 162:17
created
19:16 23:10 25:21
33:13,13,14 69:3
77:23 86:23 89:12
93:7,20 123:4
125:6 153:18
156:18 181:14
212:13 213:22
creating
28:10 234:22
creation
28:8 181:8 204:10
creativity
162:13
credit
20:2
credited
122:11
Crew
156:22
crewed
58:9
criticized
34:21
Crockett
25:9 34:22 35:8
121:11
crooked
55:12
cross
171:13
crossed
193:12
CROSS-EXAMI...
3:8
crowd
182:16,18
crowds
192:16
crucial
33:2
crunched
136:8

cry
233:9
crying
80:23
cue
188:2
cues
32:16,20
cume
40:5,17,20 42:14
cumed
65:12
cuming
52:11
cumulative
40:15,20 41:4 65:6
cup
220:24
curiosity
207:2
curious
158:20 165:9 207:8
current
3:13 11:13 24:1
25:11 81:18 198:8
currently
9:21 10:8 11:14
29:4 104:20
105:24 174:25
cursed
193:25
curtain
220:2
cussing
178:19
custodian
9:7
custody
236:17
customary
238:16
cut
48:17 79:11 88:16
96:14 111:16

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 249

181:16 183:3
188:24

**D**

**dad**
37:9 57:23 58:4
60:4,12,15,19
61:2,4 62:14
75:13 101:19
152:1,2,10
**dads**
62:12
**daily**
133:24
**Dallas**
90:24 163:20
**damage**
190:13
**damages**
134:25
**dance**
91:16 124:10 131:5
**dances**
178:25
**dancing**
131:4 184:3
**Dangerly**
54:17
**Dangerously**
54:15,16
**Daniel**
16:18 230:3,4
**Daniels**
16:19,19 31:21
230:2
**dare**
88:5
**dark**
122:5
**darn**
37:21 61:16
**data**
60:9 130:11 139:22
141:8,13,14 222:7

222:18 223:19
224:5
**date**
4:20 18:6 124:24
170:20 171:2
**dated**
8:14 9:14
**dating**
30:10
**David**
5:15 74:8 83:18
84:13 150:1
**Dawn**
212:24,25
**day**
9:8 14:24 27:5
31:13 33:10 40:2
57:24 58:14 60:7
61:6 62:2 66:13
66:14 67:4,18,25
68:7,11 69:15,18
78:6 87:11 93:9
101:11 103:7
105:4 141:19
147:23 182:15
189:16 190:8
237:18
**days**
9:15 49:12 66:14
77:16 88:8,9,10
89:24 90:3,7,9
92:2 100:16
**DBS**
131:24
**DDP**
163:19 174:21,21
**de**
31:8 118:6
**dead**
67:5 193:8,8,16
**deal**
17:2 36:6 38:6,17
39:19,23 63:25
73:19 88:16 98:23

111:16 136:11
142:5,6 158:18
168:22,23
**dealer**
51:16 84:21
**dealers**
56:1
**dealership**
59:25 60:18
**dealing**
20:11 78:21 102:11
153:3
**deals**
35:25 53:4 97:22
**Deal-A-Meal**
53:21
**death**
78:9,20 144:6
189:9 192:9
**debt**
152:13,14
**decade**
10:21 133:4
**decades**
3:20 38:22 90:16
**deceased**
32:10 175:24
**decent**
176:14
**decide**
38:10 128:23
**decided**
33:22 58:4 59:1,22
69:5 88:3 94:15
113:20 139:7
**deciding**
146:25
**decision**
88:16
**decisions**
76:15 140:1
**decision-making**
89:13
**declarations**

166:14
**declared**
64:24
**dedicated**
232:7
**deep**
18:13 30:20 31:4
108:7 113:12
122:5
**defendant**
1:9 2:9 201:17
213:16 218:7
**Defendant's**
236:6
**defended**
32:1
**defer**
205:21
**deficit**
120:9
**defined**
18:25
**definition**
48:14 80:3
**DeKalb**
106:1
**Delaware**
23:4
**deliver**
70:18,20,23 82:13
182:2
**delivered**
106:15 215:19
**delivering**
36:8
**DEMAND**
127:22 132:3,4,5
132:13,16
**demise**
114:18
**demo**
86:4,23
**demographic**
43:15 44:13

**demographics**
44:2
**demons**
78:19
**demos**
43:24
**Dennis**
25:5 62:21 72:3
183:13 184:7
**Denton**
183:2
**Denucci**
172:23 173:12,15
173:18,20
**department**
96:16 97:7 118:23
**depended**
116:11
**depending**
107:5 127:19 174:6
**depends**
48:14 66:9 87:16
114:15 142:5,21
179:2 221:18
**deposit**
16:5,6
**deposition**
1:12 6:8 12:17
203:1,8 221:1
223:13 226:6,8
235:10,14 236:5
238:5,7,8,11,12
238:15
**depositions**
4:22 225:19
**derive**
26:7 28:21 65:4
94:22
**derived**
119:20 142:3
**deriving**
27:16
**describe**
103:10 226:14

described
84:9 204:18
description
224:10 236:3
designated
64:9 126:1
desire
202:18
desperately
122:16
detail
78:19 84:13
determine
122:6
detriment
24:24
develop
30:22 103:24
106:19 113:13
186:14
developed
19:20 39:5 117:11
149:8
developing
46:2 198:12
development
18:14 19:23 20:11
29:2 116:22 124:8
163:2 229:20
devil's
135:18
Devon
172:3,3,15
devote
147:16,18
devoted
15:20,22
Diamond
163:20
Dick
190:18
difference
93:14 137:24
different

17:21 39:19 46:22
58:25 61:20 64:18
67:11,20,21 76:18
82:10,11 84:25
85:2 95:23 97:18
97:23 98:4 99:5
117:16 121:21
122:19 127:16
134:16 138:22
143:3,22 148:19
149:10 150:25
163:7 178:25
202:13 214:13,14
difficult
14:3 38:8 52:9 73:4
95:25 117:7
140:11,13 143:7
148:16
difficulties
76:8 198:19
difficulty
49:5 71:4 142:16
182:9
dig
215:11
digital
105:6 128:9
dilemma
81:3
dime
183:8 196:8
dimes
108:17
diminishing
82:22 89:2
ding
188:1,1,1
direct
15:13 17:15 197:11
205:12 208:2
direction
20:16 107:18 237:9
directly
10:14,20 19:21

31:15 127:1 130:3
154:20 164:9
166:11
director
21:12 24:4 32:14
33:12 62:18,22
63:15 64:2 73:6
74:13 75:18 76:10
76:12 88:14 94:5
118:6,8
director/past
21:9
DirecTV
92:13 131:16,22,23
132:4,5,16
disadvantage
56:22
disagree
215:14
disbelief
79:22 80:17 188:13
193:18
disclosed
207:21
disclosure
3:1 236:7 238:1,5,9
discount
238:16
discover
7:10
discovered
59:6
discovery
126:19 169:22
181:11 207:17
215:19
discuss
203:13 214:10
216:22
discussed
10:24 71:6 200:3
discussing
214:9 217:20
discussion

98:1 128:20 152:5
152:24 168:1
176:17 200:4
201:16 205:17
206:6 208:2 214:6
214:7 216:16,25
discussions
129:7,7 158:10
201:10,23 221:25
disenfranchised
136:18
dish
101:24 132:10,12
132:14,15
disliked
81:10
disparage
165:22
display
110:23 111:5
displays
15:13
displeasure
77:19
dispute
135:1 158:6
disqualification
187:12
disrespect
133:6
disrespectful
180:13
distribute
31:1 85:19 87:1
distributed
39:18 65:11
distribution
17:25,25 39:5,6,9
43:12 51:24 52:10
63:23 73:17 105:3
105:10 131:15
distributor
55:23
DISTRICT

1:1,1
diverse
225:1
diversity
50:3 206:24
division
1:2 23:10 123:15
127:20,24 128:21
152:18,21 186:6
211:8,9,10 212:21
212:23
divisions
74:16 210:22 211:7
divorce
25:18
divorced
23:6
Dixie
102:14,14 152:9
162:1
document
5:8 6:4,7,25 126:17
171:1,3,10 180:22
181:5,9,13 185:4
203:10 204:10
206:9,25 209:15
213:22 215:18
216:6,23 226:7
documentaries
234:6,9
documentary
234:4
documentation
20:5
documents
6:10,14 126:14,16
200:17 201:11
219:12 225:19
227:19 228:16
236:6
doing
17:3 22:25 30:12
33:24 35:3 38:3
38:11 46:3 49:19

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 251

49:25 50:3 55:3
56:17 58:24 59:22
59:23 61:25 63:6
63:19 64:3 66:16
70:12 73:5,17
75:14 78:25 79:19
83:5,10 84:11,14
85:6 87:2,9 90:16
95:1 96:7 100:20
103:15 105:9,10
107:18 116:8
119:11 138:24
141:7 147:1 149:7
157:5 160:24
162:20 163:25
164:1 165:20
183:24,25 191:6
193:1 202:15
205:21 206:14,16
212:17,22 215:4
221:23 223:6,7
234:6,8
**Doll**
194:4,7
**dollar**
108:16 145:12
179:22
**dollars**
55:2 61:15 72:19
76:21 83:7 111:22
141:2 151:3 152:2
175:1 179:7 184:2
212:5 214:22
**Dolph**
191:16
**Domenico**
172:23 173:12
**domestic**
17:24
**domestically**
18:17 175:8
**Don**
85:6,8 92:18
**Dory**

168:12 177:12,14
177:16 221:19
**dot**
12:3,3
**double-digit**
147:25
**doubt**
223:5,6
**Douglas**
49:3
**downhill**
147:24
**downside**
144:7
**downtown**
60:10 72:8 73:20
**Downy**
66:24
**down-size**
121:23
**Dr**
78:9
**draft**
138:11
**dramatically**
43:23 50:20 151:15
169:7
**drank**
178:23
**draw**
28:12 45:25 46:4
84:4 112:3 119:23
120:1,8,9 182:16
182:17
**drawing**
112:9
**drawings**
162:15
**drawn**
149:16 183:7
**Dreamer**
229:21
**drew**
94:7 112:10

**drinks**
44:16
**drive**
2:5 49:17 63:9 75:7
101:8,11 106:4
143:8
**driven**
18:9 67:20 149:6
**driving**
57:14
**drop**
193:5 199:14
**dropped**
210:8
**drummer**
179:1
**Dudley**
172:1,3
**Dudleys**
180:17
**due**
86:15 202:10
215:15
**dues**
26:20 59:17
**Duggan**
230:7
**duly**
3:6
**dumb**
115:21 195:15
**duplicate**
170:7
**duplicated**
40:16
**Dustin**
194:24,25
**Dusty**
20:4,21 84:19
152:11 168:16
176:11,23 177:11
178:2 194:11
195:6 222:1,3
230:17,19

**Dutchman**
187:11
**duties**
11:13
**Dutt**
216:4
**duty**
10:19
**DVD**
93:15 108:11
147:11 161:19
231:16 232:6
**DVDs**
109:3,16 233:1,17
233:19
**dying**
208:16

---

**E**

**E**
54:13,16 237:1,1
**earlier**
45:2 96:17 120:21
154:7 159:10
185:17 203:11
217:12 230:17
**earliest**
44:9 201:22
**early**
31:11 44:10 58:22
74:5,14 77:16
128:10 133:3
146:13 179:19
188:20 230:9
**earn**
115:15 229:24
**earned**
45:6 94:17
**earning**
114:22
**ears**
185:22
**easier**
12:20 49:14 51:8

70:10 85:19,22
86:10 128:7
147:16
**easiest**
48:15 78:20 134:8
146:23
**easily**
138:20 190:7
**eastern**
97:2
**easy**
51:21
**Eaton**
183:13,22 184:7
**economics**
109:22 110:10
111:23 121:20
127:8 150:15
179:12 197:5,6,22
**economies**
140:2
**ECW**
54:14 94:7 147:2
178:22
**Ed**
36:16
**Eddie**
4:8 79:9 187:17
**Eddy**
22:3
**edit**
32:23
**edited**
114:3
**editorials**
11:18
**educate**
182:15
**education**
75:4 119:5 129:10
132:18 144:16,22
197:1,5 204:8
**educational**
75:8

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens

July 30, 2009
Page 252

effect
66:3
effectively
74:1
efficiently
110:1
effort
53:13 75:2 81:1
  210:7
efforts
29:22
ego
35:5
egregious
196:11
eight
22:21 42:18 149:1
  226:12
either
16:20 25:16 37:22
  43:16 50:13 54:5
  65:9 81:3 115:15
  151:4 186:9
  205:16 206:22
  224:10
electronic
18:21 128:7
element
94:1
eliminate
29:17
eliminated
89:13
eliminating
74:1
elite
16:20
eloquently
190:11
else's
103:16,18 142:21
  162:11
Elton
163:8

embarrassment
209:7
embrace
186:5
embraced
211:10
Emory
197:2
emotional
24:23
employ
237:15
employed
3:18,21 16:20
  71:21,22
employee
101:15 133:9,15
employees
10:5
employer
17:4 238:7
employers
16:22
emulate
191:23
ended
5:19 25:18 38:11
  54:17 58:1 64:7
  74:2 101:7 117:6
  118:5,20 123:18
  124:14 146:7,23
  146:24 147:1
  157:4 161:18
  199:9 203:9
  207:19 234:10
endless
224:15
endorse
11:5,8
ends
14:1 192:11 233:11
  234:22
energy
23:3 44:15 119:3

152:17,18,21
engagements
27:16
engaging
190:25
engineered
25:5
engineering
59:18
enjoy
77:3 194:20 232:25
  233:1,11
enjoyable
121:6
enjoyed
59:7
enter
18:12
entered
39:8
entertain
33:8
entertaining
92:24 143:23
  233:12
entertainment
29:18 30:22 32:11
  57:19 72:1 80:3,4
  146:9 211:5 218:8
  233:11
entire
33:20 54:21 92:9
  92:12 178:24
  193:7 228:7
entirely
202:20
entities
10:3 21:18 56:6
  103:6 105:12
entity
46:18 56:20 71:3
  71:12 73:13 87:19
  94:12 98:5 121:10
  149:16 238:8

entranceway
110:4
entrenched
199:15
envision
68:8
envisioned
115:20 146:10
  161:2 162:15
  179:3
envisioning
154:5
episode
95:11
episodes
105:1 114:16
equivalent
120:11
Eric
145:24 201:20
  202:10 219:14
Erich
94:14 232:18
Erichs
232:18
Erick
39:16
erotic
185:23
Escape
189:23
especially
224:25
ESPN
73:9 79:5
Esq
2:4,10 236:17
essence
48:23 106:8 113:14
  125:17 129:15
  154:12 212:4
essential
176:25 186:17
establish

83:1 110:4 138:9
  140:13
established
20:21 57:7 107:25
  175:18 213:13
establishment
141:1
estimate
135:16 227:1
estimates
135:21 137:11
  138:2
eternal
214:15
Europe
138:22
evaluate
30:25
evaluation
142:11
Evansville
36:22 53:2 56:15
event
4:14,18,25 7:10
  13:10 21:1,2 28:1
  28:2 30:2 31:20
  31:23 32:18 34:5
  72:17 99:7,8
  107:22 135:25
  160:7 164:10
  182:1 201:15
  205:12,13 221:3,8
  231:14 232:24
events
25:15 26:12 32:4
  46:4 47:22 51:11
  52:25 56:13 73:15
  73:25 76:18
  116:10 122:10
  136:3 140:3 160:6
  164:4 177:21
  207:5
eventual
188:15

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 253

**eventually**
39:15 58:9 59:14
75:21 77:10,22
78:1,10 79:7
89:18 90:21 94:11
104:2 106:11
115:14 124:9
146:12 157:14
207:16
**everybody**
35:6 64:23 77:19
90:8 108:10,25
140:14 149:7
150:6 152:25
155:19 163:22,25
167:12 183:17
191:8 195:14,21
199:14 209:4
231:21
**evidence**
202:20,23 205:15
224:6 237:12
**evolving**
122:14
**exact**
88:18
**exactly**
61:10 101:16 102:6
170:7 190:2
191:19 194:6,8
195:1 199:22
226:4
**examined**
3:6
**example**
16:11 17:8 20:7
21:23 23:1 26:15
31:19 40:9 41:22
45:2,17,19 46:10
46:21 47:2 48:5
50:24 52:3,15
53:4,17 54:3
55:14 56:1 63:21
65:2 70:3 78:15

85:6 92:11 95:8
98:2 105:25
106:23 121:23
124:7 129:6,23
134:12 139:20
146:6 148:15
171:25 172:23
189:14 191:21
210:23 214:17
232:1,17
**examples**
40:3 166:8 180:23
233:20
**exceed**
122:12
**Excellent**
54:3
**excepting**
224:2
**exception**
112:7 129:17 145:2
**excess**
18:8 61:14
**excited**
163:25
**exclusive**
23:11,13 52:22
76:5 90:23
**exclusively**
16:7 23:4 148:22
166:21 197:18
**exclusivity**
50:4
**excuse**
102:24 109:6 216:9
**execute**
114:2
**executing**
32:4
**executive**
24:4 31:9 33:3
60:22 72:16 74:10
75:20 113:15
**executives**

26:4 60:7 95:25
123:24
**exhibit**
5:22 6:2,17,20,21
8:7,10 9:2,4,12
156:18 170:4,14
170:19 171:1
226:6,23 227:4,14
227:18,19,24
228:5 231:19
236:3,13,16
**exhibits**
9:7 224:3 226:9
236:1,15
**exist**
44:16 85:20 99:1
223:4
**existed**
87:20 135:9 205:11
206:22
**existence**
28:5 122:19
**existing**
36:10 47:18 131:14
232:10
**exists**
85:19 117:13
**expansion**
85:8 116:16
**expectation**
137:5 150:21
**expended**
223:13
**expense**
60:21 101:2 137:19
138:4 139:11
**expenses**
136:9
**expensive**
101:23
**experience**
20:2 58:8,22 119:2
119:3,5 129:10,13
129:19 132:18

133:20 134:17,20
144:16,25,25
164:10 166:12
167:13 169:9
182:21,23 197:4,9
197:11,11,12
201:6 202:10
210:21 212:21
228:17
**experienced**
17:16
**expert**
199:17 204:20,24
205:16 218:9
222:7 225:8 227:8
236:7
**experts**
201:17
**explain**
152:2 155:13
192:25
**explained**
150:1 235:9
**explaining**
178:24
**Explosion**
117:24 131:14
**explosions**
150:11
**exposed**
133:25
**exposure**
47:24 57:12 133:14
154:13
**express**
121:13,14 183:14
223:16 236:17
**expressed**
168:4 223:21
**extent**
31:12 64:17 79:18
93:19 103:13
107:15 129:22
215:12 223:24

233:5
**extra**
117:23 120:18
122:14 195:23
**extraordinary**
115:24 227:1
**extrapolated**
223:3
**extremely**
14:3 43:10
**ex-wrestlers**
106:22
**eyeballs**
141:3
**e-mail**
166:21 200:12
215:23,25 216:1,7
216:15
**e-mails**
158:11

---
**F**
---

**F**
237:1
**face**
87:9,10 155:25
156:3,8 188:21,22
188:24,25 189:9
191:12 219:25
220:19
**faced**
97:13
**faces**
81:11,19 163:20
192:15
**facets**
136:1
**facile**
18:24 40:10,13
87:2 151:3
**facilities**
56:2
**facility**
19:23

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.     8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 254

**facing**
81:3
**Facsimile**
2:7,13
**fact**
7:11 25:4 43:11
49:10 50:2 65:17
70:12 71:17 81:23
92:6 141:4 151:7
156:16 158:2,6
159:5 172:19
206:11 211:7,11
216:16
**facto**
31:8 118:6
**factor**
57:13 138:18
**factors**
122:7
**facts**
202:23 228:24
**fail**
91:22,22 217:23,24
**failed**
53:14 117:14
168:24 199:9
**fails**
93:11,12
**failure**
145:2,3,6
**fair**
38:19 169:3,23
171:7 184:17
185:2 201:7
**Fairgrounds**
151:16
**fairly**
5:4 73:8 74:23
80:18 126:5 134:8
144:11,24 145:10
156:4,10 184:1
199:14 219:24
**Falkenberg**
174:23

**fall**
187:12 190:6
**fallen**
186:10
**falls**
189:7,8
**Fame**
230:25 231:9,13,17
231:19 232:3
**familiar**
8:22 22:2 122:18
134:23 135:2
201:12 204:21
217:18 219:6
230:24
**family**
62:1,4,4,17 63:2
83:19 100:18
105:16 110:17,18
146:19 210:25
232:19,22
**famous**
54:21 68:6 79:9
92:19 174:8
**fan**
72:10 78:5 95:1
100:8 134:9 141:3
142:19 143:24
152:11 233:10
**fans**
136:18 143:8
185:21
**far**
64:11,11
**Fargo**
213:25 217:6
**farm**
116:20
**fashion**
32:16 99:4 170:1
**father**
57:25
**fatherly**
17:13

**father's**
57:22 60:23
**fault**
177:2
**favor**
20:6,24 111:14
**favorite**
100:4 192:8 234:5
**feared**
190:7
**feasible**
47:23
**February**
8:15 199:24
**federal**
5:8 8:11 9:13 10:16
21:24 204:5
205:15 236:8,10
236:17
**Federation**
174:9
**fee**
16:4 22:11 23:6
26:10,10 27:22
31:24 52:19
106:25 156:6
173:5
**feel**
13:12,18 144:14
168:24 173:23
195:15
**feeling**
110:24 171:18
188:9
**fees**
49:4 168:25 180:25
**fell**
151:22
**Fellas**
221:4
**felt**
34:1 64:11,12
169:11 191:19
222:21

