**PROCESS XPRESS**
P.O. Box 532053
Orlando, FL 32853-2053
Phone: (407) 327-9572
Fax: (407) 327-9223

# INVOICE



→ P.C.

ENTERED

FEB 2 7 2009

GT-MIAMI-A/P

Gregory W. Herbert, Esq.
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
Orlando, FL 32801



101820557

Your Contact: Paula
**Case Number: Western 8:07-CV-2093-T-27-MSS**

Plaintiff:
**WRESTLEREUNION, LLC**

Defendant:
**LIVE NATION TELEVISION HOLDINGS, INC.**



RECEIVED
FEB 1 2 2009
A/P-MIAMI-C

GREENBERG TRAURIG
JAN 3 0 2009

Received: 1/14/2009   Served: 1/14/2009 2:30 pm  OTHER
To be served on: Highspots.Com

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Nationwide) | 1.00 | 90.00 | 90.00 |
| Rush Fee | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** $150.00

GT - ORLANDO (US) A/P
Vendor #_____ 35383
GL #_____ DU #_____
C/M# C-84763.011900
Approval: A_____
Print Name: Paula Castro  II  RH  Butt
Sales Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

OK to pay
084763.011900
TAX.
PC.

μ4.5

NET 30 - All invoices unpaid after 30 days will be assessed a service charge of 1.5 % per month
We appreciate your business! Tax ID #20-0586759

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3f

**PROCESS XPRESS**
P.O. Box 532053
Orlando, FL 32853-2053
Phone: (407) 327-9572
Fax: (407) 327-9223

# INVOICE

**Invoice #2009001051**
2/5/2009



Gregory W. Herbert, Esq.
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
Orlando, FL 32801

101820556

GREENBERG TRAURIG

**FEB 1 1 2009**

Your Contact: Paula
**Case Number: Western 8:07-CV-2093-T-27-MSS**

Plaintiff:
**WRESTLEREUNION, LLC**

Defendant:
**LIVE NATION TELEVISION HOLDINGS, INC.**

Received: 2/4/2009   Served: 2/5/2009 8:40 am  CORPORATE
To be served on: ABC Financial Services

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 55.00 | 55.00 |
| Rush Fee | 1.00 | 95.00 | 95.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:** $150.00



NET 30 - All invoices unpaid after 30 days will be assessed a service charge of 1.5 % per month
We appreciate your business! Tax ID #20-0586759

Copyright © 1992-2008 Database Services, Inc - Process Server's Toolbox V6 3i

FILE COPY



**PROCESS XPRESS**
P.O. Box 532053
Orlando, FL 32853-2053
Phone: (407) 327-9572
Fax: (407) 327-9223

# INVOICE

Invoice #2009001707
2/27/2009

GT - ORLANDO (05) - A/P
Vendor #_____ 35983
G.L. #_____ DEP I#_____
C/M #_ 084763 011900
Approval: _____
Proc Name: _Paula Castro L._ but
Sales Use Tax Copy Had ___ ES ___
Capital Expense Copy Mailed ___ □ No.

GREENBERG TRAURIG
MAR 04 2009

Gregory W. Herbert, Esq
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
Orlando, FL 32801

Your Contact: Paula
**Case Number: Middle 8:07-CV-2093-T-27-MSS**

Plaintiff:
**WRESTLEREUNION, LLC**

Defendant:
**LIVE NATION TELEVISION HOLDINGS, INC.**

Received: 2/19/2009    Served: 2/20/2009 1:25 pm  CORPORATE
To be served on: Glantz & Glantz, P.A

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 55.00 | 55.00 |
| Rush Fee | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $90.00 |

**BALANCE DUE:** $90.00

FILE COPY

NET 30 - All invoices unpaid after 30 days will be assessed a service charge of 1.5 % per month
We appreciate your business! Tax ID #20-0586759

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3i

Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators
President

Associated Licensed Detectives of
New York State, Inc
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc



**SERVING** by **IRVING INC.**

*"Serving the Legal Community Since 1977."*

**March 25, 2009**

**ATTN: PAULA M. CASTRO**

**GREENBERG TRAURIG, P.A.**
**450 SOUTH ORANGE AVENUE, SUITE 650**
**ORLANDO, FLORIDA 32801**

**INV# DC-4189**

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|-----------|-----------|---------|--------|
| Wrestlerunion, LLC, | Live Nation Television Holdings, Inc | Subpoena RUSH Service On In Demand LLC | $225.00 |
| | | **TOTAL BILL:** | **$225.00** |

101811630

APR 1 - 2009
GT-MIAMI-A/P

RECEIVED
MAR 31 2009
A/P-MIAMI-G

GT - ORLAN
Vendor #
G I#
Approval
Print Nam
Soles/Us Tax
Capital Expense

OK to pay
QC
084763.011900

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE - LICENSE #11000079635*
**WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279**
**(212) 233-3346 • Fax (212) 349-0338**
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123




**PROCESS XPRESS**
**P.O. Box 532053**
**Orlando, FL 32853-2053**
**Phone: (407) 327-9572**
**Fax: (407) 327-9223**

# INVOICE

Invoice #2009001706
3/31/2009


101833906

Gregory W. Herbert, Esq.
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
Orlando, FL 32801

G. EENBERG TRAURIG

APR 0 6 2009

Your Contact: Paula
**Case Number: Middle 8:07-CV-2093-T-27-MSS**

Plaintiff:
**WRESTLEREUNION, LLC**

Defendant:
**LIVE NATION TELEVISION HOLDINGS, INC.**

Received: 2/19/2009  Served: 3/4/2009 4:00 pm  CORPORATE
To be served on: Malloy & Malloy, P.A Attn: Andrew W. Ransom, Esquire

RECEIVED
APR 9 - 2009
GT-MIAMI-A/P

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 55.00 | 55.00 |
| Rush Fee | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $90.00 |
| **BALANCE DUE:** | | | **$90.00** |

GT - ORLANDO (05) - A/P
Vendor #_____ 359x3
G/L #_____  EXPR_____
C/M# 084763  011900
Approval: A_____
Print Name: Paula Cabe   EXPR Gulf
Sales Use Tax Copy Made ☐ YES ☐ NA
Capital Expense Copy Made ☐ YES ☐ NA

OK to pay
084763.011900
TN.

NET 30 - All invoices unpaid after 30 days will be assessed a service charge of 1 5 % per month
We appreciate your business! Tax ID #20-0586759

FILE COPY   Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3i



**PROCESS XPRESS**
P.O. Box 532053
Orlando, FL 32853-2053
Phone: (407) 327-9572
Fax: (407) 327-9223

# INVOICE

Invoice #2009003713
4/17/2009

Original Date: 4/16/2009

Gregory W Herbert, Esq.
Greenberg Traurig, P A
450 South Orange Avenue
Suite 650
Orlando, FL 32801

Reference Number: 4134
Your Contact: Paula
**Case Number: Middle 8:07-CV-2093-T-27-MSS**

Plaintiff:
**WRESTLEREUNION, LLC**

Defendant:
**LIVE NATION TELEVISION HOLDINGS, INC.**

Received: 4/6/2009   Served: 4/7/2009 3:45 pm   CORPORATE
To be served on: BANK OF AMERICA

RUSH!

101850271

GREENBERG TRAURIG

APR 2 0 2009

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1 00 | 55 00 | 55 00 |
| Rush Fee | 1.00 | 35 00 | 35 00 |
| **TOTAL CHARGED:** | | | $90 00 |

**BALANCE DUE:** $90.00

GT - ORLANDO
Vendor #: 35983
G/L#: _____ DEPT#: _____
C/M#: 089761 011900

Approval: _____
Print Name: _____
Sales/Use Tax Copy Made: _____
Capital Expense Copy Made: _____

OK to pay
084763  011900
THX
-Paula

NET 30 - All invoices unpaid after 30 days will be assessed a service charge of 1 5 % per month
We appreciate your business! Tax ID #20-0586759

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3m

# INVOICE

U.S. Legal Support, Inc
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone:305-373-8404  Fax:305-358-3711



101321174

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 617928 | 8/28/2008 | 556307 |
| Job Date | Case No. | |
| 8/1/2008 | 084763 011900 | |
| Case Name | | |
| Wrestle Reunion vs Live Nation | | |
| Payment Terms | | |
| Due upon receipt | | |

Greg Herbert, Esquire
Greenberg Traurig, P A .
450 South Orange Avenue
6th Floor
Orlando, FL 32801

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Dawn Olejar | | 77.00 Pages | @ | 7.45 | 573.65 |
| Condensed Transcript | | | | 15.00 | 15.00 |
| ASCII - CD ROM | | | | 15.00 | 15.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Steve Sterling | | 83.00 Pages | @ | 7.45 | 618.35 |
| Full Day Per Diem | | | | 170.00 | 170.00 |
| Condensed Transcript | | | | 15.00 | 15.00 |
| ASCII - CD ROM | | | | 15.00 | 15.00 |
| Shipping/Handling/Processing | | | | 18.50 | 18.50 |

RECEIVED
OCT 1 - 2008
A/P-MIAMI-GT

GT - ORLANDO (05) - A/P
Vendor # ____ 0984 7
G/L # _____ DEP #: _____
C/M#: 084763 011900
Approval: X ____ 90
Print Name: T. Castro    TKPR#: ____
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A
No adjustments or refunds will be made after 120 days from date of payments.

AM & PM
Location: New York, NY

TOTAL DUE >>> $1,440.50

OCT 1 - 2008

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: 1,440.50

Tax ID: 59-177-9907

Phone: 407-420-1000   Fax:407-420-5909

*Please detach bottom portion and return with payment*

Greg Herbert, Esquire
Greenberg Traurig, P A .
450 South Orange Avenue
6th Floor
Orlando, FL 32801

| | | | | |
|---|---|---|---|---|
| Job No. | : 556307 | | BU ID | : 61-OTTWN |
| Case No. | : 084763 011900 | | | |
| Case Name | : Wrestle Reunion vs Live Nation | | | |
| Invoice No. | : 617928 | | Invoice Date | : 8/28/2008 |
| Total Due | : $1,440.50 | | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MASTER   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Zip: _____ Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 864407**
            **Orlando, FL 32886-4407**



Regency Reporting Service, Inc.
Courthouse Plaza, Suite 103
625 East Twiggs Street
Tampa, FL 33602
Tax ID: 59-3458503

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2009 | 4159 |

**Bill To**

Greenberg Traurig, P A
Attn: Gregory Herbert, Esquire
450 South Orange Avenue
Suite 650
Orlando, Florida 32801

2nd request 2/23/09

ENTERED
MAR 2 - 2009
GT-MIAMI A/P

GREENBERG TRAURIG
FEB 2 6 2009

RECEIVED
FEB 2 2009
A/P-MIAMI-GT

| | Terms | Job: |
|---|-------|------|
| | Due on receipt | LiveNation |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Deposition of Sal Corrente (continued) taken on 12/10/08 | | | |
| Appearance - First Hour | 7 | 75.00 | 75.00 |
| Appearance - Cont'd | 311 | 55.00 | 385.00 |
| Original - Regular | | 4.30 | 1,337.30 |
| Condensed Copy | | 0.00 | 0.00 |
| | | | |
| PR | | | |

OK to pay
084763-011900
Thx.
P.