**female**
68:25
**feud**
147:5
**fewer**
40:3 50:21 191:3
235:7
**fickleness**
145:18
**fiction**
94:1
**field**
132:18 197:5,6
**fight**
80:8 82:6 131:25
141:1 177:13
**fighter**
198:15
**fighting**
140:25
**figure**
39:12 53:10 57:9
93:21 109:12
139:3 199:22
202:17 226:3
**figured**
39:13 109:13 112:1
214:2 216:10
**file**
1:6 226:7,9,10,13
238:2
**filed**
210:9
**filling**
105:12 151:19
**film**
58:14 59:19 190:1
**films**
192:8
**final**
86:19 100:5 193:5
204:2
**finalize**
108:5

**finally**
69:5 101:20,20
145:13 215:15
**financed**
115:12 152:14
**financial**
17:10 117:2 238:16
**financially**
73:14
**financier**
84:22
**financiers**
150:6 151:22
**financing**
214:19
**find**
4:17 6:15 8:5 15:12
43:21 52:5 56:8
70:19 85:16
103:18 110:3,9
112:6 125:11
128:12,14 133:13
138:15 161:17
166:8 175:14
176:13,14 187:23
203:15 209:11
214:20 215:9
231:2
**finding**
54:18 55:1 139:21
**fine**
11:7,9 150:5 168:9
195:25 199:20
**Fingers**
192:9
**finish**
14:7 113:3 186:22
187:10,24 189:1,5
189:6,6 190:9
**finished**
14:6 67:15
**finishes**
187:1,11,17
**finishing**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 255

189:17
**finite**
86:11 109:20
**fired**
229:20
**fireworks**
110:5,19,23 111:3
188:3,6
**firm**
102:23 193:24
**first**
3:6 7:18 18:4 30:2
31:19 34:4,12
37:7 41:8 45:18
48:20 51:6,9
54:17 55:7 57:18
58:7,7 63:16,23
67:17 68:8 71:11
71:12,25 73:10
77:4,13 79:8 83:3
83:8,15 91:7,8
93:12 105:9
110:12 121:7
122:15 130:14,17
130:18,19,20,21
130:24 142:17,18
148:15 149:6,25
150:8,23 151:12
154:16 155:5
156:2,24 160:1
161:3 164:22
168:7,19 169:15
169:18 174:22
177:4,8 193:10
199:16 200:4,5,11
203:7,22 205:11
205:13 215:23
230:5
**firsthand**
228:13
**first-class**
124:6
**first-run**
93:10,11

**fisherman**
54:2,3 55:15 77:2
**fishing**
76:20,24 77:3
**fit**
132:3
**five**
16:17 38:5 90:3
91:25 120:19
125:13 131:2
156:2 182:12,16
187:11 192:9
225:3 227:2
**five-minute**
229:5
**fix**
94:16
**Flair**
233:8,10
**fleeting**
135:9
**flew**
101:21
**flip**
33:20
**floated**
232:20
**Floor**
1:19
**floors**
60:8
**Florida**
1:1,4 2:6,12 5:18
5:20 22:1,5 64:13
84:16,18 106:24
134:24 135:2
183:11 195:3,6
**flow**
49:17 51:8 87:5
**flows**
203:17
**fluctuate**
127:15 128:17
**fly**

183:21
**flyer**
131:16
**flying**
113:1
**fly-by-night**
148:17
**focus**
20:17 75:9 106:16
234:2,9
**focused**
76:1 168:21
**focuses**
20:14
**focusing**
182:9
**fog**
163:24
**Foley**
179:4,10 198:14
230:17
**folk**
15:14 178:4
**folks**
221:9,12
**follow**
149:9 173:9
**followed**
18:2 85:14 114:17
216:14
**following**
238:9
**follows**
3:7
**footage**
177:21
**football**
134:13 135:4
136:13,14 138:2,6
138:17 140:13,18
140:18 142:25
**foray**
77:5
**forbid**

88:1
**force**
211:13
**forced**
80:5
**forces**
211:15
**foregoing**
237:6,10
**foreheads**
79:12
**foreign**
1:8
**Forest**
59:6 197:3
**forever**
116:6 128:12
**forget**
4:1 68:25 88:21
100:14 156:25
**forgot**
105:17 159:7
198:24
**form**
20:11 29:17,18
57:19 58:17
121:21 142:4
193:23,23 204:2
224:1 231:2
233:12 238:5,8
**formal**
23:16
**format**
47:13 97:17 120:14
192:25
**former**
27:4 74:9 110:17
179:21 180:3
199:11
**forming**
58:1 223:20
**formula**
52:23 112:6 122:2
122:6 128:18

153:10
**formulas**
53:8
**forth**
168:12 227:21
**fortunate**
87:15
**fortunately**
136:22 152:15
**forward**
45:2 98:2 101:8
136:2 140:11,25
142:16 152:14
161:22
**found**
117:1 140:12
143:10 177:11,18
178:2 194:11
**founded**
198:16
**four**
10:24 37:4 75:18
82:16 90:3,9
100:16 108:20
116:8 124:14
153:6 170:20
227:2
**four-week**
149:1
**four-year**
197:23
**Fox**
73:11 153:18
**fragmentation**
109:18
**fragmentations**
89:16
**fragmenting**
73:17 147:6
**fraternity**
81:1
**freak**
220:21
**freaking**

76:21 203:25
220:3
**Fred**
72:8
**free**
13:12,18 15:16,18
54:9 78:22 85:9
167:5
**frequently**
42:16 65:13 84:12
102:12 124:1
**freshen**
232:12
**Friday**
17:23 84:24 85:1
151:18
**Fridays**
36:22
**friend**
75:24 120:23 212:2
**friendly**
77:13
**friends**
58:6 75:7
**front**
78:25 200:16
**frugality**
202:8
**full**
3:11 76:14 89:21
110:1,3 120:8,10
182:8
**Fuller**
83:19 146:6
**Fullers**
84:2,7
**full-time**
34:1
**FULTON**
237:4
**fun**
111:2 209:4
**function**
19:16 29:13 113:25

**functionally**
91:1
**functioned**
20:10 31:7 32:5
100:3
**functioning**
36:25
**functions**
117:16
**Funk**
157:12 168:12
177:8,22 178:16
**funneling**
154:8
**further**
216:25 235:6
237:12
**future**
147:10

———————
**G**
**Gagne**
21:21 232:1,4
**Gallarello**
219:18
**game**
41:12,16
**games**
44:11
**garbage**
108:10
**Gary**
191:24
**gate**
117:3 122:7 140:8
**gee**
112:2
**general**
16:11 88:14 97:25
116:22 127:6
175:11,12 208:1
224:17 228:17
**generalization**
64:10 127:23 148:3

223:1
**generalizations**
201:9
**generalize**
129:8
**generalized**
223:2
**generally**
127:11,20 173:3
225:4
**generate**
18:15 22:14 26:19
134:2 141:18
**generated**
26:12 34:1 49:15
171:3
**generation**
59:4
**genius**
54:13
**genre**
141:4
**genres**
85:2 95:6
**gentleman**
28:7 62:7,20 83:17
113:18 200:2
**gentleman's**
162:9
**Georgia**
1:19 3:4,15 4:3
17:23 18:3,14
27:25 29:14,16
106:2 237:3 238:4
238:10
**getting**
16:6 32:23 33:16
36:4 37:21 41:21
71:4 84:12 91:10
93:16 103:25
111:12 121:22
123:4 124:5 128:6
133:12 141:22
142:19 144:4

151:21 154:14
155:14 157:25
158:7 165:8
167:18 168:12,16
168:22 175:8
177:10 180:7
184:25 189:12
194:24,25 204:12
214:4,17 220:4
232:21
**get-rich-quick**
151:3
**gigantic**
37:24 60:20 111:4
193:2
**Gilligan's**
232:15
**gimmick**
55:13
**gimmicks**
106:21 179:24
**gist**
62:11
**give**
3:25 19:9 22:18
36:3 48:23 53:17
54:24 59:8 76:13
95:16 98:21
108:17,19,19,22
114:15 119:6
148:20 150:2
169:10 171:16
189:14 202:9
207:13 215:14
216:18 220:6
232:23
**given**
12:16 23:9 45:12
49:10 57:2 60:25
67:22 69:8 97:3
125:22 126:18
135:15,16 136:7
136:21 179:13
185:1 202:11

233:19 237:12
238:17
**gives**
233:3
**give-away**
131:17
**giving**
12:23 37:17 48:24
49:6 215:1
**glitzy**
233:13
**Global**
79:4
**go**
30:11,23 37:11,11
38:25 46:12 49:8
52:4 54:23 56:7
58:4,24 60:22
63:20 64:24 66:3
66:21,22 68:1
70:9 71:12 72:7
75:6 78:15 80:22
85:25 86:3 88:12
89:6 95:16,21
96:16,17 97:6,25
100:15 101:9
102:5,15,16
105:19 109:18
111:3,25 115:22
116:6 117:8,10
118:3 134:10
136:2,17 138:12
138:21,22,22
139:20 142:15
148:18 151:14
152:4 155:14
157:14 159:11
160:3 164:9 167:4
167:5,5 168:13,17
169:12 170:17
171:9,14,16 172:2
173:22 178:23
179:9,25 187:12
188:5 189:8

198:2 199:4
203:24 209:13
210:10 214:3
218:21 220:24
226:18
**God**
168:19
**goes**
16:17 21:16 22:11
34:11 37:12 42:8
51:22 52:10 67:4
68:22,23 69:11
122:13 137:8
146:5
**gofer**
164:11 165:10
167:1
**going**
5:3 6:24 13:9 20:18
26:16 30:8 31:15
31:16 32:23 36:21
37:6 38:17,18,20
38:25 39:1 41:15
42:12,14 44:8
45:2,16 50:5,6
56:25 59:11 64:4
65:4 67:2 69:5,6
69:19 71:18 72:7
72:13,14 77:7,8,9
77:15 78:2 85:19
86:12,22 87:7
90:19 93:4 96:4,9
96:14,24 98:14,16
100:17 101:19
102:6 107:10,25
108:16 111:12,14
111:25 127:18
128:22,22 136:9
136:15,16,21
137:20 138:8,9,24
139:6,10,19,20,21
139:23 140:20
142:10 143:3,7,12
146:1,16,18,19

147:24 149:8
150:2,4,5,16,17
151:1,1,2,9
158:19 161:12,25
162:2,16,16 163:5
167:13,20,24
168:6,8,13,18,20
170:18 177:3,5,19
178:20 182:16
185:16 188:3,24
188:25 189:5
190:24 191:14,15
193:3,4,13,25
197:16 199:9
201:9,20 203:10
209:2 211:9,14,20
211:21 212:22
214:1 215:2,10
217:23,24 218:5
220:2,4 224:1,4
226:5,22 227:3
229:11 234:17,18
**golf**
197:21,22
**golly**
30:5 105:17 147:25
159:25 180:8
211:15
**gongs**
150:11
**good**
3:10 5:9 17:14 37:9
55:3 58:19 61:2
61:16 71:14 72:20
73:23,24 75:7
79:19 80:21 81:14
86:7,7 87:3 88:8,9
88:10 95:16,17,18
95:22 96:11
102:15 107:8
117:9 118:19
120:23 122:24
123:13 130:9
137:25 144:24,25

145:16 147:20
150:6 154:15
155:20 159:19
162:23,25 168:22
170:3 176:3 177:9
182:14,25 188:18
189:4 197:15
205:14 207:11
**goodly**
133:9 161:5 165:16
**goodness**
152:10
**goods**
70:15,17
**goofy**
33:6
**Gordon**
22:3 190:10
**gorilla**
32:6,7,9 98:24
118:2
**gosh**
30:5 108:10 122:3
122:7 177:4
**gospel**
59:20
**Gotcha**
40:21 53:20 77:4
99:17 100:1 115:1
119:18 142:9
183:22 223:9
**gotten**
21:11 75:25 127:16
158:12 178:3
181:25 192:4
195:9,15 204:2
217:4
**government**
101:15
**grab**
146:20 190:3
**grabbed**
178:18 190:14
**graduate**

196:25 197:1
**Graham**
84:20 187:17 195:1
195:8
**Grahams**
22:3
**Grail**
80:21 175:15
**granted**
66:10
**grapevine**
55:1
**Grappler**
183:2
**grappling**
23:22
**grasp**
102:23
**graving**
20:16
**gray**
43:17 102:20
**great**
7:25 15:5 37:5
69:12 72:1 79:18
84:12 96:6 103:13
111:1 114:10
123:9 151:1,8
168:23 180:1
183:3 184:23
187:16 190:2
191:24,25 192:9
213:6
**greater**
23:1 27:7 125:10
140:4,7 149:5
234:11
**greatest**
53:25 104:18
**Greco-Roman**
23:24
**green**
54:8
**Greenberg**

2:10
**Greg**
204:3,9 205:22
210:14 212:10
220:25 226:19
228:11 232:4
**GREGORY**
2:10
**grew**
22:1,5,6
**ground**
190:6
**group**
26:12 52:14 124:13
139:6 147:2,3,4
**groups**
89:3 145:23 147:5
**grow**
122:15 232:10
**growing**
142:16
**grown**
152:11
**grows**
22:25
**growth**
73:15 91:1 118:16
142:23 153:16
**grudge**
210:4
**grumpy**
132:2 157:11 177:8
178:4
**guarantee**
33:19 42:10,12
122:21
**guaranteed**
52:19 70:22 73:25
119:18 121:15,18
**guarantees**
33:15
**guess**
17:20 30:23 58:19
76:25 126:19

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 258

134:7 207:17
212:12
**Gumby**
4:9
**guy**
5:13 20:14 35:15
51:18 55:8 63:6
69:3 75:15 76:20
78:15,16,17 79:7
79:10 88:20 92:19
100:24 103:12
108:15 112:8
118:11 141:3
143:17,25 162:12
162:20 163:7,9,23
165:14 175:6,9,15
177:4 179:20
188:18,20 189:7
190:6,12,12
191:12,22,23
192:22 193:11
198:3 204:25
216:13
**guys**
20:15,17 60:24,25
62:10 79:8,18,19
81:9 89:6 90:17
102:8 110:7
124:10 127:22
144:3 149:25
150:3 155:15
156:7 157:11
162:24 164:23
167:6 168:22
169:1 179:18
182:4,12,17
187:16,25 194:17
194:23 195:25
196:1,2 222:2,2
233:2,3
**guy's**
190:4

_____

**H**

_____

**Hacksaw**
230:7
**Hale**
163:7,8,8
**half**
48:24 57:2 227:10
227:11
**half-hour**
61:16
**hall**
149:14 220:23
230:23,24 231:9
231:13,17,19
232:3
**Hamilton**
113:19
**hand**
80:5 88:17
**handle**
60:12 64:11,12
128:17 133:14
152:6
**handled**
76:23 172:11,13,14
**handling**
99:8 133:18
**hands**
89:14 166:18
**hands-on**
167:10
**handy**
200:17
**hang**
127:22
**Hanna's**
74:21
**happen**
25:18 35:13 80:17
80:20 96:10
113:18 140:19,19
148:13 186:11
189:5 208:12
232:25
**happened**

69:22 70:2 91:4
134:22 148:13,16
161:24 166:16
186:24 188:10
190:23 201:22
207:5,5,11 217:15
**happening**
14:1 32:22 40:6
147:12 154:2
184:4 192:11
207:9 215:6
217:17
**happens**
35:12 71:20 84:10
96:11 188:3 191:4
193:9
**happy**
91:16 123:21 131:5
168:23 175:2
183:17 210:25
**hard**
61:23 69:14 76:4
209:13
**hardest**
61:12
**Hardy**
229:25 230:1
**Harris**
199:8,9
**Hart**
99:18 124:12
159:22,24 191:24
194:22
**Hart's**
148:14 160:17
163:17 174:16
**hat**
120:6,8,10
**hate**
43:16 51:19 143:18
143:25 180:13
**hated**
43:21
**head**

9:25 33:5 71:8 78:7
94:23 100:23
123:15 188:6
190:4
**headed**
145:24,24
**headquarters**
27:10
**heads**
123:21
**headset**
32:14
**hear**
12:5 69:10,10
131:20 143:20
158:14 195:21
**heard**
62:17 102:25
128:19
**hearing**
151:21 162:3,4
168:14 200:11
237:12
**heart**
85:8 100:7 172:9
176:1 179:22
180:14 189:18
190:5,6 191:7
194:7
**heat**
39:24 81:9 186:12
188:18,24 189:13
**heavyweight**
23:8 32:2 156:17
**heck**
4:10 192:6,14
**heel**
188:25
**heels**
81:9,19
**held**
25:22 60:7,8
**hell**
59:9

**Helms**
163:1
**help**
17:20 20:1 46:9
60:10 78:17 79:7
118:23 154:3,5
160:2 185:5
186:13 201:8
203:4 233:16
**helped**
21:1 33:14 79:8
91:13 93:24
221:10,13 233:9
**helping**
78:18 115:8 147:15
164:22
**Henderson**
3:14,19
**Herb**
78:8,10,14,18,19
**Herbert**
2:10 4:24,24 7:1
63:10 113:1
159:20 175:5
184:5 202:22
208:4,6 209:19
210:10 213:14
218:18 223:23
226:20 227:22
228:15 235:13
**herbertg@gtlaw....**
2:13
**Herbie**
202:12
**Herd**
123:14
**here's-the-show**
86:8,10
**Hernandez**
16:13,13
**hey**
61:1 62:16 78:15
90:24 166:11
190:18

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens

July 30, 2009
Page 259

**Heyman**
54:13
**he'll**
24:24 177:1 179:25
214:21
**hi**
213:3
**high**
93:13 109:10
137:18 156:4
163:9 171:23
172:8 174:16,20
175:11 179:4
185:11 195:18
196:24 197:1
**highest**
89:23 104:17 175:6
**high-definition**
34:23,25
**high-end**
26:17 196:1 202:10
**high-priced**
138:10
**Hilderbrand**
55:6,12
**hire**
124:4 138:5
**hired**
30:3,22,24 35:17
62:18 108:7
113:11,19,20,23
114:8 118:6,7,18
124:11 133:10
229:18
**hires**
116:23
**historical**
27:5 232:7
**historically**
21:15 57:12,15
138:16
**history**
96:12 100:5 104:12
104:13 234:3

**hit**
32:15,20 33:4
80:25
**hmm**
163:2
**hockey**
143:2
**Hogan**
182:10
**hokey**
192:5,14 193:18
**hold**
38:18 112:24 173:8
177:1 190:9,18,19
190:20
**holding**
7:11 41:22 225:2
**HOLDINGS**
1:8
**holdouts**
85:7
**holds**
190:16
**holy**
80:21 175:15
183:16
**home**
18:18 61:7 67:14
68:12,20,22,24
73:22 92:10
101:13 185:22
188:5 195:6
198:18 231:21
**honest**
159:8 195:12
**honestly**
49:3 74:8 147:13
157:24 168:24
181:2 202:9,16
206:3
**honor**
233:4
**honored**
69:11

**honoring**
233:21
**hope**
104:4 215:11
232:21
**hoped**
145:9
**hopeful**
180:19
**hopefully**
49:18 117:12
**hopes**
115:13
**hoping**
150:19 208:1
**horizontal**
145:15 235:1
**horn**
163:24
**hosted**
58:8
**hotel**
101:22 178:23
180:18 184:15
**hotels**
60:8,9
**hour**
10:25 66:13 202:5
**hours**
10:24 14:23 18:5,7
18:8 32:21 66:13
67:19 68:7 114:14
149:1,3 223:12
**hour's**
51:1
**house**
28:12 29:15 33:24
45:25 84:4 110:16
112:3 120:3
148:11,13 154:6
**households**
42:1 46:24
**houses**
42:4 112:9

**Howard**
24:12,14,17,21
160:12
**hug**
185:23
**huge**
69:23 79:14 100:8
122:17 142:18
150:11
**Hughes**
172:3
**Hulk**
182:10
**hundred**
22:17 36:1 43:4
83:7 114:16 170:8
**hundreds**
109:24 123:18
**Huntsville**
150:9
**hurdle**
97:15
**hurrah**
84:19,20
**hurt**
53:10 138:20
208:25
**Huseby**
238:10,11,11,13,15

___

**I**
**ice**
31:23 158:1
**ID**
5:8
**idea**
36:9 47:22 53:9
68:9 72:21 87:3
88:12 98:3 102:15
107:24 114:10
115:21 125:7,8
128:3 136:17
137:16 138:23
145:17,19 147:20

147:22 148:8,19
148:19 150:24
170:3 186:15
208:14 220:18
**ideally**
43:2 85:17
**identification**
5:23 6:18 8:8 9:5
170:15 226:4
227:15
**identified**
19:19 22:7 26:7
42:16 45:23
**identifies**
6:9
**identify**
13:18 141:15
171:10 187:3
**identity**
83:1 97:1
**idiot**
95:15 111:22
220:20
**II**
1:19
**imagination**
132:25
**imagine**
77:23,25 171:23
172:19 174:18
**imitating**
69:20
**immediate**
22:23 189:14
201:14
**immediately**
93:11 151:12
**impact**
73:18 82:12,18,24
138:18 140:6
153:18 154:2
157:19 220:15,16
**impactful**
173:4