GT - ORLANDO (95) A/P
Vendor #  41077
G/L # _____ DEPT #_____
C/M # 084763.011900
Approval: X _____
Print Name: Paula Cashman _____
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

Thank you for using Regency Reporting Service

101823197

| Phone # | 813-224-0224 |
|---------|--------------|

| Total | $1,797.30 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,797.30 |

FILE COPY

Regency Reporting Service, Inc.
Courthouse Plaza, Suite 103
625 East Twiggs Street
Tampa, FL 33602
Tax ID: 59-3458503

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2009 | 4155 |

**Bill To**

Greenberg Traurig
Attn: Gregory Herbert, Esquire
450 South Orange Avenue
Suite 650
Orlando, Florida 32801

*2nd request 2/23/09*

ENTERED
MAR 2 - 2009
GT-MIAMI A/P

RECEIVED
FEB 2 , 2009
GT-MIAMI A/P

| Terms | Job: |
|-------|------|
| Due on receipt | LiveNation |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Deposition of Rob Russer taken on 12/11/08 | | | |
| Appearance - First Hour | | 75 00 | 75.00 |
| Appearance - Cont'd | 6 | 55 00 | 330.00 |
| Original - Regular | 236 | 4.30 | 1,014 80 |
| Condensed Copy | | 0 00 | 0.00 |

*OK to pay 084203. 011900 PC.*

SI

GT - ORLANDO 851 A/P
Vendor #_____ 41077
GT #_____ DEPT_____
C/M#_ 084263 · 011900
Approval: X_____
Firm Name: Paula Castro TKPR# Geoff
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

101823200

Thank you for using Regency Reporting Service

| Phone # | 813-224-0224 |
|---------|--------------|

| **Total** | $1,419 80 |
|-----------|-----------|
| **Payments/Credits** | $0 00 |
| **Balance Due** | $1,419 80 |

Regency Reporting Service, Inc.
Courthouse Plaza, Suite 103
625 East Twiggs Street
Tampa, FL 33602
Tax ID: 59-3458503

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2009 | 4157 |

| Bill To |
|---------|
| Greenberg Traurig, P.A.<br>Attn: Gregory Herbert, Esquire<br>450 South Orange Avenue<br>Suite 650<br>Orlando, Florida 32801 |

*2nd request 2/23/09*

ENTERED
MAR 2 - 2009
GT-MIAMI-A/P

RECEIVED
FEB 2 7 2009
A/P-MIAMI-GT

| Terms | Job: |
|-------|------|
| Due on receipt | LiveNation |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Deposition of Sal Corrente taken on 12/9/08 | | | |
| Appearance - First Hour | | 75.00 | 75.00 |
| Appearance - Cont'd | 3 | 55.00 | 165.00 |
| Original - Regular | 152 | 4.30 | 653.60 |
| Condensed Copy | | 0.00 | 0.00 |
| PR | | | |

*OK to pay*
*084763*
*OK 900*

GT - ORLANDO (05) - A P
Vendor # ......... 4107
G/L# ............. DEPT #
C/M# .............
Approval:
Print Name: Paula Casto  TKPR # 600
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

Thank you for using Regency Reporting Service

| Phone # | 813-224-0224 |
|---------|--------------|

| Total | $893.60 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $893.60 |

101823203



# INVOICE

**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK    FAX 1-877-FAX-FINK

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 105935 | 02/26/2009 | 01-61414 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/04/2008 | SANTEL | 7267 |

CASE CAPTION

Paula Castro
Greenberg Traurig, PA
450 South Orange Ave
Suite 650
Orlando, FL 32801

WrestleReunion vs. Live Nation Television

TERMS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
101811632

Net 30

One Copy of Deposi
Steve Sterling                                                                                    669.60

One Copy of Deposition of: ORLANDO (05) - A/P
Dawn Olejar                                                                                      315.20


Vendor #  39212
GL#ӏ_____ DEPT#_____
C M# 084763.011900
Approval X _____
Print Name: P. Castro    TKPR# 36 H
Sales Use Tax Copy Made: ☐ YES ☐ N/A
Compl. Expense Copy Made: ☐ YES ☐ N/A

TOTAL  DUE  >>>>                          984.80

248 and 76 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business

084763 011900
7px.

APR 1 - 2009
OF MIAMI-A/P

RECEIVED
MAR 1 6 2009
A/P-MIAMI-G

TAX ID NO.:  13-2656827                                                    (407) 418-2383

*Please detach bottom portion and return with payment*

Paula Castro
Greenberg Traurig, PA
450 South Orange Avenue
Suite 650
Orlando, FL 32801

OK to pay
7p.

Job No.    :  01-61414
Case No.   :  7267
WrestleReunion vs. Live Nation Telev

Invoice No.:  105935
Date       :  02/26/2009
**TOTAL DUE** :    984.80

### PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC/AmExp #:

Amount to Charge:

Exp Date: _____            Phone #:

Cardholder's Signature:

Remit To:    **Ralph Fink & Associates, Inc.**
             **39 West 37th Street**
             **6th Floor**
             **New York, NY 10018**



# INVOICE

**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 105937 | 02/26/2009 | 01-61415 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/05/2008 | SANTEL | 7267 |

**CASE CAPTION**

WrestleReunion vs. Live Nation Television

**TERMS**

Paula Castro
Greenberg Traurig, PA
450 South Orange Avenue
Suite 650
Orlando, FL 32801

Net 30

| | |
|---|---|
| One Copy of Deposition of:<br>  Eric Paulsen | 324.00 |
| | 101811635 |
| One Copy of Deposition of:<br>  Steven Stern | 113.40 |
| One Copy of Deposition of:<br>  Joseph Townley | 170.10 |
| One Copy of Deposition of:<br>  John A. Gallarello | 357.70 |
|   Federal Express | 47.00 |

**RECEIVED** MAR 6 2009

OK TO PAY
084763-011900

A/P-MARTO

**TOTAL DUE  >>>>   1,012.20**

APR 1 - 2009

120, 42, 63 and 51 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

TAX ID NO. : 13-2656827                              (407) 418-2383

*Please detach bottom portion and return with payment*

### GT - ORLANDO (05) - A/P

Paula Castro    Vendor #  32212
Greenberg Traurig, PA          DEPT#
450 South Orange Avenue  84763-011900
Suite 650      Approval: X
Orlando, FL 32801

Print Name: P Castro    TKPR# 64H

Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

| | | |
|---|---|---|
| Job No. | : | 01-61415 |
| Case No. | : | 7267 |
| | | WrestleReunion vs. Live Nation Telev |
| Invoice No. | : | 105937 |
| Date | : | 02/26/2009 |
| **TOTAL DUE** | : | **1,012.20** |

### PAYMENT WITH CREDIT CARD

Card Holder's Name:

VISA/MC/AmExp #:

Amount to Charge:

Exp Date:           Phone #:

Cardholder's Signature:

Remit To:   **Ralph Fink & Associates, Inc.**
**39 West 37th Street**
**6th Floor**
**New York, NY 10018**

→ P.C.  **INVOICE**

U.S. Legal Support, Inc.
4350 West Cypress Street
Suite 701
Tampa, FL 33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 665166 | 4/22/2009 | 610807 |
| **Job Date** | **Case No.** | |
| 4/21/2009 | 8:07-CV-2093-T-27-MSS | |
| **Case Name** | | |
| Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

Deposition Of:
Anthony Attanasio

| | | | |
|---|---|---|---|
| Attendance - First Hour | | 85.00 | 85.00 |
| Additional Hours | 2.00 @ | 55.00 | 110.00 |
| Attendance - starting 5:00 p.m. or after (additional Hours) | | 65.00 | 65.00 |

TOTAL DUE >>> **$260.00**

(-) Payments/Credits:        0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance            260.00

101853704

ORLANDO (05) A/P

G/L#
C/M#  CNDGS-011900
Approval: X
Print Name: Greg Herbert TKPRRGEGH
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

RECEIVED
APR 2 9 2009

GREENBERG TRAURIG
APR 27 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 59-177-9907          Phone: 407-420-1000   Fax:407-420-5909

*Please detach bottom portion and return with payment*

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

Job No.     : 610807          BU ID        :54-TAMPA
Case No.    : 8:07-CV-2093-T-27-MSS
Case Name   : Wrestlereunion, L.L.C. vs. Live Nation Television
              Holdings, Inc.
Invoice No. : 665166          Invoice Date :4/22/2009
**Total Due  : $ 260.00**

OK
- swh
084763
011900

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 864407**
          **Orlando, FL 32886-4407**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

→P.C.  Schtt

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 665074 | 4/22/2009 | 610809 |

| Job Date | Case No. |
|---|---|
| 4/14/2009 | 8:07-CV-2093-T-27-MSS |

| Case Name |
|---|
| Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

RECEIVED
APR 2 8 2009
A/P-MIA-G

Videotaped Deposition Of:
C/R: Highspots.com, Michael Bocciccio
   1.Videotape Services
   2.Videotape Services - Additional Hour(s)

| | | | |
|---|---|---|---|
| Videotape Services | | 200.00 | 200.00 |
| 5.00 Hours @ | 150.00 | 750.00 |

**TOTAL DUE >>>**     **$950.00**

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    950.00

101853701

ORLANDO (85) - A/P
C-684-

Vendor #: _____
G/I #: _____ DEPT #: _____
C/M#: 084162 0115 0

Approval: _____
         Signature
Print Name: _____ TKPR# 6611
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

GREENBERG TRAURIG
APR 27 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID: 59-177-9907**

Phone: 407-420-1000  Fax:407-420-5909

*Please detach bottom portion and return with payment*

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

OK
-swh

084163
011900

| | | | |
|---|---|---|---|
| Job No. | : 610809 | BU ID | :61-OTTWN |
| Case No. | : 8:07-CV-2093-T-27-MSS | | |
| Case Name | : Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc. | | |
| Invoice No. | : 665074 | Invoice Date | :4/22/2009 |
| **Total Due** | **: $ 950.00** | | |