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 260

**important**
32:20,21 57:13,13
57:16
**importantly**
125:11
**impossible**
63:5 78:18 113:22
114:2
**impotent**
110:24
**impress**
110:15
**impression**
123:1 150:22
**impressive**
42:19
**improved**
66:20
**inability**
116:17
**inaction**
166:4
**inadvertently**
13:25 185:24
**inaudible**
110:20,21 220:7
**inches**
227:2
**include**
23:19 138:8 224:22
228:6
**included**
15:15 131:19
224:10 225:3,11
**includes**
19:8 111:10 227:19
**including**
23:8 57:25 59:20
94:14 138:4
139:15 152:25
160:21 227:21
**income**
10:12 11:14 27:17
52:19 94:22

**incomes**
10:13
**incorporate**
71:18
**incorporated**
3:25,25 4:2
**incorrect**
7:11
**increased**
82:9
**increasingly**
128:8
**incur**
142:18
**incurred**
122:17
**independent**
20:13 31:13 76:3
96:19 100:19,20
116:24 152:16
164:12 175:12
234:7
**independently**
49:25 118:20
119:12
**independently-o...**
152:18
**independents**
89:9
**INDEX**
236:1
**India**
214:18 216:13
**indicating**
69:17 137:14
**indictment**
151:23
**indirect**
197:11
**individual**
17:4 22:18 41:2,3
41:25 76:17 88:13
105:14 162:6
**individually**

65:9
**individuals**
10:3 16:24 17:11
89:15
**inducted**
232:3,21 233:18
**inducting**
232:18
**indulge**
14:15
**industry**
5:5 15:20,23 20:19
83:9 84:10 86:4
87:13,14 91:18
103:14 117:17
198:6
**Indy**
165:13
**Indys**
176:2
**inevitably**
234:10 235:4
**infamous**
54:12 78:8 79:9
**infection**
17:5
**infinitesimal**
82:19
**infomercials**
92:7
**information**
4:24 5:15 129:22
164:14 181:1
196:23 205:24
206:8,19 207:14
207:16,22 223:2,5
223:20 225:16
228:7,17
**inherently**
96:17
**inhouse**
33:22
**initially**
35:18 39:6 52:23

53:11 59:13 73:12
131:13 152:20
**injure**
185:24
**innovative**
61:22 74:24
**input**
139:25 140:5 185:3
**inquiry**
38:12 53:15,16,17
**inside**
186:16
**instance**
138:4 226:8
**instructional**
75:1
**instructor**
197:22
**insurance**
21:2,3
**intelligently**
167:20
**intend**
226:7
**intended**
10:23
**intending**
165:22
**intention**
217:8 235:11
**interacted**
165:15,16
**interacting**
29:15 32:14
**interaction**
164:3 166:20
205:11,12
**interactions**
167:16
**interchangeably**
10:10
**interest**
19:5 42:24 153:9
233:17

**interested**
39:3 44:7 71:4 87:2
162:3,4 182:9
202:15 237:16
**interesting**
61:24 121:6 143:9
**interestingly**
93:18 123:5
**internal**
48:17 50:25
**internally**
192:18
**international**
117:25 174:17
**internationally**
18:17 33:16
**Internet**
11:19 15:9 17:25
44:15 105:1 180:1
206:23
**interpret**
180:17 181:1
204:25
**interrupt**
14:1 26:1
**interrupted**
199:3
**interview**
100:6 181:23
**interviews**
164:1
**intrinsic**
233:24
**introduced**
84:23
**inventory**
49:6 65:9
**invested**
22:11
**investor**
17:15
**investors**
152:7 214:25
**invoice**

10:15 61:14
**involved**
11:14 16:1 17:19
22:8 30:16 31:9
32:12 36:19 37:2
57:18 61:22 73:14
83:3 99:7 112:23
126:13,24 136:19
151:5 154:20
164:5 184:22
193:24 201:21
214:22 217:4
**involvement**
28:8 94:21 98:9
129:11 185:8
**involves**
115:7
**in-car**
73:1
**in-depth**
201:10
**irritates**
95:13
**Island**
232:15
**islands**
211:24
**issue**
17:6 46:20 135:3
157:25 204:22
223:7 233:25
**issued**
6:1 34:7,10 229:2
**issues**
100:18 157:9,22
**issuing**
225:16
**ITC**
75:21
**items**
227:20,21,25
**ITT**
86:14
**Ivan**

173:24,25
**IWF**
83:5

_____
**J**

**J**
174:23
**Jack**
74:21
**Jackie**
213:25 214:4 217:6
**Jackson**
63:21 65:2
**Jake**
209:5
**James**
157:1 199:6,8
**Jamie**
145:21
**janitor**
139:15
**January**
154:17 174:2
**Japan**
138:23
**Japanese**
35:2
**Jarrett**
27:2 31:21 32:1
33:5 34:17 35:19
35:20 45:8,8,20
46:10 47:8,13,15
48:10 52:15 70:4
70:8 78:23 91:7
98:2 102:13
145:25 149:13,23
151:25 156:4
157:14 166:18
194:19 195:17
198:16 213:18
215:17
**Jarrett's**
157:22 195:13
**Jason**

202:12
**JD**
59:20 112:13
**Jeff**
27:2 31:20 32:1
33:5 35:19 37:5,7
37:8 38:16 45:20
46:11 48:9 98:2
102:13 149:12,23
151:7,25 156:4
157:14,22 166:18
191:25 194:19
195:12,17,20
198:16
**Jeffrey**
193:8
**jerk**
158:14 221:23
**Jerry**
27:2,4 28:8 33:8
34:17 35:14,19
37:5,11 39:7,10
45:7,8,19 46:10
47:8,12,15 53:9
70:4,8 71:1 78:23
91:7 102:13
143:20,21 145:25
149:23 151:7,8,9
152:1 209:22
213:18 214:11,15
**Jerry's**
39:12 70:21 71:1
214:14
**jersey**
25:22 143:18
**Jim**
25:9 34:22 54:19
55:4 91:7 120:21
123:14,15 183:15
217:11 230:7
**Jimmy**
55:11 99:18 124:12
124:17 148:14
159:22,24 160:17

160:21 161:18,23
162:1,8,13 163:17
163:21,23 183:21
184:8,22 185:12
194:22 217:18,19
219:23 220:4
**job**
33:22,23 40:17
58:4 59:10,12,24
60:17 62:6 63:17
64:16,18,23 74:1
90:22 100:15
101:12 103:16
106:9 107:19
108:6 113:20,20
113:22 114:8
118:18,18,19,19
118:21 119:9,11
119:13,16 123:19
125:25 126:1
167:23 190:1
215:3 229:21
**jobs**
11:13 58:25 87:8
112:17 126:23
136:25 197:4
**Jody**
113:19
**Joe**
79:3 211:15 219:5
**Joey**
178:21
**jog**
228:24
**John**
5:14,17 29:13
199:23 200:6,10
219:18
**join**
59:16
**joined**
30:4
**joking**
167:19

**jokingly**
213:21
**Jones**
16:12 180:7,9
**Jonesboro**
36:23
**Jr**
69:13 143:21,23
**Judas**
191:22 192:23
**judgment**
129:14
**judgments**
134:3
**Judicial**
3:3 238:4
**juicy**
155:17,20
**July**
1:15 9:14 110:17
237:18
**jump**
104:4 196:10
**jumped**
195:19
**jumps**
182:12 194:9
**June**
30:3 170:21 171:2
**Jury**
10:19

_____
**K**

**Kabuki**
191:24,25
**Kate**
219:16
**kayfabe**
79:18
**keep**
37:13,14 81:1
90:19 110:14
111:9 143:11
198:5 215:10

Kellner
145:21
Ken
72:8,9 149:13
Kev
198:24 230:22
Kevin
111:13,15,15,16
112:3 198:23,24
198:25 230:17
key
89:7,11 187:2
214:20
Kick
163:5
kicking
151:20
kid
55:5 61:2,17 67:23
98:25 163:4
kids
57:22 61:11,20,22
61:23,24,24 75:3
75:14,15 111:2
145:11 192:17,21
kill
190:19 192:13
198:25
Killings
157:1
Kimo
192:1
kin
237:13
kind
75:11 155:22
158:15 159:4
162:20 166:2
167:14 194:17
203:21 211:18
224:7
kinds
102:9 137:11 168:7
King

57:25 58:1 143:21
209:22
knew
64:23 102:15 125:4
132:8 149:7
153:23,23 158:19
160:5 170:12,12
173:4 190:2
213:11 214:7,9
216:17
knife
53:24,24 92:14,23
knives
92:17 93:3
knocked
33:5
know
5:1,19,24 12:10
13:1,9 14:11,20
20:4 22:25 23:25
25:17 30:7,10,24
35:16,16 37:22
44:8,8 49:20 55:3
58:23,24,25 60:10
60:15 62:9,13
66:18,23 67:4,5,9
68:8 69:3,11,13
69:14,16 70:3
71:17 78:16 81:15
81:24 82:3,5,5,18
86:2 87:3,4,6
88:19 90:10,17,20
93:15 95:7 96:5,6
99:7 101:4 102:5
102:16 103:18
107:23 108:11,12
110:22,24 111:15
112:1,4,14 113:1
114:4 115:6,25
116:4 118:5,11
120:22 121:12
122:3,4 123:20,21
124:19 126:2
129:1,6,15,23

130:6 131:16
132:23 134:2,3
139:15 140:12,15
142:19 143:6,23
144:5 145:21
148:20,23 150:4
150:19 151:10,21
152:1,5 153:11
155:13 156:1,6,7
157:16,18 158:15
159:22 162:9,19
164:19,20 165:14
166:23 168:11,21
168:23 169:4
170:21 171:3,17
172:16 173:2,18
176:12,23 178:16
178:20 180:16,21
180:25 181:10
182:7 184:3,24
185:7,19 187:3,19
191:8 192:15,16
194:18,19 195:11
195:12 196:2
197:21,24 199:22
200:6,10,19 201:8
201:18,22 202:2
202:15 203:13
204:1,19,23
205:16 207:6,11
208:13,17,23
209:13 210:9
211:1 213:12,24
214:11,17,24
215:2 216:17,18
218:20,25 219:5,6
219:8,11 221:6,8
221:23,24,25
222:15 223:12
225:2 228:21
229:17 231:20
232:20 233:7,10
234:15,25 235:3
knowing

172:14 197:15
knowledge
8:20 91:2 119:5
127:4,6,7 144:15
144:21 162:8
165:20 167:13
181:8 197:7
207:23 208:3
228:14
known
5:4 54:15 72:10
78:16 79:7 86:18
120:24 154:25
155:3 159:24
164:17 197:15
knows
108:10 122:3,8
186:12,12
Koch
65:24
Koloff
173:24
Koloff's
174:8
Korea
192:3
Korean
191:23
Kurt
175:7 198:20
Kwik
163:5

─────── L ───────

LA
59:4,5
labor
139:12,14
lady
76:7 218:12
lady's
210:17 212:10
laid
189:4

lake
110:21 111:4
Lance
100:6
Lane
184:8,13
language
13:2 102:24 118:25
large
49:7 64:16 91:17
153:19
larger
44:12 58:2 80:20
91:21 98:17 108:1
189:23 210:22,23
223:3
largest
21:18,23 52:12
152:16
Larry
174:25 175:1
Lashley
198:14
late
25:5 32:23 48:2
57:16 83:4 191:7
launch
134:18 141:17
143:5 146:21
launched
74:23,24 140:12
143:6 144:4
146:13 191:22
law
27:13 59:4,5,7
134:24 135:2
197:3 204:24
205:20
Lawler
143:21 209:23
210:4
lawsuit
209:18,22 210:9
213:20

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.     8:07-CV-2093-T27-MSS
William B. Behrens                                                July 30, 2009
Page 263

lawsuits
151:24
lawyer
166:23 204:20,20
lawyers
128:25
lawyer's
27:11
layout
189:1
lazy
49:13 96:18
lead
47:11 78:19 100:3
212:22 214:17
leading
108:2,4 159:17
leads
50:22 103:25
234:12
league
134:13 135:4,9
138:3,8,22 140:13
140:18,19,24
142:15 143:5
leagues
140:24 183:6
lean
102:17,21
leaned
104:6
Leaning
131:2
learn
75:6 106:7 116:14
187:19 213:16
learned
35:13 83:20 109:25
110:8 161:12
learning
12:8 106:6
leave
62:3 63:1 88:17
led

25:18 71:7,18
89:18 103:24
109:3 114:6
124:13 140:17
142:7 145:3
231:23 233:20
left
33:23 50:2 61:7
63:13 75:19 84:7
legal
3:11 5:7 59:8
118:23 119:6
204:7
legally
25:6
legend
160:10 172:25
173:3 183:3 209:7
230:14 232:3
legendary
178:16
legends
57:24 160:7 207:2
207:4 208:14
legit
55:4
Len
65:24 183:2
length
116:18
Leon
123:10,12,19
lesser
165:19
letter
34:18,19 126:19
200:1
letters
7:6
let's
36:4,5 45:19 56:25
63:10 65:1 104:3
139:10,12 151:11
158:25 159:11

169:14 170:16
171:14,14 173:22
175:23 176:16
223:14
level
16:20 51:25 79:23
81:16 89:23 110:7
110:11 115:9,14
139:9 141:21
158:20 167:12
202:11 207:7
leverage
50:22 89:5 98:25
liabilities
146:5
liability
1:4 21:3 23:3 83:25
liberal
137:11
libraried
105:2
libraries
93:17 231:24
233:21 234:14
library
18:15,20 19:7,14
28:20 83:22 86:17
146:11,12,17,19
147:3,10 161:18
161:21 232:5,19
232:23 233:22,24
233:25 234:1,1,2
license
23:12 32:3 49:4
licensed
23:4 27:1
licensing
26:22
life
88:3 132:23 189:23
190:7 224:20
light
58:12 111:2
lighting

110:4
lights
188:4
liked
81:11 156:8
likes
86:4 103:15 187:11
limit
138:10
limited
1:4 23:3 43:9,10
70:13 87:17
limping
34:25
line
6:24,24 19:10
37:19 54:23,23
66:11 67:1 81:13
107:18,20 190:10
193:12
lines
19:4 28:10 46:2
54:1 81:14,18
lions
187:25
liquid
152:3
list
65:6 99:4 169:12
170:18 171:2,9
183:1 194:2 218:2
224:22 236:12
listed
180:18 181:3
literally
110:6 199:6
litigation
21:24 238:7,17
little
28:23 30:6 36:2
39:17 49:6 55:4
61:16 67:23 76:18
78:3 84:15,23
88:25 102:10

119:22 122:16
128:6 139:2 154:2
163:18 165:13
177:10 185:5
186:25 187:20
191:23 192:6,15
195:19,21 196:23
203:9 211:24
233:22 234:21
Litton
74:12
live
1:7 26:12 28:1,2
32:4,18,21 36:24
46:4 47:11,22
51:11 52:24 56:13
59:19 72:15 77:18
98:7 99:7,8 100:5
108:13 116:10
117:3 136:3 140:3
156:22 168:17
212:12 218:14,16
218:16
lived
172:5
liver
155:18,18,21
lives
172:5
LLC
1:3 23:18 24:1
load
184:9
loads
152:19,23,24
lobbying
29:22
lobster
101:23
local
29:12 36:13,17
44:18 46:16 55:25
56:14,15,18,21
57:14 59:20 84:21

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.     8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 264

85:13 89:14 92:6
117:3 141:21
182:17 195:2
199:24
**locally**
51:16 70:10
**located**
9:24
**locating**
5:1
**locker**
82:7
**lofty**
204:7
**logic**
150:3 151:4
**logical**
145:17 147:20,22
**logically**
149:11
**logistics**
74:18
**logo**
23:20
**Lomacano**
171:25
**long**
11:8,9 37:3 104:18
113:4 120:24
129:16 145:8
150:3 151:16
154:25 159:24
208:19 217:14
**longer**
30:13 176:6
**longest**
80:25
**long-form**
54:4
**long-term**
199:12 235:4
**look**
88:8,9 96:4 109:19
111:4 112:25

135:23 137:3
139:18 141:14
144:7,8 159:1
170:10 191:12
192:15 198:2
199:18 200:19
205:14 222:13
225:4
**looked**
69:16 123:12
134:20 145:21
150:12 173:6
179:2 180:8
194:23 211:12
222:21
**looking**
13:24 18:24 40:10
82:15 93:3 96:7
136:22 138:1
141:6,8,11 155:21
161:20 162:23,25
168:25 179:13,16
181:5 200:1
225:25
**looks**
6:25 8:22 199:24
203:16
**Los**
41:13 76:2
**lose**
91:16 103:19 115:6
142:22
**losers**
188:14
**losing**
112:5 152:19
**loss**
134:24 159:15
**losses**
122:17 142:18
**lost**
35:8 137:14 153:4
188:2 209:10
215:7

**lot**
20:4,13 35:5,8
36:17 74:18 76:17
78:18,22 86:5
88:25 89:13 90:1
92:6 96:14 102:18
105:5 114:9
118:24 144:6
148:17 155:19
163:11 168:11
178:4 182:4 187:2
188:10 190:23
195:22 197:15
205:14 206:7
208:3 221:24
222:10 226:11
**lots**
123:8
**loud**
219:24
**Louisiana**
61:5 82:6
**Louisville**
36:21 53:3 56:16
160:6,10 229:19
**love**
43:16 111:16
116:12,13
**loved**
43:21
**lovely**
59:14 60:11
**love/hate**
43:16 95:5,24
97:13,16
**low**
95:20 137:18 156:7
171:23
**low-end**
150:21 195:25
**Lo-Ki**
163:4
**lucky**
62:13 91:5 103:19

**lucrative**
59:24 60:17
**luggage**
165:8
**lunch**
14:25 88:20 113:2
113:7
**Lundgren**
191:17
**lures**
76:21,25 77:1

---

## M

**machine**
54:10
**mad**
101:1
**Madison**
41:9 49:8 51:25
52:13
**magazine**
62:8
**magic**
193:21
**maiden**
5:10
**mailings**
131:19
**main**
107:21
**mainstream**
43:20 153:19
**maintain**
21:3
**major**
19:17 116:16
136:24
**making**
32:15 37:18 55:2,3
64:24 89:19 94:10
96:9 129:18 134:9
153:25 175:3
178:2,23 191:6
195:22 198:3

217:22
**male**
43:25 44:5
**man**
16:11 24:23 74:8
156:1 179:22
192:13
**managed**
99:14 140:23
145:11
**management**
88:15 100:21
211:10
**manager**
59:24 60:17 72:2
76:6 99:22,23
155:4 164:12
165:13 186:10,11
191:25 193:9
211:19
**managers**
95:25 99:17 186:6
186:9,10
**managing**
17:1 103:25
**mandate**
74:25
**mandated**
35:1
**manner**
81:5
**Mansfield**
79:9 83:6
**mark**
6:2 8:10 9:1 170:3
170:17 171:25
172:9 226:22
227:3
**marked**
5:22 6:17,19 8:7
9:4 169:25 170:14
170:25 202:19
224:6 227:14,18
227:24

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 265

**market**
36:8,13 37:19,20
38:10 42:4 45:1
56:1,21,25 65:7,9
96:10 98:14,14,16
98:16,22 103:15
136:23 142:24
161:1
**marketable**
95:7
**marketed**
18:16,17 40:8 56:5
212:13
**marketing**
42:10 57:3 65:15
65:21 87:8 95:15
131:9 231:3
233:15
**marketplace**
21:25 56:21 98:7
98:20 135:23
**markets**
36:9 41:3,14 43:1,3
56:13 63:4,24
64:15,19 72:22,23
82:15,18 96:12
131:18 136:24
141:16 212:1
**marking**
6:21 9:11
**marks**
32:15
**Marshal**
192:8
**Martin**
175:23
**Masked**
113:19
**Mason**
59:2,5
**master**
42:23 43:7 52:21
85:10,13 187:19
**masters**

41:7 51:22 187:18
**match**
107:21 168:10
174:8 186:16,17
188:17,23 194:20
**matches**
18:22,23 19:3,6,8
186:21 190:15
208:15
**materials**
6:8 78:22 131:18
227:4
**math**
109:12 112:2
**Matt**
229:25 230:1
**matter**
78:3 125:22 193:18
193:19 203:21,24
215:6,7 223:13
**Max**
78:25
**maximize**
147:9,17 161:20
**maximum**
79:23 122:8
**McDonald**
219:16
**McDonald's**
101:11
**McDonough**
18:14
**McLand**
219:1
**McMahon**
18:12 21:20 28:18
36:16 77:14 80:1
81:5 93:19 140:12
231:14,24
**McMahon's**
43:11
**McManis**
149:23
**meals**

101:7
**mean**
43:13 51:10 86:2
94:25 95:21 99:6
104:15,16 111:18
119:10 124:20
132:16 133:23
141:5 151:6
155:11 166:2
167:3 173:1 178:7
179:23 188:14
202:25 211:9
222:10 224:7,17
228:15
**meaning**
58:11 119:6 228:16
**means**
28:9 53:15 94:1
98:7 118:9 180:16
187:8,22
**meant**
118:12 178:8
183:11 204:13
**measured**
134:24
**mechanism**
140:9 143:8 232:24
**media**
18:21 56:24 70:7,7
70:22
**Medical**
56:2
**mediocre**
147:5
**meet**
88:20 121:17
**meeting**
37:8 61:6 72:7
101:21 153:7
160:12,23 210:16
211:2
**meetings**
101:12 222:5
**member**