Remit To: **U.S. Legal Support, Inc.**
       **P.O. Box 864407**
       **Orlando, FL 32886-4407**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support, Inc
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone:305-373-8404   Fax:305-358-3711

101894186

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 665575 | 4/24/2009 | 610805 |

| Job Date | Case No. |
|---|---|
| 4/14/2009 | 8:07-CV-2093-T-27-MSS |

| Case Name |
|---|
| Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc |

| Payment Terms |
|---|
| Due upon receipt |

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Michael Bochlcchio

| | | | | |
|---|---|---|---|---|
| | 229.00 Pages | @ | 8.30 | 1,900.70 |
| Exhibit | 16.00 Pages | @ | 0.35 | 5.60 |
| Full Day Per Diem | | | 177.80 | 177.80 |
| Condensed Transcript | | | 7.50 | 7.50 |
| ASCII - CD ROM | | | 7.50 | 7.50 |
| Expedited Shipping/Handling/Processing | | | 30.00 | 30.00 |
| Electronic Delivery | | | 0.00 | 0.00 |

Location:  Charlotte, NC

| TOTAL DUE >>> | $2,129.10 |
|---|---|
| (-) Payments/Credits: | 285.10 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,844.00 |

OK gwh 084703 D11900

Tax ID: 59-177-9907

Phone: 407-420-1000   Fax:407-420-5909

*Please detach bottom portion and return with payment*

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

| | | | |
|---|---|---|---|
| Job No. | : 610805 | BU ID | : 61-OTTWN |
| Case No. | : 8:07-CV-2093-T-27-MSS | | |
| Case Name | : Wrestlereunion, L.L.C vs. Live Nation Television Holdings, Inc | | |
| Invoice No | : 665575 | Invoice Date | : 4/24/2009 |
| Total Due | : $1,844.00 | | |

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

# INVOICE

U.S. Legal Support, Inc.
4350 West Cypress Street
Suite 701
Tampa, FL 33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 667976 | 5/6/2009 | 610826 |

| Job Date | Case No. |
|---|---|
| 4/22/2009 | 8:07-CV-2093-T-27-MSS |

| Case Name |
|---|
| Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

101854357

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:



| | | | | |
|---|---|---|---|---|
| Colin Bowman | 229.00 Pages | @ | 3.60 | 824.40 |
| Exhibit | 47.00 Pages | @ | 0.35 | 16.45 |
| Full Day Per Diem | | | 100.00 | 100.00 |
| Condensed Transcript | | | 7.50 | 7.50 |
| ASCII - CD ROM | | | 7.50 | 7.50 |
| Shipping/Handling/Processing | | | 18.50 | 18.50 |
| Electronic Delivery | | | 0.00 | 0.00 |

GT - ORLANDO (05) - A/P
Vendor # 09847
GL #_____ DEPT#_____
CA #_____
Approval: X_____
Signature
Print Name: Paula Costen   TKPR# GWH

Sales/Use Tax Copy Made: ☐ YES
Capital Expense Copy Made: ☐ YES

084763 01900
OK to pay
T. Cot

| | |
|---|---|
| TOTAL DUE >>> | $974.35 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 974.35 |

RECEIVED
MAY 1 3 2009
A/P-MIAMI-GT

GREENBERG TRAURIG
MAY 1 1 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 59-177-9907                                    Phone: 407-420-1000   Fax:407-420-5909

*Please detach bottom portion and return with payment*

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

Job No.    : 610826           BU ID        : 54-TAMPA
Case No.   : 8:07-CV-2093-T-27-MSS
Case Name  : Wrestlereunion, L.L.C. vs. Live Nation Television
             Holdings, Inc.

Invoice No. : 667976          Invoice Date : 5/6/2009
**Total Due : $ 974.35**

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 864407**
          **Orlando, FL 32886-4407**

## PAYMENT WITH CREDIT CARD    AMEX   MC   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support, Inc.
4350 West Cypress Street
Suite 701
Tampa, FL 33607
Phone:813-876-4722  Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 668829 | 5/9/2009 | 610829 |

| Job Date | Case No. |
|---|---|
| 4/23/2009 | 8:07-CV-2093-T-27-MSS |

| Case Name |
|---|
| Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Gregory Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Exhibits | 101.00 | Pages | @ | 3.60 | 363.60 |
| Exhibit | 47.00 | Pages | @ | 0.35 | 16.45 |
| Full Day Per Diem | | | | 100.00 | 100.00 |
| Condensed Transcript | | | | 7.50 | 7.50 |
| ASCII - CD ROM | | | | 7.50 | 7.50 |
| Shipping/Handling/Processing | | | | 18.50 | 18.50 |
| Electronic Delivery | | | | 0.00 | 0.00 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Sal Corrente | 101.00 | Pages | @ | 3.60 | 363.60 |
| Condensed Transcript | | | | 7.50 | 7.50 |
| ASCII - CD ROM | | | | 7.50 | 7.50 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$892.15** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 892.15 |

101913841

s immediately with questions or corrections regarding billing or payment.
ents or refunds will be made after 120 days from date of payments.

**Tax ID:** 59-177-9907

Phone: 407-420-1000  Fax:407-420-5909

*Please detach bottom portion and return with payment*

Gregory Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

| | | | | |
|---|---|---|---|---|
| Job No. | : 610829 | BU ID | : 54-TAMPA |
| Case No. | : 8:07-CV-2093-T-27-MSS | | |
| Case Name | : Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc. | | |
| Invoice No. | : 668829 | Invoice Date | : 5/9/2009 |
| **Total Due** | : **$892.15** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando, FL 32886-4407**

# INVOICE

||||||||||||||||||||||||
101867941

U.S. Legal Support, Inc
315  East Robinson Street
Suite 515
Orlando, FL 32801
Phone:407-649-9193   Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 680215 | 7/1/2009 | 629484 |
| **Job Date** | **Case No.** | |
| 6/22/2009 | 8:07-CV-2093-T-27-MSS | |
| **Case Name** | | |
| Wrestlereunion, L L C  vs  Live Nation Television Holdings, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801



JUL 1 3 2009
GT-MIAMI-A/P

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Colin Bowman | | | | |
| | 202.00  Pages | @ | 3.60 | 727.20 |
|    Same-Day Expedited Transcript | | | | 909.00 |
|    Full Day Per Diem | | | 100.00 | 100.00 |
|    Shipping/Handling/Processing | | | 18.50 | 18.50 |
|    Condensed Transcript with ASCII | | | 15.00 | 15.00 |
| Colin Bowman | | | | |
|    Exhibit | 5.00  Pages | @ | 0.35 | 1.75 |

RECEIVED
JUL 1 3 2009
A/P-MIAMI-GT

| | |
|---|---|
| **TOTAL DUE  >>>** | **$1,771.45** |
| (-) Payments/Credits: | 571.45 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,200.00 |

GT - ORLANDO (05) - A/P
Vendor #  09847
GL #  _____  DEPT#  _____
C/M  084763.011900
Approval  _____
Print Name: Paula Castro  GWH
Sales/Use Tax Copy Made: ☐ YES ☐ NO
Capital Expense Copy Made: ☐ YES ☐ NA

OK to pay
084763.011900
PC

Tax ID: 59-177-9907

Phone: 407-420-1000   Fax:407-420-5909

*Please detach bottom portion and return with payment*

Greg Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue
6th Floor
Orlando, FL 32801

| | | |
|---|---|---|
| Job No. | : 629484 | BU ID : 55-ORLAN |
| Case No. | : 8:07-CV-2093-T-27-MSS | |
| Case Name | : Wrestlereunion, L.L.C. vs Live Nation Television Holdings, Inc. | |
| Invoice No. | : 680215 | Invoice Date : 7/1/2009 |
| **Total Due** | : **$1,200.00** | |

**PAYMENT WITH CREDIT CARD**    AMEX  [ ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando, FL 32886-4407**

# RICHARD LEE REPORTING

PO Box 1157
Tampa, Florida 33601

(813) 229-1588 Phone
(813) 225-1768 Fax
TAX ID: 59-3411525

# INVOICE

Invoice No.: 40284
Date: 07/31/2009
Page: 1
Terms: Net 30.

**Bill to:**
Greenberg, Traurig, P.A.
Gregory Herbert, Esq.
450 S. Orange Ave.
Suite 650
Orlando, Florida 32801

| Description | Amount |
|---|---|
| **WrestleReunion vs. Live Nation Television Holding** | |
| **Dep. of Colin Bowman, 7/29/09** | |
| **Copy** | 550.00 |
| **Exhibits** | 85.50 |
| **Postage** | 10.00 |

ENTERED
AUG 11 2009
GT-MIAMI-A/P

RECEIVED
AUG 11 2009
A/P-MIAMI-GT

OK to pay
084763-011900
PC.

GT - ORLANDO (05) - A/P
Vendor # 00456
G/L #
C/M # 084763-011900
Approval: X
Print Name: Paula Castro
Sales/Use Tax Copy Made: ☐ YES ☐ NA
Capital Expense Copy Made: ☐ YES ☐ NA

101902159

| | |
|---|---|
| Reporter: Kim H. | **Total Amount** 645.50 |



# Huseby, Inc  Atlanta
An Affiliate of National Depo
Tel: 404.875.0400
Fax: 404.875.2979

**Bill To:** Gregory Herbert Esq
Greenberg Traurig
450 South Orange Avenue
Suite 650
Orlando, FL 32801

**Invoice #:** NC66172
**Invoice Date:** 08/03/2009
**Balance Due:** $ 882 85

**Case #:** 807CV2093T27MSS

| Case: | Wrestlereunion v. Live Nation Television Holdings | Client Matter |
|---|---|---|
| Job #: | 43094   |   Job Date: 7/30/2009   |   Delivery:   Normal | GREENBERG TRAURIG |
| Billing Atty: | **Gregory Herbert Esq** | |
| Location: | Our Atlanta Office - Regus Business Center | AUG 10 2009 |
| | 1230 Peachtree Street Northeast | 19th Floor | Atlanta, GA 30309 | |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 123 | William Behrens | Copy | $882.85 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $882.85 |
| Payment: | |
| Credits: | |
| Balance Due: | $882.85 |

Fed. Tax ID: 20-3132569      Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees
Contact us to correct payment errors  No adjustments or refunds will be made after 90 days



101913782

GT - ORLANDO (85) - A/P
Vendor # _____ 46194
G/L# _____ PO # _____
C/M# 084763 011900
Approval: A _____
Print Name: Paula Cardo TK IR# Behrf
Sales/Use Tax Copy Made: [ ] YES [ ] NO
Capital Expense Copy made: [ ] YES [ ] NO

OK to pay
PC
084763
011900

**Make check payable to:  National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

**Please remit payment to:**
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #: NC66172**
**Job #: 43094**
**Invoice Date: 08/03/2009**