27:4
**members**
22:10 25:4
**memory**
71:16 157:19,20
161:4 184:11
188:9 199:20
208:11,18 209:9
209:10,12,14
228:24
**Memphis**
36:12,17,20 52:16
54:17 56:16 70:9
160:9,9 183:4
**mentioned**
9:21 16:24 34:3
114:12,13 117:18
118:2 119:22
120:21 158:22,24
160:17 181:15
201:13 216:14,24
**mentioning**
15:5
**menu**
155:16
**merchandise**
26:13 148:23 154:4
179:25
**merchandising**
17:2
**merging**
140:18
**merit**
85:8
**message**
75:8
**met**
62:7 78:23 127:14
151:6 160:1,6,11
166:15,16 219:20
219:21
**meter**
136:23
**Miami**

22:6
**Michael**
63:21 65:2 191:22
192:23 193:2
**Michaels**
191:5 234:18,19,20
**Mick**
179:4,4,5,6,10
198:14 230:17
**mid**
44:10
**middle**
1:1 26:2 30:2 61:6
77:17,20 182:11
189:6 199:15
**Midnight**
121:13,14 183:14
**midst**
83:10
**Midwest**
5:20
**Mike**
49:3 84:20 180:7,9
195:1,2,8
**Mill**
3:14,19
**Miller**
62:21 72:4
**million**
21:3 34:2 61:15
72:19 151:2 153:5
179:22 214:22
**Millionaire**
95:12
**millions**
152:2
**mimics**
187:4
**mind**
59:8 96:1 130:10
**minds**
96:1
**mine**
7:3 22:20 58:19

Case 8:07-cv-02093-JDW-MAP    Document 140    Filed 09/09/09    Page 266 of 292 PageID 4321

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 266

75:24 146:18
202:13 214:14
**minimal**
17:24 52:2 82:16
131:14
**minimize**
29:17 49:4,10
215:13
**minimum**
41:10 42:20 121:15
121:18,23 122:8
122:12,13 184:21
**miniscule**
106:15
**minor**
106:18 118:1 139:8
198:19
**minority**
152:7
**minuses**
93:6
**minute**
48:20,22 51:6,7,9
51:15 157:3 175:5
203:24 208:4,6
**minutes**
48:18 50:25 51:2
54:6,6 56:4
125:13
**MIP**
77:11
**MIPCOM**
77:11
**miserably**
199:10
**missing**
70:24 149:10,20
**mistake**
180:19
**mistaken**
220:12
**mistakes**
81:21 145:4 217:22
**mix-match**

156:9
**MMA**
198:15
**mobile**
76:2
**model**
111:8 115:4,7
122:19
**modern**
12:11 104:12
**modified**
121:22
**mom**
60:5,13 155:18
**moment**
14:13 25:23 67:22
79:14 100:5
139:13 193:17,20
226:18
**moments**
112:19
**mom-and-pop**
88:25 89:4
**Monday**
43:18 84:24 85:1
147:23
**Mondays**
36:21
**money**
11:18 16:5 22:18
35:4,6,7,8,23
37:18,21 38:14
41:5,6 45:9,25
49:12 52:5 53:11
55:16 60:16,21
64:25 66:4 71:7
71:13 72:5 73:25
83:8 84:7 88:4
89:19 90:1,1,2
91:13,15,17,17,19
94:11 98:19 99:1
101:2 102:4,6,24
103:12,15,16,17
103:18,20 107:4,7

108:23 109:7,8,9
109:17,21 110:12
112:4 114:9 115:6
117:4,7 120:1,6
120:10,11,18
122:1,14,22
123:13 127:25
128:21,23 129:18
136:7 137:13,14
137:20,23,23,24
137:24,25 138:23
142:20,21,21,22
146:8 150:13
151:6,7,25 152:3
152:19,23 153:7
153:13,24 154:3,8
154:11,12 162:10
162:11 167:23
168:17 169:1
172:10 173:2
175:10 177:12,14
177:19 179:25
182:6,20 184:9
194:18,24 195:4
195:21,22 196:4
198:3 199:8
209:10 215:7,8,10
216:13
**moneys**
106:15 120:3
141:17
**monopolizing**
25:8
**Monsoon**
32:9
**monster**
78:24 79:1 191:22
192:23 199:11
**Montgomery**
83:18
**month**
4:1 11:18 18:4 55:2
126:7 149:4
**monthly**

55:17
**months**
18:6 128:13
**moonwalk**
63:22
**Moore**
16:14,15 163:1
**Morgan**
74:8
**morning**
3:10 67:10,16 75:5
**mother's**
5:10
**motions**
190:24 191:15
**motive**
166:4,5
**Motown**
63:22 65:2,18,19
**mountain**
54:20 55:21 146:17
185:13 189:8
**mouth**
192:19 193:16
**move**
11:10 59:23 101:12
140:25 161:22
189:17 190:8
193:6,7
**moved**
39:16 91:1 157:3
**moves**
190:15
**movie**
68:14 80:22,22
188:16,16,18
189:4,12 192:9
**moving**
73:20 90:24 140:11
193:15 203:6
**muddying**
147:15
**Mulberry**
5:18

**multiple**
66:8 85:11 200:22
**multiplicity**
197:10
**multitask**
33:22
**multi-channel**
82:20
**multi-employed**
76:4
**multi-million**
104:1 145:12
**Municipal**
151:14
**Murdock**
190:18
**Murphy**
4:8
**music**
152:9 162:24
**musician**
162:19
**mystery**
149:16

**N**

**NAB**
87:24
**Nagra**
58:13,17
**name**
3:11 5:10 11:4
23:16,17 24:3,8
54:17 65:13,22
68:25 72:10
112:13,14 115:8
135:5 144:1 162:9
163:4,8 164:13
169:13,13 171:10
171:15,16 173:11
173:22 182:11
202:16 207:3
210:17 212:10
218:12 219:6,9

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 267

named
  5:14 16:12 28:7
  32:9 55:5 62:7,20
  74:8 79:9 114:17
  189:17 216:4
names
  163:7 169:10
  179:17 201:13
Narcisse
  1:21 237:21 238:20
narrow
  43:15 44:17,21
  97:12 144:23
narrowed
  44:6
NASCAR
  72:9,15
Nash
  198:23 220:22
  230:17
Nashes
  111:13
Nashville
  36:22 45:21 53:3,4
  114:16 124:12
  151:14,16 217:9
  230:10
Nation
  1:7 212:12 218:14
  218:16,16
national
  21:8,10,12,17
  23:20 41:6,17
  44:1 49:9 51:25
  56:14 60:6 67:9
  70:5 79:2 87:24
  140:8,18 156:13
  156:14
nationally
  53:12
NATPE
  60:5 77:9 78:11
nature
  81:2 127:17

NBC
  36:11 59:13 67:12
  72:9
nearly
  19:19 114:23
  115:23 166:21
neat
  194:19
necessarily
  98:11 115:20 144:6
  208:10 211:9
necessary
  8:4 19:9 119:1
  133:15 138:5
  204:19
necessity
  202:14 203:24
need
  4:14,18 8:5 9:3
  11:2 14:18,24
  33:25 90:12,25
  100:13 101:9
  102:23 139:25
  151:22 169:25
  170:12 208:5
  213:8 215:9,10,10
needed
  49:16 60:10,15
  136:10 166:24
  172:4 204:10
negative
  94:23 215:13
negotiate
  172:15 201:2
negotiating
  123:10
negotiation
  16:24 177:15
negotiations
  16:10 172:11
neither
  55:11 132:1
nepotistic
  62:10

net
  105:17 114:22
  134:24 153:19
network
  40:24 69:3 97:3
  105:4 132:10,12
  136:12 141:23
  146:2
networks
  73:10,12 92:10
  105:3,5,13
never
  8:16 20:14 46:20
  60:18 71:19 78:22
  95:11 101:14,18
  103:20,21 107:6,8
  107:9 113:23
  124:7,9,22 125:4
  127:3 128:17
  130:8 140:15,19
  148:10,13,15
  149:18 153:23
  158:2,16 161:9,21
  164:2,4,16 168:17
  176:1 179:19
  183:5,5 188:7
  212:16 220:10
  230:1 232:2,4
  234:14
new
  20:7 25:22 27:7
  33:6 41:13 63:4,9
  65:23 66:20 68:21
  68:22,24 72:3
  98:25 108:5
  189:24 232:10
newly
  33:12,13
news
  11:18 61:21,23,23
  61:24 68:18 69:1
  69:2,3,4,17 73:23
  73:24,24 74:1
  75:14 79:10 96:25

  155:20 197:17,18
NFL
  136:15 138:13
  144:2
Niagara
  58:16
nice
  101:9,23 195:10
  200:2 214:4 233:6
nicer
  73:20
niche
  36:2 97:12 105:13
niches
  93:17
nickel
  196:8
nickels
  108:19
nickel-and-dime
  104:9
Nickia
  194:3,5
Nielson
  125:7,15 137:1
Nielson's
  40:14
night
  43:18 68:11 92:14
  92:22 101:10
  108:12 147:23
  183:17
nightmare
  78:21
nights
  106:1 124:17
  151:18
nine
  42:18
nine-year
  34:16
Nitro
  43:19
nods

9:25
noise
  68:1
Nolty
  178:15
nonexclusive
  76:11
Nonstop
  23:2 27:8 28:24
non-family
  63:16,18 71:11
non-pay
  21:12
non-wrestling
  50:8 95:4 97:18,23
  123:25
normal
  121:17 172:7,17
  182:6 195:13,18
normally
  16:5 54:6 55:14
  121:16 139:13
  177:10 218:4
north
  2:5 64:11 172:5
  192:3 214:1
Northeast
  1:18 172:25 173:5
Northwest
  183:3
nostalgia
  67:23
note
  164:8 200:6
noted
  206:25 222:19
notes
  13:24 169:20 213:9
  213:10
notice
  7:20 185:17 236:6
notoriously
  49:13
November

146:13 179:19
**nowadays**
93:14 108:9 190:14
**number**
4:16,21 5:8 7:21
8:2 19:24 42:16
42:18,24,25 43:9
43:10 52:12 96:11
104:14,14,15
106:17 123:17
128:19 130:8
138:10 145:11
156:7 159:11
165:16 179:4
206:5
**numbered**
7:16 171:12 180:22
**numbering**
159:10
**numberings**
180:15
**numbers**
8:1 10:16 52:12
96:7,8 123:11
129:23 130:2,8
134:17,18 136:9
136:24 137:1
150:14 194:9
209:13 222:13
**numerous**
40:4 49:22 180:15
**nurture**
90:14
**nutshell**
216:20
**NuWave**
92:7
**NWA**
18:1,10 21:22 22:2
22:7,10 23:5,8,10
23:16,20,22 25:8
25:20 26:5,21
27:4,10 28:4,22
32:2 33:3 104:24

105:23 107:13
114:21 156:16,17
156:20 184:11
**NWAAnarchy.net**
105:2,19
**NWAN**
18:2
**N-a-g-r-a**
58:18

---

**O**

**oath**
12:23
**object**
224:1
**objection**
202:22 223:23
**obligations**
21:11 202:12
**observe**
135:13
**obstacles**
141:20
**obtain**
225:5
**obvious**
179:16 203:18
208:2
**obviously**
11:2 12:22 20:21
56:19 64:12 94:12
94:13 95:10
127:12 135:24,25
136:1 137:8
144:17 155:5
201:13 204:13
206:5 213:13
**occasional**
10:13
**occasionally**
18:6 36:23
**occurred**
108:25
**occurring**

167:15
**odd**
108:6 218:1
**odds**
82:6
**offer**
12:19 39:4 60:11
60:23 155:23
200:25
**offered**
60:20,21 75:19
89:21 123:11,12
125:25 136:12
175:9
**offers**
179:24
**office**
8:19 27:12 54:22
72:3 73:21,22
90:2,19 118:13
130:4 153:8,13
160:24 206:22
207:13 213:14
227:22
**officer**
49:22
**offices**
73:20 160:13
**official**
118:13
**officially**
31:8 33:11 129:24
**offshoot**
75:12
**off-CBS**
86:15
**off-season**
138:16
**oh**
22:7 30:5 69:11
78:1 98:6 112:25
123:16 147:25
156:6 159:25
162:25 167:2

178:1,1 180:8
181:10 193:11
195:24 199:19
220:15
**Ohio**
104:14
**okay**
4:7 5:24 6:3,7 7:4
7:25 9:11 10:18
11:7,11,17,20
12:7 13:15,22
14:18,21 15:2,4
16:16 19:2 22:1,7
24:10,16 26:25
27:3 31:6,18 33:1
45:14 46:6,16
48:3,8 50:1,11,15
51:5,9 53:20
57:11,21 60:3
62:17 65:25 66:5
66:21 69:5,24
70:16 71:18,23
74:6 78:2,13
79:21 80:13 83:13
87:12 91:12 92:21
94:24 97:10,22
99:13 100:1 101:3
103:5 105:19
107:11 113:10
114:24 117:15
119:9,14 129:2
132:9,12 133:22
138:1,24 144:9
151:11,13 155:2,5
156:19,23 157:9
159:19 160:14
161:8,15 164:18
165:22 166:2,10
167:22 168:9
169:2,15,17,18,23
171:5,20,22,24
173:18 176:10,22
178:9,12 180:12
182:19 183:12

185:6 186:7,20
195:22 196:12,18
199:25 201:1
204:5,12 205:2
207:24 209:3
212:18 213:2
217:7 220:5,18
221:9,20 223:9
226:16 228:10,22
229:9 230:16,21
231:6,12 233:23
234:16
**old**
20:14 21:16 33:10
54:21 60:24,25
68:14 83:10 88:8
88:9,10 92:2
108:11 195:6
**older**
20:7,12,17 231:22
233:3
**oldest**
52:23
**old-time**
190:17 207:6
**old-timey**
189:15
**Olejar**
212:24,25
**Ollie**
123:9
**omitted**
207:25
**onboard**
72:2 75:20 76:10
**once**
8:18 10:21 45:1
66:12 68:20 76:19
101:10 116:5
120:10 134:19
149:3 155:20
157:20 180:19
**ones**
16:25 117:18

16:25 117:18
152:12 191:1,2
196:10
**one-hour**
18:9 48:5
**one-inch**
37:23
**one-man**
133:6
**one-minute**
54:7
**one-stop**
85:10
**one-time**
66:8
**ongoing**
18:18
**on-air**
230:15
**on-the-job**
197:9
**open**
67:10,16 188:23
**opening**
107:21
**opera**
19:1,12
**operate**
81:4 106:12
**operated**
18:10 89:3
**operating**
9:22 111:20
**operation**
133:7
**operator**
59:15
**opinion**
26:23 81:23 122:23
144:14 160:15
162:3 173:14
182:22,24 185:7
204:24 205:8
214:11,11,12,14

216:19 227:8
231:9
**opinions**
9:18 119:6 129:12
205:4,5,9,11
206:17 223:16,20
228:3,8 229:1
**opportunities**
11:13 212:7
**opportunity**
28:17 65:8 75:20
98:10 234:22
**opposed**
75:10
**Oprah**
58:2 89:11
**optimist**
214:15
**option**
136:17 137:21
**options**
142:24
**Orange**
2:11
**oranges**
223:8
**order**
38:13 54:24 99:10
99:11 101:25
155:18 201:21
**ordered**
54:9 101:23
**orders**
26:18
**Oreal**
173:24
**organization**
23:18 24:1,5,7 25:3
51:10
**organizations**
10:3 23:7
**original**
98:3 115:21 120:17
236:15,16,16

238:2
**originals**
199:10
**Orlando**
2:12 172:5 210:15
230:11
**ought**
113:5
**outdoors**
76:18
**outlandish**
55:14
**outside**
73:21 131:10
167:20 179:16
185:23 210:25
**out/money**
153:13
**overage**
120:12
**overall**
40:1 211:19 234:12
**overcome**
191:1
**overhead**
95:20 123:2
**overnight**
68:16 92:12 136:24
**overpaid**
171:8 173:23
175:22 181:19
184:20 185:9
**overpaying**
109:4
**overpayment**
171:18
**overseas**
77:10
**oversight**
159:7,14
**overused**
107:16
**overwhelming**
179:17 196:4

**owe**
72:5
**owed**
71:13 76:20
**Owens**
85:6
**owing**
66:4
**owned**
23:3 62:20 70:4
72:4 83:17 87:18
89:2 135:10
146:22
**owner**
25:9,11 28:6 32:11
35:19 66:10 94:6
113:15
**owners**
22:12 24:1 152:25
**ownership**
22:18,19 73:23
123:6
**Ox**
189:17,17,18,19
**O.C.G.A**
238:13

---

**P**

**PA**
2:4,10
**Pacific**
183:3
**package**
65:16,20 66:7 73:2
197:13
**packager**
70:19
**packed**
150:12
**packet**
181:11
**page**
7:19,19,21,23 8:1
159:15,17,20

174:23 236:3
**pages**
7:9,15 8:3 159:9,11
170:20 237:10
**pah**
192:12,12,12,12,12
**paid**
10:14,20 22:22
23:6 26:10,10
29:8,20 30:14
35:5 36:4,11
38:13 39:11,13,14
39:19 42:3 47:4
50:16 52:17,18,19
54:9 55:24 83:7
83:25 88:1 94:8
119:15 121:16
123:19 126:1
129:20 133:9
142:6 145:10
158:19 167:18
168:16,20 169:1,5
169:11 171:11,19
172:3,12,16
173:15 174:24
175:18 176:8
178:3 179:8,8,11
180:11,20 181:6
181:21 183:6,9
185:5 194:14
196:5,9 197:17
214:17 225:12
**Paige**
163:20
**Palmer**
28:8
**Panda**
23:3 119:3 153:13
153:14 215:15
**panic**
151:25 152:6
**paper**
227:1
**paperwork**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 270

126:18
parachute
104:4
paragraphs
203:7
parallel
81:15
parity
139:1
park
51:21 199:12
part
18:13 33:17 35:19
39:23 40:17 42:9
44:16 46:9 74:14
74:15 90:10 97:14
98:17,22 100:17
102:10 103:22
106:5 114:25
133:7,24 135:9
136:25 142:11
159:7 167:10
169:21 177:7,15
181:11,11 187:9
188:7 190:10
200:17,19 234:5
234:23
participated
196:20 229:12
particular
5:21 49:17 99:10
99:11 100:23
102:13 107:19
115:3 117:22
120:7 138:21,21
151:8 167:14
192:17
particularly
32:18 43:10 46:19
50:20 55:12 73:9
93:9,14,15 106:22
130:8 149:11
182:5 186:13
208:11 211:5

214:16 231:22
parties
3:22 76:17 237:14
237:15 238:8,16
partner
166:24 172:2
partners
21:20,21 162:2
partnership
57:5 70:9
party
81:8 188:12 238:7
238:14,17
part-time
59:10,12
passed
78:10 163:10
175:25
Pat
187:18
path
71:5
patience
56:9 102:10 152:15
229:11
patient
143:11 150:7
Patterson
187:18
Paul
54:13,13,15,16,16
Paulen
219:14
PAX
92:11
pay
15:17 35:22 39:10
39:11 41:9 42:13
45:3,4 48:12
59:17 66:2 72:6
73:24 93:4 105:20
106:7 107:1 109:5
109:7,10,11 117:5
117:6,6 120:1

121:24 122:2,16
123:16 139:22,23
150:10 151:13
154:10 175:14
176:4 177:5 202:6
202:9
paying
45:8 53:5 94:4
95:19 96:21 117:4
120:11 122:20
133:15 153:5,8,9
154:9 164:15
169:12 182:5
201:25 202:2,4
payment
10:15 125:21
171:15,17
payoff
107:25 188:10
payout
33:18 36:8
payouts
121:17
payroll
133:15
pays
28:13 106:11 122:8
171:22
Pay-Per-View
27:8 98:20 108:2
120:2 122:9
126:25 127:1,2,11
127:12,21 128:13
128:14 129:11,12
130:11 131:6,20
131:21 132:6
149:3 150:14,23
207:3,4,12 209:4
220:1,11,14
Pay-Per-Views
32:19 83:11 130:13
130:16 131:11
153:21
Peachtree

1:18
peak
43:18
Pedicino
79:3
pen
7:16
pennies
108:22
Penzer
5:15
people
7:5 14:1 16:18,19
17:16 20:3,18
32:24 34:2 35:9
36:15 43:21 44:6
44:17 46:3 47:10
47:23 50:21 52:4
54:9 56:23 66:16
75:11 77:12 78:1
81:9,22 84:6,8
89:2 91:4,7,13,16
91:19,22 94:3
96:14 104:19
107:1,9,22,24
110:15 111:25
112:1,10 116:17
116:21,23 117:7
122:4 123:20,25
125:8 138:10,12
138:14,20 139:7
141:5 143:14
148:12 149:14,15
149:25 151:2,5,6
155:9,19,23,23
156:8,10 160:20
161:13 167:16,18
168:7,15 173:4
180:16 181:6
182:6,8 183:18
189:13 193:1,8,20
196:10 198:13
204:3 205:23
206:5,7 208:20