**Balance : $ 882.85**

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

FILE COPY

_Gw H_

# Depo Dynamics

"Integrity, Honesty, Devotion"

# Invoice

703 W. Clady Dr.
Spring, TX 77386

| Date | Invoice # |
|------|-----------|
| 8/3/2009 | 2058 |

| Bill To |
|---------|
| Greenberg Traurig
Gregory Herbert
450 South Orange Avenue
Suite 650
Orlando, FL 32801 |

| Case Caption |
|--------------|
| Wrestlerunion, LLC
vs
Live Nation Television Holdings |

| Terms | Rep |
|-------|-----|
| Due on receipt | Grace |

| Description | Amount |
|-------------|--------|
| CERTIFIED COPY OF THE DEPOSITION TRANSCRIPT OF: Eric Bischoff on 7/20/09 | 1,796 92 |

RECEIVED
AUG 2 6 2009
AP-ORLANDO

GREENBERG TRAURIG
AUG 17 2009

_OK to pay_
_084763.011900_
_Thx_
_PC_

GT - ORLANDO (05) - A/P
Vendor # 66222
GL# _____ DEPT# _____
C/M# 084763.011900
Approval: _____
Signature
P__ Name: Paula Castro TKPR# GWH
Sales Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

RECEIVED
AUG 27 2009
AP-ORLANDO

Tax I.D. No# 20-8421404

We appreciate your prompt payment.

| Interest charges of 10% per month on any unpaid balance 30 days past the initial billing date will apply. | Total | $1,796.92 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 866-972-3376 | 800-978-1344 | contact@depodynamics.net | depodynamics.net |

# INVOICE

U.S. Legal Support, Inc.
4350 West Cypress Street
Suite 701
Tampa, FL 33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 689313 | 8/13/2009 | 642089 |

| Job Date | Case No. | |
|---|---|---|
| 8/5/2009 | 8:07-CV-2093-T-27-MSS | |

| Case Name | | |
|---|---|---|
| Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Gregory Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue, 6th Floor
Orlando, FL 32801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Jimmy Hart (Vol 1 & 2) | 325.00 Pages @ | 3.60 | 1,170.00 |
| 5-Day Expedited Transcript | | | 702.00 |
| Full Day Per Diem | | 100.00 | 100.00 |
| Shipping/Handling/Processing | | 18.50 | 18.50 |
| Condensed Transcript with ASC | | 15.00 | 15.00 |

101913844

**TOTAL DUE  >>>**  $2,005.50

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: 2,005.50

GT - ORLANDO (05) - A/P
Vendor #
G/L #
C/M #
Approval:
Print Name: Greg Herbert
Sales Use Tax Copy Made ( ) YES ( ) N/A
Capital Expense Copy Made ( ) YES ( ) N/A

Ok to pay
X Greg Herbert

RECEIVED AUG 17 2009
GREENBERG TRAURIG RECEIVED AUG 17 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Tax ID:** 59-177-9907

Phone: 407-420-1000   Fax:407-420-5909

*Please detach bottom portion and return with payment*

Gregory Herbert, Esquire
Greenberg Traurig, LLP
450 South Orange Avenue, 6th Floor
Orlando, FL 32801

Job No.    : 642089          BU ID    :54-TAMPA
Case No.   : 8:07-CV-2093-T-27-MSS
Case Name  : Wrestlereunion, L.L.C. vs. Live Nation Television Holdings, Inc.

Invoice No. : 689313       Invoice Date  :8/13/2009
**Total Due** : **$ 2,005.50**

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando, FL 32886-4407**

FILE COPY

## PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# CHECK REQUEST

## REGULAR ACCOUNT: ☒     RETAINER ACCOUNT: ☐

| FILE NUMBER | CLIENT-FILE NAME | PAYMENT DESCRIPTION** | AMOUNT | CODE* | ACCOUNTING ONLY |
|---|---|---|---|---|---|
| 1 | 084763.011900 | Live Nation/Wrestlereunion | Hearing Transcript - PreTrial Conference | $302.50 | 22 | (1) |
| 2 | | | | | | (2) |
| 3 | | | | | | (3) |
| 4 | | | | | | (4) |
| 5 | | | | | | (5) |
| | **This description will print on client invoice when using Code 18 | | TOTAL | $302.50 | | |

**Payee:** Linda Starr

(Fill in address if window envelope will be used)

**Mail to Payee:** Yes ☐  No ☒

**Return to:** DIG/amc

**Special Instructions and/or Remarks:** Please Rush!

Attorney's/Secretary's Initials

**Signature:**

**Printed Name:** Aly M. Cleary for Dawn Gibble Millner

### *DISBURSEMENT CODES

| | | | |
|---|---|---|---|
| (1) Telephone charges | (8) Court Fees/Filing fees | (15) Publication charges | (22) Transcript charges | (29) Federal Express |
| (2) Messenger | (9) Recording charges | (16) Legal expert & professional | (23) Subpoena Fees | (30) Local Counsel |
| (3) Reproduction charges | (10) Minute books, seal & stock cert | (17) Special Clerical Services | (24) Govt. Agency reports | (31) Arbitrator/Mediators |
| (4) Word Processing | (11) Travel & Lodging-Out of Town | (18) Other Disbursements | (25) Business Meals | (32) Private Investigators |
| (5) Witness fees | (12) Printing charges | (19) Certified Copies | (26) Copies from Courthouse | (33) Exhibits |
| (6) Info & Research | (13) Transportation-Local Travel | (20) Service Company charges | (27) Abstract, title & survey cng | (34) Lit Sup Vendors |
| (7) Title polices | (14) Postage | (21) Court reporter/Depo | (28) Facsimile | |

### ACCOUNTING ONLY

Payee Code: _____

Clt#: _____

Date: _____



101917976

101308

August 25, 2009

# CHECK REQUEST

REGULAR ACCOUNT: ☐    RETAINER ACCOUNT: ☐

| | FILE NUMBER | CLIENT-FILE NAME | PAYMENT DESCRIPTION** | AMOUNT | CODE* | ACCOUNTING ONLY |
|---|---|---|---|---|---|---|
| 1 | 084763.011900 | Live Nation | Down Payment for Services during trial | $1,850.00 | 20 | (1) |
| 2 | | | | | | (2) |
| 3 | | | | | | (3) |
| 4 | | | | | | (4) |
| 5 | | | | | | (5) |
| | **This description will print on client invoice when using Code 18 | | TOTAL | $1,850.00 | | |

**Payee:** The Presentation Group

**Mail to Payee:** Yes ☐ No ☒

Special Instructions and/or Remarks:

**Return to:** GWH/pmc

_____

(Fill in address if window envelope will be used)

Attorney's/Secretary's Initials _____

Signature: _____

Printed Name: Gregory W. Herbert

*DISBURSEMENT CODES

(1) Telephone charges
(2) Messenger
(3) Reproduction charges
(4) Word Processing
(5) Witness fees
(6) Info & Research
(7) Title policies

(8) Court Fees/Filing fees
(9) Recording charges
(10) Minute books, seal & stock cert.
(11) Travel & Lodging-Out of Town
(12) Printing charges
(13) Transportation-Local Travel
(14) Postage

(15) Publication charges
(16) Legal expert & professional
(17) Special Clerical Services
(18) Other Disbursements
(19) Certified Copies
(20) Service Company changes
(21) Court reporter/Depo

(22) Transcript charges
(23) Subpoena Fees
(24) Govt. Agency reports
(25) Business Meals
(26) Copies from Courthouse
(27) Abstract, title & survey chg
(28) Facsimile

(29) Federal Express
(30) Local Counsel
(31) Arbitrator/Mediators
(32) Private Investigators
(33) Exhibits
(34) Lit Sup Vendors

**ACCOUNTING ONLY**

Payee Code: _____

Ck#: _____

Date: _____



10191797 0

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

**Ph# 407-859-3099**
**Accounting Fax#**
**407-895-4810**

| DATE | INVOICE NO. |
|---|---|
| 10/31/2008 | 180422 |

# Invoice

**Federal Tax ID#**
**59-3249956**

| BILL TO | SHIP TO |
|---|---|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|---|---|---|---|---|---|
| Paula Castro | Due On Receipt | FL3 | 10/28/2008 | Our Driver | 10-398 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| CS | Case Name/#: Shoot Interview | | 0.00 | 0.00 |
| DIGDC | Digital Copy (DVD) | 3 | 30.00 | 90.00 |
| | Orange County, FL Sales Tax | | 6.50% | 5.85 |

RECEIVED
NOV 7 - 2008
GT-MIAMI-GT

Vendor #_____ 04745
G/L#_____ DEPT#____
C/M#_____
Approval: X_____
Print Name: Paula Castro
Sales/Use Tax Copy:
Capital Expense Copy Made: ☐ YES ☐ N/A

101386180

3k to pay
084763.011900

| Total | $95.85 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$95.85** |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**The Presentation Group, Inc.**
**P.O. Box 536934**
**Orlando, FL 32853-6934**

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 2/27/2009 | 184521 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

101823441

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 2/23/2009 | Our Driver | 2-352 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: 084673.011900 | | 0.00 | 0.00 |
| DIGDC | Digital Copy (DVD) | 14 | 30.00 | 420.00 |
| DIGDC | Digital Copy (CD) | 8 | 20.00 | 160.00 |
| | Subtotal | | | 580.00 |
| | Orange County, FL Sales Tax | | 6.50% | 37.70 |

RECEIVED
MAR 8 20
A/P-MIAMI-G

ENTERED
MAR 9 - 2009
GT-MIAMI-A/P

OK to pay
084763.011900 Thx
PC

GT - ORLANDO (05) - A/P
Vendor # _____ O4769
G _____
C/M# _____ 011900
Approval: _____
Print Name: Paula Castro
Sales/Use Tax Copy Made _____
Capital Expense Copy Made _____

| | |
|---|---|
| **Total** | $617.70 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $617.70 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**The Presentation Group, Inc.**
**P.O. Box 536934**
**Orlando, FL 32853-6934**

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 3/9/2009 | 184903 |

# Invoice

Federal Tax ID#
**59-3249956**

101811599

**BILL TO**

Greenberg Traurig
P.O. Box 4923
Orlando, FL 32802-4923
Attn: Paula Castro

**SHIP TO**

Greenberg - Traurig
450 S. Orange Ave.
6th Floor, Suite 650
Orlando, FL 32801

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 3/6/2009 | Our Driver | 3-078 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: Wrestle Reunion | | 0.00 | 0.00 |
| DIGDC | Digital Copy (DVD) | 6 | 30.00 | 180.00 |
| DIGDC | Digital Copy (CD) | 5 | 20.00 | 100.00 |
| | Subtotal | | | 280.00 |
| | Orange County, FL Sales Tax | | 6.50% | 18.20 |

RECEIVED
MAR 17 2009

A/P-MIAMI-GT

APR 1 2009

ORLANDO (05) - A/P
Vendor
GL#
CM#
Approval:
Print Name: Paula Casto   TKPR#
Sales Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

| | |
|---|---|
| **Total** | $298.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $298.20 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month
finance charge. Where collection is required, debtors will pay all collection costs,
attorney fees and court costs. Debtor consents to jurisdiction of the courts of
Orange County, Florida.