210:24 213:14
215:16 218:2
222:1 227:22
230:3 233:9,17
people's
179:24
perceived
27:6 187:6
perceives
176:25
percent
16:4 22:21,23
27:22 36:1,4
41:11,23,23 42:20
42:21 43:4 45:17
55:18 64:22 88:18
93:10 98:21
111:17 120:17,18
120:19,20,20
127:22,23 149:17
170:8
percentage
16:6 22:19 35:22
35:23 36:3 41:8
42:4,25 49:8
87:19 91:17,22
104:1 119:21
percentages
82:17
perceptive
140:3
Peres
173:24
perfect
142:6 193:23
perfectly
204:18
perform
16:23 18:4
performance
98:7 99:16 100:9
103:2 117:18
119:17 129:21
performed

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 271

33:3 34:6,9 99:5
117:17 168:17
207:19 209:6
**performers**
152:9
**performing**
153:21
**period**
29:1 31:5 34:16
44:11 47:6 49:16
67:5 80:25 85:1
94:4 106:14
107:23 130:10
137:4 149:1 165:8
172:8 182:3
230:20
**periodically**
77:12
**periods**
50:19 66:15 137:3
141:19
**permission**
119:12
**Perry**
59:2,5 138:9
**person**
34:1 88:17 114:5
117:23 133:10
166:2,15 171:12
174:22 175:21
213:15
**personal**
11:10 133:13
**personality**
92:18 186:4 189:21
**personally**
17:14 232:25
**personnel**
130:4
**phased**
94:15
**Philadelphia**
41:13 93:24
**philosophy**

144:19
**phone**
4:16 55:6 153:4
158:15
**phonebook**
54:22
**phonetic**
40:6 52:11 192:12
208:25
**photocopy**
7:9
**photocopying**
7:12
**phrase**
101:8 135:18
**phrased**
141:12
**physical**
231:17
**PI**
53:15 55:14
**pick**
102:5 105:15
166:24 167:4,5
182:11
**picked**
62:2 152:13 166:25
**picking**
80:10 165:7
**picture**
103:23 106:5 108:1
114:25 115:2
180:1 234:11
**pie**
82:22,23
**piece**
11:22 49:19 71:2
82:22 104:3,3
180:2 211:14
**pieces**
15:14 100:9 211:20
234:13
**piggy-backing**
140:7

**pilot**
214:20
**pin**
187:12
**pinned**
190:7
**Piper**
179:8,10 181:15,18
**PIs**
38:12 53:12 71:6
**piss**
77:19
**pissed**
177:12,16
**pissing**
102:24
**pitch**
63:6 215:1
**pitfalls**
134:15
**pits**
148:8
**placate**
231:22
**place**
76:9 116:19,20
136:6 161:2 179:5
203:7 220:8
**placed**
73:13
**places**
39:1 40:10 80:2
117:10 135:11
138:16 197:25
**Plaintiff**
1:5 2:3
**Plaintiff's**
5:22 6:17 8:7 9:4
170:14,18 171:1
227:14 236:2,12
**plan**
22:23 27:9 98:6
134:6 135:12,13
141:17,17

**planned**
168:2
**planning**
16:10 17:10 146:10
**platform**
233:15
**play**
19:3,12 53:9 73:8
136:14 140:23
154:4
**player**
139:21
**players**
138:6 139:11
**player's**
139:17
**playing**
91:9,10,14 100:10
**please**
3:11 33:8 49:20
101:8 112:24
196:17
**pleased**
201:7
**plenty**
56:17
**plus**
172:24,24 180:18
181:22,23,23
**pluses**
93:6
**pocket**
54:2,3 55:15 93:3
151:23
**pockets**
143:11
**pod**
12:5 51:6
**podomatic**
12:3
**pods**
48:17 51:1
**point**
8:5,23 11:3 14:24

22:22 36:6 37:13
44:25 60:4 71:10
71:17,24 73:15
74:2 80:10,24
81:3 82:23 87:16
90:17 95:2 100:13
107:25 110:22
112:2 116:8,25
120:16 121:11
122:12 123:22
124:2 126:2 128:4
134:13 143:7
145:13 146:3
153:14,17 159:4
162:1 167:21
178:19 183:25
185:3 201:12
204:7 207:1
213:16 214:5
217:16 222:22
**points**
12:24 70:24,25
167:17
**policy**
21:3,7
**Polygram**
75:22 86:14
**poorly**
141:12 207:20
**popped**
69:23
**popular**
50:17 105:16
155:24,25
**popularized**
163:5
**Portland**
85:7
**pose**
105:1
**position**
32:6,7,8 33:13
76:12 115:10,11
115:15 118:2,7,15

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 272

122:7 130:6
141:14,15 184:24
214:8
**positions**
141:9,10
**positive**
75:11 215:13
**possibility**
199:17
**possible**
52:12 56:7,11
102:22 167:24
216:19
**possibly**
122:16 139:2
172:10 176:24
183:15 210:3
212:24
**posters**
131:17
**potential**
20:18 85:23 117:3
134:15 137:6
140:6 141:21
142:23 144:3,10
214:16
**potentially**
106:17 142:22
**practically**
226:25
**practice**
27:13
**practices**
87:24
**precipitated**
216:6
**predisposed**
72:23,24
**preemption**
141:22
**prefer**
114:11 205:3
**premiere**
192:2

**premium**
21:5
**Prentice**
114:17 151:18
**preparation**
205:24
**prepared**
136:2,3 204:14
224:5
**preparing**
206:9,17,18 223:10
**presence**
131:24
**present**
2:15 10:1 88:15
98:11 134:15
215:12
**presentation**
61:1 77:21 86:7
95:17 98:3
**presentations**
60:13
**presented**
149:21 233:12
**presenting**
134:14
**president**
3:24 9:22 21:10
25:2 61:9
**president/past**
21:9
**pretend**
71:21
**pretending**
178:11
**pretty**
25:12 55:3 61:16
63:25 93:12
160:11 175:2
188:4 191:18
196:16 199:15
**previous**
202:8 224:11,23
**previously**

198:16
**price**
123:22 146:4
167:17 174:20
175:6,12 176:15
177:9 185:2,11
194:15 195:13,18
**primarily**
43:25 106:15,19
117:25 172:24
206:21
**primary**
16:22 20:8 24:6
43:12 64:16
104:24 147:6
148:1 204:3
221:25
**prime**
73:10,12 76:23
89:8,8,10 97:2,4
106:2
**principal**
133:8 153:10 164:6
**principals**
135:8
**printed**
8:16
**printing**
49:12
**prior**
25:9 30:7 38:23
84:17 94:20
113:17 128:21
146:21 164:10
174:4 176:6
**priorities**
96:18,19
**priority**
96:25 101:9
**privy**
91:20,21 118:25
153:25
**pro**
17:22 23:18 24:1

27:24 34:20 80:4
**probably**
19:17,20 21:22
24:3 34:24 78:4
79:13 142:7,15,18
157:24 162:2
170:3 185:2
194:11,11 195:4
198:21 218:2
222:23 226:12
227:2 232:16
**problem**
5:4,7 15:1 30:10
52:8,15 76:9 93:7
97:11 102:11,11
152:4 158:16
187:15 222:25
**problems**
123:4
**Procedure**
8:12 9:13 204:6
236:8,11
**process**
12:20 18:19 50:8
67:3 89:13 97:14
115:13 126:24
127:5,8 153:12
177:6 207:17
223:9 226:13
**produce**
17:23 30:25 35:9
35:11 47:13,15
85:17 104:25
211:21 214:19
236:5
**produced**
18:8 83:5 86:16
93:11 104:7
109:11 117:25
224:12 225:22
**producer**
103:9,12 104:9,20
107:11,13 108:7
112:23 113:14,15

113:24 117:20
127:23
**producer's**
127:25
**producing**
85:18 114:20
124:17 144:19
**product**
18:15,20 19:5,7,14
27:7 28:9,9,20
44:1 49:24 51:16
64:4 70:5 85:25
86:19 109:8,11
116:13 127:14
142:7 146:16
148:24 151:20
212:12
**production**
47:19 52:19 58:5
117:5 200:20
211:8,13 219:13
**products**
66:19 89:10 98:12
109:19 127:16
**profession**
57:19 166:12
**professional**
15:20,23 16:3,9,21
21:16,19 26:22
27:23 32:7 52:24
70:6 73:13 77:5
83:3 94:18,21
99:6 102:12
108:25 117:16
132:24 138:15
145:1,19 189:11
193:21 197:8,24
198:5
**profiled**
62:8 199:13
**Profit**
159:15
**profitable**
152:21

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens

July 30, 2009
Page 273

**profits**
128:24 134:24
**program**
39:19 42:17 47:18
48:5,22,25 50:24
51:24 52:21 55:23
57:1 61:21 65:10
69:15 79:11 83:17
88:13 94:5,6 97:1
98:6 104:24
105:20 114:3
136:6
**programming**
38:24 39:20,23
47:3 57:23 58:5
59:19 60:6 63:7
70:19 75:1 83:11
88:2 89:7,9 92:3
93:10,11 95:8,9,9
95:17,22 125:9
141:22 148:6
149:2 231:15
**programs**
39:2 40:4 65:10
70:13 86:14 103:7
**progression**
200:13
**progressive**
19:5 147:14
**progressively**
180:21
**prohibited**
238:13
**prohibitive**
38:3
**project**
64:24 144:4
**projected**
138:3,4
**projections**
133:23 135:15,21
138:2 139:18
**Promenade**
1:19

**promise**
39:12 103:21
**promised**
62:14 109:11
**promising**
70:18
**promo**
78:22 183:4
**promos**
36:13
**promote**
45:9,21 46:11
51:11 52:24 70:9
116:6 131:11
146:25
**promoted**
26:12 151:17
**promoter**
28:7 37:9,10,12
78:8 79:9 114:17
164:17 195:2
**promoters**
85:5 112:8 154:12
173:19 231:13
**promoter/creative**
54:12
**promotes**
17:22 116:5
**promoting**
20:13 37:19,20
56:10 98:20 99:8
116:4 167:14
182:18
**promotion**
11:24 19:23 28:19
30:17,19 35:18
45:10 51:4,5
52:15 94:14 98:9
98:15,18,22 109:4
115:25 116:5
191:21 234:3
**promotional**
15:18 45:11 46:1
47:9 48:21 143:8

**promotions**
17:21 57:14 80:19
80:20 84:3,24
115:22 116:1
**promotor**
155:6
**promotors**
21:4 33:16 158:17
182:15
**prone**
13:12
**proper**
185:19 221:10
**properly**
186:12
**properties**
129:21
**property**
66:10 152:3
**prospects**
129:12 160:16
**protect**
187:22
**protected**
187:1
**proud**
55:7 74:23
**proved**
143:6
**proven**
106:10
**proverbial**
175:15 184:9
**proverbially**
199:15
**provide**
4:23,25 10:16
48:22 73:2 129:14
197:18 204:24
238:11,14
**provided**
10:22 105:13
131:17
**provider**

126:25 127:2,21
132:11
**providers**
127:2 128:16
207:12
**providing**
185:3
**proving**
81:24 82:1
**proximity**
174:7
**psychology**
197:2
**publication**
34:20 224:25
**publications**
224:11,22
**puddle**
203:19
**pull**
54:22 169:12
**pulled**
146:1
**punch**
189:18 190:3,4
192:10
**Punk**
229:14
**Punky**
229:23
**punt**
38:11
**purchased**
48:25
**purposes**
47:2 85:24 176:16
226:25
**pursuant**
3:1 8:11 9:13 236:8
236:10 238:3
**push**
137:20
**pushing**
234:19

**put**
4:21 30:7,21 36:12
36:13 40:16 47:17
50:13 53:6 63:9
64:5 65:3 66:21
69:7 82:25 83:2,6
85:9,13 86:22
89:14 93:24 108:9
109:2 113:12
148:22 151:1,7
153:12 154:4
164:21 165:2,9
178:17 190:4
192:22 196:14
203:15,22 215:8
232:5
**puts**
103:12 108:10
123:2
**putting**
38:11 64:8 68:9
91:9 160:18 166:5
**p-o-d-o-m-a-t-i-c**
15:7
**p.m**
113:7,7 159:2,2
208:7,7 210:13,13
229:8,8 235:14

**Q**

**qualified**
119:4 144:14
**quality**
75:2 127:16
**quantify**
152:22
**quantity**
87:18 89:2 145:1
167:16
**quarters**
108:20
**question**
6:12 12:25 13:10
13:11,20,21 14:12

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 274

50:5 85:25 145:9
171:16 206:15
209:25 213:5,6
222:20 224:2
231:4,7,10
**questions**
14:8,14 46:7 64:2
66:5 127:3 217:2
218:19 229:10
235:6,13 237:8
**quick**
116:14
**quickly**
83:14 115:22 158:9
**quit**
58:4
**quite**
19:24 49:3 62:11
65:11 77:25 92:12
131:20 146:16
168:8,23 181:2
**quote**
164:11,22,24 165:6
165:8
**quoted**
195:14
**quoting**
166:1
**Q&A**
184:22

_____
**R**
**R**
1:21 237:1,21
238:20
**race**
72:18,22,22
**racing**
72:15 73:14
**radio**
62:9 63:25 212:2
**Rage**
62:9
**ran**

5:20 35:6 39:9 54:5
68:7 73:7 118:2
125:22 128:14
185:13
**range**
109:3
**rarely**
134:22
**rate**
10:25 93:13 156:4
168:21 172:7,17
174:16,17 176:2,3
179:6 201:7
**rates**
200:23 222:2
238:16
**rating**
40:20 42:6,9,11,12
42:15 43:6 70:18
70:24,25 104:17
125:17
**ratings**
40:11 41:3 45:3
89:12 125:7
136:21 140:8
147:24 148:1
**ratings-related**
125:19
**rationalize**
63:8
**Raven**
118:10,10
**Raw**
40:8 43:19
**Ray**
172:1,1
**reach**
4:15,19 65:7 87:20
115:14 135:24
**reached**
153:19
**reaches**
14:24
**reaching**

205:25
**read**
9:16 35:16 113:8
121:1 123:8 165:3
166:14 197:12
203:6,18,23 204:5
204:8 205:16,19
208:8 214:12
235:9
**reading**
34:18 169:4 185:17
235:10,12
**readings**
58:13
**ready**
116:21
**real**
16:8 22:14,15
79:19,20 91:2
102:15 112:14
118:14,15 134:9
144:3 190:20
191:7 193:12,20
198:22
**realistic**
53:13 137:4,21
141:21 142:10,13
224:23
**realistically**
42:21
**realities**
109:22 117:2
136:20 179:14
**reality**
67:21 82:19 95:8,9
95:9 102:17,23
104:6 108:8 111:1
111:7 114:1
135:19,20 140:5
141:7 154:1 173:6
211:24 224:19
**realize**
47:1 78:2 80:18
109:21 139:13

146:8
**realized**
71:10 147:6
**really**
14:12 15:3 20:17
20:18 35:2 44:13
52:10 62:5 68:15
69:14 76:24 77:13
78:23 82:3 83:20
91:10 97:21
101:23,24 102:22
107:1 109:12
113:21,23 116:2
122:4 123:13
133:21 140:19
141:25 148:15
150:24 153:14,21
153:23 155:13
161:9 163:9
165:14 166:13
168:10,21 176:2
182:10 185:20
186:5,9 187:10
191:16 201:8
204:9 207:10
209:3 234:14
**realtime**
32:22
**realty**
35:1 211:4
**reason**
5:1 14:19 27:1
28:18 30:10 81:10
81:11 109:23
121:8 123:24
124:5 125:18
130:7 139:8 177:7
180:14 183:10,20
201:5 212:19
214:10 232:22
**reasonable**
26:19 35:6 45:24
77:23 81:5 156:6
**reasoning**

209:24
**reasons**
24:15,19 68:2,5
82:8 95:21 98:15
106:18 197:17
223:17
**recall**
121:9 205:19 218:5
**receive**
8:23 16:3 120:18
**received**
119:25 200:8 227:5
**receiving**
11:21 136:23
201:11
**receptionist**
59:14
**recess**
63:12 113:7 159:2
208:7 210:13
229:8
**recesses**
122:5
**recognition**
27:6,7 115:8 141:3
142:19 201:14
**recognized**
26:23 27:5 149:12
**recollection**
79:24
**recommended**
199:23
**record**
7:15 11:22 13:4
14:4 46:5 69:19
113:8 159:17
170:23,25 175:5
178:6 208:8
218:19,21,23
226:18,20,21
227:16 228:11
235:8
**recorded**
15:14

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 275

**recording**
58:13,17
**recovering**
100:7
**Red**
192:19
**redeeming**
233:5
**redemption**
75:11
**reduce**
151:15
**reduced**
237:9
**redundancy**
145:5 180:24
**redundant**
232:14
**redundantly**
232:14
**reel**
86:5
**refer**
8:1 10:10 103:15
132:1 139:10,12
187:24 189:19
190:16
**referee**
164:11 188:2
**refereed**
99:14
**referees**
187:8,9
**reference**
165:11,13 170:20
171:13 191:24
**referenced**
222:24
**references**
228:1
**referencing**
203:16
**referral**
238:7,15

**referred**
20:5 79:2 93:25
172:1
**referring**
18:20 19:8 25:24
41:23 99:24
169:19 177:20
**reflected**
209:14
**refresh**
199:20
**refunded**
31:24
**regard**
80:5
**regional**
52:4,6 72:15 73:3
**regionally**
52:1
**regretting**
33:10
**regular**
27:13 36:19,20
71:8 80:19 116:7
121:22 137:1,1
175:7 222:5
237:14
**regularities**
141:20
**regularly**
116:4 126:5 181:2
184:1,1 224:15
**regulate**
80:7
**regulation**
80:8 81:4
**regulations**
3:2 29:14,18 238:3
**reinforce**
166:6 212:20
**reinforced**
213:10
**reinforcement**
209:12

**Reinstein**
72:9
**reissue**
11:3
**reject**
100:21 185:12
**rejection**
97:14
**relate**
192:17
**related**
127:16
**related-issues**
163:10
**relates**
144:15 219:13
**relating**
164:3
**relations**
17:6 31:8
**relationship**
34:11 57:7 97:16
**relationships**
10:2 90:15
**relative**
22:16
**relatively**
117:9 131:1 145:20
148:21 172:8
195:25
**released**
26:16 129:24
**relevant**
21:15 222:22
**reliable**
222:18
**relied**
222:8 227:5,25
228:2,8,20
**religion**
67:10
**religious**
94:12
**reluctant**

174:18
**remains**
17:24
**remember**
23:21,23 24:20
36:5 44:7 49:20
53:22 65:22 67:23
68:17 79:5 82:14
86:23 90:10 94:9
119:22 124:20
132:15 143:14,18
143:25 146:14
149:15 157:24
159:10 160:1
161:23 163:18
166:15 188:5
190:11 199:21
200:8 201:18
204:8 206:10
207:9,10,11
208:12,13 210:17
212:9,11 213:1,3
213:3 217:14,19
217:25 219:24
220:20 222:25
228:23
**renamed**
147:11
**render**
129:11
**rendering**
144:14 227:8
**renew**
89:25
**renown**
84:2
**rent**
28:13 45:24 110:2
**rep**
65:8 152:8
**repay**
20:6
**repaying**
20:25

**repeated**
145:5
**repeatedly**
145:5
**repeats**
180:15 232:13,14
**rephrase**
13:14 141:13
202:24 231:8
**replaced**
148:7
**replay**
188:6,7
**replicas**
26:15,17
**replicate**
140:16
**replicated**
145:5
**report**
6:22 8:10,14,21,24
9:12,19 114:12
141:6 158:22
159:5 164:7,9
166:5 169:5
202:19,25 203:1,5
204:14 205:4,24
206:18,20 207:21
222:16,19 223:10
223:15,19,21,25
224:1,4,6,21
225:11,16,18
228:1,1,6 229:2,2
236:8,10
**reporter**
3:1 9:6 13:3 14:3
112:24 113:8
208:8 236:16
238:1,4,6,6,10,14
**reporter's**
238:7
**reporting**
3:3 61:23 238:4,6
238:11,14,15

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 276

reports
8:13 129:20
represent
7:7 8:18 16:2 216:3
    237:10
representative
238:10
represented
230:4
representing
27:21 39:1 49:24
    153:1
represents
35:25 36:2 46:23
    227:25
reputation
20:10 75:15 156:9
request
10:15 18:12 39:15
requested
6:14 203:6
required
123:6,7
Requirements
236:7
requires
6:8 134:25 204:21
research
87:7
researched
197:13
researching
209:11
resemblance
4:12
reserved
51:2 56:4
resign
63:2
resignation
63:1
resigned
24:14,18 25:1 62:1
resigning

62:16
resistance
71:5
resources
206:21
respect
151:9 167:1
respectful
21:4
response
38:12 53:16 86:12
    189:11 193:10,10
    203:8 222:24
    223:25
responsibility
28:12
responsible
64:15 114:4
responsive
13:21
rest
122:13 190:16,18
    190:19,20 214:6
restricting
88:4
result
22:12 66:1 118:22
    146:24 237:16
results
164:15
resurrecting
207:7
retailer
109:7
retain
48:20 200:3
retained
23:13 51:11 76:11
    209:17 236:16
retains
28:13 93:9
retention
218:9
return

103:22 137:21
returned
33:6
Returns
65:18
reveal
135:5
revenue
11:14 26:8,11,13
    26:14,19 27:16
    28:13,21 38:6,8
    38:10 41:7 45:6
    45:15 49:15 65:4
    94:18 106:4
    115:15 119:20
    138:3 142:2
revenues
11:22 18:16 22:15
    22:15 31:15 33:17
    66:2 70:10 73:3
    127:20
reverted
23:14 147:7
review
159:9 227:20
reviewed
90:5 225:15 227:5
    227:25
Re-enforcing
11:21
rhetoric
221:24
Rhodes
20:5,21 152:11
    194:24 230:17
Ric
233:8,10
rich
62:7 68:6 139:7
Richard
53:21 62:16
Richter
173:7,7
Rick