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 7/31/2009 | 189975 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 7/29/2009 | Our Driver | IM07-101 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation | | 0.00 | 0.00 |
| IMGDOCBW3 | Document Imaging - Black & White: Level 3 | 357 | 0.16 | 57.12 |
| IMGDOCES | Document Electronic Stamping | 357 | 0.02 | 7.14 |
| IMGOCR | OCR (Optical Character Recognition) | 357 | 0.06 | 21.42 |
| IMGBLBK3 | B/W Blowbacks: Level 3 | 750 | 0.16 | 120.00 |
| IMGCD | Digital Master (CD) | 1 | 30.00 | 30.00 |
| | Subtotal | | | 235.68 |
| | Orange County, FL Sales Tax | | 6.50% | 15.32 |

RECEIVED AUG 1 3 2009 A/P-MIAMI-GT

GT - ORLANDO
Vendor # _____ 64745
GVM # 084763 011900
JCA
Approved _____
Print Name: P Castro

101913809

| | |
|---|---|
| **Total** | $251.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $251.00 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 8/6/2009 | 190117 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO |
|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro |

| SHIP TO |
|---------|
| Greenberg - Traurig<br>8400 NW 36th Street<br>Suite 400<br>Doral, FL 33166<br>Attn: Jason Temple |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 8/4/2009 | Fed Ex | IM07-107a |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation/Thumbdrive Docs | | 0.00 | 0.00 |
| IMGCD | Digital Copy (DVD) | 1 | 30.00 | 30.00 |
| IMGDEL | Shipping & Handling | 1 | 23.00 | 23.00 |
| | Subtotal | | | 53.00 |
| | Orange County, FL Sales Tax | | 6.50% | 1.95 |

101913812

| Total | $54.95 |
|-------|--------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$54.95** |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | | INVOICE NO. |
|------|---|-------------|
| 8/7/2009 | | 190161 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL  32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 8/3/2009 | Our Driver | IM08-015 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation (Bates Range: AA 0025--0639) | | 0.00 | 0.00 |
| IMGDOCBW3 | Document Imaging - Black & White: Level 3 | 615 | 0.16 | 98.40 |
| IMGDOCES | Document Electronic Stamping | 615 | 0.02 | 12.30 |
| IMGOCR | OCR (Optical Character Recognition) | 615 | 0.06 | 36.90 |
| IMGBLBK3 | B/W Blowbacks: Level 3 (including printed slipsheets) | 698 | 0.16 | 111.68 |
| IMGDOCCF | Document Coding - Custom Fields (2 fields x 83 doc's) | 166 | 0.15 | 24.90 |
| | Subtotal | | | 284.18 |
| | Orange County, FL Sales Tax | | 6.50% | 18.47 |

101913815

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| **Total** | $302.65 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $302.65 |

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 8/11/2009 | 190248 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 8/7/2009 | Our Driver | IM08-033 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation | | 0.00 | 0.00 |
| IMGBLBKCL | Color Blowbacks<br>Orange County, FL Sales Tax | 274 | 0.90<br>6.50% | 246.60<br>16.03 |

GT - ORLANDO (65) - A/P

Vendor # 64341

GL# 084763.011900

Approval A. P. Cal

Print Name: P. Castro  IKFR EUt

Sales/Use Tax Copy Made: YES N/A

Capital Expense Copy Made: YES N/A

RECEIVED AUG 1 1 2009 A/P-ORLANDO-GT

SEP 1 2009

101913806

| | |
|---|---|
| **Total** | $262.63 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $262.63 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**The Presentation Group, Inc.**
**P.O. Box 536934**
**Orlando, FL 32853-6934**

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|------|
| 8/12/2009 | 190285 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO |
|---------|
| Greenberg Traurig |
| P.O. Box 4923 |
| Orlando, FL 32802-4923 |
| Attn: Paula Castro/Greg Hebert |

| SHIP TO |
|---------|
| Greenberg - Traurig |
| 450 S. Orange Ave. |
| 6th Floor, Suite 650 |
| Orlando, FL 32801 |

GREENBERG TRAURIG

AUG 1 7 2009

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 8/5/2009 | Our Driver | 232 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSD | Case Name/#: Live Nation | | 0.00 | 0.00 |
| DIGVIDCV | Video Services - Digital Conversion (per CD or DVD) | 12 | 100.00 | 1,200.00 |
| DIGVIDE | Video Editing (per hour) | 4 | 160.00 | 640.00 |
| DIGDIS | Discount: per Brent Mead | 1 | -40.00 | -40.00 |
| | Subtotal | | | 1,800.00 |
| | Orange County, FL Sales Tax | | 6.50% | 117.00 |

C84763 011900

CT - ORLANDO
Vendor #
G/L #
C/M# 084763-01900
Appro.
Print Name: Greg Herbert
Sales Use Tax Copy Made: YES NA
Capital Expense Copy Made: YES NA

Gust OK to pay.

RECEIVED
AUG 7 2009

101913786

| Total | $1,917.00 |
|-------|-----------|

| Payments/Credits | $0.00 |
|------------------|-------|

| **Balance Due** | $1,917.00 |
|-----------------|-----------|

Terms are due upon receipt. Past due amounts will be charged 1.5% per month
finance charge. Where collection is required, debtors will pay all collection costs,
attorney fees and court costs. Debtor consents to jurisdiction of the courts of
Orange County, Florida.

FILE COPY

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 8/12/2009 | 190313 |

# Invoice  **DEFERRED**

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801<br>(DVD to Jason Temple in Miami via FedEx) |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 8/10/2009 | Fed Ex | IM08-025 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Wrestle Reunion vs. Live Nation/084763.011900 | | 0.00 | 0.00 |
| IMGDOCBW3 | Document Imaging - Black & White: Level 3 | 3,319 | 0.16 | 531.04 |
| IMGGB | Gigabyte Processing | 1 | 160.00 | 160.00 |
| IMGOCR | OCR (Optical Character Recognition) | 10,734 | 0.06 | 644.04 |
| IMGBLBK1 | B/W Blowbacks: Level 1 | 10,734 | 0.12 | 1,288.08 |
| IMGCD | Digital Master (DVD) | 1 | 50.00 | 50.00 |
| IMGFCV | File Conversion | 7,415 | 0.06 | 444.90 |
| IMGDOCES | Document Electronic Stamping | 10,374 | 0.02 | 207.48 |
| IMGDEL | Shipping & Handling | 1 | 34.00 | 34.00 |
| | | | | |
| | Subtotal | | | 3,359.54 |
| | Orange County, FL Sales Tax | | 6.50% | 216.16 |

Vendor # 04749
G/L#
C/M# 084763.01190

Approval:
Print Name: Greg Herbert
Sales/Use Tax Copy Made:
Capital Expense Copy Made: ☐ YES ☐ NA
OK to pay
X Greg Herbert

101913789

✱ Bowman Docs +1 CD.

| | |
|---|---|
| **Total** | $3,575.70 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,575.70 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

 

www.presentationgroup.com
Federal Tax ID 59-3249956

Tuesday, August 18, 2009      <u>Sent Via Email</u>

Attn: Greg Herbert
Greenberg, Traurig
450 S Orange Ave
6th Fl
Orlando, FL 32801

Re: Live Nation

Dear Mr Herbert,

Please review the sanction proposal for the 5-day trial commencing sometime between August 31st through September 25th, 2009 docket calendar.

| | |
|---|---|
| <u>Technical Support & Equipment</u><br>Technician @ $160/per 8 hour day ($1280.00) x (5) days<br>Four (4) hour minimum per day/rate adjusts to $225 per hour<br>after 6pm weekdays and during the weekends | $6,400.00 |
| Laptop rental @ $200/per day x (5) days | $1,000.00 |
| Estimated Subtotal (Tax Additional)<br>25% required down payment to reserve technician/equipment | $7,400.00<br>$1,850.00 |

*Cables & back up equipment provided at no charge; flat screens will be available in the event they are required; the firm will be charged accordingly at $100/per day for one 37-inch flat screen & $50/per day for each 20- inch flat screen.*

## OTHER PRODUCTION COMPONENTS

**Imaging:**                                                              **If Needed**
Scanning (black & white) up to $0.16 cents/per page
Scanning (color) @ $0.85 cents/per page
Endorsing/bates labeling @ $0.02 cents/per page
Blowbacks/Prints of #d pages up to $0.16 cents/per page

**Video Services:**                                                       **If Needed**
Time stamping @ $75.00 per hour
Video editing @ $160.00 per hour
Video capture (one CD holds 2 hrs video) @ $100.00 per CD
VHS to CD @ $20.00 each
VHS to DVD @$30.00 each

*Continued Next Page →*

SERVING CLIENTS NATIONWIDE

Litigation Graphics, Medical Illustrations, Colorized X-Rays, Multimedia/Animation, Digital/Interactive Presentations, Imaging & Document Services

| 2900 E. Robinson Street, Orlando, FL 32803 | (800) 589.2688 | (407) 859.3099 | Fax (407) 859.3089 |



www.presentationgroup.com
Federal Tax ID 59-3249956



**Graphics:**                                                          **If Needed**
Graphic Design @ $160/hour
30x40 Boards:
Black & White document enlargements/dry erase laminate @ $73.00
Color Highlighted document enlargements/dry erase laminate @ $110.00
Color enlargements/gator board/dry erase laminate @ $175.00

Production and/or exhibit components, hotel, miscellaneous/per diem charges are not reflected on this proposal, but will be invoiced to the firm at the rate in which they are incurred. If preferable please make a hotel reservation & payment under your firm name for the trial technician. Regardless of admissibility or use of exhibits/presentation in court, the firm will be liable for full product payment. Please submit the 25% down payment and fax your approval to secure the date. If you have any questions, please do not hesitate to contact me.