25:14,14
ride
68:3 79:18
right
5:9 7:13 9:1 11:15
    12:4,16 17:18
    22:15 23:9,11,25
    26:1,5 27:18 29:6
    36:5 44:13 47:17
    53:1 57:17 58:21
    65:22 67:8 69:17
    73:19 75:7,16
    80:9,24,24 81:12
    83:16 85:21 87:22
    103:8 106:9
    108:21 109:13
    112:15 115:3
    118:4 119:24
    124:25 125:3,20
    129:9 132:7 134:1
    134:23 138:19
    143:16 154:19
    160:9 162:3,5
    164:18 167:7
    169:4 170:24
    173:22 174:12
    175:17,21 181:4
    182:25 184:8
    186:23 189:25,25
    190:5,22 198:13
    198:18 200:9
    206:12 213:8
    214:18,24 220:19
    225:15 226:2
    228:18 231:18
    235:3,9
rights
23:13,14 52:21
    66:9 86:16 181:22
ring
32:9,13,16,24
    77:17 82:7 83:22
    100:2 107:24
    108:9 124:10

157:12 177:24
    178:18 185:20,23
    188:1 189:24
    190:12 193:15
ringside
99:21
ripping
195:14
risk
102:15 103:17
    215:13
road
3:14,19 17:7 58:9
    60:22 61:4,8 90:3
    90:6,8 100:15
    161:3
Rob
219:20 220:5,6
    229:6
Robert
2:16 24:5 194:3
Roberts
194:5 209:5
Rockers
234:17
Rodems
2:4,4 3:9 5:24 6:19
    7:4 8:9 9:6 46:6
    63:11,13 112:25
    113:5,10 158:25
    159:3,22 170:16
    170:23,24 175:17
    184:13 202:24
    208:5 209:16,20
    210:12 212:18
    218:21,24 220:24
    221:4,9 224:3
    226:17,22 227:3
    227:16 228:11,19
    228:22 229:1,4,9
    235:6,8 236:17
rodems@barker...
2:7
role

Case 8:07-cv-02093-JDW-MAP     Document 140     Filed 09/09/09     Page 277 of 292 PageID 4332

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.     8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 277

3:23 20:8 25:1
33:3 163:17 164:2
184:25 219:11
**roles**
99:5 100:10 103:1
103:2 112:15,22
117:23 165:19
187:7
**roll**
193:15
**Ronnie**
157:1
**room**
60:10 66:24 82:7
86:12 101:10
102:3 111:24
172:4,24 178:23
181:24 182:8,11
183:20 184:15
213:5
**Rouge**
61:5
**routines**
185:18
**Rowdy**
179:8,10 181:15,18
**Royston**
17:23 27:25
**rubber-banded**
227:11
**rude**
25:14,14 199:7
220:2
**ruining**
57:7
**rule**
204:6,18,21 205:1
205:15,17,17
224:20 236:8,10
**ruled**
88:1
**rules**
3:2 8:11 9:13 87:17
88:23 188:11

238:3
**run**
9:9 11:12 44:9
65:23 82:10 87:6
89:9 96:20 124:16
146:2 148:13
149:6 152:9
155:20 176:6
**running**
36:19 38:20 54:14
54:19 71:1 73:18
74:5,16 84:2
115:25 136:16
152:16 188:1
232:12
**runs**
84:25
**run-ins**
100:25
**Russe**
220:6
**Russell**
100:6
**Russen**
2:16 219:20 220:10
220:13,17,22
221:2
**Ryan**
2:4 236:17

--- S ---

**s**
12:2,2 58:20
187:25
**safely**
75:7
**Sal**
126:20 154:24,25
156:10 166:11
171:6 195:23
209:24 213:23
217:5,18,20,21,22
217:24 221:8
**salaries**

139:11
**sale**
48:21 146:23
**saleable**
140:8
**sales**
49:14 62:19,22
63:15 64:2 72:2
72:16 74:9 76:6
76:11 96:16 97:6
100:24 128:2
130:12 147:11
215:1
**salesman**
60:22 87:4 90:6
**salespeople**
66:4 86:7 101:7
**salesperson**
76:7 89:22 133:25
**Samoans**
106:23
**Sam's**
167:6
**sat**
139:6
**satellite**
68:9 128:10 132:1
132:11
**Saturday**
36:25 75:5 106:1
108:12 124:17,21
151:18 189:22
**Saturdays**
18:5
**save**
182:20
**saved**
229:21
**saver**
152:13
**saw**
9:15 36:20 77:14
108:12 124:13
142:23 144:10,10

170:9 185:4
222:12 223:8
**saying**
4:9 46:22 111:19
200:2,7 207:10
**says**
46:10 72:6 81:17
183:20 211:19
224:20,20,21
**scam**
5:13,21
**scared**
59:9
**scares**
12:12
**scary**
93:1 162:6
**scenario**
48:3
**schedule**
6:9 92:10
**schedules**
105:15
**scheme**
151:4
**school**
58:20,23 59:7,11
106:24 107:5
196:24 197:1,3,20
197:21,23
**Scott**
149:13 230:23
**Scotty**
118:10 198:20
**scrambling**
65:21
**scrapbook**
121:3
**screaming**
163:24 177:25
**screw**
210:2
**screwed**
38:7

**screwing**
100:25
**script**
192:24
**scripted**
95:20 192:23
**scripting**
81:22 107:15,15,16
107:16
**scripts**
192:24
**search**
5:2
**season**
136:16,18 138:12
**seat**
111:25
**second**
5:25 6:19 7:19
48:21 51:7 55:8
130:23 173:8
193:10 215:1
218:22 236:4
**secondary**
42:24
**second-generation**
62:10
**security**
4:21 82:9 193:3
**see**
26:5 28:16 46:7,13
85:8 104:25
108:13,18 115:19
125:9 134:4
137:15 149:12,13
149:13,14 151:11
153:2 166:10
175:23 176:12
180:17 182:10,13
183:10 186:2,8,18
191:20 193:5
195:14,23 196:6
201:7 209:11
214:3 217:5

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 278

223:14 226:6
229:7 233:8
seeing
78:8 90:18 137:1
148:21 149:15
153:15 164:16
182:9
seen
6:4 74:21 80:19
92:15 95:11
126:17 129:13
133:23 213:22
sees
162:23
sell
26:13 38:10 40:17
40:19,23 41:2
49:1,9 51:15,16
52:12,16 53:12
56:8 85:22 86:6
86:17 92:17 96:22
128:22 130:17
146:20 179:24
193:4,13 233:17
233:19
selling
43:12 49:6 52:1
61:13 64:6 66:12
70:1,6,13 72:17
74:10 77:1 84:4
86:13,14 92:7,9
96:25 97:11,17
126:24 193:14
195:6
Semester
67:16
semi-successful
144:1
semi-wrestler
100:11
Senators
29:15
send
38:1,2 76:21 85:10

85:11 126:14
sending
32:12
sends
32:8
senior
166:24
sensational
43:19
sense
13:12,14 78:4
146:6 151:9 173:6
203:25 222:12,14
sent
7:8 94:13 200:2,6
225:19 227:20
sentence
165:6
separate
17:3 140:21 180:25
200:18 211:24
series
15:13 57:22 74:20
74:23 76:23 78:19
86:15 187:3
seriously
191:11
serve
41:7 43:7 51:23
served
19:22 25:2 49:20
49:22
serves
184:11
service
101:10 102:3
231:24
serviced
105:5
services
10:9 34:7,10
200:23 238:6,11
238:14
set

5:10 19:4 35:18
58:12 72:3 84:24
85:4 103:11 108:8
109:25 110:3
113:13 128:8
153:10 154:6
179:25 221:2
sets
109:1,19
setting
72:12 74:9,11
97:16 115:16
settle
76:22
settled
76:19
settlement
26:10
setup
108:6 193:18
seven
22:20 66:14
seventh
192:13
Seven-Finger
192:10
severe
190:13
sew
154:11
sexual
209:6
shake
88:16 166:18
shakes
94:23
shaking
123:20
Shamrock
149:13
Shane
163:1
Shannon
16:14,14 163:1

shape
150:20
sharks
94:6
Shawn
16:13 191:5 234:18
234:19,19
Shazam
75:4,5
Sheik
174:14
shelf
66:17,22
sheriff
33:7
shifts
59:18
shine
188:23
ship
62:15
shipping
37:25
shirt
219:25
shirts
162:25
shoot
109:25 136:10
177:23 178:5,7
shooting
108:8 110:20
shootout
72:18
shoots
109:2
shop
59:17
shopped
64:20
shopping
66:17 85:11 92:10
shops
89:1,4

short
37:3 147:1 224:15
shorter
54:5
shortfall
70:21
shorthand
26:6
shorts
219:25
short-lived
79:3
shot
34:22
shots
110:3
shoulder
69:20,21
shove
66:25 67:1
show
3:24 4:4,5,9 5:9,25
6:20 8:9 9:11,22
10:1,5,9,12,15
11:4 17:24 31:1
36:11,12 37:15,21
39:4,10 42:5,8,11
46:1 47:25 48:10
49:3,18 50:12
53:2,2,3,6 54:19
56:21 57:8 58:7
61:11,17 66:12,13
67:13,15,17 68:15
69:19 70:17,21
71:1,2,19 75:8,14
76:20,24 77:12,14
77:21 79:1 83:5
84:16,16,25 85:9
85:17,18,18,20
86:5,24 88:18
89:11 92:13,14,23
94:2 95:7,12 96:3
97:8,12 100:5
101:21 106:6

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 279

108:4 109:2
114:20 117:12,14
117:24,25 120:3
124:16,18,20,21
125:12,13,16,17
130:20,21,22
131:14 133:1
144:19 148:10,12
148:12 149:6,6,15
150:8 151:1,13
160:10,16,18
161:1,10 162:23
168:6 169:15,18
171:10 174:7
178:2,22 179:6,23
184:11 185:3
188:20 190:18
193:14 206:6
209:7 232:16
**showcase**
20:9 98:8
**showed**
54:10 79:11 153:2
161:6
**showing**
68:14 219:24
**shown**
188:4
**shows**
33:24 36:19 39:21
39:24 40:8,9,16
45:22 50:8,13,18
56:12 58:8,10
59:20 75:2,4,9
76:18,19 91:9
92:19 94:7 96:20
108:11 116:9,24
122:9 130:14,17
131:6 144:18
148:2,11,14 154:6
160:4 161:6
164:12 166:17
179:23,24 182:14
191:12 195:6

211:21 232:15
**Shula's**
101:22,25
**Shut**
102:16
**sic**
164:23
**side**
48:10 95:18 104:7
117:19 122:12
123:3 133:13
137:19 138:23
154:23 198:4,13
199:5 211:1,1
219:25
**sign**
7:5 149:25 180:3
200:14 209:1
221:3 230:13
**signage**
73:1
**signal**
68:9
**signature**
7:1 235:17
**signed**
221:8 230:12
**significant**
94:21
**signing**
180:2
**silence**
193:8
**silent**
193:8,16
**silly**
24:15,19 35:4
123:7
**similar**
71:5 85:2 121:20
149:2 162:18
184:25 197:24
207:5
**similarly**

140:17 182:14
204:25
**Simmons**
53:21
**simple**
6:12 134:9 213:9
**simplistic**
187:21 189:1
**simply**
19:6 75:10 104:18
129:19 149:18
159:7 176:3
234:23
**simulcasted**
63:24
**simultaneously**
38:23 74:16
**Sinclair**
50:17
**single**
38:9 71:3,11 87:19
178:8 198:21
224:18,24
**single-blade**
93:2
**single-focused**
211:18
**single-lap**
72:18
**sir**
3:10 7:24 12:21
198:10 205:6
206:2
**sister**
58:6
**sit**
30:14 88:13 101:9
160:3 209:1
219:23
**site**
15:10,10,12,16
73:1 98:8 197:18
**sitting**
198:18 199:21

**situation**
128:2 140:22
**situations**
80:11
**sit-at-home**
122:1
**six**
38:5 48:17 50:25
94:16 109:20
192:12 226:12
**size**
40:1 151:15 179:14
**sizzle**
63:9 86:5 139:3
**skew**
43:25 137:10
**skill**
119:5 129:10
132:18 144:16,21
**skills**
7:12 106:6
**skit**
4:9 108:13
**sky**
134:14
**slamming**
12:2
**slap**
203:20
**sleep**
190:10
**Sleeper**
190:9
**Sleepers**
190:14
**slightly**
98:4 121:21 123:11
**slowly**
154:3
**small**
11:17 17:12 28:19
34:4 64:16 78:4
82:17 105:3,5,8
111:20,24

**smaller**
43:23,23 52:14
80:19 105:6
**smart**
87:3 125:23 176:23
**smart-mark**
109:7
**smiling**
177:2
**Smith**
54:24
**smoke**
96:5,13
**Smokey**
54:20 146:17
185:13
**Smoky**
55:21
**snake**
209:5,6
**soap**
18:25 19:11
**SOB**
210:2
**Social**
4:21
**societies**
81:14
**society**
81:16
**sodas**
165:24
**soda's**
164:23
**sold**
25:11 40:4,5,12,23
40:25,25 50:14
53:25 61:11,12
65:19 70:6,14
71:3 75:10 92:12
92:20 94:11
109:20 127:1,3
150:9
**Solie**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 280

22:3 190:11
**Soloflex**
53:19 54:7,8,10,18
**somebody**
26:3 33:23 38:9
39:3 49:7 55:15
56:8 60:10,11
70:23 84:5 85:16
85:17 86:1 88:3
90:23 103:16,18
106:11 116:4
124:5 126:5
130:11 142:20
162:11 165:24
175:14 176:4
190:9 210:17
219:24
**somebody's**
111:4
**someplace**
220:21
**son**
35:18 37:2,12 45:9
47:9 69:13 214:6
232:4
**songs**
59:20
**Sonjay**
216:4,14
**soon**
26:17 33:7 83:20
172:8 178:13,14
**sorry**
25:25 40:22 132:4
**sort**
20:15 25:6 35:3,4
38:7 71:14 91:4
107:1 113:9,11
116:15 122:13
123:7,20 126:18
131:25 147:4
148:16 156:3
180:2 186:10
194:19 202:16

**sound**
13:5 14:13 110:20
110:21 114:9
115:21 197:19
**sounded**
201:6
**sounds**
128:25 160:9
**source**
45:15 154:3 222:17
228:25 238:7
**sources**
26:8 141:8,13,14
197:11 206:24
207:22 222:8,25
223:1,2 225:19
228:2,6,7,16,16
**South**
2:11 18:13 30:20
31:4 64:10 86:15
108:8 113:12
**Southeast**
62:19,22 63:15
64:2 76:7,10
**space**
66:17,23 226:12
**sparkler**
110:25
**speak**
80:15 206:10,18
209:17 211:25
213:12 219:3
221:13
**speakerphone**
213:4
**speaking**
218:6 225:4 226:25
**speaks**
86:6
**spec**
30:12
**special**
63:22 182:4
**specials**

65:14,18 72:2
74:19
**specific**
46:7 128:19 132:23
136:7 140:16
145:19 153:12
155:12 156:10
168:1 222:11
234:3
**specifically**
181:7 196:7 206:11
222:23 233:19
**specifics**
17:13 114:1 126:12
205:1
**spectacle**
77:25
**spell**
24:8
**spelled**
4:4
**spelling**
58:20
**spend**
37:21 98:19,22
102:5,7 110:23
111:22 124:4
125:23 136:8
137:22 141:2,18
146:8 150:4
**spending**
101:1 102:4 137:20
137:24 153:23
162:10 229:19
**spent**
109:24 112:10
137:13
**spinach**
101:24,25
**spoke**
164:4 177:3 205:23
206:1,7 213:13,15
213:19 218:25
221:18

**spoken**
126:6,10 166:10
181:7 200:12
206:5 213:18
218:15 219:10,15
**sponsorships**
140:9
**sport**
29:19 139:1 143:22
187:4,6 191:11
**sporting**
76:18 135:25
**sports**
41:1 72:13,13 73:8
73:11,19 74:15
80:2,4 105:11
138:15,17 142:24
153:19
**spot**
33:2 36:22 38:13
45:21 49:9 79:5
102:5 157:5 189:6
230:11
**spots**
54:7,8 109:10
183:25 185:1
212:6 230:9
**spreadsheet**
153:2 224:7
**spreadsheets**
133:24 134:16,21
**square**
11:2
**squat**
173:1
**Squire**
72:8,9
**Sr**
21:20
**stack**
225:24 226:5
227:10
**stadiums**
135:10 136:4

**staff**
54:22
**stage**
19:3,12 77:18
183:5
**staged**
80:2 95:10 192:19
196:18,20
**staggered**
143:1
**staging**
99:7
**stamp**
82:25
**Stamps**
59:21
**Stan**
184:8
**stand**
96:2
**standard**
75:3 110:13 131:16
188:23
**standards**
87:23 127:13
**standing**
213:4 220:2
**standoff**
25:6
**standpoint**
139:17 149:5
**stand-alone**
234:15
**staph**
17:5
**staples**
88:3
**star**
19:14,20 20:15,22
173:5 180:4
181:24 182:12,18
195:4 198:17
199:6,12
**starring**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 281

starring
191:16
stars
19:17,24 20:4,7,7
31:20 58:6 148:20
149:12 165:16
182:17 198:8,9,12
198:12 207:6
234:20
start
14:11 29:3 30:11
57:3 74:25 78:2
110:8 137:7
138:25 149:24
193:14 209:10
started
10:22 73:8 74:19
75:25 79:8 83:12
117:11 145:8,13
145:16 147:24
154:4,5 164:22
166:23 178:19
201:11,12 203:11
215:5 231:13
starting
33:24 63:8 116:24
121:24 140:21
149:24 153:6
160:5 165:23
starts
67:4 134:19 148:8
155:21
startup
134:13 135:4 138:2
state
4:2,3 29:14 81:18
237:3
stated
109:23 237:7
statement
159:15 223:16
statements
202:8
states

1:1 35:24 64:14
97:7 138:15
152:17 238:4
stating
238:5
station
37:17 38:1,2,2 40:7
40:7 45:13 46:14
47:4,6,14,16,21
48:4,12 49:17
51:5 56:17 57:1
63:23,23,25 64:9
65:3 66:7,15 68:7
68:12 83:17 87:4
87:5 94:3,10
95:16 96:19 98:4
98:21 117:4 146:3
212:2,3
stations
38:4,5 42:24 43:1,2
46:16 49:5,10,12
50:16 64:4,19
65:6 67:6 74:11
74:25 82:16,21
85:13 87:18 88:13
89:3,14 91:24
92:6 96:18 105:6
105:14,15,23
211:11 212:14,15
station's
89:11 98:9
statistical
40:14
stay
89:4 110:2 115:5
116:17 125:10
126:3 202:7
stayed
61:8 75:17 101:21
steak
63:9 101:23 155:17
155:20,21
steakhouse
101:10,22

Stein
84:21
Steiner
198:20
step
42:22 85:16 103:3
104:2,3 116:21
151:14
steps
85:14 222:6
Sterling
219:8
steroid
163:10
Steve
78:9 219:8
stick
125:12 203:14
sticker
196:14
stigma
52:7
Sting
130:19,24 175:10
175:11
stipulated
235:15
stirred
185:20
stood
26:21
stop
33:8 44:19 64:1
99:15 185:6
193:14
stopped
159:8 179:19
store
66:18,20 108:13,16
128:22
stories
123:8 233:1
storm
31:23 158:1 199:6

199:8
story
19:4,9 28:10 46:2
54:21 55:5 107:18
107:20 108:5,6
123:9 149:6
178:21 186:15,17
186:21,22 190:10
190:25 199:5
214:24
story-line
18:9
straight
11:9 30:4
strangeness
145:18
stream
224:15
Street
1:18
stretch
132:24
string
67:14
strong
4:11 59:5
stronger
140:24
structural
203:6
structure
234:12,24 235:1
structured
97:22 142:5
struggle
143:4
struggling
226:2,17
Studios
83:6 160:3
studying
201:12
stuff
5:5 12:10 40:25

57:23 66:21,23
89:11 93:16 97:4
104:16 110:8,15
133:5,24 145:3
164:1 183:25
184:22 185:24
186:2 192:19
194:1 222:10
233:9
stumble
78:7
stumbled
77:7
stupid
88:4 96:2 102:9
103:17 107:3
112:6 114:10
151:5 168:17
192:25
stupidity
90:21
stupidly
100:19,20 102:6
style
23:24 187:20
189:20
Styles
16:12 17:4 19:17
31:22,22 104:1
150:1 155:25
157:25 158:2
160:21 178:21
191:9 199:6
subcontracted
3:22
subcontracting
71:24
subjective
127:17
sublet
39:9
submission
187:13
submitted

Case 8:07-cv-02093-JDW-MAP    Document 140    Filed 09/09/09    Page 282 of 292 PageID 4337