Sincerely,                                          Approved by:

Brent Mead                                          Greg Herbert
Litigation Support Specialist                       Attorney
Orlando Branch Manager                              Greenberg, Traurig, et al
The Presentation Group

SERVING CLIENTS NATIONWIDE
Litigation Graphics, Medical Illustrations, Colorized X-Rays, Multimedia/Animation, Digital/Interactive Presentations, Imaging & Document Services

2900 E. Robinson Street, Orlando, FL 32803    |    (800) 589.2688    |    (407) 859.3099    |    Fax (407) 859.3089

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 9/10/2009 | 191122 |

# Invoice

**ENTERED**
SEP 16 2009
GT-MIAMI-A/P

**Federal Tax ID#**
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Marriott Courtyard Hotel<br>Tampa, FL |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL4 | 9/1/2009 | Our Driver | 09-008 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CS | Case Name/#: WrestleReunion v. Live Nation | | 0.00 | 0.00 |
| COPL1-2 | Black & White Copies 8.5 x 11-Litigation Level 1/2 | 157 | 0.12 | 18.84 |
| COPL4 | Black & White Copies 8.5 x 11-Glass/Hand Placed | 23 | 0.25 | 5.75 |
| | Subtotal | | | 24.59 |
| | Hillsborough County, FL Sales Tax | | 7.00% | 1.72 |

GT - ORLANDO (05) A/P
04 749
Vendor # _____ DEPT# _____
G/L# _____
C/M# _____
Approval: A _____
Print Name: *Greg Herbert*
Sales Use Tax Copy _____
Expense Copy _____

OK to pay.
084763. 011900
*Greg Herbert*

**RECEIVED**
SEP 16 2009
A/P-MIAMI-GT

101914144

| | |
|---|---|
| **Total** | $26.31 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $26.31 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
**Accounting Fax#**
**407-895-4810**

| DATE | INVOICE NO. |
|------|-------------|
| 9/15/2009 | 191259 |

# Invoice

**Federal Tax ID#**
**59-3249956**

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Greg Hebert/Paula Castro | Tampa, FL |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Greg Hebert/Paula ... | Due On Receipt | FL3 | 9/1/2009 | Our Driver | 320 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSD | Case Name/#: Live Nation | | 0.00 | 0.00 |
| DIGT | Digital - Tech Support (per hour): 9/1/09 | 8 | 160.00 | 1,280.00 |
| DIGTA | Digital - Tech Support (After Hours): 9/1/09 | 1 | 225.00 | 225.00 |
| DIGT | Digital - Tech Support (per hour): 9/2/09 | 7.25 | 160.00 | 1,160.00 |
| DIGT | Digital - Tech Support (per hour): 9/3/09 | 6.5 | 160.00 | 1,040.00 |
| DIGT | Digital - Tech Support (per hour): 9/4/09 | 6.25 | 160.00 | 1,000.00 |
| DIGT | Digital - Tech Support (per hour): 9/8/09 | 4 | 160.00 | 640.00 |
| DIGT | Digital - Tech Support (per hour): 9/9/09 | 6.75 | 160.00 | 1,080.00 |
| DIGT | Digital - Tech Support (per hour): 9/10/09 | 4 | 160.00 | 640.00 |
| DIGHW | Laptop Rental (per day) | 7 | 200.00 | 1,400.00 |
| DIGTEX | Technician Trial Expenses: Hotel | 1 | 972.60 | 972.60 |
| DIGDEL | Tech Mileage | 261 | 0.60 | 156.60 |
| | Subtotal | | | 9,594.20 |
| | Orange County, FL Sales Tax | | 6.50% | 154.22 |

| | |
|---|---|
| **Total** | $9,748.42 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,748.42 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

PETER J. GRILLI

▲

MEDIATION

|| |||||| |||| ||||| ||||| |||| ||||| ||||| ||||| ||||| ||| |||
101271292

PETER J. GRILLI, PROFESSIONAL ASSOCIATION
3001 WEST AZEELE STREET
TAMPA, FL 33609

VOICE 813.874.1002   FAX 813.874.1131
ONLINE CALENDAR: WWW.GRILLIMEDIATION.COM
E-MAIL: MEDITR@AOL.COM

June 8, 2008

GREENBERG TRAURIG

JUN 1 1 2008

Gregory W. Herbert, Esquire        Ryan C. Rodems, Esquire
Greenberg Traurig, LLP             Barker, Rodems & Cook, PA
Post Office Box 4923               400 N. Ashley Dr., Ste. 2100
Orlando, Florida    32802-4923     Tampa, Florida    33602

ENTERED
JUN 18 2008
GT-MIAMI-A/P

Re:  **Wrestlereunion, LLC v. Live Nation, Inc., et al.**
     **Case No.: 8:07-cv-2093-27-MSS**

Dear Colleagues:

    Enclosed please find the statement for the mediation of the
above-captioned cause.  I appreciated the presentations on both
sides, which were helpful, candid and forthright.  I continue to
see this case as one which can and should compromise further to a
settlement, after it has been developed in discovery.  Please let
me know if I can help at any time.

                        Very truly yours,

                        Peter J. Grilli

PJG/pc
Enclosure

RECEIVED
JUN 1 7 2008
A/P-MIAMI-GT

<u>STATEMENT FOR MEDIATION SERVICES</u>
**June 8, 2008**

Re:  <u>Wrestlereunion, LLC v. Live Nation, Inc., et al.</u>
     Case No.: 8:07-cv-2093-27-MSS

Time charges:

     April 18, 2008

 .5  Administration time

     June 5, 2008

1.25 Review mediation summaries, attached materials, ECF
     pleadings, motions and orders; review factual materials;
     prepare notes and questions

     June 6, 2008

6.25 Mediate

     June 8, 2008

NC   Prepare final paperwork

8.0  x  $330/hr  =  $2640.00

Per-side mediation fee: $1320.00

Plaintiff Wrestlereunion, LLC          Defendant Live Nation, Inc./
should pay: $1320.00                    Live Nation Television
                                        Holdings, Inc. should pay:
                                        $1320.00

Due upon receipt.  Checks should be made payable to:

Peter J. Grilli, P.A.              Corporate EIN:
3001 West Azeele Street            59-3215643
Tampa, Florida 33609
813.874.1002 Fax: 813.874.1131

*(handwritten stamp box:)* ORLANDO (05)- A/P
Vendor #: 04776
G L#: _____ DEPT#: _____
C/M#: 084763.011900
Approval: X_____
Print Name: Greg Herbert  Signature  TKPR#: GWH
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

*(handwritten:)* # 0506090 8132
084763.011900 TAX.
OK - GWH

RECEIVED
JUN 17 2008
A/P-MIAMI-GT



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/28/2008 | 27802 |

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 084763.011900 | Net 30 | 8/27/2008 | MF | 7/25/2008 | DRIVEN | 11996.1 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|-----------|--------|
| 12.8 | Culling | Searching and Deduping | 250.00 | 3,200.00 |
| 7,855 | OCR | OCR | 0.03 | 235.65 |
| 1.68 | Native Database | Creation of Native File Database with Full Text and Metadata Extraction - Price per GB | 550.00 | 924.00 T |
| 1 | Project Management | FYI Time: New database, users, post to FYI | 175.00 | 175.00 T |
|  |  | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**RECEIVED**
**GT-MIAMI IMAGING**

Bill to
CM # 084763. 011900

Date: 7/31/08

Approved:

JUL 3 0 2008

Thank you for your business.

VA

| Total | $4,534.65 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $4,534.65 |

Federal Tax ID Number: 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.*



**8400 ARLINGTON BLVD. SUITE 750**
**FALLS CHURCH, VA 22042**
**P - 703.533.9200    FAX - 703 533 9110**
**WWW.DRIVEN-INC.COM**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2008 | 27986 |

### Bill To

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, Fl. 33166-6676
Attn: Jason Ter

### Ship To

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, Fl. 33166-6676
Attn: Jason Temple

101299808

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 84763.0119 | Net 30 | 8/30/2008 | MF | 7/31/2008 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|-----------|--------|
| | | **Wrestle Reunion** | | |
| | | **July Hosting** | | |
| 3.88 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 155.20T |
| 4 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 400.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

RECEIVED
GT-MIAMI IMAGING

Bill to 084763. 011900
CM #

Date: 8/7/08

Approved:

Thank you for your business.

VA

| | |
|---|---|
| **Total** | $555.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $555.20 |

Federal Tax ID Number:  54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work  If no objection to quality is made within this 30 day period. it shall
be deemed accepted and full payment shall be due in accordance with the terms of this invoice*



**A SOLUTIONS BASED COMPANY**
6400 ARLINGTON BLVD. SUITE 750
FALLS CHURCH, VA 22042
P · 703.533.9200   FAX · 703 533 9110
WWW.DRIVEN-INC.COM

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2008 | 28151 |

| Bill To |
|---------|
| Greenberg Traurig, P.A.<br>Doral Concourse (Miami)<br>8400 N.W. 36th Street, Suite 400<br>Doral, FL 33166-6676<br>Attn: Jason Temple |

| Ship To |
|---------|
| Greenberg Traurig, P.A.<br>Doral Concourse (Miami)<br>8400 N.W. 36th Street, Suite 400<br>Doral, FL 33166-6676<br>Attn: Jason Temple |

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 084763.011900 | Net 30 | 9/30/2008 | MF | 8/13/2008 | DRIVEN | 11996.2-.4 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| | | Wrestle Reunion | | |
| | | August Hosting | | |
| 2.17 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 86.80T |
| 3 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 300.00T |
| | | August Processing | | |
| | | 11996.2 | | |
| 303 | Endorse | Endorsement/Brand | 0.01 | 3.03 |
| | | Volume: 20080731_blowback | | |
| 979 | Blow Back | Print hardcopy of electronic data, with custom-printed slip sheets (Native Files) | 0.07 | 68.53T |
| | | 11996.3 | | |
| 762 | Conversions | Conversion of native files to TIFF format | 0.05 | 38.10 |
| | | 11996.4 | | |
| 1 | Electronic Delivery | Upload/Transfer of data electronically- FTP delivery | 20.00 | 20.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**RECEIVED**
**GT-MIAMI IMAGING**

Thank you ~~for your business.~~

Bill to
VA   CM # 084763.011900

Date: 9/10/08

Approved: 91

| | |
|---|---|
| **Total** | $516.46 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $516.46 |

Federal Tax ID Number:  54-2056355

*Client has 30 days from receipt of Driven work-product to insp*
*be deemed accepted and full payment shall be due in accordanc*

*his 30 day period, it shall*

101313568

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 9/26/2008 | 179022 |

# Invoice

**Federal Tax ID#**
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 9/23/2008 | Our Driver | IM09-072 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: 084763.011900 | | 0.00 | 0.00 |
| IMGFIMP | File Import | 3,841 | 0.02 | 76.82 |
| IMGBLBK3 | B/W Blowbacks: Level 3 (including printed slipsheets) | 5,666 | 0.16 | 906.56 |
| | Subtotal | | | 983.38 |
| | Orange County, FL Sales Tax | | 6.50% | 63.92 |