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 282

6:22
**Subpoena**
6:1,20 236:4
**subsequent**
201:19 229:13
**subsequently**
232:5
**subsidizing**
33:15 154:9
**substance**
76:9 91:8
**substantial**
165:21
**Sub-S**
4:3
**succeeded**
148:11
**success**
52:2 70:13 89:23
91:23 140:16,17
212:17 217:25
**successful**
20:20 44:10 73:5
85:15
**successfully**
94:10
**sudden**
78:7 88:23 89:1
124:4 148:6
151:24 179:21
192:22
**sued**
210:5,6
**suffer**
43:7
**suffered**
190:13
**suffering**
42:20 215:9
**sufficient**
7:12 47:9
**sufficiently**
228:12
**suggest**

87:5
**suggested**
162:1 174:20 235:3
**suggesting**
166:20
**suggestion**
200:24,24 204:2,4
205:7 212:20
**suggestions**
12:19 203:12
208:13
**suggests**
100:22
**suit**
25:16
**suitcase**
9:10
**Suite**
2:5,11 3:14
**summarize**
27:19 224:4
**summer**
67:24
**Sumner**
59:21
**Sunrise**
67:16
**Super**
68:7
**superior**
113:22
**supplement**
146:21
**supplemental**
8:3 9:12 223:10,24
223:25 225:18
236:10
**supplemented**
228:23
**Supplements**
131:18
**supplied**
21:1
**supplier**

95:18 132:5
**supply**
38:4 72:25 136:10
149:1
**supplying**
105:14 149:3
**support**
98:6 141:8,13
202:22
**supported**
215:15
**supposed**
35:22 113:24 124:3
161:5 205:20
218:18
**Supposedly**
192:2
**supposition**
137:8 210:19,21
**sure**
7:2 9:7 13:19 25:12
32:15 39:4 61:3
63:11 100:14
138:14 144:23
153:21 160:11
166:22 168:19
169:14,19 170:8
178:6 185:11
194:6,9,10 195:1
196:15,16 204:7
210:12 226:3
227:17,18 231:4
**surely**
154:4
**surgery**
51:22 100:7
**surprise**
202:4
**surprised**
202:16
**surprisingly**
145:4
**surrogate**
84:15

**Survival**
53:24
**survive**
115:23
**survived**
116:1
**Survivor**
95:12 96:2
**Susie**
54:23
**suspect**
5:3
**suspension**
79:22 80:17 188:13
193:17
**sworn**
3:6 209:3 219:22
**sympathetic**
192:14
**sympathy**
188:20
**syndicate**
52:22 72:15
**syndicated**
63:21 72:1 98:11
**syndicates**
58:1
**syndicating**
39:23 76:16 95:3,4
144:17
**syndication**
39:25 41:6 42:17
49:2,21,22 50:8
61:9 62:20,23
63:16 64:3 65:4
66:3 73:6 74:11
74:13 75:18 76:1
85:15 88:10,10
91:2 93:8 97:17
97:24 98:13,17
118:1 148:2
**syndications**
40:7 74:12
**syndicator**

38:24 39:11,20
56:20 57:24 89:20
95:15 103:4
107:11 117:20
**synergies**
211:16
**system**
50:9 88:22 116:20
116:22 128:7
**systems**
131:25
**S-h-o-w**
4:4

_____

**T**

**T**
191:25 198:20
237:1,1
**table**
146:1 162:12
179:25 225:25
**tactic**
215:14
**tag**
23:8 156:17,20
186:5
**tail**
84:18
**take**
3:25 14:25 16:5,5
31:13 32:15 36:3
36:12 44:25 47:16
63:10 64:9 66:7
72:7 76:9 78:6
86:19 98:18 107:4
107:7 113:4,5
114:15 120:17
125:13,16 127:13
127:25 128:11,23
158:25 188:18
204:21 208:5
210:10 213:8,10
222:6 226:11,12
229:5

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 283

**taken**
17:7 115:11 153:11
231:20 232:9
237:7
**takes**
192:13 194:7
**talent**
17:6 19:18 20:2,9
28:11 30:22,24,25
30:25 31:8,9,11
31:16,17 33:15,18
99:20 103:24,25
106:6,20 109:4,6
111:10 115:8,14
117:24 118:6,8,11
118:13,21 119:9
119:25 120:14,18
122:4,9,20 123:3
123:4,21 153:24
153:25 154:11,13
154:18 155:7,10
155:13 161:3,6
167:24 169:6,9,16
175:16 186:14
196:21 216:3
221:14,17 230:13
230:15 234:10,10
**talents**
46:2 126:22
**Talent/Payment**
170:18 171:2
236:12
**talk**
139:14 160:23
164:7 166:19
186:13 209:23
216:2,10 217:11
226:19 234:16
**talked**
7:15 50:7 117:19
121:9 130:13
144:17,18,20
159:10 165:15
185:18 213:24

216:12 230:16
**talker**
184:23
**talking**
14:2 41:17 44:22
45:18 51:1 68:21
71:15 111:18
116:3 135:5
139:14 174:2
184:5 213:25
220:22 222:4
228:15 234:17,18
**talks**
205:15
**Tampa**
1:2 2:6 101:21,22
160:13 168:18
174:15 177:4,5
201:15
**tangent**
68:4 216:8
**tangential**
142:4
**tangible**
103:22 153:16
**Tank**
124:7,8
**tanning**
4:13
**tape**
37:22,23,23 39:3
58:13,17 59:19
85:10,13 86:4
177:8
**taped**
58:12
**tapes**
37:23 85:11
**taping**
18:5 34:21 110:12
157:19 160:20,25
220:13,16
**tapings**
148:9

**target**
49:18 72:21 87:8
**targeted**
43:8,14
**targeting**
38:9 44:13
**target-market**
97:8
**tasks**
11:13 15:25 16:23
107:12
**taxes**
133:16
**Taylor**
29:13 118:7,17
199:23
**TBS**
68:14
**team**
23:9 156:17,20,25
172:2 186:6,13
199:7
**teammate**
185:25
**teams**
186:5
**technically**
27:11 103:11
138:13
**technician**
59:15
**technology**
12:11
**Ted**
25:12 68:5,6 69:2
69:18
**tedious**
226:15
**teeny**
234:21
**teeth**
177:5
**telephone**
3:16 14:19 216:7

**television**
1:7 17:24,25 18:5,7
18:9,18,25 28:9
31:1 34:21,23,25
35:9,12 36:10
38:24 45:10,11,12
45:12,22 46:12,13
47:14,18,24 48:4
49:5,23 52:7
57:12,15,23 60:6
60:19 61:21 62:9
63:17 64:19 65:6
67:3 74:11,25
75:23 76:23 82:13
82:15 83:7 84:15
85:6 86:2 87:13
87:14,18 91:23
103:4,9 104:11,12
104:21 105:23
107:11,12,13,19
108:1,3 109:23
112:23 113:13
114:14,19 117:4
117:20,21 129:15
136:6,25 140:6,7
141:19,22 142:1
144:18,20 145:25
147:14 154:14
160:16 161:1,19
211:11 212:3
218:8 231:16
**tell**
3:10 4:18 10:11
13:12 37:6 42:11
81:6 92:22 94:17
99:4 101:19 107:4
118:8 130:7 137:4
142:12 147:19
155:10 172:14
201:24 224:17
231:5 233:2
**telling**
76:19 90:23 153:4
167:18 168:16

186:17 190:25
214:25 220:20
**tells**
55:5 123:9 208:18
**temporary**
59:15
**ten**
16:3 27:22 104:10
105:18 108:17
131:2,4 133:10
224:11,23 225:5
**tendency**
13:23 43:24 80:16
100:21 102:17
122:21 125:10
134:10 137:19
**tender**
238:5
**tense**
62:5 157:9 158:10
**tenth**
96:13
**tenure**
22:20
**term**
147:1 185:19
221:10
**terms**
13:16,18 16:9
21:24 23:12 43:25
49:13 82:23 86:11
87:7,8 88:21 89:7
115:10 117:3
119:7 123:4
135:21 142:4
144:5 147:14
153:13 167:15,16
167:17 168:3
179:2 188:17
196:4 205:20
206:9 207:6
222:10,24 233:4
**terrible**
189:18

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 284

**territories**
36:18
**territory**
18:14 20:11 37:1
183:5
**Terry**
118:7,17 177:7,9
177:10,13,13,21
178:23,25
**test**
175:23 232:15
**tested**
89:22 104:5
**testified**
3:7 225:8
**Testify**
236:4
**testifying**
10:25 80:1 217:8
**testimony**
12:23 68:5,23
225:13
**Texas**
34:22 148:14
160:18 161:5
**text**
7:20
**thank**
4:13 8:6 132:8
152:10 196:18
199:4 200:12
213:6 221:5 233:8
**theatre**
104:25
**theme**
186:16 187:14
189:2
**theoretically**
64:17
**theory**
35:10 37:18 113:12
143:8 149:8,21
150:25 181:12
**thereto**

237:8
**they'd**
102:16
**thick**
155:17,20 227:2
**thing**
13:23 14:10 32:5
39:18 47:12 66:12
71:20 81:25 98:17
118:14 122:24,25
123:2 124:15
125:18 126:22
131:17 140:10
143:13 144:11
155:22 158:15
161:25 162:21
174:21 177:4
187:21 194:18
196:9 197:24
203:17 207:10
208:12,22 213:25
216:10,11 217:6
217:17,21 224:7
224:18,24 232:13
233:6 234:8
**things**
6:7 11:24 12:5 19:9
28:15 44:11 49:25
50:3 65:12 76:8
81:8 82:24 83:15
87:9 88:2 92:8
93:16 102:9,22
104:7 115:17
116:14 117:19,21
133:15 134:9
137:15 138:5
139:4 143:1 144:6
145:4 146:21
158:18 167:15
168:6,8 174:18
185:17,20 197:23
200:22 203:10
208:20 223:7
224:21 225:1,20

228:2,18 234:15
**think**
7:22 8:16 10:10
13:16,24 15:3
25:10 26:3 27:18
37:4 45:20,24
46:10 78:17 80:24
81:21 82:3 91:18
96:3 106:3 108:15
113:5 114:12,13
125:5 130:20
131:3 143:13,16
144:13,20,24
146:13 147:20
150:17 156:2
161:16,18 163:15
170:2,9 171:19
172:4,19 174:12
174:13 175:18
176:11,19 179:10
180:9 181:15
184:16,19 187:10
189:3 191:18
195:8 201:21
206:3 210:6 212:1
218:15,24 224:23
230:23
**third**
3:22 18:5 43:7 61:5
76:17 104:11
**third-party**
31:11,13 33:12,16
33:25 34:3 56:20
65:8 92:10 120:4
120:5 154:7,12
**thought**
14:12 45:6 59:2
84:5 121:10
124:22 129:3
139:5 140:1 143:9
143:22 144:11
148:18 150:15
166:16 170:12
177:6 179:7

188:17 195:13
219:22
**thousand**
26:18 42:13 55:4
76:20 175:1,3
176:5 179:6 184:2
184:12,16,21
194:25 195:12
196:3
**thousands**
22:16,17 55:2
109:24 123:19
**threatened**
59:8
**three**
18:6 21:18 37:4
42:17 65:14 75:18
82:15 104:15
115:24 124:10,10
124:19,20 147:18
156:22 157:2
162:22 183:18
187:25 229:20
230:16
**three-disk**
109:19
**three-person**
156:25
**thriller**
191:16
**throw**
24:24 97:5 152:4
153:15
**throwing**
69:20,21 137:25
**Thursdays**
36:23 106:3
**tickets**
124:6 150:9
**Tide**
66:23
**tie**
134:15
**tied**

125:7 140:2 142:1
**tiger**
187:25
**time**
10:1,7 13:11 14:2,7
14:18 19:25 21:6
21:17,22 25:2,7
25:10,14 26:4
28:16 29:8,10
32:3,17,17 33:23
35:20 37:3,7,18
39:8,21,25 40:24
42:18 43:1,11
44:8,9,11 46:19
46:20 47:5,20
48:16,24 49:1,11
49:16 50:19 52:18
54:13,20 55:24
56:24 57:2,3
60:16 61:11,19,22
62:3,9 64:16
66:14 67:6 68:14
69:2 70:1,5,14,21
71:11,12 73:8,21
74:8,10,24 75:2,3
75:21 76:14,23
79:13,17 80:25
82:11 83:8,9,15
83:16 85:1 88:6
88:19 89:8,10,21
92:7 94:4,9 96:23
97:2,4 104:19
105:14,16 106:2
106:14 107:23
110:1,2,3 111:17
112:25 113:1,17
116:18 123:14
125:6,7 130:10,19
130:24 136:12,23
137:3,4 140:11
141:19,24 142:8
142:24 143:3,10
143:19,20 146:2
148:15 153:20

Case 8:07-cv-02093-JDW-MAP    Document 140    Filed 09/09/09    Page 285 of 292 PageID 4340

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 285

154:15 155:6,12
156:12,21 158:18
159:1 163:19
166:15,19 167:21
167:25 168:1,7,19
172:4 173:19,21
173:25 174:2
179:5 182:3
186:24 187:15
201:18 202:11,17
206:4,8 208:19
209:16 211:16
212:12 213:19
217:11,14,16,20
220:9 221:16
222:3,3 223:11
226:15 229:13,14
229:18,19 230:20
230:23 231:21
232:12,15 238:5
**timely**
32:16
**times**
20:25 34:6,9 36:7
38:5 58:25 88:19
98:12 105:18
131:3,4 176:4
180:16 192:13,16
193:25 229:20
**tip**
199:2
**tired**
60:14 90:17
**title**
23:8,10 26:21 41:1
59:16 113:25
156:18 157:3,6,7
157:8
**titled**
170:17
**titles**
23:7,9 32:2 85:2
**TNA**
16:21 26:11,22

29:25 30:1,23,24
31:3,12,14,16,17
31:20 32:18 33:3
33:11,14,19 34:7
34:15 35:19 92:19
102:12 110:7
117:13,22 118:19
119:10 120:1,9,16
122:14 128:11
130:1,11,16 131:6
131:10,10 145:6
148:4 154:18,18
155:6,9 156:12,14
156:16 160:1
161:25 166:17
167:4 175:7
179:18 186:8,25
187:2 191:9 193:3
198:8 215:5,15
220:1 221:12,17
221:19 222:3,4
229:14,15 230:1,5
230:8,9,18,20
**TNA's**
32:3 120:20 129:23
148:19 156:1
**today**
10:22 12:24 26:7
27:16 43:22 49:13
75:6 82:8 91:24
104:21 114:13
186:18 191:3,20
198:6 219:20
224:13 225:22
229:16,22
**today's**
223:13
**told**
24:18 27:19 33:7
37:5 90:5 102:4
106:9 117:20
124:1,3 125:23,25
126:12 130:4
131:3 142:15

153:7 154:6
156:19 160:25
161:23 162:8
178:21 190:17
201:19 204:9
206:11,13 207:14
213:21 214:21
216:12,19,20
217:5,23
**Tom**
84:21
**Tommy**
229:21
**Tomorrow**
67:13,15
**ton**
150:13 153:24
**tongue**
199:2
**tons**
196:21
**top**
41:14 43:18 89:22
107:20 111:11
128:21 170:18
175:12 194:15
198:9,13,17 199:5
211:15 227:10
234:20
**topic**
117:15 154:16
206:6 216:7
**top-down**
211:18
**top-rated**
100:24
**top-ten**
19:18
**Torch**
34:21
**tore**
82:5
**total**
7:22 23:2 27:7

28:24 40:15 42:23
42:25 94:17
120:19,20 197:1
**totally**
62:15 123:15
140:21 151:23
167:2
**total-total**
120:20
**touch**
35:14 207:13
**touched**
126:22
**tougher**
105:7
**tour**
149:22 161:3
**tournament**
25:21
**tours**
161:4
**town**
33:7 60:5 160:22
**Townley**
219:5
**towns**
36:22
**toys**
75:10
**track**
4:20 136:22
**traded**
57:1
**trademark**
23:15
**trademarks**
23:19
**train**
107:9
**trained**
107:6 198:1
**trainer**
107:5
**training**

19:23 106:8,12,25
119:6 129:10
132:18,23 144:16
144:21 197:4
**trans**
172:24 181:23
**transcript**
226:8,24 236:16
237:7,11 238:8
**transfer**
236:17
**transition**
83:14 108:5 125:16
190:15
**transitioning**
89:18
**translated**
74:19
**Traurig**
2:10
**travel**
64:18 157:23
**traveled**
89:24
**tree**
145:15 193:5 235:2
**tremendous**
22:5 96:6 189:20
231:20 234:4
**tremendously**
233:13
**trick**
125:18,19
**tried**
76:14 105:21
110:11 135:10
148:10 170:7,11
207:12 222:13
**tries**
172:9
**Trifecta**
152:8
**trip**
35:5 61:6

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens

July 30, 2009
Page 286

tripods
58:12
**Trobich**
24:6 25:6
**trophy**
231:20
**trouble**
5:1 101:20 151:19
179:13 194:25
221:23 226:5
**truck**
78:24 79:1
**true**
81:2 82:12 103:14
143:23 180:3
192:5 203:19,21
207:19 213:11
237:11
**true-up**
121:18
**trust**
208:10
**trusting**
218:13
**truth**
81:6 93:9
**truthful**
12:23
**try**
14:5,16 61:3 64:20
72:14 78:2 96:13
134:14 139:3
141:2 144:7
147:17 148:11
170:10 182:15
203:13,15 204:25
222:7 225:4
**trying**
29:16 64:5 80:7,8
102:13 110:14
120:9 122:15
133:13 134:18
135:24 146:20
159:25 161:20

162:5 199:22
202:7 206:3
211:13 217:13
221:21 226:3
228:24
**tryout**
107:2
**Tuesdays**
36:21
**Tully**
194:10,10,13
**Turkey**
178:24
**Turner**
25:12 68:6 69:18
125:6,6,7,12
**Turner's**
68:6
**turnover**
93:15
**Tush**
68:15,20,21 69:6
**TV**
35:17 36:25 37:15
39:21 46:1 57:1
67:24 68:12 78:15
78:16,16 83:17
91:24 92:11 106:2
120:2 148:7,9,10
151:1,4,4 160:19
162:23 191:20
220:13
**TVs**
36:17 42:1
**twice**
18:4 20:6 116:5
130:18 148:3
176:11 180:18,20
181:3
**two**
14:1 17:21 18:5
20:25 31:25 32:21
38:22 39:18 48:18
53:5 54:6 65:17

70:24,25 74:16
80:10 89:24 90:6
90:16 91:8 100:16
102:20 104:15
107:23 111:21
124:13 133:11
136:5 139:4
140:23 145:23
147:18 148:1
149:25,25 151:22
156:25 157:2
159:11 177:16
180:25 198:11
224:12
**two-inch**
37:23
**two-left-foot**
189:19
**two-minute**
51:6
**two-program**
66:7
**two/number**
42:16
**type**
53:25 125:1 137:16
**typed**
13:8 15:9
**types**
56:6
**typewriting**
237:9
**typical**
180:2
**typically**
66:6
**T-r-o-b-i-c-h**
24:9
**T-shirt**
78:22

_____

**U**

**uh-huh**
13:2,4,5,5 164:25

165:4
**uh-uh**
13:2,5
**ultimate**
142:12
**umph**
220:3
**unable**
4:15 63:5 191:19
**unbelievable**
5:12 193:19
**unconstitutional**
88:1
**underpaid**
177:25
**underscored**
145:17
**understand**
10:8,11 12:22
13:13,17 45:17
46:6 70:11 87:5
95:18 167:2
202:14 213:23
227:19 231:4
**understanding**
46:9 66:6 127:4,7
127:10 137:22
139:19 163:16
166:6 227:17
**understands**
35:17
**understood**
13:20 218:6
**unemployed**
71:14,20
**unfortunate**
87:15
**unfortunately**
55:11 65:23 81:23
161:16 191:3
**union**
59:16,17,17,17
**unique**
40:15 72:13 95:3

96:10 140:22
182:1 202:11
208:15 234:23
**uniqueness**
208:18
**United**
1:1 35:24 97:7
138:15 152:17
**Universal**
49:23 50:2 75:22
83:6 89:21 160:3
**universe**
82:21 228:7
**University**
197:2
**unpaid**
22:9
**unrelated**
123:15
**uphill**
141:1
**ups**
173:9
**upset**
24:17
**upsetting**
101:6
**upside**
144:8,10
**upstart**
140:20
**upwardly**
76:2
**use**
13:1,16 25:17 26:3
40:22 45:2 48:21
51:14 65:1 98:25
107:13 127:19
147:10 186:10
221:11 226:24
**usual**
151:3 238:16
**usually**
10:14 11:11 51:7

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 287

54:5 85:2 121:24
123:25 128:20
145:3 148:9
161:24 188:18
208:10 223:2
234:3
**USWA**
39:11 52:14 53:5
55:21 70:4 79:1
100:5 114:18
160:6
**utilize**
21:8 52:20 156:14
**utilized**
54:6 98:13
**utilizing**
232:6
**U-Haul**
59:25 60:18

_____

**V**
**vacation**
59:15
**Vader**
123:10
**vague**
157:20
**valid**
96:3
**validating**
222:11
**Valley**
104:14
**valuable**
93:18
**value**
23:1 26:23 27:5
149:5,5 156:8
161:17 181:25
233:22,24
**value-added**
73:2 98:8,10
**Van**
123:10