ENTERED
OCT 1 - 2008
GT-MIAMI-AP

RECEIVED
OCT 1 - 2008
AP-MIAMI-GT

| Total | $1,047.30 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,047.30 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2008 | 28891 |

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 084763.011900 | Net 30 | 10/30/2008 | MF | 9/24/2008 | DRIVEN | 11996.5 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| | | Client Matter: Wrestle Reunion LLC v. Live Nation Television Holdings, Inc | | |
| | | | | |
| | | September Hosting | | |
| 2.19 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 87.60T |
| 4 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 400.00T |
| 780 | Data Storage | Hosted Images | 0.003 | 2.34T |
| | | | | |
| | | September Processing | | |
| | | 11996.5 | | |
| 3,841 | Endorse | Endorsement/Brand | 0.02 | 76.82 |
| 2 | Computer Time | Tech Time: 178 Redactions inserted, created image load files | 175.00 | 350.00 |
| 0.5 | Computer Time | FYI Time: Burned redactions from FYI | 175.00 | 87.50 |
| 0.227 | Conversions | Conversion of native files to TIFF format - Price per GB | 980.00 | 222.46 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

101325149

**RECEIVED
GT-MIAMI IMAGING**

Thank you for your business.     OCT 07 2008

VA

Bill to
CM #. 084763. 011900

Date: 10/7/08

Approved: GT

| | |
|--|--|
| **Total** | $1,226.72 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,226.72 |

Federal Tax ID Number:  54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice*



RECEIVED
NOV 1 2 2008
A/P-MIAMI-GT

V# 26174

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2008 | 29378 |

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 084763.011900 | Net 30 | 11/30/2008 | MF | 10/10/2008 | DRIVEN | 11996.6 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| | | Client Matter: Wrestle Reunion | | |
| | | | | |
| | | October Hosting | | |
| 3.97 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 158.80T |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00T |
| 780 | Data Storage | Hosted Images | 0.003 | 2.34T |
| | | | | |
| | | October Data Processing | | |
| | | 11996.6 | | |
| 2 | Native Database | Creation of Native File Database with Full Text and Metadata Extraction | 550.00 | 1,100.00T |
| | | - Price per GB | | |
| 2,186 | OCR | OCR | 0.03 | 65.58 |
| | | Volume: WR_001 | | |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

||| | | | | | | | | | | | | | | | | | | | | | |
101301082

**RECEIVED
GT-MIAMI IMAGING**

Thank you for your business.

VA

Bill to
CM # 084763.011900

Date: 11/7/08

Approved: GT

| Total | $1,826.72 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $1,826.72 |

Federal Tax ID Number: 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.*



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2008 | 30156 |

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple



ENTERED
JAN 07 2009
GT-MIAMI-A/P

**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

101804555

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 84763.0119 | Net 30 | 12/30/2008 | MF | 11/30/2008 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|-----------|--------|
| | | Client Matter: Wrestle Reunion | | |
| 3.97 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 158.80T |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00T |
| 780 | Data Storage | Hosted images | 0.003 | 2.34T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**RECEIVED
GT-MIAMI IMAGING**



Bill to
CM # 084763. 011900

Date: 12/8/08

Approved: JT

Thank you for your business.

| | |
|--|--|
| **Total** | $661.14 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $661.14 |

VA

RECEIVED
DEC 2 2008
A/P-MIAMI-GT

Federal Tax ID Number: 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice*





# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2008 | 30779 |

**DRIVEN** INC.
A SOLUTIONS BASED COMPANY
6400 ARLINGTON BLVD, SUITE 750
FALLS CHURCH, VA 22042
P - 703.533.9200    FAX - 703.533.9110
WWW.DRIVEN-INC.COM

RECEIVED JAN 1 2009 A/P-MIAMI-GT

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple



**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

101804611

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|---|---|---|---|---|---|---|
| 84763.0119 | Net 30 | 1/30/2009 | MF | 12/31/2008 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Client Matter: Wrestle Reunion | | |
| | | December Hosting | | |
| 3.97 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 158.80T |
| 787 | Data Storage | Hosted Images | 0.003 | 2.36T |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

RECEIVED
GT-MIAMI IMAGING

Bill to 084763.011906
On...
Date: 1/12/09
Approved:

VA

Thank you for your business

| | |
|---|---|
| **Total** | $661.16 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $661.16 |

Federal Tax ID Number: 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice*



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2009 | 31287 |



**DRIVEN** INC.
A SOLUTIONS BASED COMPANY
6400 ARLINGTON BLVD. SUITE 750
FALLS CHURCH, VA 22042
P• 703.533.9200   FAX• 703.533 9110
WWW.DRIVEN-INC.COM

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

101813379

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 84763.0119 | Net 30 | 3/2/2009 | MF | 1/30/2009 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| | | Client Matter: Wrestle Reunion | | |
| | | January Hosting | | |
| 4 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 160.00 |
| 787 | Data Storage | Hosted Images | 0.003 | 2.36 |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**RECEIVED
GT-MIAMI IMAGING**

Bill ~ CM #: 084763.011900

Date: 2/9/09

Approved: _FYI_

Thank you for your business.

VA

RECEIVED
FEB 2009
A/P-MIAMI-GT

| Total | $662.36 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $662.36 |

**Federal Tax ID Number:** 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.*



# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2009 | 31976 |

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

ENTERED
APR 0 1 2009
GT-MIAMI-A/P

**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

101813578

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|---|---|---|---|---|---|---|
| 84763.0119 | Net 30 | 3/30/2009 | MF | 2/26/2009 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Client Matter: Wrestle Reunion | | |
| | | February Hosting | | |
| 4.5 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 180.00 |
| 787 | Data Storage | Hosted Images | 0.003 | 2.36 |
| 4 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 400.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

RECEIVED
GT-MIAMI IMAGING

Bill to CM # 084763. 011900



Date: 3/8/09

Approved: ___

Thank you for your business.

| | |
|---|---|
| **Total** | $582.36 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $582.36 |

VA

RECEIVED
MAR 0 9 2009
A/P-MIAMI-GT

Federal Tax ID Number: 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice*

 **DRIVEN** INC.
A SOLUTIONS BASED COMPANY
6400 ARLINGTON BLVD. SUITE 750
FALLS CHURCH, VA 22042
P - 703.533.9200  FAX - 703.533.9110
WWW.DRIVEN INC.COM


ENTERED
APR 30 2009
GT-MIAMI-A/P

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2009 | 32811 |

**Bill To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

**Ship To**

Greenberg Traurig, P.A.
Doral Concourse (Miami)
8400 N.W. 36th Street, Suite 400
Doral, FL 33166-6676
Attn: Jason Temple

101847290

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 84763.0119 | Net 30 | 4/30/2009 | MF | 3/31/2009 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| | | Client Matter:  Wrestle Reunion | | |
| | | | | |
| | | March Hosting | | |
| 4.5 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 180.00 |
| 787 | Data Storage | Hosted Images | 0.003 | 2.36 |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

RECEIVED
GT-MIAMI IMAGING

Bill to
CM # _084763. 011900_

Date: _4/13/09_

Approved: _____



Thank you for your business.

| | |
|---|---|
| **Total** | $682.36 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $682.36 |

VA

RECEIVED
APR 21 2009
A/P-MIAMI-GT

Federal Tax ID Number:  54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice*

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 4/23/2009 | 186466 |

# Invoice

**Federal Tax ID#**
**59-3249956**

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 4/21/2009 | Our Driver | IM04-088 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Russel Reunion v. Live Nation/084763.001900 | | 0.00 | 0.00 |
| IMGFIMP | File Import | 1,497 | 0.02 | 29.94 |
| IMGBLBK1 | B/W Blowbacks: Level 1 | 1,853 | 0.10 | 185.30 |
| | Subtotal | | | 215.24 |
| | Orange County, FL Sales Tax | | 6.50% | 13.99 |

GT - ORLANDO (05) - A/P
Vendor #_____ *0.4749*
G/L#_____ DEPT#_____
C/M#: *084763. 011900*
Approval λ *P Cate*
                    Signature
Print Name: *P Castro* *TEPRACLICH*
Sales/Use Tax Copy Made: ☐ YES ☐ N
Capital Expense Copy Made: ☐ YES ☐

RECEIVED
MAY 1 2009
JP M....G

101853726

| | |
|---|---|
| **Total** | $229.23 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $229.23 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

 **DRIVEN** INC.

A SOLUTIONS BASED COMPANY
6400 ARLINGTON BLVD. SUITE 750
FALLS CHURCH, VA 22042
P - 703.533.9200   FAX - 703.533.9110
www.DRIVEN-INC.COM


ENTERED
JUN 0 1 2009
GT-MIAMI-A/P

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2009 | 33298 |

| Bill To | Ship To |
|---------|---------|
| Greenberg Traurig, P.A. | Greenberg Traurig, P.A. |
| Doral Concourse (Miami) | Doral Concourse (Miami) |
| 8400 N.W. 36th Street, Suite 400 | 8400 N.W. 36th Street, Suite 400 |
| Doral, FL 33166-6676 | Doral, FL 33166-6676 |
| Attn: Jason Temple | Attn: Jason Temple |

101847361

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 84763.0119 | Net 30 | 5/30/2009 | MF | 4/21/2009 | DRIVEN | 11996.7 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|-----------|--------|
| | | Client Matter: Wrestle Reunion | | |
| | | 11996.7 | | |
| 1,497 | Conversions | Conversion of native files to TIFF format | 0.05 | 74.85 |
| 1,497 | Endorse | Endorsement/Brand | 0.02 | 29.94 |
| | | Volume: WR_002 | | |
| | | April Hosting | | |
| 4.5 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 180.00 |
| 787 | Data Storage | Hosted Images | 0.003 | 2.36 |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |


RECEIVED
GT-MIAMI IMAGING

Bill to
CM # 084763. 011900

Date: 5/11/09

Approved: GT

Thank you for your business.

| Total | $787.15 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $787.15 |

VA

RECEIVED
MAY 11 2009
A/P-MIAMI-GT

Federal Tax ID Number:   54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice*

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 5/18/2009 | 187236 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

101854402

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 5/12/2009 | Our Driver | IM05-029 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation v. Wrestle Reunion [Bates Range: ABC.000001--004283] | | 0.00 | 0.00 |
| IMGGB | Gigabyte Processing | 1 | 160.00 | 160.00 |
| IMGFCV | File Conversion | 4,283 | 0.06 | 256.98 |
| IMGDOCES | Document Electronic Stamping | 4,283 | 0.02 | 85.66 |
| IMGBLBK3 | B/W Blowbacks: Level 3 | 4,283 | 0.16 | 685.28 |
| IMGOCR | OCR (Optical Character Recognition) | 48 | 0.06 | 2.88 |
| IMGCD | Digital Master (DVD) | 1 | 50.00 | 50.00 |
| | Subtotal | | | 1,240.80 |
| | Orange County, FL Sales Tax | | 6.50% | 80.65 |

GT - ORLANDO (05) - 
Vendor #_____ 084749
G/L#_____
C/M# 084765. 0175C0
Approval: X_____ Signature
Print Name: Paula Cairo
Sales/Use Tax Copy Made: □ YES
Capital Expense Copy Made □

084703.
011900
PC

| Total | $1,321.45 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,321.45 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.





# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2009 | 34050 |

**ENTERED**
**JUL 22 2009**
**GT-MIAMI-A/P**

| Bill To | Ship To |
|---|---|
| Greenberg Traurig, P.A.<br>Doral Concourse (Miami)<br>8400 N.W. 36th Street, Suite 400<br>Doral, FL 33166-6676<br>Attn: Jason Temple | Greenberg Traurig, P.A.<br>Doral Concourse (Miami)<br>8400 N.W. 36th Street, Suite 400<br>Doral, FL 33166-6676<br>Attn: Jason Temple |

101894883

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|---|---|---|---|---|---|---|
| 84763.0119 | Net 30 | 6/30/2009 | MF | 5/25/2009 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Client Matter: Wrestle Reunion [84763.0119] | | |
| 1 | Computer Time | 11996.8<br>Load Third Party data to FYI | 175.00 | 175.00 |
| | | 11996.9 | | |
| 4.5 | Data Storage | May Hosting<br>Monthly data storage on the FYI server (per GB) | 40.00 | 180.00 |
| 787 | Data Storage | Hosted Images | 0.003 | 2.36 |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**RECEIVED**
**GT-MIAMI IMAGING**

Bill to
CM # _084673. 011900_
Date: _6/8/09_

Thank you for your business.

Approved: _____

VA

**RECEIVED**
**JUN 09 2009**
**A/P-MIAMI-GT**

| Total | $857.36 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $857.36 |

Federal Tax ID Number: 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice*



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2009 | 35030 |

| Bill To | Ship To |
|---------|---------|
| Greenberg Traurig, P.A.<br>Doral Concourse (Miami)<br>8400 N.W. 36th Street, Suite 400<br>Doral, FL 33166-6676<br>Attn: Jason Temple | Greenberg Traurig, P.A.<br>Doral Concourse (Miami)<br>8400 N.W. 36th Street, Suite 400<br>Doral, FL 33166-6676<br>Attn: Jason Temple |

101894975

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|-------------|-------|----------|-----|------|-----|------------------|
| 84763.0119 | Net 30 | 7/30/2009 | MF | 6/30/2009 | DRIVEN | 11996 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| | | Client Matter:  Wrestle Reunion | | |
| | | | | |
| | | Hosting | | |
| 4.5 | Data Storage | Monthly data storage on the FYI server (per GB) | 40.00 | 180.00 |
| 787 | Data Storage | Hosted Images | 0.003 | 2.36 |
| 5 | License Fee | Monthly FYI License Fee (per user) | 100.00 | 500.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |



RECEIVED
GT-MIAMI IMAGING

Bill to
CM #_084763. 011900

Date:_7/24/09

Approved:_____

JUL 06 2009

Thank you for your business.

VA

RECEIVED
JUL 2 4 2009
A/P-MIAMI-GT

| Total | $682.36 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $682.36 |

Federal Tax ID Number:  54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work  If no objection to quality is made within this 30 day period. it shall
be deemed accepted and full payment shall be due in accordance with the terms of this invoice*

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934


Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 7/9/2009 | 189044 |

# Invoice

**Federal Tax ID#**
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 7/1/2009 | Our Driver | IM06-117 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation | | 0.00 | 0.00 |
| IMGDOCBW3 | Document Imaging - Black & White: Level 3 | 518 | 0.16 | 82.88 |
| IMGDOCES | Document Electronic Stamping | 518 | 0.02 | 10.36 |
| IMGBLBK3 | B/W Blowbacks: Level 3 (including slipsheets) | 673 | 0.16 | 107.68 |
| IMGCD | Digital Master (CD) | 1 | 30.00 | 30.00 |
| | Subtotal | | | 230.92 |
| | Orange County, FL Sales Tax | | 6.50% | 15.01 |

RECEIVED
JUL 14 2009

*OK to pay*
*084763. 011900*
*Thx.*
*PC.*

A/C IM06M-GT
GT - ORLANDO CD - A/P
Vendor #
G/L #                    Dept.
C/M # 084763 011900
Approver:
Print Name: Paula Castro   TKPR# GWT
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ N/A

101867977

| | |
|---|---|
| **Total** | $245.93 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $245.93 |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month
finance charge. Where collection is required, debtors will pay all collection costs,
attorney fees and court costs. Debtor consents to jurisdiction of the courts of
Orange County, Florida.

**The Presentation Group, Inc.**
P.O. Box 536934
Orlando, FL 32853-6934

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 7/16/2009 | 189193 |

# Invoice

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923 | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL 32801 |

RECEIVED ENTERED AUG 3 - 2009 GT-MIAMI-A/P

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 7/15/2009 | Our Driver | IM07-034 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation | | 0.00 | 0.00 |
| IMGDOCBW1 | Document Imaging - Black & White: Level 1 | 117 | 0.12 | 14.04 |
| IMGDOCES | Document Electronic Stamping | 117 | 0.02 | 2.34 |
| IMGOCR | OCR (Optical Character Recognition) | 117 | 0.06 | 7.02 |
| IMGBLBK1 | B/W Blowbacks: Level 1 | 117 | 0.12 | 14.04 |
| IMGCD | Digital Copy CD Master | 1 | 30.00 | 30.00 |
| | Subtotal | | | 67.44 |
| | Orange County, FL Sales Tax | | 6.50% | 4.38 |

*Ok to pay*
*084103 011900*
*PC*

RECEIVED JUL 24 2009 MIAMI-GT

**GT - ORLANDO (05) - A/P**
Vendor #_____ 04745
G/L#_____ DEPT#_____
C/M# 08473 011900
Approval: X_____
Signature
Print Name: Paula Castro    TKPR# Scott
Sales/Use Tax Copy Made: ☐ YES ☐ N/A
Capital Expense Copy Made: ☐ YES ☐ NO

101895806

Terms are due upon receipt. Past due amounts will be charged 1.5% per month finance charge. Where collection is required, debtors will pay all collection costs, attorney fees and court costs. Debtor consents to jurisdiction of the courts of Orange County, Florida.

| | |
|---|---|
| **Total** | $71.82 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $71.82 |

**The Presentation Group, Inc.**
**P.O. Box 536934**
**Orlando, FL 32853-6934**

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 8/5/2009 | 190078 |

# Invoice

DEFERRED

Federal Tax ID#
59-3249956

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL  32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 8/3/2009 | Our Driver | IM07-107 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation/Thumbdrive Docs | | 0.00 | 0.00 |
| IMGGB | Gigabyte Processing | 8.75 | 160.00 | 1,400.00 |
| IMGBLBK2 | B/W Blowbacks: Level 2 | 23,099 | 0.14 | 3,233.86 |
| IMGBLBKCL | Color Blowbacks | 180 | 0.90 | 162.00 |
| IMGBD | 4" Binders - Imaging Services | 24 | 20.00 | 480.00 |
| IMGBD | 3" Binders - Imaging Services | 1 | 12.00 | 12.00 |
| IMGCV | Custom Covers & Spines | 25 | 0.60 | 15.00 |
| IMGCD | Digital Master (DVD) | 1 | 50.00 | 50.00 |
| | Subtotal | | | 5,352.86 |
| | Orange County, FL Sales Tax | | 6.50% | 347.94 |

RECEIVED
AUG 1 3 2009
A/P-MANAGE

GT - ORLANDO (05) - A/P
Vendor #_____ 08747
G/L#_____ DEPT___
C/M#_ 084765 01900
Approval _____ Signature____
Print Name Greeley TKPR# CUH
x Copy Made: ☐ YES ☐ NA
nse Copy Made: ☐ YES ☐ NA

SEP 1 2009

084763-
019000

101913818

| | |
|---|---|
| **Total** | **$5,700.80** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$5,700.80** |

Terms are due upon receipt. Past due amounts will be charged 1.5% per month
finance charge. Where collection is required, debtors will pay all collection costs,
attorney fees and court costs. Debtor consents to jurisdiction of the courts of
Orange County, Florida.

**The Presentation Group, Inc.**
**P.O. Box 536934**
**Orlando, FL 32853-6934**

Ph# 407-859-3099
Accounting Fax#
407-895-4810

| DATE | INVOICE NO. |
|------|-------------|
| 8/7/2009 | 190188 |

# Invoice

**Federal Tax ID#**
**59-3249956**

| BILL TO | SHIP TO |
|---------|---------|
| Greenberg Traurig<br>P.O. Box 4923<br>Orlando, FL 32802-4923<br>Attn: Paula Castro | Greenberg - Traurig<br>450 S. Orange Ave.<br>6th Floor, Suite 650<br>Orlando, FL  32801 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | JOB NO |
|----------|-------|-----|-----------|----------|--------|
| Paula Castro | Due On Receipt | FL3 | 8/5/2009 | Our Driver | IM08-016 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| CSI | Case Name/#: Live Nation | | 0.00 | 0.00 |
| IMGFIMP | File Import | 1,536 | 0.10 | 153.60 |
| IMGBLBK3 | B/W Blowbacks: Level 3 | 1,892 | 0.16 | 302.72 |
| IMGBD | 4" Binders - Imaging Services | 2 | 20.00 | 40.00 |
| | Subtotal | | | 496.32 |
| | Orange County, FL Sales Tax | | 6.50% | 32.26 |

GT - ORLANDO
Vendor #_____
G'L#_____
C/M# 084763-011900
Approval: _____
Print Name: P Castro

Sales/Use Tax Copy Made: ☐ YES
____ Copy Made: ☐ YE

RECEIVED AUG 1 ? 2009

SEP 1 - 2009

101913803

Terms are due upon receipt. Past due amounts will be charged 1.5% per month
finance charge. Where collection is required, debtors will pay all collection costs,
attorney fees and court costs. Debtor consents to jurisdiction of the courts of
Orange County, Florida.

| **Total** | **$528.58** |
|-----------|-------------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$528.58** |