**vanished**
149:17
**variation**
86:3
**variations**
187:14 189:2
**variety**
19:4 41:7 55:25
82:8 109:3 143:1
168:14 228:14
**various**
8:13 15:14,14 16:2
16:8 27:23 33:9
39:24 40:9,10
45:23 51:22 53:4
53:7 58:25 59:18
71:25 76:17 80:2
84:23 88:2 94:7
100:10 103:6,6
105:12,18 112:18
117:22 122:7
127:15 131:24
135:11 136:1
160:6 210:22
211:20 217:22
**vehicle**
15:18 45:11 46:1
**Velocity**
39:24
**ventures**
17:18 27:15
**verify**
7:9 9:8 14:5 222:7
**vernacular**
40:22 49:11
**Verne**
21:20 232:1
**version**
61:20 115:2 138:11
196:13 203:22
**versions**
54:4,5 198:11
203:5
**versus**

50:3 97:18 136:8
137:10,18
**vertical**
145:14 235:1
**vested**
22:13
**veto**
144:4
**viable**
85:5 88:11 116:2
231:2
**vice**
21:9 61:8
**Victoria**
173:7
**video**
18:18 44:11 54:9
109:9 124:11,12
162:23 181:22
**videos**
195:7
**videotape**
18:21 58:15 99:8
**view**
87:16 167:20
**viewed**
143:2
**Viewer's**
131:22
**Vince**
28:18 36:16,16
43:11 77:14,14,23
80:1 81:5 93:19
140:12 187:2
231:13,24
**Vincent**
18:12 180:4
**Vince's**
143:5
**violating**
188:11
**Virgil**
179:21,22,23 180:2
180:3,4,6,7,9,11

**vision**
168:2,4
**visit**
213:23
**visited**
129:20
**vogue**
49:2
**voice**
55:10 139:8 162:5
**voices**
163:20
**volume**
108:23 112:4 227:1
**volumes**
226:13
**Von**
94:14 232:18,18
**voted**
22:24
**vs**
1:6

_____

**W**
**wait**
14:7 203:24
**waiter**
155:16
**waiting**
32:24 109:6,8,9
128:5
**waive**
235:9,12
**waived**
235:17
**wake**
59:6 190:12 197:3
**walk**
51:20 66:20 99:9
**walking**
78:9 162:24
**walks**
78:6
**wall**

71:8 162:14
**wand**
35:12
**want**
4:17,18 8:2 9:9
13:19 17:8 18:12
24:25 26:1 30:6
37:10,12 38:17
42:10,11 45:16
46:12 51:15 54:24
73:22 83:25 89:9
89:25 90:22,23
94:15 100:14
102:5,7 105:20
106:20 110:15
113:2,4 125:14
135:17 145:22
155:19 158:13,17
160:8 166:22
168:9,10 169:13
171:7 178:6
182:10 187:23
188:21,21 216:11
220:24 226:14
232:22
**wanted**
31:21 32:1 37:2
43:2 59:1 79:20
90:22 100:15
107:9 113:21
114:4 123:5 139:1
143:20 154:13
155:10 156:10,11
156:20 157:4,7,11
166:19 179:7
190:20 195:20
210:19 216:2
227:16 232:5
**wanting**
158:17
**wants**
37:9 168:13 174:22
214:1
**Warner**

146:2
**warning**
217:21
**wars**
43:18 147:23
**wasn't**
34:19 44:13 55:10
  58:23 80:6 91:10
  94:25 101:1,8
  105:13 112:20
  115:20 118:13
  129:18 130:15
  146:3 148:7
  150:23,25 151:3
  151:16 153:14
  155:5 158:18
  162:4 166:6 168:7
  174:13 178:10
  183:24 190:2
  196:2 214:8
  217:18 221:19
**waste**
35:4 173:2
**watch**
92:22 95:8,11,12
  105:20 111:3
  151:2 174:15
  188:16,17
**watched**
47:10 104:19 111:6
  143:19,20 189:22
**watching**
42:5 43:6 44:2
  47:24 67:24
  107:22,22 125:12
  125:16 148:4,5
  152:5,11 162:22
  233:1
**water**
24:25 147:15 167:6
**Watts**
146:19 232:21,22
**wave**
35:12

**way**
11:6 12:16 17:20
  18:24 20:19 27:6
  30:4 34:4 35:13
  35:25 39:12,13
  40:10,14 48:1,16
  49:4,9 50:12 51:8
  53:6,11,12 61:12
  62:3,11 63:7 64:8
  64:12 69:2 70:2
  70:20 74:14 78:20
  81:24 82:1,2,4,7
  82:10 83:10 87:2
  88:11,18 89:19,19
  90:21 91:3,22,23
  93:16 97:22 98:6
  101:25 104:8
  110:8,9 122:23
  123:3 125:5,15,15
  134:8,8,23 136:10
  139:16 141:11,23
  143:9 149:21
  151:21 152:22
  164:3,5,7 167:15
  182:14 185:16
  187:24 188:8
  189:4 192:23
  194:18 203:15,19
  205:9 214:21
  217:25 219:20
  226:3 231:15,22
  232:2,9 234:25
  237:16
**ways**
4:19
**WBEK**
106:2
**WCW**
16:22 25:18 26:4
  34:13,14 39:16,20
  40:3,23 42:17
  118:18 122:19
  124:9 125:21
  145:20 147:2,24

149:9 162:19
  180:4 195:3
**WCW's**
148:6 234:1
**WCW/WWE**
52:11
**wearing**
219:24
**website**
11:19
**Wednesday**
148:25
**Wednesdays**
36:21
**week**
17:7 38:5 52:17
  53:6 66:14 89:24
  90:4,7,9 116:9
  126:6 148:25
  200:4
**weekend**
36:24 97:5,8
**weekly**
11:22 18:9 27:8
  33:15,19 47:24
  48:5 56:13 60:20
  61:16 84:14
  104:11 107:19
  108:3 116:7
  119:15 131:7
  147:14
**weeks**
62:18
**weird**
68:15
**weirdly**
92:24
**Wendy**
173:6
**went**
15:9 22:11 25:20
  33:11 34:15 39:6
  39:15 43:19 53:2
  53:3,3 58:9,23,23

59:6 60:11,16
  61:7 62:16 65:24
  67:6 68:20,20
  69:25 70:1,7 71:9
  71:13 73:15,23
  77:1 87:15 89:20
  117:4 123:13
  131:3 145:20
  148:7,15 149:9,18
  149:18,19,22
  152:13 160:7
  162:25 165:24
  178:13,18 180:8
  190:10 209:2
  220:10,13 222:9
  230:12
**weren't**
25:13,14 33:24
  71:7 74:18 89:3
  107:10 136:16
  153:23 157:12
  161:2 162:2
  165:22
**west**
64:11 92:18
**we'll**
6:1,13 8:10 9:1
  11:2 14:23 37:20
  39:12 53:10 61:3
  87:1 120:1 126:21
  137:16 170:16
  196:14 214:3
  215:2 218:21
  229:7
**we're**
6:21 9:9 22:25
  37:17,18,20 41:21
  44:8,19 46:3
  65:15 66:17 67:2
  84:11 87:3 96:2
  102:23 106:8
  108:16 117:15
  128:22 139:14,19
  139:20,23,24

146:1 151:16,19
  151:20 153:5,9,10
  159:12 170:24
  174:2 175:1 215:2
  225:24 226:22
  227:3 234:16,17
  234:18,19
**we've**
6:19 19:16,20
  20:10 23:9 45:23
  69:11 128:8 150:6
  153:4,12 170:25
  188:20 191:22
  192:4 200:12
  202:19 212:16
  213:12 224:6
  227:24
**WGTW**
93:24
**whatnot**
133:16
**Whee**
208:25
**whistles**
150:11
**White**
123:10
**whoa**
150:15
**Whos**
12:1,2,13
**whosslammingw...**
11:23 15:6,19
  27:21
**wide**
52:10
**wife**
69:8 92:22 158:13
  214:2
**wiggle**
86:13
**Wild**
178:24
**Wildside**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 289

18:3,11 28:14
116:8
**William**
1:13 3:5,12
**Williams**
78:9
**willing**
79:22 80:16 136:13
142:22 150:7
153:15 175:14
209:23
**win**
188:15
**Windsor**
168:13 221:21
**winner**
188:15
**winners**
188:14
**Winston**
72:17
**Winston-Salem**
68:13
**Winston-Salem's**
59:13
**wired**
110:1
**wish**
13:14 199:21
**wished**
51:14
**witness**
4:20 7:3 9:25 13:25
94:23 113:3,9
159:13,21 175:6
184:7 208:9
210:14 218:20
220:12,15,18
221:7 228:13,20
235:7,12,16,17
**witnesses**
205:16
**WMC**
36:12 52:17,22

**wonder**
111:5
**wondered**
209:9
**wonderful**
37:7 55:5 150:12
190:1 215:4
**Woods**
83:18
**word**
13:3,4 17:9 106:21
107:17 178:7,8
217:23
**words**
14:14 44:3 80:9
166:8
**work**
10:12 16:8 28:17
38:17 40:13 55:13
58:13 78:23 81:9
82:2 89:20 93:25
105:21 111:23
112:13 114:9
118:24 129:14,14
138:16 139:6
150:5 154:22
173:25 178:10,13
179:6 184:1 188:8
208:21 211:16,21
222:6 225:12
229:24
**worked**
19:25 20:3 29:2
32:10 48:1 51:18
54:12 59:11,18
71:11 74:18 82:1
82:2 88:19,22
93:23 101:18
119:2 130:4
140:23 174:5
195:3,3
**working**
27:23 28:10,24
29:1,12 36:15,15

36:18 39:7 59:18
60:17 67:13 115:4
118:5 130:15
162:18 175:7
212:5 218:7 222:4
**works**
32:17 104:4 123:22
125:16 127:5,8,11
**world**
19:23 23:8,8 25:7
25:19 26:15 30:21
32:10 58:1 61:12
61:21 67:11 72:13
72:13 73:19 74:15
96:8 102:19 125:2
146:9 156:16
174:9 232:19
234:6
**worry**
139:21 217:24
**worse**
102:25
**worst**
71:20
**wouldn't**
5:17 26:3 69:4
89:20 90:25 93:4
95:12,22 111:19
123:23 125:24
142:20 145:10,11
145:12 146:20
148:12 170:10
173:16 174:19
177:14,18 183:7
194:16 202:6,8,17
204:25
**wow**
207:10 218:3
**wrestled**
99:12 124:9 173:11
**WrestleMania**
231:14
**wrestler**
32:10 106:12 107:6

107:7 120:7 146:4
178:17 187:22
189:16,18 190:2
190:17
**WrestleReunion**
1:3 31:20 34:4
154:17,17,23
158:3,21 159:6
163:17 164:10
169:6 176:8
177:21 181:7
185:8 201:14
205:13 208:14
217:17,21 221:15
229:12
**wrestlers**
16:3,9 23:21 27:22
27:24 32:8,12,15
35:5 79:6,11 82:6
83:24,24 117:11
120:15 165:7
175:13 190:16,24
192:15 197:25
208:22 221:14
229:12 231:22
**wrestles**
16:12,13,14,18
**wrestlezone.com**
11:19 15:22 27:20
**wrestling**
5:14 15:20,23
16:21 17:2,22
18:21,23,24 19:6
19:8,11,18,24
21:8,10,13,17,17
21:19 23:2,18,20
24:1 25:7,20 27:8
27:25 28:1,2,25
29:14,17 30:20,21
31:5,14 32:8,11
34:17,20 35:17
37:1 38:23 39:3
40:24 43:8,13,15
43:17 44:18,22

46:11,13 47:3
48:1 49:19 50:7
50:24 51:10 52:24
54:20 55:22 56:5
65:12 70:3,6
73:13 77:5,12,17
77:18 78:3,5 79:4
79:10 80:4 81:18
81:22 82:14 83:3
83:8,19,21 84:1
84:12,14,18 85:3
87:14 88:8,9,25
89:19 91:3,11,14
91:15,21 93:18,23
94:10,14,18,21
95:3,10,24 96:6
96:12,15 97:5,13
97:18,24 98:1,13
99:6,17 100:7
102:12 103:1,4,4
103:9,23,24 104:9
105:16 106:22
108:25 109:1,2,8
111:2,7 112:18
113:12 115:10,22
116:12,13,23
117:16 120:5
123:20 124:2,23
125:2 126:13
144:19 145:1,19
146:2,9,12 148:4
148:5 149:19
151:4 152:11
156:13,15 164:11
164:12 166:12
168:3,5 174:9
185:14 187:4
188:10,17 189:11
189:20 192:5
193:22,22 195:5
197:8,16,17,24
198:6 207:3,4
214:19 230:15
232:7

write
 11:17,18 31:1
  33:14 152:20
  192:24,25 202:20
  203:19 224:14
  225:2
writes
 165:7
writing
 33:8 203:22 206:19
written
 34:19,20 35:14
  123:3 126:19
  206:24 214:10
  215:18 216:5,9,17
  216:21,23 224:18
  224:24
wrong
 84:6 121:10 123:17
  132:8 137:12
  141:11 167:7
  219:23 220:8,9
wrote
 59:3 114:3 158:11
  158:13 200:10
  202:19 203:1
  215:23
WWE
 16:21 18:13 28:17
  29:1,4 30:5 31:5
  33:11 34:10,11,14
  39:6,22 40:3,25
  40:25 42:15 55:23
  77:14 96:7 98:18
  104:14 108:7
  109:19 110:13
  113:11 116:16,21
  117:12 118:18
  121:23 122:5
  140:16 146:22
  147:4 148:4 149:2
  149:9,18 176:6
  180:3 186:2,5,25
  187:18 191:6

198:16 199:9,23
  223:6 229:17,18
  229:19 230:12,24
  231:9,13 232:2,3
  232:3,4 233:13,25
WWF
 146:22 164:22
WWWF
 21:19 146:22
WXII
 59:12 63:17
WXW
 106:24
WXYZ
 98:21
w-h-o-s
 12:13,14
w-h-o-s-e
 12:13

_____

           X

X
 23:10 121:15
XFL
 143:15
XWF
 160:12,19,19 161:3

_____

           Y

yay
 103:20 110:25
  189:9 209:1
yeah
 7:3 8:22 9:15 24:3
  25:12 28:3 44:20
  60:25 78:12 81:7
  84:11,11 86:2
  103:1,3 116:11
  124:22 129:1
  133:17 138:7
  144:3 162:6 165:2
  173:10 176:13,18
  178:1 180:7
  183:24 184:18
  193:10 198:24

200:18 213:24
  215:19 217:14
  219:12 220:17
  221:18 222:10
  229:23
year
 39:17 57:18 59:7
  59:23 60:1 71:15
  74:4 77:10 83:2,2
  93:12 114:19
  116:6 121:15,17
  147:12 156:1
  197:2 224:16
  230:6
years
 21:15 23:2,21
  29:24 31:15 32:10
  33:10,21 38:15
  47:19 49:4 53:5
  61:15 73:7 74:22
  75:18 77:8 87:21
  91:25 94:2,16,17
  104:10 106:10
  115:24,24 127:18
  133:3,10,11 135:9
  142:17,18 145:11
  151:17 153:6
  156:2 214:4
  224:11,23 225:3,6
  234:24
year-to-year
 96:22
yelling
 163:24 177:24
  220:20
yesterday
 191:4
yes/no
 46:8
yield
 73:3 109:16
yielded
 172:21
yields

109:17
Yolanda
 1:21 237:21 238:20
York
 41:13 65:23 72:3
  189:24
young
 16:11 20:15 43:25
  44:5 74:8 75:11
  76:7 150:1 186:14
younger
 20:12
you-dumb-butt
 79:14

_____

           Z

Zbyszko
 174:25 175:18

_____

           $

$1
 21:3
$1,250
 45:19
$1.19
 93:3
$1.7
 34:2
$10
 112:1
$10,000
 181:22
$12,500
 194:8
$12.50
 45:18
$1250
 47:4
$150
 102:3
$1500
 52:17 180:7
$2,000
 183:6
$20-something

153:5
$25,000
 150:14
$250
 10:25 60:21
$2500
 172:9
$3,000
 55:18 107:1
$300
 194:7
$4,000
 183:16,19 185:9
$5
 38:14
$5,000
 22:22 111:15,17
  172:4,16 174:22
  175:13 180:18
$50
 38:4
$500
 53:5 174:1
$600
 10:23 11:18
$75,000
 121:25 123:12
$750,000
 124:6
$8,000
 174:17

_____

           0

05
 124:24 125:5,18

_____

           1

1
 5:22 6:2,20 181:7
  236:4,15 237:10
1.5
 36:3,7 41:23 45:17
  46:23
1:41
 113:7

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 291

**10**
111:17 131:2
**10,000**
175:10
**10:00**
1:16 106:1
**100**
108:22
**100,000**
150:20
**1099**
34:7,10
**11:18**
63:12
**11:34**
63:12
**111**
32:19 130:14,17
**12**
42:15 50:25 51:2
**12,500**
179:4
**12-minute**
48:16
**12:28**
113:7
**1230**
1:18
**124**
218:2
**1250**
36:6,7 41:21 45:6
45:17 183:14,23
**13th**
8:15
**15**
7:22 55:18 135:9
**15,000**
194:10
**15-14-37(a)**
238:13
**1500**
106:25 172:24
173:25 175:4

184:25 194:22
195:12
**16**
106:2 159:15
**17**
159:16
**170**
236:12
**18**
159:16
**19**
159:16
**19th**
1:19 30:3
**1962**
57:20
**1980**
38:22 49:21 60:2
**1982**
83:12
**1987**
61:8
**1989**
4:1 71:16,17
**1993**
34:12,22 35:2
94:19,20
**1999**
184:10

──────────
**2**
──────────
**2**
6:17,21 236:6
**2nd**
9:14
**2,000**
112:3 176:9 181:22
196:3
**2:00**
92:3
**2:02**
48:18
**2:34**
159:2,2

**20**
108:19 120:19,20
130:19,25 159:17
159:20,21 178:2
194:11
**20,000**
176:13,17
**20/20**
79:10
**200**
112:1 193:8
**200-plus**
82:21
**2000**
184:10
**2000s**
44:11
**2002**
30:2 31:7 160:5
230:5,5
**2004**
146:14 230:23
**2005**
29:9 30:7,8 31:5,7
154:17 174:3
**2007**
23:5 33:22 114:18
**2008**
170:21 171:3
**2009**
1:15 8:15 9:14
199:24 237:18
**2100**
2:5
**22**
37:20 42:9 43:8
116:16 206:14
**220-some**
43:1
**227**
236:13
**235**
237:10
**24**

66:13 67:19 68:7
**24/7**
92:4 146:13 147:10
**25**
47:19 63:22 65:2
65:19 106:1
120:17 195:18
**25,000**
130:19
**250**
111:21
**2500**
172:18 175:20
177:10 184:15
194:24 195:13
**26(a)(2)(B)**
8:12 9:14 204:6
224:20 236:9,11

──────────
**3**
──────────
**3**
8:7,10 174:1,6
236:8
**3D**
172:2
**3rd**
170:21 171:2
**3,000**
112:5 195:14,17
**3-1/2**
149:3
**3/4-inch**
37:22
**3:43**
208:7
**3:45**
208:7
**3:46**
210:13
**3:52**
210:13
**30**
1:15
**30th**

237:18
**30341**
3:15
**3200**
195:1 196:3
**3238**
3:14,18
**32801**
2:12
**33602**
2:6
**3500**
111:16
**375**
202:5

──────────
**4**
──────────
**4**
9:2,4,12 236:10
**4th**
110:17
**4,000**
184:20
**4:14**
229:8
**4:29**
229:8
**4:40**
235:14
**40**
155:22 223:14
**400**
2:5
**407**
2:12,13
**418-2431**
2:12
**450**
2:11
**4500**
177:8
**47**
33:9
**489-1001**

WrestleReunion, LLC v. Live Nation Television Holdings, Inc.    8:07-CV-2093-T27-MSS
William B. Behrens
July 30, 2009
Page 292

2:6
**489-1008**
2:7

----
**5**

**5**
131:2 170:4,14,17
    170:19 171:1
    236:4,12,15
**5,000**
112:3 176:21
    179:12 194:16
    195:15
**50**
93:4 121:25 127:22
    127:23 149:17
    155:22 223:14
**50s**
12:11
**50,000**
129:3,8
**500**
18:8 173:16 174:6
    184:1 195:23
**500-plus**
94:8
**500-pound**
98:24
**55**
176:12,14,14
**550**
114:13

----
**6**

**6**
112:10 226:23
    227:4,14,18,19,24
    228:5 236:6,13,16
**6,000**
175:8
**6-foot-8**
193:2
**6:05**
124:17,20,24 125:4
    207:4

**60**
98:21
**61**
21:15
**621-9533**
3:17
**650**
2:11

----
**7**

**7**
3:14
**7,000**
174:25
**7:00/7:30**
97:2
**70**
41:11 42:20 150:20
**700**
112:10
**702**
205:15
**75**
93:2 120:18 129:4
**750**
176:5 184:2
**7500**
175:9 181:25
**770**
3:17

----
**8**

**8**
236:8
**8.B**
3:2 238:3
**8:07-CV-2093-T...**
1:6
**80**
160:8,8
**80s**
83:4
**80,000**
129:4
**813**

2:6,7
**83**
83:12
**84**
160:9
**841-1295**
2:13
**85**
160:9,9
**86**
160:10
**87**
160:8,10
**89**
83:4

----
**9**

**9**
236:10
**9.95**
131:8 148:25
    150:14
**90**
42:21 64:22 71:16
    83:4 93:10
**90s**
44:10 48:2 57:16
    74:5 105:10
**90,000**
150:21
**94**
120:25
**99.9**
88:18